UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-CV-80119-MARRA-JOHNSON

JANE DOE NO. 2,

    Plaintiff,

vs.

JEFFREY EPSTEIN,

    Defendant.

_____/



**FILED *EX PARTE*
UNDER SEAL**

**DEFENDANT'S MOTION TO FILE *EX PARTE* AND UNDER SEAL**

Pursuant to S.D. Fla. L.R. 5.4, defendant Jeffrey Epstein hereby moves to file his Notice of Continued Pendency of Federal Criminal Action, as well as this motion, *ex parte* and under seal, stating as follows:

1. In support of his motion to stay [DE 12], defendant has herewith filed a Notice of Continued Pendency of Federal Criminal Action.

2. The Notice relates to a confidential agreement between the United States Attorney's Office for the Southern District of Florida and the defendant.

3. The information contained in the Notice is material to this Court's consideration of Epstein's motion to stay.

4. To avoid disclosure of confidential material, Epstein requests leave to file the Notice, and this motion, *ex parte* and under seal.

5. Pending a ruling from this Court, Epstein has not served this motion or the Notice on counsel for plaintiff.

WHEREFORE, defendant Jeffrey Epstein respectfully requests leave to file this motion and his Notice of Continued Pendency of Federal Criminal Action, *ex parte* and under seal.

Respectfully submitted,

LEWIS TEIN, P.L.
3059 Grand Avenue, Suite 340
Coconut Grove, Florida 33133
Tel: 305 442 1101  Fax: 305 442 6744

By: _____
GUY A. LEWIS
Fla. Bar No. 623740
lewis@lewistein.com
MICHAEL R. TEIN
Fla. Bar No. 993522
tein@lewistein.com

ATTERBURY, GOLDBERGER & WEISS, P.A.
250 Australian Avenue South, Suite 1400
West Palm Beach, Florida 33401
Tel. 561 659 8300  Fax. 561 835 8691

By:  JACK A. GOLDBERGER
     Fla. Bar No. 262013
     jgoldberger@agwpa.com

*Attorneys for Defendant Jeffrey Epstein*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this motion, in accordance with S.D. Fla. L.R. 5.4, has not been served on opposing counsel and was filed under seal on July 10, 2008.

_____
Michael R. Tein