UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-80119-CIV-MARRA/JOHNSON

JANE DOE NO. 2,

    Plaintiff,

vs.

JEFFREY EPSTEIN,

    Defendant.
_____/

## DEFENDANT'S REQUEST FOR ORAL ARGUMENT

    Pursuant to Rule 7.1(B)(1) of the Local Rules of the United States District Court for the Southern District of Florida, defendant Jeffrey Epstein respectfully requests oral argument in connection with his motion to stay.

    Defendant believes an opportunity to formally argue the motion would assist the Court in ruling on his motion, which seeks to stay this action until resolution of a pending criminal action.

    Defendant estimates that the time required for argument is one hour.

CASE NO.: 08-80119-CIV-MARRA/JOHNSON

Respectfully submitted,

LEWIS TEIN, P.L.
3059 Grand Avenue, Suite 340
Coconut Grove, Florida 33133
Tel: 305 442 1101
Fax: 305 442 6744


By:   /s/ Michael R. Tein
      GUY A. LEWIS
      Fla. Bar No. 623740
      lewis@lewistein.com
      MICHAEL R. TEIN
      Fla. Bar No. 993522
      tein@lewistein.com

ATTERBURY, GOLDBERGER & WEISS, P.A.
250 Australian Avenue South, Suite 1400
West Palm Beach, Florida 33401
Tel. 561 659 8300
Fax. 561 835 8691

By:   Jack A. Goldberger
      Fla. Bar No. 262013
      jgoldberger@agwpa.com

*Attorneys for Defendant Jeffrey Epstein*

CASE NO.: 08-80119-CIV-MARRA/JOHNSON

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 25, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record identified below by U.S. Mail.

/s/ Michael R. Tein
Michael R. Tein

## Service List

Jeffrey M. Herman, Esq.
Stuart S. Mermelstein, Esq.
Adam D. Horowitz, Esq.
Herman & Mermelstein, P.A.
18205 Biscayne Blvd, Suite 2218
Miami, Florida  33160
Fax: 305 931 0877