UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-CV-80119-MARRA-JOHNSON

JANE DOE NO. 2

           Plaintiff,

v.

JEFFREY EPSTEIN,

           Defendant.
_____/

## NOTICE OF APPEARANCE

Burman, Critton, Luttier & Coleman, LLP file their appearance as co-counsel for Defendant, JEFFREY EPSTEIN, in the above-styled matter.

## Certificate of Service

I HEREBY CERTIFY that a true copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the following Service List in the manner specified by CM/ECF on this  27th  day of   August   , 2008:

Adam D. Horowitz, Esq.
Jeffrey Marc Herman, Esq.
Stuart S. Mermelstein, Esq.
18205 Biscayne Boulevard
Suite 2218
Miami, FL 33160
305-931-2200
Fax: 305-931-0877
ahorowitz@hermanlaw.com
jherman@hermanlaw.com
lrivera@hermanlaw.com
*Counsel for Plaintiff Jane Doe #2*

Jack Alan Goldberger
Atterbury Goldberger & Weiss, P.A.
250 Australian Avenue South
Suite 1400
West Palm Beach, FL 33401-5012
561-659-8300
Fax: 561-835-8691
jagesq@bellsouth.net
*Counsel for Defendant Jeffrey Epstein*

Michael R. Tein, Esq.
Lewis Tein, P.L.
3059 Grand Avenue, Suite 340
Coconut Grove, FL 33133
305-442-1101

Jane Doe No. 2 v. Epstein
Page 2

                        Fax:  305 442 6744
                        *Counsel for Defendant Jeffrey Epstein*
                        tein@lewistein.com

Respectfully submitted,

**BURMAN, CRITTON, LUTTIER
& COLEMAN, LLP**
515 N. Flagler Drive, Suite 400
West Palm Beach, FL 33401
(561) 842-2820

By: _/s/ Michael Pike_
Robert D. Critton, Jr.
Florida Bar #224162
Michael J. Pike
Florida Bar #617296
*Co-counsel for Defendant Jeffrey Epstein*
        rcrit@bclclaw.com
        mpike@bclclaw.com