UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-80119-CIV-MARRA/JOHNSON

JANE DOE NO. 2,

    Plaintiff,

vs.

JEFFREY EPSTEIN,

    Defendant.
_____/

## NOTICE OF WITHDRAWAL AS CO-COUNSEL

LEWIS TEIN, PL notices its withdrawal as co-counsel for Defendant Jeffrey Epstein in this matter.

Respectfully submitted,

LEWIS TEIN, P.L.
3059 Grand Avenue, Suite 340
Coconut Grove, Florida 33133
Tel: 305 442 1101
Fax: 305 442 6744

By: /s/ Michael R. Tein
GUY A. LEWIS
Fla. Bar No. 623740
lewis@lewistein.com
MICHAEL R. TEIN
Fla. Bar No. 993522
tein@lewistein.com

**Lewis Tein** PL
ATTORNEYS AT LAW

3059 GRAND AVENUE, SUITE 340, COCONUT GROVE, FLORIDA 33133

CASE NO.: 08-80119-CIV-MARRA/JOHNSON

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 30, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that plaintiff's attorneys are CM/ECF participants, as indicated by the CM/ECF Attorney Listings for this case.

/s/ Michael R. Tein
Michael R. Tein

### Service List

Jeffrey M. Herman, Esq.
Stuart S. Mermelstein, Esq.
Adam D. Horowitz, Esq.
Herman & Mermelstein, P.A.
18205 Biscayne Blvd, Suite 2218
Miami, Florida 33160

Jack A. Goldberger, Esq.
Atterbery, Goldberger & Weiss, P.A.
250 Australian Avenue South, Suite 1400
West Palm Beach, Florida 33401

Robert D. Critton, Esq.
Michael J. Pike, Esq.
Burman, Critton, Luttier & Coleman, LLP
515 N. Flagler Drive, Suite 400
West Palm Beach, Florida 33401