UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  08-CV-80119-MARRA-JOHNSON

JANE DOE NO. 2,

           Plaintiff,

v.

JEFFREY EPSTEIN,

           Defendant.
_____/

## DEFENDANT EPSTEIN'S MOTION TO EXCEED PAGE LIMITATION IN RESPONSE TO PLAINTIFF'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS, INCLUDING SUPPORTING MEMORANDUM OF LAW

Defendant, JEFFREY EPSTEIN, by and through his undersigned counsel, moves to exceed the page limitation of 20 pages imposed by Loc. Gen. Rule 7.1. C. 2. (S.D. Fla.), in his supporting memorandum of law in response to *Plaintiff's Motion to Compel Answers to Interrogatories and Production of Documents, and Incorporated Memorandum of Law In Support*, dated March 2, 2009.  In support of his motion, Defendant states:

    1. This motion is being filed in an abundance of caution.

    2. Local Gen. Rule 7.1 C. 2. provides in part that "absent prior permission of the court, no party shall file any legal memorandum exceeding twenty pages in length." Defendant is in the process of preparing his Response and Incorporated Memorandum of Law to Plaintiff's Motion to Compel, dated March 2, 2009, (and due by an extension to March 25, 2009).  Although the memorandum of law incorporated into the response

will be less than 20 pages, it is likely that the entire response, including the memorandum, will be in excess of 20 pages.

3. A length exceeding 20 pages is required so that Defendant may fully address the issues raised in Plaintiff's motion to compel which are directed to Defendant's answers to interrogatories <u>and</u> Defendant's response to Plaintiff's production request. Plaintiff served 23 interrogatories and 25 production requests to which Defendant raised individualized constitutional guarantees and additional objections. In order to present Defendant's response in an organized and understandable manner, the 20 page limitation is required to be exceeded.

WHEREFORE, Defendant respectfully requests that this Court grant Defendant's motion, and enter an order allowing a response, including memorandum of law, which is in excess of 20 pages.

### Rule 7.1 Certification

Pursuant to communication by telephone, Plaintiff's counsel has no objection to the request to exceed 20 pages herein.

_____
Robert D. Critton, Jr.
Attorney for Epstein

### Certificate of Service

I HEREBY CERTIFY that a true copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the following Service List in the manner specified by CM/ECF on this 16th day of March, 2009:

Adam D. Horowitz, Esq.
Stuart S. Mermelstein, Esq.
18205 Biscayne Boulevard
Suite 2218
Miami, FL 33160

Jack Alan Goldberger
Atterbury Goldberger & Weiss, P.A.
250 Australian Avenue South
Suite 1400
West Palm Beach, FL 33401-5012

305-931-2200
Fax: 305-931-0877
ahorowitz@hermanlaw.com
jherman@hermanlaw.com
lrivera@hermanlaw.com
*Counsel for Plaintiff Jane Doe #2*

561-659-8300
Fax: 561-835-8691
jagesq@bellsouth.net
*Co-Counsel for Defendant Jeffrey Epstein*

Respectfully submitted,

By: _____
ROBERT D. CRITTON, JR., ESQ.
Florida Bar No. 224162
rcrit@bclclaw.com
MICHAEL J. PIKE, ESQ.
Florida Bar #617296
mpike@bclclaw.com
BURMAN, CRITTON, LUTTIER & COLEMAN
515 N. Flagler Drive, Suite 400
West Palm Beach, FL 33401
561-842-2820
Fax: 561-515-3148
*(Co-counsel for Defendant Jeffrey Epstein)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-CV-80119-MARRA-JOHNSON

JANE DOE NO. 2,

          Plaintiff,

v.

JEFFREY EPSTEIN,

          Defendant.
_____/

## ORDER ON DEFENDANT EPSTEIN'S MOTION TO EXCEED PAGE LIMITATION IN RESPONSE TO PLAINTIFF'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS, INCLUDING SUPPORTING MEMORANDUM OF LAW

This matter came before the Court on Defendant's, JEFFREY EPSTEIN, Motion to Exceed Page Limitation in Response to Plaintiff's Motion to Compel Answers to Interrogatories and Production of Documents, Including Supporting Memorandum of Law. Having considered Defendant's motion and Plaintiff's counsel being in agreement with the request to exceed page limitation, it is HEREBY ORDERED and ADJUDGED that:

Defendant's motion is GRANTED. Defendant's Response to Plaintiff's Motion to Compel Answers to Interrogatories and Production of Documents, Including Supporting Memorandum of Law may exceed 20 pages.

DONE and ORDERED this _____ day of _____, 2009.

                                                    _____
                                                    Kenneth A. Marra
                                                    United States District Judge

Courtesy Copies:  Counsel of Record