UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JANE DOE NO. 2,                        CASE NO.: 08-CV-80119-MARRA/JOHNSON

                Plaintiff,

vs.

JEFFREY EPSTEIN,

                Defendant.

_____/

JANE DOE NO. 3,                        CASE NO.: 08-CV-80232-MARRA/JOHNSON

                Plaintiff,

vs.

JEFFREY EPSTEIN,

                Defendant.

_____/

JANE DOE NO. 4,                        CASE NO.: 08-CV-80380-MARRA/JOHNSON

                Plaintiff,

vs.

JEFFREY EPSTEIN,

                Defendant.

_____/

JANE DOE NO. 5,                        CASE NO.: 08-CV-80381-MARRA/JOHNSON

                Plaintiff,

vs.

JEFFREY EPSTEIN,

                Defendant.

_____/

JANE DOE NO. 6,                    CASE NO.: 08-CV-80994-MARRA/JOHNSON

        Plaintiff,

vs.

JEFFREY EPSTEIN,

        Defendant.

_____/


JANE DOE NO. 7,                    CASE NO.: 08- CV-80993-MARRA/JOHNSON

        Plaintiff,

vs.

JEFFREY EPSTEIN,

        Defendant.

_____/

C.M.A.,                            CASE NO.: 08- CV-80811 -MARRA/JOHNSON

        Plaintiff,

vs.

JEFFREY EPSTEIN,

        Defendant.

_____/

JANE DOE,                          CASE NO.: 08- CV-80893-MARRA/JOHNSON

        Plaintiff,

vs.

JEFFREY EPSTEIN, et al.,

        Defendant.

_____/

DOE II,                            CASE NO.: 08-CV- 80469-MARRA/JOHNSON

Plaintiff,

vs.

JEFFREY EPSTEIN et al.,

Defendant.
_____/

JANE DOE NO. 101,             CASE NO.: 08- CV-80591-MARRA/JOHNSON

Plaintiff,

vs.

JEFFREY EPSTEIN,

Defendant.
_____/

JANE DOE NO. 102,             CASE NO.: 08- CV-80656-MARRA/JOHNSON

Plaintiff,

vs.

JEFFREY EPSTEIN,

Defendant.
_____/

**NOTICE OF FILING DECLARATION OF JANE DOE NO. 7 IN FURTHER
SUPPORT OF PLAINTIFFS' JANE DOES 2-7 MOTION FOR PROTECTIVE ORDER**

Plaintiffs, Jane Does 2-7, by and through their undersigned counsel, hereby file the

attached Declaration of Jane Doe No. 7 in further support of Plaintiffs' Jane Does 2-7 Motion for

Protective Order (DE 226).

Dated: August 7, 2009.             Respectfully submitted,

                                     By:   s/ Stuart S. Mermelstein
                                          Stuart S. Mermelstein (FL Bar No. 947245)
                                          ssm@sexabuseattorney.com
                                          Adam D. Horowitz (FL Bar No. 376980)
                                          ahorowitz@sexabuseattorney.com
                                          MERMELSTEIN & HOROWITZ, P.A.
                                          *Attorneys for Plaintiffs*

18205 Biscayne Blvd., Suite 2218
Miami, Florida 33160
Tel: (305) 931-2200
Fax: (305) 931-0877

### CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day to all parties on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic Filing.

_____/s/ Stuart S. Mermelstein_____

**SERVICE LIST**
**DOE vs. JEFFREY EPSTEIN**
**United States District Court, Southern District of Florida**

Jack Alan Goldberger, Esq.
jgoldberger@agwpa.com

Robert D. Critton, Esq.
rcritton@bclclaw.com

Bradley James Edwards
bedwards@rra-law.com

Isidro Manuel Garcia
isidrogarcia@bellsouth.net

Jack Patrick Hill
jph@searcylaw.com

Katherine Warthen Ezell
KEzell@podhurst.com

Michael James Pike
MPike@bclclaw.com

Paul G. Cassell
cassellp@law.utah.edu

Richard Horace Willits
lawyerwillits@aol.com

Robert C. Josefsberg
rjosefsberg@podhurst.com