## DECLARATION OF JANE DOE NO. 7

I, █████████ depose and state as follows:

1. I am the Plaintiff identified as Jane Doe No. 7 in this lawsuit.

2. I received messages from three different friends/acquaintances whom I knew in high school within the past week, advising me that they had been contacted by a private investigator. I received these messages on July 30, July 31, and August 4, 2009.

3. I spoke to one of the persons who was contacted regarding questions asked and information provided by the investigator. She advised me that the investigator asked her the following:

- Was I promiscuous in high school?
- What was my reputation in high school?
- How many guys have I been with?
- Did I date older, rich guys?
- Did I give massages for money?
- Who were my friends in high school and what is their contact information?

4. In the course of asking questions, the investigator mentioned the name of Haley Robson. The references by the investigator to Haley Robson and massages, for all intents and purposes, disclosed to this person that I am a Plaintiff in a lawsuit involving sexual abuse against Jeffrey Epstein.

5. I am worried that Jeffrey Epstein will continue to send investigators to speak with other people in my community who are unaware that I am a Plaintiff in this lawsuit. I am concerned and fearful that the types of questions referenced above to these people will disclose

that I am a Plaintiff in a sexual abuse lawsuit against Jeffrey Epstein, and will ruin my reputation either directly or by inference and innuendo.

I declare under penalties of perjury the foregoing to be true and correct.

Dated this 5 day of August, 2009

a/k/a/ Jane Doe No. 7