## DECLARATION OF JANE DOE NO. 4

I, ▮▮▮▮▮, state as follows:

1. I am the Plaintiff identified as Jane Doe No. 4 in this lawsuit.

2. Approximately 1 month ago, I was contacted by my ex-boyfriend, ▮▮▮▮▮ who informed me that private investigators had repeatedly contacted him and asked personal questions about me.

3. Approximately 1 month ago, ▮▮▮ told me that he told the investigator to stop calling him and that he did not want to speak with the investigators.

4. On Monday, August 10, 2009, I received a text message from ▮▮▮ that read as follows: "Hey just wanted to tell u that detec just called me again and yesterday. Y do they keep calling I thought it was all over!"

5. To my knowledge, ▮▮▮ has been contacted multiple times by the investigator and always refuses to talk to him. He says they continue to call despite the fact that he has repeated told the investigator to leave him alone.

6. I am very upset that my ex-boyfriend is being contacted by these investigators and I feel that he is being harassed by the investigator, especially since ▮▮▮ repeatedly told them to stop calling.

7. I am worried that Jeffrey Epstein will continue to send investigators to speak with people I know who do not know that I am a Plaintiff in this lawsuit. I am concerned that the investigators will continue to ask these people very personal questions about my life and disclose that I am a Plaintiff in a sexual abuse lawsuit against Jeffrey Epstein.

I declare under penalty of perjury the foregoing to be true and correct.

Dated this 14 day of august, 2009



a/k/a/ Jane Doe No. 4