## DECLARATION OF Y.B.

I, Y.B., state as follows:

1. My initials are Y.B. I am the sister of Jane Doe No. 4.

2. On August 8, 2009, two investigators, one of them whose business card identified him as S. Kevin Black, came to my residence in Port St. Lucie, Florida. I answered the door. He said he was there to speak with me about my sister, and had some questions for me.

3. The investigator first asked me if I knew my sister had brought a civil lawsuit. I was unaware that she was involved in a civil lawsuit before Mr. Black so informed me.

4. My husband then came to the door, and asked the investigator how he found our address. We were both upset that he knew our address because we value privacy and keep our phone number and address unlisted.

5. Mr. Black then stated that he wanted to tell us "what was going on." I informed him that I wanted to speak with my sister first before he said anything further. Mr. Black then left the premises, asking me to call him.

I declare under penalty of perjury the foregoing to be true and correct.

Dated this 18 day of August, 2009

Y.B.