# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO.:  08-CIV-80119-MARRA/JOHNSON

JANE DOE NO. 2,

      Plaintiff,

vs.

JEFFREY EPSTEIN,

      Defendant.

_____/

Related cases:
08-80232, 08-08380, 08-80381, 08-80994,
08-80993, 08-80811, 08-80893, 09-80469,
09-80591, 09-80656, 09-80802, 09-81092

_____/


## DEFENDANT, JEFFREY EPSTEIN'S RESPONSE TO PLAINTIFF, CAROLYN MARGARET ANDRIANO'S, MOTION FOR PROTECTIVE ORDER AS TO DEFENDANT, JEFFREY EPSTEIN'S, ATTENDANCE AT PLAINTIFF'S DEPOSITION (DE 331)

Defendant, JEFFREY EPSTEIN (hereinafter "Epstein"), by and through his undersigned attorneys, hereby files his Response to Plaintiff, Carolyn Margaret Andriano's, Motion for Protective Order as to Defendant, Jeffrey Epstein's, Attendance at Plaintiff's Deposition and Notice of Incorporation of Notice of Reliance of Supplemental Authority (DE 324).

    1.    On September 29, 2009, Plaintiff filed her Motion for Protective Order as to Defendant, Jeffrey Epstein's, Attendance at Deposition (DE 331).

    2.    At Paragraph 4 of Plaintiff's Motion for Protective Order, Plaintiff incorporated DE 292 and DE 297 as her arguments supporting the relief sought (i.e. to

prevent Epstein from attending Carolyn Margaret Andriano's Disposition). DE 292 and 297 were filed by Plaintiffs, Jane Does 2-8.

3. On September 11, 20009, Epstein filed his Emergency Motion to Strike Plaintiff's Motion for Protective Order (DE 292) and Emergency Motion to Allow the Attendance of Jeffrey Epstein at the Deposition of Plaintiffs and Response in Opposition to Plaintiff's, Jane Does Nos. 2-8, Motion for Protective Order as to Jeffrey Epstein's Attendance at the Deposition of Plaintiffs with Incorporated Memorandum of Law.

4. The arguments set forth in DE 296 are incorporated herein by reference in response to Carolyn Margaret Andriano's Motion for Protective Order filed at DE 331.

5. The arguments set forth in Epstein's Motion at DE 296 apply equally in response to the arguments set forth by Plaintiff, Carolyn Margaret Andriano, at DE 331.

WHEREFORE, Epstein respectfully requests that this Court enter an order denying Plaintiff's Motion for Protective Order, provide that Epstein is permitted to attend the depositions of the Plaintiffs that have asserted claims against him in the related matters, and for such other and further relief as this Court deems just and proper.

By:

MICHAEL J. PIKE, ESQ.
Florida Bar #617296

### Certificate of Service

I HEREBY CERTIFY that a true copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the following Service List in the manner specified by CM/ECF on this 16th day of October 2009

Respectfully submitted,

By: _____
ROBERT D. CRITTON, JR., ESQ.
Florida Bar No.  224162
rcrit@bclclaw.com
MICHAEL J. PIKE, ESQ.
Florida Bar #617296
mpike@bclclaw.com
BURMAN, CRITTON, LUTTIER &
COLEMAN
515 N. Flagler Drive, Suite 400
West Palm Beach, FL 33401
561/842-2820 Phone
561/515-3148 Fax
*(Counsel for Defendant Jeffrey Epstein)*

**Certificate of Service**
**Jane Doe No. 2 v. Jeffrey Epstein**
**Case No. 08-CV-80119-MARRA/JOHNSON**

Stuart S. Mermelstein, Esq.
Adam D. Horowitz, Esq.
Mermelstein & Horowitz, P.A.
18205 Biscayne Boulevard
Suite 2218
Miami, FL 33160
305-931-2200
Fax: 305-931-0877
ssm@sexabuseattorney.com
ahorowitz@sexabuseattorney.com
*Counsel for Plaintiffs*
*In related Cases Nos. 08-80069, 08-80119,*
*08-80232, 08-80380, 08-80381, 08-80993,*
*08-80994*

Richard Horace Willits, Esq.
Richard H. Willits, P.A.
2290 10th Avenue North
Suite 404
Lake Worth, FL 33461
561-582-7600
Fax: 561-588-8819

Brad Edwards, Esq.
Rothstein Rosenfeldt Adler
401 East Las Olas Boulevard
Suite 1650
Fort Lauderdale, FL 33301
Phone: 954-522-3456
Fax:  954-527-8663
bedwards@rra-law.com
*Counsel for Plaintiff in Related Case No.*
*08-80893*

Paul G. Cassell, Esq.
*Pro Hac Vice*
332 South 1400 E, Room 101
Salt Lake City, UT 84112
801-585-5202
801-585-6833 Fax
cassellp@law.utah.edu
*Co-counsel for Plaintiff Jane Doe*

Isidro M. Garcia, Esq.

*Counsel for Plaintiff in Related Case No.*
*08-80811*
reelrhw@hotmail.com


Jack Scarola, Esq.
Jack P. Hill, Esq.
Searcy Denney Scarola Barnhart & Shipley,
P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, FL 33409
561-686-6300
Fax:  561-383-9424
jsx@searcylaw.com
jph@searcylaw.com
*Counsel for Plaintiff, C.M.A.*


Bruce Reinhart, Esq.
Bruce E. Reinhart, P.A.
250 S. Australian Avenue
Suite 1400
West Palm Beach, FL 33401
561-202-6360
Fax:  561-828-0983
ecf@brucereinhartlaw.com
*Counsel for Defendant Sarah Kellen*

.

Garcia Law Firm, P.A.
224 Datura Street, Suite 900
West Palm Beach, FL 33401
561-832-7732
561-832-7137 F
isidrogarcia@bellsouth.net
*Counsel for Plaintiff in Related Case No.*
*08-80469*

Robert C. Josefsberg, Esq.
Katherine W. Ezell, Esq.
Podhurst Orseck, P.A.
25 West Flagler Street, Suite 800
Miami, FL 33130
305 358-2800
Fax: 305 358-2382
rjosefsberg@podhurst.com
kezell@podhurst.com
*Counsel for Plaintiffs in Related Cases*
*Nos. 09-80591 and 09-80656*

Jack Alan Goldberger, Esq.
Atterbury Goldberger & Weiss, P.A.
250 Australian Avenue South
Suite 1400
West Palm Beach, FL 33401-5012
561-659-8300
Fax: 561-835-8691
jagesq@bellsouth.net
*Counsel for Defendant Jeffrey Epstein*