UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  08-CV-80119-CIV-MARRA/JOHNSON

JANE DOE NO. 2,

          Plaintiff,

vs.

JEFFREY EPSTEIN,

          Defendant.

_____/

Related cases:
08-80232, 08-80380, 98-80381, 08-80994,
08-80993, 08-80811, 08-80893, 09-80469,
09-80591, 09-80656, 09-80802, 09-81092

_____/

## NOTICE OF WITHDRAWAL PLAINTIFF, CAROLYN MARGARET ANDRIANO'S, MOTION FOR PROTECTIVE ORDER AS TO DEFENDANT, JEFFREY EPSTEIN'S, ATTENDANCE AT PLAINTIFF'S DEPOSITION (DE 331)

The Plaintiff, CAROLYN MARGARET ANDRIANO, by and through undersigned counsel, hereby files this Notice of Withdrawal of Plaintiff, Carolyn Margaret Andriano's Motion for Protective Order as to Defendant, Jeffrey Epstein's, Attendance at Plaintiff's Deposition (DE 331).

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Counsel for the movant conferred via telephone with counsel for the Defendant regarding the filing of the instance Notice and he has no objection to Plaintiff filing same.

Respectfully submitted,

/s/Jack P. Hill
JACK SCAROLA
Florida Bar No. 169440
JACK P. HILL
Florida Bar No.: 0547808
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409
Phone:       (561) 686-6300
Fax:         (561) 383-9456
Attorneys for Plaintiff, C.M.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 21, 2009, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached counsel list via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/Jack P. Hill
JACK SCAROLA
Florida Bar No. 169440
JACK P. HILL
Florida Bar No.: 0547808
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409
Phone:       (561) 686-6300
Fax:         (561) 383-9456
Attorneys for Plaintiff, C.M.A.

## COUNSEL LIST

Richard H. Willits, Esquire
Richard H. Willits, P.A.
2290 10th Avenue North, Suite 404
Lake Worth, FL  33461
reelrhw@hotmail.com

Robert Critton, Esquire
Michael J. Pike, Esquire
Burman Critton Luttier & Coleman LLP
515 North Flagler Drive, Suite 400
West Palm Beach, FL  33414
rcrit@bclclaw.com
mpike@bclclaw.com

Jack A. Goldberger, Esquire
Atterbury, Goldberger & Weiss, P.A.
250 Australian Avenue South
West Palm Beach, FL  33401
jagesq@bellsouth.net

Bruce E. Reinhart, Esquire
Bruce E. Reinhart, P.A.
250 South Australian Ave., Suite 1400
West Palm Beach, FL  33401
ecf@brucereinhartlaw.com

Stuart S. Mermelstein, Esquire
Adam D. Horowitz, Esquire
Mermelstein & Horowitz, P.A.
18205 Biscayne Blvd., Suite 2218
Miami, FL 33160
ssm@sexabuseattorney.com
ahorowitz@sexabuseattorney.com

Brad Edwards, Esquire
Rothstein Rosenfeldt Adler
401 East Las Olas Blvd., Suite 1650
Fort Lauderdale, FL 33301
bedwards@rra-law.com

Paul G. Cassell, Esquire
*Pro Hac Vice*
332 South 1400 E, Room 101
Salt Lake City, UT 84112
cassellp@law.utah.edu

Isidro M. Garcia, Esquire
Garcia Law Firm, P.A.
224 Datura Street, Suite 900
West Palm Beach, FL 33401
isidrogarcia@bellsouth.net

Robert C. Josefsberg, Esquire
Katherine W. Ezell, Esquire
Podhurst Orseck, P.A.
25 West Flagler Street, Suite 800
Miami, FL 33130
rjosefsberg@podhurst.com
kezell@podhurst.com