**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.:  08-CV-80119-MARRA-JOHNSON**

JANE DOE NO. 2,

                  Plaintiff,

v.

JEFFREY EPSTEIN,

                  Defendant.

_____/

Related Cases:
08-80232, 08-80380, 08-80381, 08-80994,
08-80993, 08-80811, 08-80893, 09-80469,
09-80581, 09-80656, 09-80802, 09-81092.

_____/

FILED by _____ D.C.

OCT 2 3 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ~~███████~~ ORDER

This matter came before the Court on Defendant's, JEFFREY EPSTEIN, Emergency

Response in Opposition to Plaintiffs, Jane Doe 2-8', Second Motion for Protection Order, with *[handwritten: -b and Jane Doc. 2-8 Second wth for Protective]*

Incorporated Memorandum of Law. Having considered Defendant's ~~motion,~~ *[handwritten: Response"]* it is HEREBY *[handwritten: Order]*

*[handwritten: A & Plaintiff's Motion    (D.E. 364)]*

ORDERED and ADJUDGED that:

    a.    The deposition shall go forward on October 27, 2009.

    b.    Epstein will not be in attendance at the deposition.

    c.    Epstein will view the deposition from a video-feed in a separate room on the 14th

floor of the building located at 250 Australian Ave., South, Suite 115, West Palm Beach, Florida.

Plaintiff <u>will be</u> responsible for the associated costs of the video-feed (as another Plaintiff agreed

to do without incident)

    d.    Epstein will arrive at the building 1 hour before the deposition is set to begin at 11:00

a.m. on the above date.

Jane Doe No. 4 v. Epstein
Page 2

e.      Jane Doe 4's attorney will contact Epstein attorney by cellular telephone upon their

arrival and, at that time, Epstein will be in the room where the video-feed monitor is located.

f.      Once the deposition is over, Epstein will remain located in the room where the video-

feed monitor is located until such time as Jane Doe 4 and her attorney have exited the building,

which her attorney will confirm by cellular telephone with the undersigned.

g. The Plaintiff's Second Motion for Protective order (D.E. # 364) is DENIED.

DONE and ORDERED this 23 day of October, 2009.

United States Magistrate Judge
Linnea R. Johnson

Courtesy Copies:    Counsel of Record