*PLAINTIFF JANE DOE'S MOTION FOR LEAVE TO PROVIDE RECENTLY-OBTAINED DEPOSITION TESTIMONY AND AFFIDAVIT DEMONSTRATING FRAUDULENT TRANSFERS BY EPSTEIN IN SUPPORT OF MOTION FOR APPOINTMENT OF A RECEIVER TO TAKE CHARGE OF PROPERTY OF EPSTEIN AND INCORPORATED SUPPORTING MEMORANDUM*

*CASE NO:  08-CV-80119-MARRA/JOHNSON*

# EXHIBIT A-3
# (3 of 4)

Larry Visoski

October 15, 2009

114

1   with Jeffrey Epstein?

2        A.    I don't know.  He doesn't talk much.

3        Q.    Okay.  And Sandy Berger, do you know who that

4   is?

5        A.    I don't know.

6        Q.    Do you know any reason why you would have

7   flown him on the airplane?

8        A.    I don't even know the name.

9        Q.    Adrianna Muchinska?

10       A.    I know the name Adrianna.

11       Q.    Somebody who flew on the plane pretty

12  regularly?

13       A.    I would have to look at the logs.  I think

14  we've had that name on several -- it's a common first

15  name.  I'm not familiar really on who that is.

16       Q.    What about Bella, do you know who Bella is?

17  Is that a name you ever heard?

18       A.    Yes.

19       Q.    Works up in the New York office or something?

20       A.    Yes.

21       Q.    Have you ever spoken with Bella personally?

22       A.    Yes.

23       Q.    Do you know what she does for Jeffrey Epstein,

24  if anything?

25       A.    I don't know exactly what her role is.



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

Larry Visoski

October 15, 2009

115

1     Q.   Do you know -- did you tell me, do you know

2  what Leslie Gruff does for Jeffrey Epstein?

3     A.   I don't know her exact title.

4     Q.   You talked to all of these individuals at some

5  point in time, either on the phone or in person, right?

6     A.   Yes.

7     Q.   And you don't know whether they play a role in

8  Jeffrey Epstein's life, or if they do, what they do?

9     A.   Exactly.

10     Q.   And how do you decide who you're going to call

11  for what reason?

12     A.   For example?  Can you be more specific?

13     Q.   If you're going to make a telephone call and

14  you're going to talk to let's say Leslie Gruff, why

15  would you choose to call her?

16     A.   I don't know.  You're having me make the phone

17  call.  I don't know why I would call her.

18     Q.   Have you ever called her?

19     A.   I think, yes, I've called her, sure.

20     Q.   Why?  What would be the reason that you would

21  call her?  Somebody told you to call her?  Here, call

22  this number?

23     A.   I may have called her maybe to find out if we

24  had a departure time for any specific trip.  I mean,

25  that would be...



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

Larry Visoski                                    October 15, 2009

116

1        Q.   Okay.  So you're calling her related to

2   Jeffrey Epstein?

3        A.   Sure.

4        Q.   Okay.  So you know that she plays some role in

5   some aspect of Jeffrey Epstein's life, whatever that is?

6        A.   Right.

7        Q.   Okay.  So when I'm asking these questions

8   about these people, and I feel like I'm getting answers

9   that I'm not really not sure that these people have any

10  role in their life, that's not -- that's not completely

11  accurate, right?

12            MR. CRITTON:  Form; argumentative.

13  BY MR. EDWARDS:

14       Q.   I mean, you do know that these people are

15  somehow involved with him, whether socially or

16  business-wise or otherwise, and during the course of

17  your years, you've made telephone calls on his behalf or

18  to coordinate things with them right?

19       A.   Right.

20            MR. CRITTON:  Object to the form.  You said

21       "these people."

22  BY MR. EDWARDS:

23       Q.   I'm talking about Sarah Kellen.  That's

24  somebody you called before, right?

25       A.   Sure.



Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

Larry Visoski                                    October 15, 2009

                                117

1        Q.    What would be a reason you called Sarah

2    Kellen?

3              MR. CRITTON:   Object to form.   Probably the

4        same reasons he said two hours ago, for scheduling

5        purposes.   But you've covered that.   Go ahead and

6        answer it again.

7              THE WITNESS:   For scheduling purposes, would

8        be my only reason to call her.

9    BY MR. EDWARDS:

10       Q.    That's funny that you used the exact same

11   words that Mr. Critton wants you to use.

12             MR. CRITTON:   It's what he said two hours ago.

13   BY MR. EDWARDS:

14       Q.    What would be the reason why you would call

15   Ms. Maxwell, Ghislaine Maxwell?

16       A.    Same reason.

17       Q.    That's not somebody you call these days,

18   though, right?

19       A.    I haven't seen her in some time.

20       Q.    What made you stop calling Ghislaine Maxwell

21   where you thought at one point in time you thought she

22   was a person to call related to your job?

23       A.    Just was no reason to.

24       Q.    Is that somebody who you think is still

25   affiliated or associated with Jeffrey Epstein or his --



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

Larry Visoski                                    October 15, 2009

                                118

1    whatever he does?

2          A.    I'd only can speculating.  I don't know.

3          Q.    All right.  Do you know the number

4    (917)868-6145?

5                MR. CRITTON:  Could you say it slowly.  917?

6                MR. EDWARDS:  868-6145.  Thank you.  And just

7          in case you didn't get it, I'm going to mark these

8          as an exhibit so that we can read them later.

9    BY MR. EDWARDS:

10         Q.    Do you know that number?

11         A.    Yes.

12         Q.    What is that number?

13         A.    That's my cell phone.

14         Q.    Okay.  Is that still your cell phone?

15         A.    Yes, sir.

16         Q.    All right.  I'm going to show you two

17   documents here or pieces of paper.  We'll mark them as

18   Exhibit 2 and Exhibit 3.  The first one is dated

19   March 5th, 2005.  Do you remember making this telephone

20   call?  And just for the record, this looks like a

21   message that's being taken relative to a phone call that

22   you made.

23                MR. REINHART:  So the question is does he

24         remember making the phone call?

25



Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

Larry Visoski                                          October 15, 2009

                                119
1    BY MR. EDWARDS:
2        Q.   Do you remember making that phone call after
3    reading the message?
4        A.   Let me look at the date here.  Okay.  March.
5            MR. REINHART:  The question is, do you
6        remember making the call?
7            THE WITNESS:  Okay, let me.  "Person for the
8        car will be here in 15 minutes to drop off foam and
9        papers."  I don't know.
10   BY MR. EDWARDS:
11       Q.   That doesn't mean anything to you?
12       A.   That doesn't -- I mean, you're talking four
13   years ago.  I can't answer that accurately.  I mean...
14           MR. REINHART:  So the answer is you don't
15       recall?
16           THE WITNESS:  Yeah, I don't recall.
17   BY MR. EDWARDS:
18       Q.   If you don't remember, that's fine.
19           (Plaintiff's Exhibit Nos. 2 AND 3 were marked
20   for identification.)
21   BY MR. EDWARDS:
22       Q.   So I'll show you Exhibit 3, the same type of
23   document, and I can make the representation that this
24   was message pads provided by the state attorney's office
25   relative to the criminal investigation revolving around



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

Larry Visoski

October 15, 2009

120

1    Jeffrey Epstein.  So that's how I have these documents.

2    I'm not trying to pull out old documents.

3              MR. CRITTON:  What's the date?

4              MR. EDWARDS:  March 19th.

5              MR. REINHART:  The question is, do you

6         remember the call?

7              THE WITNESS:  "Tom from Midnight Express is

8         at" -- help me out -- "convention center with new

9         boat.  They are two points -- two parts of this."

10   BY MR. EDWARDS:

11        Q.    "Show"?

12        A.    "Show up the water" --

13             MR. REINHART:  "On the water."

14             THE WITNESS:  "On the water and at the

15        center."

