UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-CIV-80119-MARRA/JOHNSON

JANE DOE NO. 2,

    Plaintiff,

vs.

JEFFREY EPSTEIN,

    Defendant.

_____/

Related cases:
08-80232, 08-80380, 08-80381, 08-80994,
08-80993, 08-80811, 08-80893, 09-80469,
09-80591, 09-80656, 09-80802, 09-81092

_____/

**OMNIBUS ORDER**

**THIS CAUSE** is before the Court on Defendant Epstein's Motion for Sanctions and

to Compel Deposition of Jane Doe 4 (D.E. #305); and Plaintiff, Jane Doe 4's Motion for

Sanctions and Motion for Protective Order (D.E. #306). These motions have, in part, been

rendered moot in that since the filing of the motions, the deposition of Jane Doe 4 has

taken place. As for the sanctions portions of each of the parties' respective motions, the

Court finds no sanctions warranted against any of the parties or attorneys involved in this

matter. The Court has carefully reviewed and considered the allegations made in the

pleadings and finds the entire incident to have been the result of an innocent

misunderstanding and misinterpretation of circumstances, and that no individual's action

in this regard rose to the level which would justify the imposition of sanctions. In

accordance with the above and foregoing, it is hereby

1

**ORDERED AND ADJUDGED** as follows:

(1)     Defendant Epstein's Motion for Sanctions and to Compel Deposition of Jane Doe 4 (D.E. #305) is **DENIED.**  That portion of the Motion seeking an order requiring Jane Doe 4 appear for deposition is denied as moot, in that since the filing of the motion, said deposition has taken place. The terms in place for Epstein to be granted leave to continue Jane Doe 4's deposition are the subject of a separate order. That portion of the Motion seeking an order imposing sanctions is denied;

(2)     Plaintiff, Jane Doe 4's Motion for Sanctions and Motion for Protective Order (D.E. #306) is **DENIED.**  That portion of the Motion seeking an order relieving Jane Doe 4 from having to appear for deposition is denied as moot, in that since the filing of the motion, said deposition of Jane Doe 4 has taken place. The terms in place for Epstein to be granted leave to continue Jane Doe 4's deposition are the subject of a separate order. That portion of the Motion seeking an order imposing sanctions is denied.

**DONE AND ORDERED** this November 19, 2009, in Chambers, at West Palm Beach, Florida.

LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE


CC:   The Honorable Kenneth A. Marra
All Counsel of Record

2