16   BY MR. EDWARDS:

17        Q.    Do you remember making that call?

18        A.    No.  I mean, "Tom from Midnight Express is at

19   convention center with new boat.  They are two parts

20   of" -- I mean --

21        Q.    But as Jeffrey Epstein's pilot, why would you

22   be leaving such a message about Tom from Midnight

23   Express relative to boats and a boat show?

24        A.    I help out with boat purchases or, you know,

25   anything to do with, you know, that moves.  So I mean,



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

Larry Visoski                                    October 15, 2009

121

1    I...

2        Q.    Okay.  When you say "you help out with boat

3    purchases," what do you mean?

4        A.    Give my opinion, whether or not whether to buy

5    a certain boat.  It's just a hobby.  I have knowledge on

6    boats.  Not only just airplanes but, you know.

7        Q.    You give your opinion to whom?

8        A.    To Jeffrey.

9        Q.    Okay.  And Jeffrey Epstein obviously, at least

10   in your mind, you believe he wants your opinion?

11       A.    Yes.

12       Q.    Okay.  So boats is another thing that the two

13   of you have discussed?

14       A.    Yes.

15       Q.    All right.  And so this a conversation or at

16   least some evidence that a conversation existed between

17   yourself and Jeffrey Epstein relative to a boat or a

18   boat show?

19       A.    Correct.

20       Q.    Do you remember having that conversation?

21       A.    We've had many conversations about boats and

22   different boat shows.  If you're referring to this one

23   in '05, I don't recall this one.

24       Q.    Okay.  So aside from being a pilot -- which

25   throughout this entire deposition I believe your



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

Larry Visoski                                    October 15, 2009

                              122
1    testimony has been, you know, you're just the pilot for
2    him -- it looks like there's some other role that you're
3    playing here in his life.  I'm not suggesting that you
4    are or you are not.  I'm just saying from the appearance
5    of this, it looks that way.  Is there anything else that
6    you want to tell me or that you want to clarify in terms
7    of the role that you play in Jeffrey Epstein's life
8    outside of being just his pilot?
9            MR. REINHART:  Let me object to form.  He also
10       told you he installs the audio and video equipment
11       before.
12           MR. EDWARDS:  Correct.
13           THE WITNESS:  I have an interest in boats.
14       You know, with the island, I don't think I bought
15       any boats, you know, for the company, but he
16       appreciates my opinion on boat purchases.
17   BY MR. EDWARDS:
18       Q.    Okay.
19       A.    Having the knowledge of aviation and things
20   that move quite fast.  So I have consulted with him on
21   boat items.
22       Q.    How many boat purchases are you aware of
23   Jeffrey Epstein making in the time period that you've
24   known him?
25       A.    Two or three.



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

Larry Visoski                                              October 15, 2009

123

1     Q.   And has he consulted with you on each of those

2  purchases?

3     A.   Not every one of them, no.

4     Q.   Does he own any boats now that you're aware

5  of?

6     A.   I don't know if he owns them or not.

7     Q.   Okay.  Do you know of any boats that he

8  controls or maintains?

9     A.   Himself or?

10    Q.   How about this -- I'll ask you this way.  I

11  don't want to split hairs with you here:  I know we've

12  been talking about corporations and things like that.

13    A.   Yes he.

14    Q.   Do you know of any boats that he is the person

15  with the most control over?

16    A.   Yes.

17    Q.   Okay.  Where would those boats be located and

18  what kind of boat are we talking about?

19    A.   St. Thomas is the location.  It would be a

20  34-foot inflatable boat.  I know that one specifically.

21    Q.   Okay.  Do you know when he made that purchase?

22    A.   Eight years ago, seven years ago.  It was a

23  while ago.

24    Q.   Is that something you had had input in?

25    A.   Not on that one specifically, no.



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

Larry Visoski

October 15, 2009

124

1    Q.    Is there any other boat that you know of

2    Jeffrey Epstein being the primary user of or the primary

3    controller of?

4    A.    I mean, there's boats in St. Thomas.  I mean,

5    it's not part of my job, you know, what goes on with the

6    boats or who controlled them.  It's more of an opinion

7    of what horsepower should be on the back of the boat,

8    hull designs.  It's out of my area.

9    Q.    But your sole responsibility or your sole

10   obligation that you have ever had with Jeffrey Epstein

11   relative to boats is just giving some opinions about the

12   boat?

13   A.    Mm-hmm.

14   Q.    Is that yes?

15   A.    Yes, yes.

16   Q.    Okay.  All right.  Has he ever given you his

17   opinions about boats?

18   A.    Sure.  We've discussed it back and forth.

19   Q.    Other than boat conversations, have you ever

20   talked other conversations, such as --

21   A.    Cars.

22   Q.    Okay.  How about such as -- have you ever

23   known Jeffrey Epstein to have a girlfriend, somebody you

24   consider a girlfriend?

25   A.    No.



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

Larry Visoski                                    October 15, 2009

125

1        Q.    In the 18 years and all the travels you had

2    with him, do you know anything about Jeffrey Epstein's

3    sex life?

4        A.    No.

5        Q.    Do you know who he has sex with?

6        A.    No.

7        Q.    Do you know if he has sex with anybody?

8        A.    I don't know.

9        Q.    Do you know if he's ever had sex on the

10   airplane while you've been piloting it?

11       A.    I have no idea.

12       Q.    That's something that you just wouldn't know

13   because you're up in the cockpit?

14       A.    That is correct.

15            THE WITNESS:   Could I take a two-minute

16       bathroom break just to lose my coffee?

17            MR. EDWARDS:   Sure.

18            (A break was had at 12:35 p.m.)

19   BY MR. EDWARDS:

20       Q.    All right.  We're back on the record.  Over

21   the years you've indicated that the -- any gifts or

22   other items or things given to you by Jeffrey Epstein

23   exclusively are the pool heater, the 40-acres of land

24   and the --

25       A.    Use of a company --



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

Larry Visoski                                        October 15, 2009

126

1    Q.   -- and the use of a company car?

2    A.   Yes.

3    Q.   That's it?

4    A.   (Nodding.)

5    Q.   Okay.

6    A.   Yes, I'm sorry, yes.

7    Q.   And the flight to Miami that was recently

8    taken, other than Jeffrey Epstein and Nadia Marcinkova,

9    was there anybody else on that flight?

10   A.   No.

11   Q.   How long -- did you also fly them back from

12   Miami to Palm Beach?

13   A.   No.  He drove back.

14   Q.   When you say "he drove back," who drove back?

15   A.   Well, I assume he drove back.  I did not fly

16   him back.

17   Q.   When's the next time you saw him again?

18   A.   I would only be guessing.  A week later, I

19   mean.

20   Q.   Okay.  And was that in Palm Beach County when

21   you saw him the next time?

22   A.   Yes, sir.

23   Q.   Do you know of him leaving Palm Beach County

24   in the last two years on any other occasion?

25   A.   No.



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

Larry Visoski                                    October 15, 2009

127

1        Q.    Did he ever fly anywhere else with you either

2   by helicopter or airplane in the last two years?

3        A.    We flew one time to the Sikorsky plant.

4        Q.    What's the Sikorsky plant?

5        A.    That's where they build the Sikorsky

6   helicopters.  It's in Palm Beach County.

7        Q.    And when was that?

8        A.    Probably a month ago, I'm guessing.

9        Q.    For what purpose?

10       A.    They gave us a tour at a facility.

11       Q.    Who's they?

12       A.    Sikorsky.

13       Q.    And who requested the tour of the facility?

14       A.    They offered it to our flight department.

15       Q.    And who went?

16       A.    Jeffrey, myself, Nadia and Igor.

17       Q.    And if I wanted documentation of either of

18  those trips, the trip to Miami or the trip to the

19  Sikorsky plant, who would have that documentation?

20       A.    I would.

21       Q.    So I could request it from your attorney to

22  get it from you?

23            MR. REINHART:  Let me just check.

24            (Off the record discussion.)

25            MR. REINHART:  Okay.  He has custody of it,



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

Larry Visoski                                          October 15, 2009

                                    128
1          but they're corporate documents.  So you'd have to
2          request it from Mr. Critton, who I understand
3          represents all the corporations.
4                THE WITNESS:  Yes.
5     BY MR. EDWARDS:
6          Q.    What's the corporation that the document was
7     prepared for?
8          A.    Meaning who -- what, like Air Ghislaine, the
9     owner of the helicopter?  Yes, Air Ghislaine.
10         Q.    Air Ghislaine?
11         A.    That's the helicopter.
12         Q.    And the name Ghislaine is obviously not that
13    typical of a name.  Is that reference or related to
14    Ghislaine Maxwell?
15         A.    I would assume.  I have no knowledge.
16         Q.    Nobody's ever told you that?
17         A.    Nobody's brought it up.
18         Q.    Okay.  And how long were you at the Sikorsky
19    facility?
20         A.    Three hours, four hours.
21         Q.    And what time of day was this?
22         A.    Nine in the morning.  Nine, I think, and we
23    returned at one, something like that.
24         Q.    And was the purpose to buy or purchase
25    anything?



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

Larry Visoski                                    October 15, 2009

129

1      A.    They have a new helicopter being developed

2   there, so they're trying to look for investors in it.

3   So they were just kind of pushing their product.

4      Q.    Do you know what Jeffrey Epstein does for a

5   living for business today, these days?

6      A.    No.

7      Q.    Do you know or have you ever been to the

8   Florida Science Foundation?

9      A.    Yes, sir.

10      Q.    And do you know what the Florida Science

11   Foundation does?

12      A.    Not exactly.

13      Q.    Well, generally?

14      A.    No, I don't.  I mean, really, I don't.

15      Q.    Okay.  Is it your understanding that Jeffrey

16   Epstein is somehow affiliated with the Florida Science

17   Foundation?

18      A.    It's my understanding that, yes.

19      Q.    I mean, did you just by happenstance stumble

20   into the Florida Science Foundation, or was it related

21   to your relationship with Jeffrey Epstein?

22      A.    I've heard that's where his office was.  I

23   mean, I have no other --

24      Q.    Why did you go there?

25      A.    Talk about airplanes.



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

Larry Visoski
October 15, 2009

                              130

1        Q.    Talk to who?

2        A.    Jeffrey.

3        Q.    Jeffrey just happened to be at the Florida

4   Science Foundation?

5        A.    Yes.

6        Q.    How did you know that he was going to be at

7   the Florida Science Foundation?

8        A.    He called me and told me.

9        Q.    And he said come to the Florida Science

10  Foundation to talk to me about what?

11       A.    Maintenance on the airplanes, upcoming.  It's

12  an ongoing.

13       Q.    And did he have an office there?

14       A.    Yes.

15       Q.    So this is -- when you walked in, this is the

16  place that's right next to Jack Goldberger's office?

17             MR. CRITTON:  Form.

18             THE WITNESS:  Yes.

19  BY MR. EDWARDS:

20       Q.    And you walk in and there's a reception desk

21  right there?

22       A.    Yes.

23       Q.    Is that where you talked or did you talk

24  somewhere behind that reception desk?

25       A.    Behind the reception area.



Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

Larry Visoski                                          October 15, 2009

131

1        Q.    Back in his office?

2        A.    Yes, sir.

3        Q.    What was that conversation?

4        A.    Give me a time frame.  I mean, I've been there

5   several times.

6        Q.    Okay.  How many times do you think you've been

7   to the Florida Science Foundation?

8        A.    Twenty, thirty.  I mean...

9        Q.    Well, the Florida Science Foundation's only

10  been around since late 2007; is that right?

11             MR. CRITTON:  Form.

12  BY MR. EDWARDS:

13       Q.    Something around that?

14       A.    I don't know exactly.

15       Q.    All right.  So in the last 20 years -- in the

16  last couple of years you've been there 20 or 30 times,

17  approximately?

18       A.    Yes, sir.

19       Q.    And during those times when you've been there,

20  without having to go through each conversation, did you

21  ever talk to him about the fact that he was on probation

22  or that he was --

23       A.    No.

24       Q.    -- any part of the criminal investigation?

25       A.    No, not at all.



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

Larry Visoski                                October 15, 2009

                              132
1        Q.   What was the purpose of the conversation?
2        A.   We were sometimes talking about TVs, you know,
3   the latest plasma that's out there, LCD, you know,
4   setting up a stereo systems, you know, in the Palm Beach
5   house.   That's usually the main thrust of our
6   conversations these days.
7        Q.   How would you know to go to the Florida
8   Science Foundation on each of those occasions?   Would he
9   just call you?
10       A.   Yeah, he would call me and say come on by or I
11  got a brochure on a new Samsung.
12       Q.   With each time you were at the Florida Science
13  Foundation, how long would you stay typically?
14       A.   Ten, fifteen minutes.   Not much more than
15  that.
16       Q.   You would go there for ten or fifteen minutes,
17  have a conversation about a TV and leave?
18       A.   Yes, sir.
19       Q.   Why couldn't you have that conversation over
20  the phone?   What was it about?
21            MR. CRITTON:   Form.
22            THE WITNESS:   If it was pertaining to a TV and
23       I'd have a brochure, a picture of the TV -- one
24       particular TV we looked at it was the size of a --
25       like five foot diagonal, so I had a photo of myself



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

Larry Visoski

October 15, 2009

133

1    standing next to it or the salesperson.  So I mean,

2    there's a reason to visually show him something

3    reference to that.

4    BY MR. EDWARDS:

5       Q.   Did you ever communicate with Jeffrey

6    Epstein -- you can send him an e-mail, right?  You could

7    have done that?

8       A.   Yes.

9       Q.   To send him the picture or something like

10   that, that was an option?

11      A.   Right.

12      Q.   And what's Jeffrey Epstein's e-mail address

13   that you use?

14      A.   I have to do it on my computer, you know,

15   with -- I have to type in the prompts for it because

16   it's a long e-mail address.

17      Q.   Okay.  How long have you e-mail corresponded

18   with Jeffrey Epstein?

19      A.   Probably two years.  A year to two years.  I

20   mean, it's fairly -- something we just started doing.  I

21   mean, we'd never done that in the past.

22      Q.   Well, in the past he was in jail or have some

23   restrictions?

24      A.   The restrictions, yes.

25      Q.   So you you'd see him on the airplane



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

Larry Visoski                                     October 15, 2009

134

1    frequently?

2         A.    Exactly.

3         Q.    So when you didn't see him on the airplane

4    frequently, then some of your correspondence was by

5    e-mail, other times by telephone?

6         A.    Mm-hmm.

7         Q.    And other times in person?

8         A.    Yes.

9         Q.    And what was your e-mail -- what was the

10   substance of the e-mail correspondence that you would

11   have with Jeffrey Epstein?

12        A.    It would have to be related.  I mean, you have

13   to give me a topic.  I mean, whether it be a car --

14        Q.    Never about the criminal investigation?

15        A.    Oh, no, no, never.

16        Q.    Do you know what his intention is or his plans

17   are for when he is off probation?

18        A.    No idea.

19        Q.    Or off community control?

20        A.    I have no idea.

21        Q.    Has he ever indicated to you he wants you to

22   fly him to some other location outside the United States

23   to live permanently?

24        A.    Oh, no.

25        Q.    Have you ever flown to his place in Paris?



Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

Larry Visoski                                          October 15, 2009

135

1          A.    We've landed in Paris.

2          Q.    You're aware that he has some control over

3    another piece of property over there?

4          A.    I know we've picked up luggage at a residence.

5    I don't know to what extent his ownership is, if any.

6          Q.    All right.

7          A.    Right.

8          Q.    And are you aware that he has some employees

9    that listen to what he says that work in that house?

10              MR. CRITTON:   Form.

11              THE WITNESS:   In Paris, yes, there is one

12        person there.

13   BY MR. EDWARDS:

14         Q.    What's his name?

15         A.    Voltzan.   Because I always thought there was

16   nobody there.

17         Q.    Vultzan Cauldron (phonetic)?

18         A.    I don't know exactly.   I would have to look it

19   up.

20         Q.    Have you talked to him before?

21         A.    No.

22         Q.    When you've been in Paris --

23         A.    You're not going to ask why?

24         Q.    Well, I'm assuming he doesn't speak English.

25         A.    There you go, okay.



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

Larry Visoski                                    October 15, 2009

                                  136

1          Q.   So I thought there was no need for that?

2          A.   Okay.  I just wanted to see.

3          Q.   Where do you stay when Jeffrey Epstein is in

4     Paris?

5          A.   A hotel.

6          Q.   Okay.  And in New Mexico, when you land there,

7     you stay on the ranch somewhere, but at your place?

8          A.   I stay at my place.

9          Q.   And in New York, you have an apartment that he

10    sets you up at, right, the 301?

11         A.   Yes, I have a place I could stay.

12         Q.   And in St. Thomas?

13         A.   Hotel.

14         Q.   And in Paris you stay at a home?

15         A.   (Nodding.)

16         Q.   Are there any other properties such as what we

17    were talking about today -- I'm not saying Jeffrey

18    Epstein is the sole owner or direct owner, but any other

19    properties that you're familiar with that Jeffrey

20    Epstein is -- has direct access to and at least it gives

21    the appearance to you that he is the owner or controller

22    of that property?

23              MR. CRITTON:  Form.

24              THE WITNESS:  Name the list that you've

25         stated.



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

Larry Visoski                                    October 15, 2009

                              137
1    BY MR. EDWARDS:
2         Q.   The Manhattan house.
3         A.   Yes.
4         Q.   Mansion or whatever we want to call it, the
5    Zorro Ranch, the island of St. James, the Palm Beach
6    house.
7         A.   Mm-hmm.
8         Q.   And the Paris place.
9         A.   That's all I'm aware of.
10        Q.   And have you ever at any of those five places
11   hung around him and stayed around him for -- during the
12   daytime for the course of an entire day?
13        A.   No.
14        Q.   All right.  So do you know what he does during
15   his days while he's there?
16        A.   No.
17        Q.   Are you aware of a list of underage girls that
18   is kept to come over and service him each of those days?
19             MR. CRITTON:  Form.
20             THE WITNESS:  Absolutely not.
21   BY MR. EDWARDS:
22        Q.   I'm the first person to ever even imply that
23   to you, right?
24        A.   A list, yes, you are.
25        Q.   Okay.  Have you ever been made aware that



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

Larry Visoski                                          October 15, 2009

                                    138
1    Sarah Kellen keeps a list of underage girls to service
2    Jeffrey Epstein for sexual purposes?
3         A.    I am not aware of them.
4              MR. CRITTON:  Form to the last question.
5    BY MR. EDWARDS:
6         Q.    Have you ever been made aware that Ghislaine
7    Maxwell keeps a list of girls in the nearby areas of
8    each of -- at Jeffrey Epstein's residences to service
9    him sexually?
10        A.    No.
11             MR. CRITTON:  Form.
12   BY MR. EDWARDS:
13        Q.    Okay.  Have you ever read some of the
14   complaints that have been filed against him in the
15   various courts, whether state court or federal court,
16   against Jeffrey Epstein?
17        A.    No, I have not.
18        Q.    All right.  So this Jane Doe 102 versus
19   Jeffrey Epstein, you're not familiar with who that
20   person is?
21        A.    No idea.
22        Q.    Okay.  I'm going to mark Jane Doe, one of the
23   22, versus Epstein as Exhibit No. 4 to this deposition.
24             (Plaintiff's Exhibit No. 4 was marked for
25   identification.)



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

Larry Visoski                                    October 15, 2009

139

1    BY MR. EDWARDS:

2        Q.   And ask you about some of the allegations in

3    here and see if you know anything about them.   It

4    indicates he owns a flight of aircraft that includes a

5    Gulfstream, a helicopter, and a Boeing 727.   True?

6             MR. CRITTON:  What's the question?

7             THE WITNESS:  Please repeat.

8    BY MR. EDWARDS:

9        Q.   Are you aware of him owning a Gulfstream IV

10   aircraft, a helicopter and a Boeing 727?   I think we

11   talked about it, right?

12       A.   Right.

13       Q.   Okay.  And it indicates a fleet of motor

14   vehicles?

15            MR. CRITTON:  Wait a minute.  He said right,

16       is that we talked about it, as distinct from him

17       knowing one way or another.

18            THE WITNESS:  What's the question?

19   BY MR. EDWARDS:

20       Q.   Do you know that he owns those things?

21       A.   I do not know that he owns them.

22       Q.   Do you believe that he owns those things?

23            MR. CRITTON:  Form.

24            THE WITNESS:  I would be guessing, so...

25



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

Larry Visoski                                          October 15, 2009

140

1    BY MR. EDWARDS:

2        Q.   What does the company NES, LLC, do to your

3    knowledge?

4        A.   I have no idea.

5        Q.   How does that company generate profit, if you

6    know?

7        A.   I have no idea.

8        Q.   That's the company that pays your paycheck,

9    but you have absolutely no clue what they do to generate

10   money?

11       A.   No, sir.

12       Q.   If anything?

13       A.   Correct.

14       Q.   Have you ever heard that that company

15   generates money through sex trafficking of young girls?

16           MR. CRITTON:   Form.

17           THE WITNESS:   Absolutely not.

18   BY MR. EDWARDS:

19       Q.   Never, okay.  Have you ever heard that Jeffrey

20   Epstein has a sexual preference for underage girls?

21   Other than what you've read in the newspaper, have you

22   heard that from any other individuals before?

23       A.   No.

24       Q.   Ever heard that he has had sex or sexual

25   relationships with many minor girls, some as young as 12



Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

Larry Visoski                                          October 15, 2009

                                    141

1    years old?

2                MR. CRITTON:   Form.

3                THE WITNESS:   No.

4    BY MR. EDWARDS:

5        Q.   Never?

6        A.   Never.

7        Q.   Have you ever seen any photographs in any of

8    his homes depicting young-looking girls engaging in sex

9    acts?

10       A.   No.

11       Q.   Or reading directly from the complaint,

12   "engaged in lewd acts"?

13       A.   No, absolutely not.

14       Q.   Have you looked around the walls of his

15   various homes when you're in there picking up luggage?

16       A.   I mean, not any more than I walked in here and

17   not looking at the walls over there, I couldn't tell you

18   what those are; so nothing specific.

19       Q.   Sometimes we're talking about a 50,000 square

20   foot house?

21       A.   Exactly.

22       Q.   In Manhattan?

23       A.   It's pretty big.

24       Q.   Okay.  Have you ever looked at any of his

25   computers for any reason?



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

Larry Visoski                                    October 15, 2009

142

1      A.    No.

2      Q.    I know that you helped set up some of the --

3      A.    Computers are not my expertise.

4      Q.    All right.  Have you ever been told that

5  Mr. Epstein committed sex acts against underage girls on

6  a literal daily basis, that's what he does?

7      A.    I've never been told that.

8      Q.    Have you ever read the complaints against him

9  that indicate that's what he does on a daily basis?

10          MR. CRITTON:  Form.

11          THE WITNESS:  No.

12  BY MR. EDWARDS:

13      Q.    So in your mind, you never believed that you

14  were transporting around somebody whose sole goal in

15  life is to get -- have sex with little girls?

16          MR. CRITTON:  Form.

17          THE WITNESS:  I never believed that, no.

18  BY MR. EDWARDS:

19      Q.    Okay.  Have you ever been told that he

20  conspired with others, including assistants and/or his

21  drivers and/or pilots and his friend Ghislaine Maxwell,

22  to further these sex acts and to avoid police detection?

23          MR. CRITTON:  Form.

24  BY MR. EDWARDS:

25      Q.    Have you ever -- anybody ever questioned you



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

Larry Visoski                                        October 15, 2009

143

1    about that?

2              MR. REINHART:  Hold on.  The question is have

3         you ever been told that fact that he just read to

4         you?

5    BY MR. EDWARDS:

6         Q.   Right.

7         A.   I have never been told that fact.

8         Q.   Has anybody ever questioned you about your

9    possible involvement with helping to facilitate

10   Mr. Epstein have sex with underage girls?

11        A.   No.

12        Q.   When you were questioned by either the police

13   or the -- whoever the investigative resource that was

14   being used at the time?

15        A.   Right.

16        Q.   Do you remember who that person was that was

17   questioning you?

18        A.   No, I don't remember.

19        Q.   I know you don't know the location where it

20   was, but do you remember who they were affiliated with?

21        A.   No.

22        Q.   Was it only one time?

23        A.   Yes.

24        Q.   Did you also have to testify before a grand

25   jury proceeding?



Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

Larry Visoski                                    October 15, 2009

                                   144

1        A.    No, I did not.

2        Q.    Have you ever known Mr. Epstein to get a

3    massage while on an airplane?

4             PHONE ATTORNEY:  This is everybody in Boone,

5        Charles and the witness is here and the court

6        reporter and the videographer.

7             MR. EDWARDS:  Fantastic, but I think that you

8        may have the wrong room.

9             PHONE ATTORNEY:  I was told to ask for 856.

10            MR. EDWARDS:  Let's go off the record.

11            (Off the record discussion.)

12   BY MR. EDWARDS:

13       Q.    All right.  In the complaint, I'm going to

14   tell you what it alleges and I'm going to ask if this

15   helps to refresh your recollection about any of Jeffrey

16   Epstein's activities.  The defendant, Jeffrey Epstein,

17   transported the plaintiff to another state in order to

18   engage in sex acts with her.  And this occurred when she

19   was merely 15 years old.

20            Do you remember transporting somebody that

21   looked like they were 15 years old on your airplane?

22       A.    No, sir.

23       Q.    You never remember taking a 15-year-old, or

24   somebody that looks around that approximate age, on your

25   airplane?



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

Larry Visoski                                    October 15, 2009

                                145

1        A.    Can you be more specific?

2        Q.    Well, I know that you've indicated earlier in

3    the deposition that you remember some girls under the

4    age of 18 on the airplane.  And so let me ask, before I

5    get back into this, whether all those individuals you

6    were talking about were accompanied by a parent or some

7    of those people were on the airplane for some other

8    purpose, modeling, or you don't know why they were

9    there?  I'm going to let you elaborate on who these

10   people are that you believe may have been under the age

11   of 18 and why you think they were on the airplane?

12              MR. CRITTON:  Form.

13              THE WITNESS:  We've had younger people on the

14        airplane that have been, you know, with their

15        family members, like you said.  I don't remember

16        transporting anybody that was of questionable age.

17        I'm not -- I'd only be guessing at somebody's age

18        if I didn't ID them at the foot of the airplane.

19        So I can't guess to their age.

20   BY MR. EDWARDS:

21        Q.    All right.  "Mr. Epstein used his private jet

22   to transport the minor plaintiff to Manhattan where he

23   provided her spending money and accommodations with him

24   at his mansion."

25              Do you have any idea who that might be



Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

Larry Visoski                                          October 15, 2009

                                    146

1    referring to?

2                MR. CRITTON:  Form.

3                THE WITNESS:  No, sir.

4    BY MR. EDWARDS:

5        Q.    And you don't remember being a pilot of an

6    airplane where he was transporting a 15-year-old to

7    Manhattan from Miami or Palm Beach?

8        A.    No.   I'd be guessing at somebody's age and I

9    can't guess.

10       Q.    "Defendant transported plaintiff in his

11   private jet to locations that included Palm Beach, New

12   York City, Santa Fe, Los Angeles, San Francisco,

13   St. Louis."

14               Do you remember ever piloting his airplane to

15   those destinations that I just mentioned?

16               MR. REINHART:  Can we break them down?

17       Objection; compound.

18               MR. EDWARDS:  Okay.

19   BY MR. EDWARDS:

20       Q.    Have you ever flown his airplane to Palm

21   Beach?

22       A.    Yes, sir.

23       Q.    Okay.  Have you ever flown it to New York

24   City?

25       A.    Yes.



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

Larry Visoski                                    October 15, 2009

147

1       Q.   To Santa Fe?

2       A.   Yes.

3       Q.   To Los Angeles?

4       A.   Yes.

5       Q.   To San Francisco?

6       A.   Yes.

7       Q.   To St. Louis?

8       A.   Yes.

9       Q.   All right.  Continuing to international

10   destinations, including Europe, have you ever flown it

11   to Europe?

12      A.   Yes.

13      Q.   The Caribbean?

14      A.   Yes.

15      Q.   And Africa?

16      A.   Yes.

17      Q.   On those flights to those various places, is

18   it your -- to the best of your knowledge, you were

19   unaware of Jeffrey Epstein engaging in sex with underage

20   girls on his airplane?

21           MR. CRITTON:  Form.

22           THE WITNESS:  I have no knowledge of any of

23      that.

24   BY MR. EDWARDS:

25      Q.   "He provided accommodations with him in order



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

Larry Visoski                                    October 15, 2009

148

1   to have her available to him at all times whenever he

2   wanted, including while transporting the minor plaintiff

3   on his private jet."

4           That's something that you had no knowledge of?

5       A.   (Witness shakes head.)

6       Q.   You have to a yes or no.

7       A.   I'm sorry, no.

8       Q.   "Each time they would travel to one of these

9   destinations, the same pattern of sexual abuse would

10  occur, often with a vast array of aspiring models,

11  actresses, celebrities, and/or other females, including

12  minors from all over the world."

13          Again, that's something you have no personal

14  knowledge of?

15      A.   No.

16      Q.   Has anybody ever indicated that if you did

17  have personal knowledge of some of these things, then

18  you could also have been implicated in some form of a

19  crime?  Has any law enforcement or anybody ever

20  indicated that to you?

21      A.   No.

22      Q.   Okay.  Is that something you've ever worried

23  about?

24      A.   No.

25      Q.   All right.  "Upon information and belief,



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

Larry Visoski                                    October 15, 2009

149

1    defendant transported minor girls from Turkey."  Did you

2    ever leave in one of his airplanes out of Turkey?

3         A.    I'd have to look at the records.  I don't

4    recall Turkey.

5         Q.    Do you ever remember taking any minor girls

6    out of Turkey?

7         A.    No, I don't remember.

8         Q.    What records would you have to look at to see

9    if you took people out or left out of Turkey?

10        A.    I'd have to look at the flight logs, but I

11   personally don't remember flying into Turkey.

12        Q.    And would the flight logs coming into the

13   United States from Turkey indicate the names of the

14   people on the plane?

15        A.    They might.

16        Q.    Okay.  Where would I get those particular

17   flight logs that would have that information?

18        A.    Depended upon what year you're talking.

19        Q.    We're talking in this particular complaint

20   between 1998 and 2002.

21        A.    I'm not -- I don't possess those passenger

22   manifests.

23        Q.    Do you know who would possess those?

24        A.    That would be I guess --

25             MR. REINHART:  Do you know who has them today?



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

Larry Visoski                                    October 15, 2009

                              150
1           THE WITNESS:   I do not know who has them
2      today.
3   BY MR. EDWARDS:
4      Q.   Who did you give them to?
5      A.   Actually, I didn't give them to anybody.  Dave
6   Rogers was in possession of those logs.  So I don't know
7   where they are right now.
8      Q.   You're still thinking that the best evidence
9   of that, any flight that may have left out of Turkey,
10  would be in the flight logs that's marked as Composite
11  Exhibit 1, or are we talking about the manifests that
12  we've been referring to?
13     A.    I don't know how accurate that log book is or
14  even how accurate the passenger manifest is.
15     Q.   Okay.  So there may be no actual documentation
16  indicating a flight leaving out of Turkey when, in fact,
17  a flight may have left out of Turkey?
18     A.    Correct.
19     Q.   Okay.  The Czech Republic is the next place
20  listed.  Is that a place you've flown to or from in a
21  Jeffrey Epstein airplane?
22     A.   More specific, could you name the city?
23     Q.   I can't name the city, at least the complaint
24  doesn't name the city.  But I've been to the Czech
25  Republic before.  Anywhere within that country, have you



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

Larry Visoski                                    October 15, 2009

151

1    ever flown to or from in a Jeffrey Epstein airplane?

2         A.   We have flown to Prague.

3         Q.   Okay.  Have you picked people up in Prague and

4    flown out of Prague?

5         A.   I don't remember.

6         Q.   I'm not saying no, you didn't, but --

7         A.   Best of my knowledge.

8         Q.   -- you don't remember?

9         A.   Exactly.  Best of my knowledge, I don't

10   remember.

11        Q.   Do you remember the reason for going to Turkey

12   or to Prague?

13        A.   No.

14        Q.   This also says Asia.  Have you ever flown to

15   or from Asia with Jeffrey Epstein?

16        A.   Yes.

17        Q.   Or on a Jeffrey Epstein airplane?

18        A.   Yes.

19        Q.   Do you know the purpose of those flights to

20   and from Asia?

21        A.   No.

22        Q.   Did it ever occur to you that maybe it was to

23   pick up minor girls for him to have sex with on the back

24   of the airplane?

25             MR. CRITTON:   Form.



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

Larry Visoski                                     October 15, 2009

```
                          152
 1              THE WITNESS:  Never occurred to me.
 2     BY MR. EDWARDS:
 3         Q.    Did you ever hear that he maintained some of
 4     these underage girls as sex slaves --
 5         A.    Never heard of such a thing.
 6         Q.    -- from the age of 12 through the age of 16?
 7              MR. CRITTON:  Form.
 8              THE WITNESS:  No knowledge of that.
 9     BY MR. EDWARDS:
10         Q.    Ever picked up girls that looked young, many
11     of whom who spoke no English?  Do you ever remember
12     that?
13         A.    Zero, do not.
14         Q.    All right.  The complaint goes on to say,
15     "Plaintiff was required to be sexually exploited by
16     defendant's adult male peers, including royalty."  So
17     I'm going to talk, do you have any familiarity with
18     Prince Andrew?
19         A.    I know who he is.
20         Q.    Was he ever on the airplane?
21         A.    He may have been on the airplane.
22         Q.    Do you remember him on the airplane with young
23     girls?
24         A.    No, I do not.
25         Q.    Do you remember Jeffrey Epstein flying in to
```



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

Larry Visoski

October 15, 2009

153

1    meet with Prince Andrew?

2        A.    I don't remember.  I know that happened, but I

3    couldn't be accurate.

4        Q.    Has Prince Andrew ever been on the airplane at

5    the same time as a young girl, to the best of your

6    memory and knowledge?

7        A.    To the best of my knowledge, no.

8        Q.    This also says politicians, talking about

9    local or U.S. politicians.  Do you remember certain

10   politicians being on the airplane?

11       A.    No -- I mean yes, I do.

12       Q.    What politicians would that be?

13       A.    President Clinton.

14       Q.    Okay.  Who else?

15       A.    Former president of Israel -- help me out with

16   the name, Barak?

17       Q.    Ehud Barak?

18       A.    Yes, those are the two that I remember.

19       Q.    How many times was Ehud Barak on the airplane

20   that you piloted for Mr. Epstein?

21       A.    Maybe once.

22       Q.    And where did that flight pick up and where

23   did it go to, to the best of your memory?

24       A.    Best of my memory, it was Palm Beach to

25   Teterboro.



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

Larry Visoski                                          October 15, 2009

                                    154
1          Q.    Where is Teterboro?

2          A.    In New Jersey.

3          Q.    And what was the purpose of that flight, do

4     you know?

5          A.    I don't know.

6          Q.    Was Jeffrey Epstein on the flight?

7          A.    I'd have to look at the flight logs to

8     guarantee.

9          Q.    Anything about that flight stick out in your

10    mind?

11         A.    None.

12         Q.    Such as a fine needing to be paid because it

13    left after 10:00 p.m.?

14         A.    For that was the flight, yes.

15         Q.    You remember that?

16         A.    It's coming back to me.

17         Q.    And do you remember young girls being on that

18    flight?

19         A.    No.

20         Q.    All right.

21         A.    I remember the fine.

22         Q.    Do you remember who paid the fine?

23              MR. CRITTON:   Hold on.   Let me object to form

24        of the question.   "Do you remember" it suggests

25        that there were.   So form, predicate.



Toll Free: 866.709.8777
Facsimile: 561.394.2621

ESQUIRE
an Alexander Gallo Company

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

Larry Visoski                                    October 15, 2009

155

1    BY MR. EDWARDS:

2        Q.    Okay.   Do you remember who else was on that

3    flight that left after 10 p.m.?

4        A.    No, I do not.

5        Q.    Do you remember why it left after 10 p.m.?

6        A.    No, I do not.

7        Q.    Do you remember Jeffrey Epstein instructing

8    you to wait until after 10 p.m. to leave?

9        A.    No.

10       Q.    Would you have listened to him if he had told

11   you -- if he had instructed you to do that?

12       A.    I don't understand the question.

13       Q.    Well, if he told you wait until after 10 p.m.,

14   I realize there's going to be a fine, but wait until

15   after 10 p.m. to leave, intentionally leaving

16   after 10 p.m., do you remember that instruction ever --

17       A.    No, I don't remember that instruction.

18       Q.    Okay.

19       A.    I mean, it just happened to be departing

20   after 10 and there is a penalty for leaving after 10 for

21   noise.   So there was no intention to...

22       Q.    All right.   This also talks about this

23   particular person 15 years old being sexually exploited

24   by businessmen and/or other professional or personal

25   acquaintances.   Are you aware of other personal or



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

Larry Visoski

October 15, 2009

156

1    professional acquaintances of Jeffrey Epstein also

2    sexually abusing or exploiting little kids or underage

3    girls on your airplane?

4              MR. CRITTON:  Form.

5              THE WITNESS:  No.

6    BY MR. EDWARDS:

7         Q.   If you had been aware that Mr. Epstein was --

8    and by this -- this is more in the form of a

9    hypothetical, and that I'm not going to suggest to you

10   it's a fact that he was.  But if you had been aware that

11   every single day Jeffrey Epstein's goal was to locate

12   underage girls for the purposes of sex, and either have

13   sex with them on the airplane or at some other

14   designation that you were destination that you were

15   traveling him to, would you have continued to pilot

16   those planes?

17             MR. CRITTON:  Form.

18             THE WITNESS:  You said it was hypothetical?

19   BY MR. EDWARDS:

20        Q.   Right, it is a hypothetical.

21        A.   Why would I want to answer that?  Because

22   you're being hypothetical.  I mean, it would obviously

23   be wrong.

24        Q.   Sure.  Well, a hypothetical question is a

25   legal question that I'm allowed to ask.



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

Larry Visoski                                    October 15, 2009

                                157

1        A.    Okay.

2        Q.    And I'm just asking you if you did have

3   knowledge that Jeffrey Epstein was having sex with

4   little girls either on the plane or at a place that you

5   were taking him to or from on a daily basis, that's what

6   he did, would you have continued to be his pilot?

7              MR. CRITTON:   Let me object.   Object to the

8         form.   It's argumentative.   It has no more value

9         than assuming he was chopping up bodies or anybody

10        was chopping up bodies in the plane you're flying.

11        What difference does it make?   Form.

12             MR. EDWARDS:   What difference does it make in

13        a case about him having sex with little girls?   I'm

14        not going to argue with you about it.   You've

15        stated your objection.

16             MR. CRITTON:   Exactly.   It's an argumentative

17        question.

18             MR. EDWARDS:   I'm not going to argue with you

19        about it.

20             MR. CRITTON:   You're arguing with him about

21        now.

22             MR. EDWARDS:   No, I'm asking him the

23        hypothetical.

24   BY MR. EDWARDS:

25        Q.    Can you answer that?   Would you have continued



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

Larry Visoski                                          October 15, 2009

                                    158
 1    to be a pilot for somebody who's traveling to and from
 2    destinations with the goal of having sex with underage
 3    girls?
 4              MR. CRITTON:  Form.
 5              THE WITNESS:  It could be any person.  It
 6        doesn't have to be Jeffrey Epstein, then, right?
 7    BY MR. EDWARDS:
 8        Q.    True.
 9        A.    No, I wouldn't pilot an airplane if there was
10    wrongdoing going on.
11        Q.    That you knew about?
12        A.    That I knew you about, sure.
13        Q.    Me reading this complaint to you, is this the
14    first time you've heard these allegations --
15        A.    Yes.
16        Q.    -- against Mr. Epstein?
17        A.    Yes.
18        Q.    It goes on to say, "On one of Epstein's
19    birthdays, a friend of Epstein sent him three
20    12-year-old girls from France who spoke no English for
21    the purpose of -- for defendant to sexually exploit and
22    abuse.  After doing so, they were sent back to France
23    the next day."
24              Are you familiar with that occasion?
25              MR. CRITTON:  Form.



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

Larry Visoski                                    October 15, 2009

159

1          THE WITNESS:  Never hea▓▓▓▓▓▓▓▓▓ng.

2    BY MR. EDWARDS:

3          ▓▓▓▓▓ you know of any friends that he has in

4    France that would send him birthday -- a ▓▓▓▓▓y

5    present?

6          A.    No.

7          Q.    Do you know of him receiving any birthday

8    gifts or birthday people from anyone?

9          A.    Never.

10          Q.    This particular person that filed this

11    complaint, Jane Doe 102, indicates "Defendant and

12    Ghislaine Maxwell acknowledged and celebrated

13    plaintiff's 16th birthday."

14          Do you remember them celebrating somebody who

15    you flew on the airplane's 16th birthday?

16          A.    I don't recall.

17          Q.    Any of this jog your memory as to who ▓▓▓▓▓

18    ▓▓▓▓▓ is?

19          A.    No.

20          Q.    "From the age of 15, plaintiff" -- this Jane

21    Doe 102 -- "was sexually exploited and abused by

22    defendant on a daily basis and often multiple times each

23    day."

24          So going back, was there ever a day where you

25    were with Jeffrey Epstein where you could observe him



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

Larry Visoski                                    October 15, 2009

160

1   and ███████████████ during an entire day?

2          MR. CRITTON:  Form.

3          THE WITNESS:  I don't remember ████████

4          ███████ so I couldn't answer the question.

5   BY MR. EDWARDS:

6      Q.   "In September 2002, Defendant Epstein

7   purchased a commercial round-trip airline ticket and

8   provided a passport, U.S. currency and accommodations

9   for plaintiff to fly to Thailand."

10         Do you remember him doing that for anybody

11  around that time period?

12     A.   No, sir.

13         MR. CRITTON:  What was the date?

14         MR. EDWARDS:  September 2002.

15         MR. CRITTON:  Okay, thanks.

16         MR. EDWARDS:  I have here -- and this is

17  ███████ actually my only copy, so I don't mind marking it

18         as a composite exhibit, but we'll either ████████

19         copy this while thing or we'll have an agreement of

20         counsel.  It's the visitor inmate log from when

21         Mr. Epstein was in jail in Palm Beach.

22         MR. CRITTON:  Well, before we get started, it

23         is now 1:15.  We started at 10:00.

24         MR. EDWARDS:  We didn't really start at 10:00.

25         MR. CRITTON:  Shortly thereafter.  I was here



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

Larry Visoski                                          October 15, 2009

                              161

1         pretty much after 10.  But we've been here since

2         10:00.  I want to take a lunch break.

3              MR. EDWARDS:  Let's do it.

4              MR. CRITTON:  For an hour?

5              MR. EDWARDS:  Sure.

6              (A break was had at 1:15 p.m.)

7    BY MR. EDWARDS:

8         Q.   All right.  I looked through the inmate log of

9    the visitors who visited Jeffrey Epstein and your name

10   appears one, two, three, four, five, six, seven, eight

11   times.

12        A.   Okay.

13        Q.   Seem to be accurate in terms of how many times

14   you went to visit him?

15        A.   I thought six, but yes, that's...

16        Q.   I'll let you review the records and tell me if

17   you dispute any of that record.  And I'll go ahead and

18   mark that as Composite Exhibit 5.

19             (Plaintiff's Exhibit No. 5 was marked for

20   identification.)

21             MR. REINHART:  It's two pages.

22             MR. EDWARDS:  Two pages.

23             MR. REINHART:  Okay.

24   BY MR. EDWARDS:

25        Q.   Seem accurate?



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

Larry Visoski                                    October 15, 2009

                                162

1          A.    Yes.

2          Q.    Okay.   Jeffrey Epstein's plea, I believe, was

3    June 30th, 2008.   I think that's when he was taken in

4    custody from there.   Your first visit is July 3rd, 2008.

5    And the other name on that visit is Igor Zinoviev.   Did

6    you go with Igor to visit Jeffrey Epstein?

7          A.    Yes.

8          Q.    Why did you go with Igor?

9          A.    It just happened he wanted to see us both at

10   the same time.   There was no apparent reason.

11         Q.    How did you know that Jeffrey wanted to see

12   you?

13         A.    I don't recall who called and told me that he

14   wanted to see me.   I couldn't give you an accurate name,

15   whether it was, you know, his attorney, Darren.   And

16   actually, I would put a lot weight to I think it was

17   Darren, his attorney.

18         Q.    That would have made a phone call to you that

19   said --

20         A.    Yeah, to go.

21         Q.    And what did you talk about with Jeffrey

22   Epstein four days after he pled guilty to offenses that

23   landed him in jail?

24         A.    I think the first visit was how disappointed

25   or how scared he was, you know, being inside there.   We



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

Larry Visoski

October 15, 2009

163

1    just talked about general happenings that go on in

2    there.

3        Q.    What did he say?

4        A.    It's terrible; it's cold; he can't sleep.

5    They wake him up every two hours.  You know, just items

6    like that, uncomfortable things.  We talked about the

7    airplanes a great deal.  You know, we got major

8    maintenance on the big airplane, so we discussed that a

9    little bit.  And then it was really just how

10   uncomfortable he was there.

11       Q.    How long did you visit with him on that first

12   visit, July 3rd?

13       A.    I think we stayed the full hour.

14       Q.    All right.  Is that what the time allotment

15   was?

16       A.    I believe it is, yeah.  I don't think you

17   could leave early, or I'm not aware that you could leave

18   early, until later on we found out you could stay for

19   five minutes or longer.  But I don't think any of us

20   knew that was -- once you got in there, you stayed there

21   for the hour.

22       Q.    Okay.  So you talked to him for an hour and

23   for the most part it was just about the conditions and

24   his disappointment with the conditions?

25       A.    Sure, yeah, absolutely.



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

Larry Visoski                                    October 15, 2009

164

1    Q.    And did Igor talk to him as well?

2    A.    Briefly.  I mean, not that much.  You're going

3    back a little ways again to remember exactly what was

4    discussed.  You know, he asked how his family was doing.

5    I guess Igor's got a son, I think he asked how his son

6    was doing.  You know, just general questions like that.

7    Q.    Did you ride to the jail that day with Igor?

8    A.    I believe we did.  I believe I met Igor

9    probably at Jeffrey's house and picked him up, or if

10   not, we may have met at the airport and drove together.

11   But we did drive together on that occasion.

12   Q.    In what vehicle did you drive?

13   A.    The Hummer.

14   Q.    That's the vehicle you described earlier as

15   the company vehicle?

16   A.    Yes, sir.

17   Q.    Is that a vehicle paid for by Jeffrey Epstein?

18   A.    Meaning?

19   Q.    Well, is that a vehicle paid for by you?

20   A.    What do you mean "paid for"?

21   Q.    Did you purchase the vehicle with your money?

22   A.    I didn't purchase that one, no.

23   Q.    Do you know if it was purchased by Jeffrey

24   Epstein or a corporation of Jeffrey Epstein's?

25   A.    Probably a corporation.



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

Larry Visoski                                    October 15, 2009

165

1          MR. CRITTON:  Form; move to strike.  Sounds
2     like a guess.
3  BY MR. EDWARDS:
4          Q.    To the best of your knowledge, that's how most
5     of the items that you've discussed -- that being the
6     Boeing and the Gulfstream -- they were usually held in
7     corporate names, to your knowledge?
8          A.    To my knowledge, exactly, yes.
9          Q.    And so when you're saying the -- when you're
10    talking about the Hummer vehicle and you're stating that
11    it's likely a corporate entity, is that just something
12    that you're guessing about, or do you have knowledge?
13         A.    No, I'm just guessing.
14         Q.    Okay.
15         A.    I have no proof --
16         Q.    -- of ownership of who it's registered to or
17    anything like that?
18         A.    Exactly.
19         Q.    Is it registered to you?
20         A.    No, no.
21         Q.    So it's registered to somebody other than you?
22         A.    Exactly.
23         Q.    Okay.
24         A.    I just drive it, I guess.
25         Q.    Okay.  So on July 5th, 2008, you go back to



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

Larry Visoski                                    October 15, 2009

                              166

1    see him in jail again, and again, Igor Zinoviev is

2    listed as a visitor.  Did you go with him together on

3    that occasion?

4        A.    I didn't even realize it was two days after

5    the first visit.

6        Q.    Well, I mean, you see where this is going?

7        A.    Yeah, I do.  It gets further apart, yeah.

8        Q.    Do you remember what the discussion was on

9    7/5/08?

10       A.    No, because it's probably similar to the first

11   one.  I mean, we talked -- actually, one of the visits

12   we talked about fishing and just trying to -- you know,

13   we were talking about things that would just occupy his

14   mind with intelligent conversation that he probably

15   wasn't getting there.  So for that hour of the day, I

16   tried to give my best of intelligent conversation to

17   him.

18       Q.    Okay.  On his visitor log you were the first

19   one to go visit him.  Did you know that?

20       A.    I did not know that.  I wasn't aware of that.

21            MR. CRITTON:  Let me just object to form to

22       the last question.

23   BY MR. EDWARDS:

24       Q.    Well, at least if these records are accurate,

25   which are the records that were provided to us by the



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

Larry Visoski                                    October 15, 2009

167

1    facility that was holding Jeffrey Epstein, they're

2    accurate, your name is the first one listed on the top

3    of the sheet?

4        A.    Right.    There may have been earlier dates.    I

5    have no idea.

6        Q.    Well, you know, the first date that he could

7    have been in there it looks like was 7/1/08 and then,

8    you know, so I guess somebody could have seen him 7/1 or

9    7/2, but those records were never provided to us.    You

10   see we were provided a whole big stack.

11       A.    I understand.

12       Q.    The next date I'm going to talk to you about

13   is 7/12/08.

14       A.    Uh-huh.

15       Q.    It looks, again, like it's yourself and Igor

16   Zinoviev?

17       A.    Mm-hmm.

18       Q.    And that's something we talked about in this

19   deposition.    I'm going to ask you again, I don't know

20   that you elaborated last time, what is your

21   understanding of his relationship with Jeffrey Epstein?

22   Is that a friend of his?

23       A.    I don't know his job description.    I mean,

24   he's somebody that's around a lot, but I don't know his

25   exact job description.    His English is, to say, not



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

Larry Visoski                                    October 15, 2009

168

1   100 percent, so conversation with somebody that doesn't

2   fully understand you, you know, you get lost in

3   translation a little bit.  So I don't --

4        Q.   So on these three visits to the jail, the

5   first three that we're talking about that we've talked

6   about so far, each of those times you traveled to and

7   from the jail with Igor?

8        A.   Mm-hmm.

9        Q.   Yes?

10       A.   Yes, yes.

11       Q.   And each of those time, is it fair to say you

12  had some form of communication either on the way to the

13  jail or --

14       A.   Sure.

15       Q.   -- to the jail?

16       A.   Yeah.

17       Q.   Since you're going to see an inmate in the

18  jail, is it a safe assumption a portion of that

19  conversation was about the person that you're going to

20  see and possibly the crime that was committed?

21       A.   Yes, that would be a good assumption.

22       Q.   Okay.  And what was the form -- what was the

23  substance of that conversation that you can remember

24  related to Jeffrey Epstein and the location you were

25  going to visit him?



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

Larry Visoski                                    October 15, 2009

169

1      A.    I think Igor and I discussed on trying to be

2  upbeat and not look at the position that he's in sitting

3  across the table from us, to be upbeat and uplift his

4  spirits.

5      Q.    Did you and Igor discuss whether or not you

6  were going to talk to him about his plea of guilty or

7  the fact that he's not registered as a sex offender?

8      A.    No.

9      Q.    Or whether you were going to stay away from

10  those topics?

11            MR. CRITTON:  Form.

12            THE WITNESS:  We never -- we don't discuss

13      that amongst ourselves and/or with Jeffrey in any

14      way, form.

15  BY MR. EDWARDS:

16      Q.    Okay.  But that's not -- I realize you didn't

17  discuss that.  You've told me that.

18      A.    Right, but we didn't discuss that even prior

19  to going in, as you asked.

20      Q.    Okay.  So your discussion was mainly hey,

21  let's be upbeat?

22      A.    Yes.

23      Q.    And that was to, in essence, maintain his

24  spirits or raise his spirits?

25      A.    Exactly.



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

Larry Visoski                                    October 15, 2009

170

1      Q.   Okay.  And you were doing that as a friend of

2   his, not just his pilot, right?

3      A.   I felt honored that he asked me to come and

4   give support like that, because prior to him going away,

5   it was known to us that there was going to be no

6   visitors, because I had offered to him that I would be

7   happy to come and visit him if he deemed it necessary,

8   and he says no, I'm not going to have anybody.

9      Q.   So --

10      A.   I guess it was so bad there, that he may have

11   changed his mind and wanted to have some visitors.

12      Q.   When did you have this conversation with him

13   where he indicated he was not going to have visitors

14   while he was in jail?

15      A.   I don't exactly remember.  It may have been on

16   the trip heading to Palm Beach, the last flight.

17      Q.   From his island, from St. Thomas I guess it

18   would be from?

19      A.   I forgot where it started from.  It might have

20   been New York or the island, one of the two.  I don't

21   remember the last flight.

22      Q.   And I mean, did at least the fact come up that

23   hey, this a person who you're -- is going to be in jail

24   for some time?

25      A.   Mm-hmm, yes.



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

Larry Visoski                                    October 15, 2009

                                    171
1        Q.   And in the course of that conversation, again,
2    the allegations and the unusual I'll call it case
3    against him, that didn't come up between you and
4    Mr. Epstein?
5        A.   I never talked about it with him.
6        Q.   And at that point in time, what were you aware
7    of in terms of the number of girls that he was alleged
8    to have had sexual -- some sort of sexual relationship
9    with him at his Palm Beach house?
10       A.   What was the question?  How many girls?
11       Q.   Yeah, how many girls were you --
12       A.   Aware of?
13       Q.   -- aware of?
14       A.   None.  I wasn't aware of any, to be honest.
15       Q.   The next visit is on 7/17/08 and it's Igor
16   Zinoviev and somebody named Jean Rene and then yourself.
17   Do you know who Jean Rene is?
18       A.   No.
19       Q.   Do you think that that visit, that you visited
20   him at the same time that Jean Rene visited?
21            MR. CRITTON:  What's the date?
22            MR. EDWARDS:  It's 7/17/08.
23            THE WITNESS:  No, I don't know a Jean Rene,
24       unless somebody came after.  I mean, I don't -- I
25       don't know a Jean Rene.



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com