UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-CV-80119-MARRA/JOHNSON

JANE DOE NO. 2,

            Plaintiff,

-vs-                                VOLUME I OF III

JEFFREY EPSTEIN,

            Defendant.
_____/
Related cases:
08-80232, 08-08380, 08-80381, 08-80994,
08-80993, 08-80811, 08-80893, 09-80469,
09-80591, 09-80656, 09-80802, 09-81092
_____/

        VIDEO-CONFERENCED AND VIDEOTAPED DEPOSITION OF
                     JANE DOE NO. 4

                  Tuesday, October 27, 2009
                    11:11 - 6:05 p.m.

                250 Australian Avenue South
                         Suite 115
                West Palm Beach, Florida 33401

Reported By:
Cynthia Hopkins, RPR, FPR
Notary Public, State of Florida
Prose Court Reporting

Page 2

APPEARANCES:

On behalf of the Plaintiff, L.M. and E.W.:
MICHAEL J. WHEELER, ESQUIRE
ROTHSTEIN, ROSENFELDT, ADLER
401 East Las Olas Boulevard
Suite 1650
Fort Lauderdale, Florida 33301
Phone: 954.522.3456

On behalf of Jane Does 1 through 8:
ADAM D. HOROWITZ, ESQUIRE
STUART S. MERMELSTEIN, ESQUIRE
MERMELSTEIN & HOROWITZ, P.A.
18205 Biscayne Boulevard
Suite 2218
Miami, Florida 33160
Phone: 305.931.2200
E-mail: Ahorowitz@sexabuseattorney.com

On behalf of C.M.A.:
RICHARD HORACE WILLITS, ESQUIRE
RICHARD H. WILLITS, P.A.
2290 10th Avenue North
Suite 404
Lake Worth, Florida 33461
Phone: 561.582.7600
(Via Telephone)

On behalf of the Defendant, Jeffrey Epstein:
ROBERT D. CRITTON, JR., ESQUIRE
MARK T. LUTTIER, ESQUIRE
BURMAN, CRITTON, LUTTIER & COLEMAN, LLP
303 Banyan Boulevard
Suite 400
West Palm Beach, Florida 33401
Phone: 561.842.2820

ALSO PRESENT: Jeffrey Epstein, via video conference
Jeff Abbott, Videographer
Visual Evidence, Incorporated

Page 3

─ ─ ─

I N D E X

─ ─ ─

WITNESS:    DIRECT   CROSS   REDIRECT   RECROSS
JANE DOE NO. 4

BY MR. LUTTIER   4

─ ─ ─

E X H I B I T S

─ ─ ─

| EXHIBIT | DESCRIPTION | PAGE |
| --- | --- | --- |
| DEFENDANT'S EX. 1 | Proposal for Settlement | 72 |
| DEFENDANT'S EX. 2 | Answers to Interrogatories | 232 |
| DEFENDANT'S EX. 3 | Petition for Injunction | 348 |
| DEFENDANT'S EX. 4 | Handwritten Note | 384 |
| DEFENDANT'S EX. 5 | Psychological/Social History | 394 |

Page 4

P R O C E E D I N G S

─ ─ ─

Deposition taken before Cynthia Hopkins, Registered Professional Reporter and Florida Professional Reporter, and Notary Public in and for the State of Florida at Large, in the above cause.

─ ─ ─

THE VIDEOGRAPHER: This is the 27th day of October, 2009. The time is 11:11 a.m. This is the videotape deposition of Jane Doe No. 4 in the matter of Jane Doe No. 4 versus Epstein.

This deposition is being held at 250 South Australian Avenue, West Palm Beach, Florida.

My name is Jeff Abbott. I am the videographer representing Visual Evidence, Incorporated.

Will the attorneys please announce their appearances for the record.

MR. HOROWITZ: Sure. Adam Horowitz, counsel for Plaintiff, Jane Doe No. 4.

MR. LUTTIER: Mark Luttier, counsel for Jeff Epstein.

MR. CRITTON: Robert Critton on behalf of Mr. Epstein.

MR. HOROWITZ: Let me just do a --

Page 5

MR. WILLITS: Rick Willits on behalf of Carolyn Andriano.

MR. HOROWITZ: Let me just note a brief objection. Per the letter that we have written to you, we intend to object and instruct our client not to answer to the extent there are questions whose answers will implicate Rule 412. The issue of Rule 412 is, is before the court in a pending motion, and before the depo was set, we fully briefed the issue before the court and have noted our intent to object to questions which implicate that question -- that rule.

MR. CRITTON: 412 deals with the --

MR. HOROWITZ: Sexual, sexual history.

MR. CRITTON: -- sexual history, and our, we briefed it --

MR. HOROWITZ: We briefed it.

MR. CRITTON: -- on both sides, and our position is, is Judge Johnson was pretty clear in her order with regard to CME and with regard to this medical exam that was done by Dr. Hall in the Carolyn Andriano case as to why it's relevant, and why it's material and why it's important. We understand your position, don't

(561) 832-7500    PROSE COURT REPORTING AGENCY, INC.    (561) 832-7506

Page 6

agree with it, and we'll proceed.

MR. LUTTIER: Ready?

THE COURT REPORTER: Yes.

MR. LUTTIER: Please state your name. Oh, you have to swear her in.

Thereupon,

(JANE DOE NO. 4)

Having been first duly sworn or affirmed, was examined and testified as follows:

THE WITNESS: Yes.

DIRECT EXAMINATION

BY MR. LUTTIER:

Q. What is your name, ma'am?

A. Jane Doe No. 4.

Q. And how do you spell your middle name?

A. (Witness spells middle name.)

Q. And your last name is -- (Mr. Luttier spelled the witness's last name.)

A. Yes.

Q. Okay. Jane Doe No. 4, when were you born?

A. June 6, 1987.

MR. WILLITS: I can barely hear the witness. Can we get it a little closer to her?

MR. HOROWITZ: Yes.

Page 7

BY MR. LUTTIER:

Q. Have you ever been known by any other name?

A. No.

Q. Have you ever been deposed before?

A. Deposed?

Q. That is have your deposition taken as we're doing today.

A. No.

Q. Have you ever given anybody any kind of statement under oath before?

A. The police reports, you mean?

Q. Could be, yeah.

A. Yeah.

Q. All right. Do you know what the significance of an oath is?

A. Yeah, where you tell the truth.

Q. Okay. You understand you are under oath today?

A. Yes.

Q. Do you know what the significance of violating an oath is?

A. (Witness shakes head.)

Q. Like, if you don't tell the truth when you're under oath, do you know --

Page 8

A. Yeah, you're in trouble.

Q. Okay. You know that's against the law to do that?

A. Yeah.

Q. All right. And you know there are criminal sanctions associated with --

A. Yes.

Q. -- lying under oath? And have you been, have you been taught at any time in your lifetime the importance of telling the truth?

A. Yeah.

Q. And when do you recall first being taught the importance of telling the truth?

A. Ever since I was a little girl, my parents taught me.

Q. Okay. And have -- to the best of your knowledge have you always told the truth when you are under oath?

A. Yeah. Well, when I was -- well, certain times, yeah, when I was scared, I didn't know what to do. I mean, yeah, I mean like under an interview, like what are you trying to --

Q. Have you always told the truth when you've been under oath? That's my question to you.

A. Like as if today?

Page 9

Q. As of from the day you were born until today as you sit here now.

A. Yeah.

Q. What was your answer?

A. Yeah.

Q. All right. So at any point in time that you ever told anybody --

A. Under oath, is that like when police ask you a question; is that being under oath?

Q. I mean when somebody --

A. Because I don't think I've -- I don't think I've ever been under oath like -- besides like this moment.

Q. I think when somebody asks you and tells you that you are giving a sworn statement.

A. I guess like if I were --

MR. HOROWITZ: Are you testifying? Let me object to the form.

MR. LUTTIER: My question stands.

MR. HOROWITZ: Object to the form.

THE WITNESS: Like, if you write a, like, pre-statement or something like that?

BY MR. LUTTIER:

Q. No. If someone says to you, or asks you, is everything that you say true and correct.

3 (Pages 6 to 9)

Page 10

A. Yeah.

Q. And if you answer yes to that, you understand you're telling them that what you have told them is true and correct?

MR. HOROWITZ: Object to the form.

BY MR. LUTTIER:

Q. Is that right?

A. Yeah.

Q. Okay. So, at any point in time that you have given a statement to anyone under oath, you've always told the truth, correct?

MR. HOROWITZ: Object to the form.

THE WITNESS: Yeah.

BY MR. LUTTIER:

Q. Do you know of times that you've lied when you are under oath?

A. Not under oath, but when I've been asked questions by the police, I've been scared not know -- not knowing what to do, that I didn't, like speak the whole truth.

Q. Well, your parents, when you were taught from a young age to tell the truth, did they, did they tell you to tell the truth to police officers?

A. I've -- my parents never sat me down and was like if you're going to be in front of the

Page 11

police, tell the truth. They never thought in their wildest dreams that I would be under, be in the presence of police officers, so they're not -- they don't sit me down if a police officer asks you, they have only just told me, tell the truth.

Q. They have told you --

A. They have never said, oh, if a police officer comes up to you and asks you to speak the truth, tell them the truth. They have never, they just told me like knowledge like the parents give to kids, like teaching their kids to grow.

Q. So, they taught you to tell the truth under all circumstances, whether you are under oath or not under oath; is that right?

A. Yeah.

Q. And they told you to tell the truth to everybody, whether they were a police officer or not a police officer, correct?

A. Yeah.

Q. And you certainly know that if someone says to you and asks you a question specifically, is everything that you have said is true, you know that they're asking you whether or not what you have just told them is true, don't you?

A. Yeah.

Page 12

Q. Okay. Have you always answered that question when it's been asked of you truthfully?

A. Yes, most of the time. Yes.

Q. That wasn't my question. My question was have you always answered that question truthfully?

MR. HOROWITZ: Form.

THE WITNESS: I feel like you're asking me the same question and I've already answered.

BY MR. LUTTIER:

Q. You just answer my question, ma'am. Do you need the court reporter to read it back to you?

MR. HOROWITZ: Object to the form. Asked and answered.

THE WITNESS: Ask me again.

BY MR. LUTTIER:

Q. Have you always answered the question, if someone says to you, is everything you've told me true and correct, have you always answered that question truthfully?

A. In the past, no.

Q. So you've lied in the past; is that right?

MR. HOROWITZ: Form.

THE WITNESS: Yeah.

BY MR. LUTTIER:

Q. Okay. Who did you lie to, ma'am?

Page 13

A. The police officers that first invest -- asked me questions whenever this whole thing went down.

Q. You lied to police officers?

A. No, I didn't lie to them. I was scared and I didn't tell them the whole truth.

Q. Did you tell them the truth or did you not tell them the truth?

A. No, I did tell them the truth, but I didn't tell them everything.

Q. Did you answer their questions truthfully?

A. Yes. Most of the questions that they asked me, I don't remember.

Q. Well, I don't mean most, I want to know if you answered every question that --

MR. HOROWITZ: That's her answer. Object to the form.

BY MR. LUTTIER:

Q. -- they asked you truthfully.

A. I don't -- I don't recall the questions they were asking me.

Q. Well, have you seen a transcript of the interrogation and the questioning that they had with you?

A. Probably three years ago.

4 (Pages 10 to 13)

Page 14

Q. Okay. Well, when you read the transcript --

A. I don't remember. I don't recall.

MR. HOROWITZ: Just wait --

BY MR. LUTTIER:

Q. You need to let me finish my question.

MR. HOROWITZ: Let him finish his question.

BY MR. LUTTIER:

Q. When you read the transcript, were your answers all truthful?

A. I don't remember the questions that they asked. I don't remember the questions. I don't know what exact questions.

Q. I don't want to play semantics with you, ma'am. My question is, when you read the transcript were all of your answers truthful?

MR. HOROWITZ: Object to the form, asked and answered.

THE WITNESS: I don't --

MR. HOROWITZ: You already answered.

BY MR. LUTTIER:

Q. Go ahead and answer my question.

A. I don't, I don't -- yeah, I already answered your question. I don't know what you want

Page 15

me to say.

Q. It's not what I want you to say, ma'am, I want you to answer my question. And my question was when you read the transcript were all, and I emphasize the word all, of your answers as reflected in that transcript truthful?

A. No.

Q. So, and this was about three years ago you claim you saw a transcript of some interview between you and some police officers?

A. The police officer with -- regarding Jeffrey Epstein. The question -- the first interview -- the first interview I had with the police officers.

Q. And you say this happened three years ago?

A. No. Last time I looked over it. First time I got interviewed, I don't remember what date it was. It was probably like four years ago, and this happened 2005 when I first got interviewed by those cops.

Q. You're talking about the police officers?

A. That they came and asked me questions.

Q. And where did they come to ask you questions?

A. At my school.

Page 16

Q. And that was what school?

A. Lynn University.

Q. And it was two officers from what agency?

A. I don't even know how many officers there was. I don't remember.

Q. You just -- it's just a blank in your mind?

A. I know that there were officers there.

Q. Is it a blank in your mind how many officers were there?

A. Yes. I don't recall.

Q. Do you have any problem with your memory?

A. No.

Q. Okay. Do you know why you can't recall how many officers were there?

MR. HOROWITZ: Form.

THE WITNESS: Because it was a while ago.

BY MR. LUTTIER:

Q. Was it more -- well, okay.

A. It was a scary situation.

Q. So you're saying that as time passes, your recollection begins to fade; is that right?

A. No.

MR. HOROWITZ: Object to the form.

Page 17

BY MR. LUTTIER:

Q. Your recollection doesn't fade with the passage of time; is that right?

MR. HOROWITZ: Object to the form.

THE WITNESS: No. I remember certain -- I remember certain things, but small details like that --

BY MR. LUTTIER:

Q. Okay. Small detail, what you've described --

A. The cops, like, they're might have been two. There might have been three. I don't -- I wasn't paying attention. Like, how many cops there was, I don't know.

Q. Are you describing, when you say small detail, are you describing --

A. No, not small detail. I didn't mean it like, say it like that. I don't know how many cops there were. I don't --

Q. Are you describing the event where, where police officers interview you as being a small detail?

MR. HOROWITZ: Form.

THE WITNESS: No. It's not a small detail.

Page 18

BY MR. LUTTIER:

Q. Was it a significant event in your life?

A. Yes, it was.

Q. Had police officers often interviewed you before that?

A. No. I have had before, but no, this was just --

Q. You'd had interaction with police agencies before this interview revolving, involving Mr. Epstein, hadn't you?

A. Yeah, but that's --

MR. HOROWITZ: Just answer his question --

THE WITNESS: Right.

MR. HOROWITZ: -- yes or no.

THE WITNESS: Yeah.

BY MR. LUTTIER:

Q What police agencies had you had interaction with before you had this interview with regard to Mr. Epstein?

A. Royal Palm Beach cops.

Q. And did you tell them the truth or did you lie to them?

A. Yes, I told them the truth.

Q. So, on that occasion --

A. Yes.

Page 19

Q. -- you knew that what you should do is tell the truth?

A. Uh-huh.

Q. All right. And how did you know that what you ought to do is tell the Royal Palm Beach Police the truth?

A. Because -- do you mean, like, how do I know it was the right thing to do? Because it was the truth.

Q. How did you know it was the right thing to do?

A. Because it was the truth and my parents, like, taught me to tell the truth.

Q. And how long was it before this interview in the Epstein matter that you -- you had interaction with the Royal Palm Beach Police?

(Mr. Wheeler entered the room.)

MR. WHEELER: Good morning.

THE WITNESS: A year maybe.

BY MR. LUTTIER:

Q. Okay. So one year prior to your interview with police officers with respect to the Jeffrey Epstein matter, you had been interviewed by the Royal Palm Beach Police and you knew to tell them the truth, correct?

Page 20

A. Yeah.

Q. Now, did anything happen between the date that you were interviewed by the Royal Palm Beach Police officers, and you knew to tell the truth, and the date that you interviewed -- were interviewed by the police officers with Jeffrey Epstein, that caused you to forget that you should tell the truth when you're being interviewed by police officers?

MR. HOROWITZ: Object to the form.

THE WITNESS: I was sexually abused, and I was scared.

BY MR. LUTTIER:

Q. And as a result of that, you forgot that you were supposed to tell the truth?

A. I didn't forget. I was scared.

Q. So, you intentionally didn't tell the truth to the police officers; is that correct?

A. No, I didn't know what to -- I didn't know if I was going to get in trouble. I was -- I didn't know. I thought -- I didn't know what to do.

Q. Did --

A. I was scared.

Q. Did someone tell you that if you were going to get in trouble that was an excuse not to tell the truth?

Page 21

MR. HOROWITZ: Object, form.

THE WITNESS: No.

BY MR. LUTTIER:

Q. You knew that it was an important matter that the police officers were coming to talk to you about, didn't you?

A. Yeah.

Q. It was a very significant matter in your life, wasn't it?

A. Of course.

Q. And you knew what you had to do was tell these officers the truth, didn't you?

MR. HOROWITZ: Object to the form.

BY MR. LUTTIER:

Q. Correct?

A. For the most -- yes.

Q. Well, you knew that that's what you were supposed to do, right?

A. Yeah.

Q. That was the right thing to do and that's what you'd always been taught to do; isn't that right?

A. Yeah.

Q. Okay. Now, from, from this point in time that you say the police officers came to interview

Page 22

you at Lynn University, do you recall what year that was?

A.   2005.

Q.   And do you remember what month it was?

A.   No. Probably -- no. Middle of my freshman year.

Q.   Does October refresh your recollection?

A.   October, November.

Q.   So October or November of '05, you were interviewed by one or more police officers at Lynn University; is that correct?

A.   Yeah.

Q.   But you don't know how many officers?

A.   No.

Q.   Do you know what agency they were from?

A.   Palm Beach, Florida.

Q.   And how do you recall that the police were from Palm Beach -- the, the individuals interviewing you were from the Palm Beach police?

A.   Because that's where everything happened was in Palm Beach.

Q.   Well, you have been interviewed by other police agencies besides the Palm Beach police, haven't you?

MR. HOROWITZ:  Form.

Page 23

THE WITNESS:  Yeah.

BY MR. LUTTIER:

Q.   Who else has interviewed you?

MR. HOROWITZ:  Form.

BY MR. LUTTIER:

Q.   What other police agencies have interviewed you?

A    Royal Palm, Palm Beach, and Jupiter.

Q.   Any other police agency?  And by police agency I mean any kind of police agency --

A.   FBI.

Q.   -- federal agency, state agency, local agency, any type of police agency.

A.   FBI.

Q.   So you're adding FBI now to your list?

A.   Well, is that -- is that part, is that part of this?

Q.   Yeah, the FBI is a police agency.

A.   FBI, somebody from -- I don't remember what, it was like somebody, I am guessing the State, somebody that was, wanted to see me, like help me like psychologic, like, help me like through this. I don't remember, I'm guess -- yeah, that's all, I'm sure.

Q.   So you have Royal Palm police, the Palm

Page 24

Beach police, the Jupiter police and the FBI. You've been interviewed by all those police agencies in the past?

A.   Yes.

Q.   And each time one of those police agencies interviewed you, you knew you were to tell the truth, correct?

A.   Yeah.

MR. HOROWITZ:  Object to the form.

BY MR. LUTTIER:

Q.   Did you -- when you were interviewed by Royal Palm Police agency, what was it with respect to?

A.   It was about -- what do you mean, what was it with respect to?

Q.   What were they interviewing you about?

A.   My ex-boyfriend.

Q.   Who is that?

A.   Preston.

Q.   Preston who?

A.   Vinyard.

Q.   Is that the only time you were interviewed by the Royal Palm Beach Police?

MR. HOROWITZ:  Object to the form.

THE WITNESS:  Yeah.

Page 25

BY MR. LUTTIER:

Q.   Have you ever been arrested by the Royal Palm Beach Police Department?

A.   Yeah.

Q.   And when was that?

A.   When I was -- when was that?

Q.   Uh-huh.

A.   When I was 17.

Q.   Okay.  And when was that?  What's the date?

A.   The exact date, I don't --

Q.   Roughly.

A.   -- remember.  I don't remember.

Q.   Do you know -- well, when's your birthday? It's in June, right?

A.   June 6.

Q.   Okay.  And it was -- it was when you were 17, between the ages of 17 and 18?

A.   Uh-huh.

Q.   And what were you -- what were you arrested for?

A.   It was the middle -- it was during the school year when I was 17, and I don't remember date or month.

Q.   And what were you arrested for?

(561) 832-7500    PROSE COURT REPORTING AGENCY, INC.    (561) 832-7506

Page 26

A.  DUI.

Q.  Okay.  And did, did you have a discussion or an interview with the police agency when they arrested you for DUI?

A.  No.

Q.  Did you have any discussion with a police officer at that time when you were arrested?

A.  They, they -- no, it was for DUI, like they don't sit and interview you or write a statement.

Q.  Did they ask you any questions?

A.  Yeah, have you been drinking.

Q.  Did you answer any questions that the police asked you on that occasion?

A.  Yes.

Q.  Did you answer truthfully?

A.  Yes.

Q.  Did you know that that's what you were supposed to do?

A.  Yes.

MR. HOROWITZ:  Form.

BY MR. LUTTIER:

Q.  Okay.  Have you -- have you had any other interaction with the Royal Palm Beach Police Department other than when you were arrested for DUI

Page 27

and an interview about your ex-boyfriend Preston Vinyard?

A.  No.

Q.  How many times were you interviewed by the Royal Palm Beach Police Department with respect to Preston Vinyard?

A.  Maybe twice or three times.

Q.  And do you recall when that was?

A.  No, I don't.

Q.  And was that a significant event to you, that is, you being interviewed by the Royal Palm Beach Police Department with respect to your ex-boyfriend Preston Vinyard?

A.  Was it significant?

Q.  Yeah, an important event in your life?

A.  Yeah, any -- from the police, yeah.  It was the police interviewing me about my relationship, yeah.

Q.  So, so you considered that to be an important event in your life?

A.  It wasn't -- not now, no.

Q.  At the time was it an important event?

A.  Yeah.

Q.  And on the first time that they interviewed you about your ex-boyfriend,

Page 28

Preston Vinyard, what did they ask you about?

A.  I don't remember.  I don't know what the first time.  There was several.  I mean, I don't remember.

Q.  There were several times that the police interviewed you with respect to something.

A.  Two or three times.  I told you that.

Q.  And generally what were those interviews about?

A.  Our relationship.

Q.  And what caused the police to be interviewing you on two or three occasions about your ex-boyfriend, Preston Vinyard?

MR. HOROWITZ:  Object to the form.

THE WITNESS:  His drink -- our relationship.

BY MR. LUTTIER:

Q.  What do you mean your relationship?  Explain what you mean by that.

A.  His drinking.

Q.  Why would the police be interviewing you about your boyfriend's drinking?

MR. HOROWITZ:  Object to the form.

THE WITNESS:  Because there was an abusive situation at one time.

Page 29

BY MR. LUTTIER:

Q.  What do you mean by abusive?

A.  Where he, he -- it was -- I don't even remember.  It was, it was a while.  It was just one time.  I mean, we got in like an argument and I think the cops were called, and that was what happened.

Q.  Well, you said it had to do with a, if I remember your testimony, an abusive situation.  And I've asked you to clarify what you mean by abusive situation.  And you say there was an argument and the cops were called.  Can you give me more --

A   No, there was --

Q   -- specifics about what this abusive situation was?

A.  There was a time where he, he would drink a lot.  He was an alcoholic, and he would get out of control when he drank.  And he would raise his voice, get loud.  And there was one time where he got violent with me.

Q.  What do you mean by, he got violent with you?

A.  He was in my face and bit my finger.

Q.  What do you mean when you say he was in your face?

Page 30

A. It means he was in my face. We were arguing, argument.

Q. You mean he was close --

A. Yes.

Q. -- his face was close in proximity to yours?

A. Yeah.

Q. And he bit your finger?

A. Uh-huh.

Q. Was that --

MR. HOROWITZ: Instead of uh-huh just say yes.

THE WITNESS: Yes.

BY MR. LUTTIER:

Q. I assume that while that event was transpiring it was a significant event to you.

A. Yeah, when it happened.

Q. Did it scare you?

A. Uh-huh.

Q. Did it -- did it cause --

A. Yes.

MR. HOROWITZ: Thank you.

THE WITNESS: Sorry.

BY MR. LUTTIER:

Q. Did it cause you to have fear?

Page 31

A. Yeah.

Q. Fear of him, I would assume.

A. Yeah.

Q. Has -- up to that point in time, how did it compare to any other event that had happened in your life in terms of the shock to you and the trauma it caused you?

A. It was shocking, but it made me strong, and I've moved on from that.

Q. At the point in time that this interaction happened that you've described between you and Mr. Vinyard where he bit your finger and he was in your face --

A. Uh-huh.

Q. -- was that the most traumatic thing that had ever happened to you in your life as of that point in time?

A. No.

Q. Had you had other boyfriends do the same thing to you?

A. No.

Q. What was a more traumatic event that had happened to you at that point in time than the event where your ex-boyfriend was in your face and bit your finger?

Page 32

MR. HOROWITZ: Object to the form.

THE WITNESS: What is a more traumatic time?

BY MR. LUTTIER:

Q. Yeah. What was more traumatic than that that had happened to you in your life as of that point in time?

A. Meeting Jeffrey Epstein.

Q. Meeting Mr. Epstein. Do you mean physically being introduced to the man?

A. No, being sexually abused by Mr. Epstein.

Q. Okay. And what do you mean by sexually abused?

MR. HOROWITZ: Take your time.

THE WITNESS: Being fingered by him, having him use a vibrator on me, grabbing my nipples, smelling my butt, jerking off in front of me, licking my clit, several times.

BY MR. LUTTIER:

Q. What several times, licking your clit several times?

A. Fingering me several times.

Q. So, licking your clit was not several times?

MR. HOROWITZ: Object to the form.

Page 33

THE WITNESS: No.

BY MR. LUTTIER:

Q. Now, when did this -- anything else?

A. (Witness shakes head.)

Q. Is the answer, no?

A. Yes, it's no.

MR. HOROWITZ: Object to the form. I don't think she even understands what the last question was.

BY MR. LUTTIER:

Q I said anything else.

A. No.

Q. Now, when was the date that this event occurred where the police were summoned with Mr. Vinyard?

A. With Mr.-- when what?

Q. With Preston Vinyard, when you say he was in your face and he bit your finger.

A. Yeah.

Q. When did that happen?

A. I don't remember.

Q. What year?

A. Maybe '06, or no, I -- sorry. I graduated '05 -- '03 maybe, '04.

Q. Had you met Mr. Epstein at the time that

Page 34

this event that you've described with Mr. Vinyard occurred where he was in your face and bit your finger?

A. I don't remember. Yeah, because I met Mr. Epstein before or around the same time that I met Preston.

Q. Well --

A. I met him before I hung -- started, before I was serious with Preston, so yeah.

Q. Well, do you know when you first met Mr. Epstein?

A. Yeah, when I was 15 years old.

Q. And how do you know that's when you first met him?

A. Because it was the middle of my sophomore year. I was 15 years old my sophomore year.

Q. And how do you know it was the middle of your sophomore year?

A. Because that's when I was in class with Haley Robson and that's how I knew her and that's who brought me there.

Q. Do you have any record of when you first met Mr. Epstein; that is any written record anywhere?

A. Any written record?

Page 35

Q. Yep.

A. On paper?

Q. Whether it's -- examples, but I don't mean to limit my question, examples could be you made a note somewhere, you noted it on a calendar, you wrote it down someplace.

A. No.

Q. Is there any record to the best of your knowledge anywhere in the world that establishes the first date upon which you met Mr. Epstein?

A. No.

Q. So, the sole basis for you to have -- for you claiming that you met Mr. Epstein in the middle of your sophomore year --

A. I did.

Q. -- is your recollection; is that right?

A. Yes.

Q. Have you ever told anyone in the world that you met Mr. Epstein for the first time at some other time?

A. No.

Q. Are you sure?

A. From what I can recall, yeah. I don't -- I mean, I don't recall, but I don't see why I wouldn't tell the truth, like tell them that's when

Page 36

I met him when I did.

Q. Well, we're going to come back to why you would tell people something that is not true, but I'll get to that later.

MR. HOROWITZ: Move to strike, argumentative.

BY MR. LUTTIER:

Q. Now, you say you first met Mr. Epstein when you were 15 in the middle of your sophomore year, and you said somebody, Haley Robson, you mentioned --

A. Yes.

Q. -- she introduced you to him?

A. Uh-huh.

Q. What do you mean she introduced you to him?

A. She brought me to his house.

Q. What do you mean she brought you to his house?

A. She drove me to her -- his house.

Q. Had you had some sort of discussion with Haley Robson about going to Mr. Epstein's before she drove you to his house for the first occasion?

A. Yeah.

Q. Had you had more than one discussion with

Page 37

Haley Robson about going to Mr. Epstein's house before she drove you there for the first time?

A. More than one conversation about going there?

Q. Yep.

A. Yeah.

Q. And how many conversations did you have with Haley Robson about going to Mr. Epstein's house before you went there for the first time?

A. Probably two, once on the phone and once on the way there.

Q. And how, how long was it or approximately how long was it before you went there that you had your conversations with Haley Robson about going to Mr. Epstein's house before you went there for the first time?

A. Ask that one more time, please.

Q. Do you know what the word prior means? It means before --

A. Before it happened.

Q. Okay. Prior to you going to Mr. Epstein's house for the first time, how long was it before that that you had this conversation with Haley Robson? Was it like a month beforehand, two months beforehand, six months beforehand?

10 (Pages 34 to 37)

Page 38

A.   I don't remember.

Q.   Do you, do you have any idea at all?

A.   No.

Q.   Do you have any approximation?

A.   No.

Q.   Do you have any record of your conversations with her?

A.   No.

Q.   Whether it's writing or recorded or --

A.   No.

Q.   -- or any other manner?  Have you ever had discussions with Haley Robson about Mr. Epstein since you went there for the first time?

A.   Yeah.

Q.   Have you had discussions with Haley Robson about Mr. Epstein since you were interviewed at Lynn University by the police department?

A.   About Jeffrey Epstein?

Q.   About anything.

A.   Yeah.

Q.   Okay.  Have you had discussions with Haley Robson since you were interviewed at Lynn University by the police department about Jeffrey Epstein?

A.   Yeah.

Q.   And when did you last have a conversation

Page 39

with Haley Robson about Jeffrey Epstein?

A.   When we were out.

Q.   Out?  What do you mean by --

A.   I ran into her in a club.

Q.   What club?

A.   Dr. Feelgood's.

Q.   And where is Dr. Feelgood's located?

A.   Downtown Clematis.

Q.   And when did you run into her at Dr. Feelgood's?

A.   Probably January, maybe.

Q.   January of what year?

A.   '09 or '08 or it was, maybe 2008, 2009, somewhere between.

Q.   Which is it, 2008 or 2009?

A.   It was like January, like right before, in like January.

Q   You mean --

A   '08, like --

Q.   The end of '08 --

A.   -- like December.

Q.   Okay.

A.   Yeah, the end of '08, beginning of '09.  I don't remember exactly what month, but I know it was in that time frame, approximately.

Page 40

Q.   So, sometime between December of '08 and January of '09 you, to use your words, ran into Haley Robson at Dr. Feelgood's --

A.   Uh-huh.

Q.   -- in downtown West Palm Beach?

A.   Yeah.

Q.   Was it an accidental meeting --

A.   Yes.

Q.   -- or was it a planned meeting?

MR. HOROWITZ:  This will help you out.  Just kind of wait until he's --

THE WITNESS:  Done talking.

MR. HOROWITZ:  -- he's done talking, yeah, because, you know, it's for both of your benefits.

THE WITNESS:  Sorry.  What?

BY MR. LUTTIER:

Q.   Was it a coincidental meeting, or had you planned to meet her there?

A.   Coincidental.

Q.   And why were you going to Dr. Feelgood's on this occasion when you ran into her?

A.   To hang out with friends.

Q.   Were you going alone or were you alone?

A.   No, I wasn't.

Page 41

Q.   Who were you with?

A.   Lauren.

Q.   Lauren who?

A.   Murphy.

Q.   And who is Lauren Murphy?

A.   Used to be one of my friends.

Q.   I assume --

A.   Friend, a friend of mine.

Q.   Okay.

A.   Not used to be a friend of mine.

Q.   Okay.  Was anybody else -- did you go to Dr. Feelgood's with this friend Lauren Murphy?

A.   Yes.

Q.   Was there anybody else with you and Lauren Murphy when you went to Dr. Feelgood's?

A.   No.

Q.   So, the two of you had hooked up, as they say, and were heading to Dr. Feelgood's?

A.   We went out together.

Q.   Okay.  And had you gone with Lauren Murphy to some other place before you went to Dr. Feelgood's?

A.   No, we got ready at her -- her place, and then went together.

Q.   Her place meaning what?

Page 42

A.   Her house where she's staying.

Q.   Does she live here locally, or did she at that time?

A.   Yeah.

Q.   And where did she live?

A.   Briar Bay.

Q.   Briar, B-r-i-a-r?

A.   Uh-huh.

Q.   Did she have a house or an apartment or something there?

A.   She was staying with her boyfriend.

Q.   And who was that?

A.   Brian.

Q.   Brian who?

A.   I don't, I don't know his last name.

Q.   Had you met him before?

A.   Uh-huh.

MR. HOROWITZ:  Yes?

THE WITNESS:  Yes.  Sorry.

BY MR. LUTTIER:

Q.   And who drove on this occasion that you went to Dr. Feelgood's?

A.   I don't remember.

Q.   Did you have a car then?

A.   Yes.

Page 43

Q.   What car did you have then?

A.   A white Saturn.

Q.   Did Lauren Murphy have a car then?

A.   Yes.

Q.   What did she have?

A.   An Ultima.

Q.   Is there any record anywhere that you could consult to refresh your memory about who drove on this occasion --

A   No.

Q   -- when you went to Dr. Feelgood's?

A.   Huh-uh.

Q.   What kind of car did you say she had?

A.   An Ultima.

Q.   Do you remember the color?

A.   Silver.

Q.   And why were you and Lauren Murphy getting together to go to Dr. Feelgood's on this occasion in December of '08 or January of '09?

A.   To hang out.

Q.   And now by December of '08, were you already a student at Lynn University?

A.   I was still a student at Lynn University, yes.

Q.   And was Lauren Murphy a student there,

Page 44

too?

A.   I think she took the semester off because she had something happen with her family.  I remember --

Q   But she --

A   I don't know if she was still in school or if she was already off.  I don't remember.

Q.   But this is at Lynn University?

A.   Lauren?

Q.   Yeah.

A.   No.

Q.   And you said she took the semester off.

A.   She didn't go to Lynn.

Q.   Oh, she went to a different -- do you know where she went?

A.   FAU.

Q.   FAU.  What campus?

A.   Boca, I'm pretty sure.

Q.   All right.  So, all right.  How long had it been since you had seen Lauren Murphy before you got together to go to Dr. Feelgood's?

A.   She's a good friend of mine.  I see her, I mean, saw her often.

Q.   And you two were at different colleges, correct?

Page 45

A.   Uh-huh.

Q.   Would you see her often while you were each enrolled in your different colleges?

A.   Yes.

Q.   With what degree of frequency did you see Lauren Murphy?

A.   Well, we were friends.  We saw each other often.  Sometimes we -- maybe a week.  Sometimes I'd see her every day.

Q.   Even while you were at college?

A.   I have been friends with her for years.  Yes.

Q.   Well, let's talk about in the year 2008.

A.   Uh-huh.

Q.   In the year 2008, you were a student at Lynn University for that entire year, correct?

A.   In the beginning of the year, I probably saw her about maybe once a week, not even, maybe two -- maybe twice every two weeks.  I mean, I don't, I don't remember.

Q.   Let's break this down.  In the calendar year 2008, you were a student at Lynn University for the entire year, correct?

A.   Yes.

Q.   In the calendar year 2008, Ms. Murphy was

12 (Pages 42 to 45)

Page 46

a student at FAU for the entire year?

A. Yes. I don't know if she was there for the entire year.

Q. All right. For some period, at least, she was a student?

A. Yeah.

Q. You lived -- did you live on the campus at Lynn?

A. I lived on campus.

Q. Where did Ms. Murphy live?

A. With her boyfriend.

Q. On the FAU campus?

A. No, in Briar Bay.

Q. And Briar Bay is in what city?

A. Royal Palm Beach.

Q. So, so Ms. Murphy was commuting from --

A. Yes.

Q. -- Royal Palm Beach to the FAU campus in Boca?

A. Yes.

Q. When, when I asked you if you were living at Lynn University on campus, I, I meant that to mean full time. Did you understand that?

A. Yeah, freshman through senior year.

Q. Did you have an apartment or something

Page 47

there?

A. No.

Q. Did you have a house there?

A. No.

Q. Did you have a dorm there?

A. Dorm.

Q. Okay. What dorm did you live in?

A. Newland.

Q. N-e-w-l-a-n-d?

A. Uh-huh.

Q. And you were -- were you in the same dorm during the entire period of time in 2008?

A. From junior to senior year.

Q. And your junior year was what year, calendar year?

A. '08 to '09.

Q. Okay. All right. Now, during the time that you were living in that dorm and Ms. Murphy was commuting back and forth to FAU from Royal Palm Beach, in the calendar year 2008 with what degree of frequency did you personally see Ms. Murphy?

A. Of '08?

Q. Of '08.

A. I don't know. She was my friend. I saw her once a week maybe.

Page 48

Q. Earlier you mentioned that in the beginning of the year you thought you might have seen her every day.

A. On weekends, like when I -- when I had -- I played soccer. I don't know exactly my -- when I was in my soccer schedule, when I was traveling a lot for soccer, I had soccer games. So whenever I wasn't playing soccer, I hung out with Lauren.

Q. All right. Then give me your -- if you can't give me more specifics, give me your best approximation of what degree of frequency.

A. Once a week maybe.

Q. Okay. And that would be --

A. Or maybe I would -- maybe I would see her maybe twice that month.

Q. Did there come a time in the calendar year 2008 that you saw her with greater frequency?

A. When my season, soccer season ended.

Q. And when is that?

A. It ended in October.

Q. So, starting in October of '08, did you begin to see Ms. Murphy more frequently?

A. Yes.

Q. Now, how long had Lauren Murphy been a friend of yours?

Page 49

A. Maybe five, six years. Wait, sophomore, junior, senior, freshman. Yeah, like five years.

Q. And when did you first meet her, when you were in high school?

A. Uh-huh. Yes.

Q. Was she in the same class as you were?

A. No.

Q. Was she ahead of you in high school?

A. Yes.

Q. How many years?

A. One year.

Q. All right. On this occasion when you and Lauren Murphy went to Dr. Feelgood's and ran into Haley Robson, did -- you indicated that you had a conversation with Haley Robson about Jeff Epstein. Do you recall that testimony?

A. Yes.

Q. And was it just the three of you that were present for this conversation, that is you, Lauren Murphy, and Haley Robson?

A. No, it was just me and Haley.

Q. Just you and Haley. And where was Lauren Murphy at the time of this conversation?

A. Dancing and hanging out with a guy. She wasn't sober.

13 (Pages 46 to 49)

Page 50

Q. Was there ever -- she what?

A. She wasn't sober.

Q. Were you sober?

A. Yes.

Q. And did this interaction occur when you first got there or after you had been there for some period of time?

A. We had been there probably 30 minutes.

Q. Was Lauren Murphy sober when she got there?

MR. CRITTON: Are you saying Lauren or Haley? I'm sorry.

MR. LUTTIER: No, Lauren.

BY MR. LUTTIER:

Q Yeah, was Lauren Murphy sober when you got there?

MR. HOROWITZ: Object to the form.

THE WITNESS: No, we both went there together.

BY MR. LUTTIER:

Q Was Lauren Murphy sober when you got there.

MR. HOROWITZ: Form.

THE WITNESS: No. Well, yeah. When we left Dr. Feelgood's, no. We went to Bradley's

Page 51

first.

BY MR. LUTTIER:

Q. When did you, how long had you been at Bradley's?

A. Maybe like two hours.

Q. Was there any time on this occasion when you went to Dr. Feelgood's that you and Haley Robson and Lauren Murphy were together talking?

A. Lauren didn't really talk to Haley much that night. She, she was, she said hi to her, but she was like, more like, she wasn't like there. She was like dancing, having a good time, so we just left.

Q. And what was the conversation that transpired between you and Haley Robson regarding Jeff Epstein?

A. She asked me if I was suing Mr. Epstein.

Q. And what did you say?

A. I told her no, because I didn't want to -- I didn't want to talk to her about the situation. I was out.

Q. And so you lied to your friend Haley Robson?

A. She's not my -- she's not a friend.

Q. Was she ever a friend of yours?

Page 52

A. More of an acquaintance than a friend. Me and her were never -- never really hung out. Like moderations, like, hung out maybe for a month and then we wouldn't talk for four months.

Q. Okay. But in any event, you were dishonest with her when she asked you if you were suing Jeff Epstein?

A. Uh-huh, because I didn't want to speak about it to her.

Q. Well, what else did you and she discuss about Jeff Epstein on that occasion?

A. Nothing. I told her I wasn't seeing him, and I didn't want to talk about it.

Q. Well, there wouldn't have been anything to talk about if you weren't seeing him, right?

A. Yeah.

MR. HOROWITZ: Object to the form.

BY MR. LUTTIER:

Q. So, what did you mean when you said you didn't want to talk about it?

A. Nothing, I just -- I didn't tell her I didn't want to talk about it. I just said no, and then I just -- we talked about what, where she's been for the last, like, while.

Q. Now, I just want to clarify: You

Page 53

understand that today you are under oath, right?

A. Yes.

Q. And you understand that means that you have sworn that you are going to tell the truth?

A. Yes.

MR. HOROWITZ: Let me just -- you have instructed her, and she -- she said she understood the oath, so I'm not sure where you are going. I object to the form and move to strike.

BY MR. LUTTIER:

Q. Did you say anything else to Haley Robson on this occasion at Dr. Feelgood's about Jeffrey Epstein?

MR. HOROWITZ: Form.

THE WITNESS: No.

BY MR. LUTTIER:

Q. Are you sure?

A. Yes.

Q. Did you say anything to Lauren Murphy on this occasion at Dr. Feelgood's --

A No.

Q -- about Jeff Epstein?

A. No, I told her that I -- she saw Lauren there. Me and her both seen Haley for the first

14 (Pages 50 to 53)

Page 54

time in years, and we saw her. We were just like in shock and that was it. That's all we talked about, like, God, I can't see -- I can't believe we're seeing Haley here since the whole Jeffrey Epstein. That's the only conversation that me and Lauren had.

Q. So, how long did the conversation between you and Haley take?

A. About, about Mr. Epstein?

Q. Yeah.

A. Like five seconds.

Q. And that was the only thing that was said was what you just told me?

A. About Mr. Epstein, yes.

Q. Now, you kind of indicated that you said Haley Robson was an acquaintance of yours?

A. Uh-huh.

Q. But did you tell me earlier that Haley Robson was the person that drove you over to Mr. Epstein's the first time?

A. Yeah.

Q. So, at that time, that is the time she drove you over to Mr. Epstein's, was she more than an acquaintance of yours?

A. We were friends on and off. I never trust, I could never trust her.

Page 55

Q. Why couldn't you trust her?

A. Because she wasn't, like, truthful. She was, she -- there was -- she was shady about situations. She'd be your friend one minute and then behind your back the next.

Q. And how long did you know Haley Robson?

A. How long have I known her or how long did I know her?

Q. No, at that time how long had you known her?

A. I met her my sophomore year, I don't think -- I don't know.

Q. So, from the beginning, the first day you met her, you --

A. No, I met her in class. It was -- I know it was my Spanish class. I don't know if it was fall or spring. I just know I met her in my Spanish class.

Q. In your junior year --

A No.

Q -- or sophomore year?

A. My sophomore year.

Q. So, from the first time you met her, did you know that she was somebody you couldn't trust?

A. No.

Page 56

Q. What did you --

A. In high school you're, you're friends with somebody one day and you're not the next.

Q. So when did you first learn that you felt that you couldn't trust Haley Robson?

A. Whenever I introduced her to some of my friends and I later found out that she was talking about me behind my back.

Q. What did you learn she was saying about you behind your back?

A. I don't remember exactly what it was. I just remember that she was saying stuff behind my back, and that was the reason why we didn't get along. We fought because of that occasion. We got into a fistfight.

Q. When did you get into a fistfight with Haley Robson?

A. Probably like, I don't know. I don't even remember. Sometime in high school, sophomore, junior year -- or sophomore to junior, junior year, sometime around then. I don't remember.

Q. Which was it? You said you met her --

A. I met her in --

Q. -- in your sophomore year.

A. Yeah, sophomore year.

Page 57

Q. So --

MR. CRITTON: You guys are talking over one another.

MR. LUTTIER: Thank you.

MR. CRITTON: We're going to have a miserable record.

BY MR. LUTTIER:

Q. So, was it the year that you met her that you got into a fistfight with her or the next year?

A. I don't remember.

Q. So anything, any record from which you could consult to refresh your memory?

A. No.

Q. And where did this fistfight occur?

A. I don't remember.

Q. Was it a significant event in your life that you're having a fistfight with another girl in your sophomore year of high school or junior year of high school?

A. I mean, at that time I'm sure, but not --

Q. Was that something that often happened in your life that way --

A. No.

Q. -- you'd have a fistfight with another girl?

Page 58

A.  No, never.

Q.  And you have no --

A.  She, like, came at me.

MR. HOROWITZ:  Just answer what he asks.

THE WITNESS:  Sorry.

BY MR. LUTTIER:

Q.  What do you mean, she came at you?

A.  Fighting me with her hands.

Q.  But you can't recall where that happened?

A.  At a party in high school.

Q.  So, now you do recall where it happened?

A.  I don't know where it was.  We were out one night.

Q.  And what was the cause of the fight?

A.  Her talking behind my back and me asking her about it and --

Q.  Well, what did she say behind your back?

A.  I don't remember.

Q.  This event that was -- you've described as being significant, you don't recall what the specific cause of it was?

MR. HOROWITZ:  Object to the form.

THE WITNESS:  No.

BY MR. LUTTIER:

Q.  And how long did this fistfight go on at

Page 59

this party?

A.  It wasn't -- she just came at me.  We didn't, like, touch each other, like people pulled us back, but it was about to like, like become a fight.  She was like coming at me and somebody pulled her, like, off me.

Q.  And when did this occur in relationship to when she took you to Mr. Epstein's for the first time?

A.  I don't remember.

Q.  Before or after she took you to Mr. Epstein's for the first time?

A.  Oh, this was after.

Q.  So there was some period of time between when you first met her in your sophomore year and this fight that you were friendly with her?

A.  When I first met her, yes.  I didn't know.

MR. HOROWITZ:  Just answer what he asks.

THE WITNESS:  Sorry.

BY MR. LUTTIER:

Q.  Now, you said that you had two conversations with Haley Robson before you went -- she took you to Mr. Epstein's for the first time, correct?

A.  Uh-huh.

Page 60

Q.  And you said one of those was on the phone and one was in the car on the way to Mr. Epstein's.  Have I got that right?

A.  Not on the phone.  In a car, she drove me there in the car talking about it.

Q.  So there was two conversations.  The first conversation was between you and her on the phone.

A.  Yeah.

Q.  The second conversation was when you were in the car driving to Mr. Epstein's?

A.  Yes.

Q.  All right.  Now, how is it that you are able to recall that there were only two conversations between the two of you about --

A.  I said --

MR. HOROWITZ:  Wait for him to finish the question.

THE WITNESS:  Sorry.  I said it was possibly two conversations.  I didn't say that there was.  But from what I remember I said there was possibly two conversations.

BY MR. LUTTIER:

Q.  Could there have been more?

A.  Yeah.  Maybe.  I don't remember.

Q.  Okay.  And do you recall when the first

Page 61

phone conversation with Haley Robson was in relationship to the point in time that you were actually taken to Mr. Epstein's?

A.  Do I remember -- sorry, ask the question again.

Q.  Was it a month, two months beforehand?

A.  No, I don't remember.

Q.  What was the substance of your first conversation with Haley Robson about Jeffrey Epstein, the one that you described as having taken place on the phone?

A.  What did the conversation consist of?

Q.  Yes.

A.  She said that there's this guy in Palm Beach that she knows, that you get $200 if you give him a massage, and that you don't have to -- she said that like, if he asks about your age, don't say anything, like, not to tell him, and I mean that was pretty much it.

Q.  Did she tell you anything else?

A.  No.

MR. LUTTIER:  Would you go back and read her answer for me?

(The requested portion of the record was read by the reporter.)

16 (Pages 58 to 61)

Page 62

BY MR. LUTTIER:

Q.   What did you mean when you started to say you don't have to?  What were you talking about, don't have to?  What was she referring to?

A.   What do you mean, don't -- nothing, I was --

Q.   Well, you said that she told you, you don't have to, and then you went off on something else.

A.   Nothing.  I know there was nothing that she said I don't have to.  I misphrased my words.

Q.   So she didn't say to you anything that you don't have to?

A.   No.  What do you mean don't -- like, I don't have to tell him how old you are, like your age.  I rephrased.

Q.   So, what she said to you, your best recollection is --

A.   Yeah, she said, like, don't tell him --

Q.   -- you don't have to tell him your age or don't tell him your age?

A.   Don't tell him your age.

Q.   Okay.  And did she say anything else to you?

A.   Not that -- I mean, no.

Page 63

Q.   Did she tell you anything else about what to expect or what would be expected of you?

A.   No, she said that, like, he -- well, she said, I don't -- no, I mean, no.  She said, like, she made it seem like it wasn't like a big deal, like, all you're going to go there, you're going to give him a massage, you're going to get $200 for it, and then you're going to leave.

Q.   That wasn't my question.  My question was, did she tell you anything else --

A.   No.

Q.   -- about what to expect?  Not a single word from her mouth about what to expect?

A.   No.  You mean to give him a massage?

Q.   Okay.  I got that.  You said she said you have to give him a massage and don't tell him how old you are.  Those are the only two things she told you before you went to Jeffrey Epstein's?

A.   About Mr. Epstein?  Yes.

Q.   Well, about anything else before you went to Mr. Epstein's?

A.   Conversations?

Q.   Yeah.  Anything else she said to you before you went to Mr. Epstein's?

A.   No.

Page 64

Q.   So the only thing you knew was you were going to somebody's house in Palm Beach and you were going to give him a massage, but you weren't to tell him your age.  Is that what you're telling me?

MR. HOROWITZ:  Object to the form.

THE WITNESS:  (Witness nods head.)

BY MR. LUTTIER:

Q.   You need to -- audibly.

A.   Yeah.

Q.   And are you sure about that?

A.   Yeah.

Q.   Okay.  Have you ever told anybody in the world any different story about what you were told by Haley Robson?

MR. HOROWITZ:  Object to the form.

THE WITNESS:  I mean, not that I remember.  I don't, I never really talked to anybody about this situation.

BY MR. LUTTIER:

Q.   Well, that's not true.  We talked to --

MR. HOROWITZ:  Excuse me.  Move to strike.  You can't testify.

BY MR. LUTTIER:

Q.   Well, didn't you tell me earlier that you talked to the Palm Beach Police, you talked to the

Page 65

FBI, you thought you talked to somebody from the State about this situation?

A.   Yeah, other than people that come -- like ask me about it, not like friends or like -- what are you -- like, never mind, I won't even --

Q.   My question was have you ever told anybody in the world anything different about what Haley Robson --

A.   Not that I remember, no.

Q.   -- told you?

A.   No, not that I remember.

Q.   You wouldn't have just made stuff up --

A.   No.

Q.   -- and told somebody some fabricated story, would you?

A.   No.

Q.   So, if you told somebody something else --

A.   No, but no, I --

Q.   -- it would have been the truth; is that right?

A.   (No verbal response.)

Q.   If you told somebody anything else about what Haley Robson told you about what to expect, it would have been the truth even though you don't recall it now; is that correct?

17 (Pages 62 to 65)

Page 66

MR. HOROWITZ: Object to the form.

THE WITNESS: No. Like --

BY MR. LUTTIER:

Q. No?

A. Sorry. Say that one more time. I'm so confused. Say that one more time.

Q. You wouldn't have made something up and told somebody something that wasn't true about what Haley Robson told you to expect?

A. No, I would not make something up.

MR. HOROWITZ: Object to the form.

BY MR. LUTTIER:

Q. So, if there is testimony about you telling others what Haley Robson told you to expect, it would have been truthful --

MR. HOROWITZ: Object to form.

BY MR. LUTTIER:

Q. -- what you told them, correct?

MR. HOROWITZ: Object to the form.

THE WITNESS: If that's what I said?

BY MR. LUTTIER:

Q. Yeah.

A. If it was written down, yeah.

Q. For example, let's just assume, for purposes of this question, you told the police

Page 67

officers that Haley Robson told you more than what you just told me.

A. Well, then I forgot what I said to the police officers.

Q. Wait, wait a minute.

A. I am just remembering the specific details that I remembered that I will never forget.

Q. That's not my point. Well, you've -- apparently, you are not sure if you forgot other things, right?

A. No. If there's other -- there was like -- oh, never mind.

Q Oh, no we're going to --

A I don't understand what you're trying to ask.

Q. -- get. I want to go through this. I want to make sure that we're very clear about what your recollection is.

A. I am sorry, I don't remember.

Q. Let me put it to you straight.

A. I am telling you what I remember.

Q. Okay. So you're not denying that you told police officers that Haley Robson told you more than what you just told me she told you to expect --

MR. HOROWITZ: Object to form.

Page 68

THE WITNESS: I don't remember, no.

BY MR. LUTTIER:

Q. -- to expect at Jeffrey Epstein's; is that correct?

MR. HOROWITZ: Object to form.

BY MR. LUTTIER:

Q. Do you want her to read it back to you?

A. Yeah.

Q. She'll read it back to you.

(The requested portion of the record was read by the reporter.)

THE WITNESS: No, she could have. I don't remember.

BY MR. LUTTIER:

Q. So, Haley Robson could have told you a lot of other things about what to expect at Mr. Epstein's, but you just don't recall what she said as you sit here now; is that right?

A. Yeah.

Q. Okay. Like, as you think about it now, Haley Robson actually told you what to expect in terms of what you should wear or not wear, didn't she?

A. No.

MR. HOROWITZ: Object to the form.

Page 69

BY MR. LUTTIER:

Q. You're sure of that?

A. Yeah.

Q. Did you ever tell anybody that Haley Robson told you what to expect in terms of what you should wear or not wear --

MR. HOROWITZ: Object to the form.

BY MR. LUTTIER:

Q. -- when you went to Mr. Epstein's?

A. What I should wear?

Q. Wear or not wear. What was to be expected of you; i.e., would you be clothed, would you not be clothed, that kind of stuff.

A. Yeah, to wear clothes.

Q. So that's all you recall as -- well, strike that.

What did Haley tell you about what to wear or not wear?

A. I don't remember.

Q. You are not denying that she said something to you; you just don't recall?

A. I don't see why she would tell me to wear something.

Q. That's not my question. You're not denying that she told you something about what to

18 (Pages 66 to 69)

Page 70

wear or not wear?

A. I don't remember.

Q. How about were there any statements Haley Robson made to you of whether it would be expected that you would have your clothes on or you would remove any portion of your clothes during the massage?

A. No, that I'd keep my clothes on.

Q. Did that -- did you have that conversation with Haley Robson before you went to Jeffrey Epstein's the first time?

A. I don't remember.

Q. So, you don't know? You're not telling us under oath today that Haley Robson told you that you were going to go to Jeffrey Epstein's house, give him a massage, you were going to leave all your clothes on, and you were going to get paid $200?

MR. HOROWITZ: Object to the form.

THE WITNESS: Yeah, why would I take my --

BY MR. LUTTIER:

Q. I am not asking you why, ma'am. The "why" is no matter. I want to know whether you're denying --

A. No, I don't remember.

Q. -- that, that she told you anything about

Page 71

what would be expected in terms of whether you were going to have your clothes on.

MR. HOROWITZ: Object to the form.

THE WITNESS: No, I don't remember.

BY MR. LUTTIER:

Q. Good, but you're not denying that --

MR. HOROWITZ: Object to the form.

BY MR. LUTTIER:

Q. -- she said something about it?

MR. HOROWITZ: That's the fifth time you've asked that question.

BY MR. LUTTIER:

Q. Correct? Is it yes or no?

MR. HOROWITZ: Well, it's not a yes or no. Object to the form.

MR. LUTTIER: I get to ask the questions.

MR. HOROWITZ: Yeah, and she said -- she gets to answer them. She said I don't know.

BY MR. LUTTIER:

Q. Is it a yes or a no?

A. I don't --

MR. HOROWITZ: I don't know is her answer. Move on.

MR. LUTTIER: Let me show you something, ma'am. Let's mark this as Exhibit No. 1.

Page 72

THE WITNESS: What am I reading?

MR. HOROWITZ: Nothing. Just look it over. Can we take a break?

MR. LUTTIER: Yeah, I was going to ask you just to let her look at that while we take a break.

MR. HOROWITZ: We're going an hour, so --

MR. LUTTIER: Just mark that as Exhibit 1.

(Defendant's Exhibit No. 1 was marked for identification.)

THE VIDEOGRAPHER: Off the record at 12:07.

(A brief recess was held.)

THE VIDEOGRAPHER: It is now 12:15.

BY MR. LUTTIER:

Q. Ma'am, I have now handed you what's been marked as Exhibit No. 1. Can you -- have you ever seen that document before?

A. Yeah, with my lawyer.

Q. Have you ever seen that document?

MR. HOROWITZ: She said yes with her lawyer.

MR. LUTTIER: Oh, did she? Okay.

BY MR. LUTTIER:

Q. So, you have had an opportunity to review

Page 73

this before today?

A. Uh-huh.

Q. And you're aware of its contents?

MR. HOROWITZ: Let me just object to the, to the exhibit as being used for any purpose in, in this litigation. And by that definition it can't be. It's a statutory proposal for settlement.

BY MR. LUTTIER:

Q. All right. And, and do you recall approximately how long ago you first saw this document?

A. A while ago.

Q. What's your best approximation?

A. I don't --

MR. HOROWITZ: Don't wait for me. We're on record.

THE WITNESS: I don't know.

BY MR. LUTTIER:

Q. Okay. Was it six months, a year? Just a rough approximation.

A. Yeah.

Q. Do you understand what it is?

A. Uh-huh.

Q. Okay. That's a yes?

Page 74

A. Yeah.

Q. All right. Now, you say you -- your, your recollection is that you first saw Mr. Epstein in the middle of your sophomore year. When was the last time that you were, that you went to Mr. Epstein's or saw him? By "saw him" I mean performed a massage on him or went to his house.

A. It was like my freshman year in college.

Q. That's Lynn University?

A. Uh-huh.

Q. And that would be the year 2005?

A. 2005, 2006.

Q. Okay. Well, you graduated from high school in --

A. '05.

Q. -- June of '05. That would have been when you turned 18, right?

A. Uh-huh.

Q. Okay. Then you started at Lynn University in about August of '05 --

A. Fall.

Q. -- is that correct?

A. Uh-huh, correct, in the fall.

Q. So, and then it was after you had started Lynn University you, you were still going to

Page 75

Mr. Epstein's, correct?

A. Uh-huh.

Q. And do you recall when the last time you went to Mr. Epstein's in relationship to when you were interviewed by the Palm Beach Police Department?

A. Do I -- sorry, ask the question again.

Q. Yeah. When was the last time you went to Mr. Epstein's in relationship to when you were interviewed by the police at Lynn University?

A. Sometime in '05, like right before I went --

Q. Literally it was days before you were interviewed by the police that you had been to Mr. Epstein's, wasn't it?

A. I don't know. Probably.

Q. It was like October of '05 that the police came to see you at Lynn University?

A. Maybe. I don't know. I know -- I don't remember. I know it was like sometime in '05. I don't remember. It was between like the middle of my freshman year.

Q. Did you, do you recall that when the police were there seeing you that, that you had been to Mr. Epstein's within less than ten days before

Page 76

they came to see you?

A. Probably, yeah. I was there.

Q. And with what degree of frequency did you go to Mr. Epstein's between June of '05 and October of '05? That covers the summer of '05 and the fall of '05.

A. Maybe twice a week. Every single time.

MR. HOROWITZ: He's saying summer and fall of '05.

BY MR. LUTTIER:

Q. Right, do you know specifically --

A. Maybe like whenever -- every time he was in town, maybe like two to three times a week.

Q. So, for the month of June '05, July '05, August '05, September '05, and October '05, that's five months, your recollection is that you were going to Mr. Epstein's twice a week during that period?

A. Two or three times.

MR. HOROWITZ: Object to the form.

BY MR. LUTTIER:

Q. Two or three times per week?

A. Uh-huh. Every single time -- or every time he was in the States or in Palm Beach.

Q. Well, was he in Palm Beach for the entire

Page 77

period from June 1st of '05 to October of '05?

MR. HOROWITZ: Form.

THE WITNESS: No, not that I can remember. He was always traveling.

BY MR. LUTTIER:

Q. Do you know for what period of time he was in Palm Beach between June and October of '05?

A. No. Like, whenever he would come down, he would stay for, I don't even know, I mean --

Q. So it would be a fair statement to say you don't know how often you went to Mr. Epstein's?

A. Yeah, I do. I went there every two or three times. But I just don't -- every time he came he would come for the week and he'd leave or maybe he'd come for two days and then leave. Maybe he'd be down here for a month and then leave.

Q. Can you tell me how many times you went to Mr. Epstein's between June 1st of 2005 and October 31st of 2005?

MR. HOROWITZ: Form.

THE WITNESS: How many times I went?

BY MR. LUTTIER:

Q. Uh-huh.

A. Well, approximately, approximately like 30 or, I don't know, but approximately like 30 to 50

20 (Pages 74 to 77)

Page 78

times.

Q.   Okay.  In that time period?

A.   Like, or yeah.

Q.   Okay.  Now, during that entire time period, actually from the 6th of June until October 31st of '05, you were 18 years of age, correct?

A.   How old?  From June -- yeah.

Q.   From June 6th, 2005, until October 31st, 2005, you were 18 years of age --

A.   Uh-huh.

Q.   -- correct?  On each occasion that you went to Mr. Epstein's during the period from June 1st of 2005 through October 31st of 2005, you went voluntarily, correct?

A.   Yeah, I went there.

Q.   As a matter of fact, every time that you went to Mr. Epstein's, you went voluntarily?

MR. HOROWITZ:  Object to the form.

BY MR. LUTTIER:

Q.   Isn't that correct?

MR. HOROWITZ:  Objection.

THE WITNESS:  Yeah, I went there.

BY MR. LUTTIER:

Q.   Okay.  You went voluntarily.  Nobody

Page 79

forced you to go to Mr. Epstein's, correct?

MR. HOROWITZ:  Object to the form, compound.

THE WITNESS:  Yeah.

BY MR. LUTTIER:

Q.   All right.  And that would be true from the time Haley Robson took you on the first time until you last went sometime in October of '05?

MR. HOROWITZ:  Object to the form.

BY MR. LUTTIER:

Q.   Correct?

A.   Uh-huh.

Q.   And on the very first visit that you went to Mr. Epstein's when Haley Robson took you there, what occurred?

A.   From the first occasion?

Q.   Yes.

A.   Nothing.  I went there.  I went, went there, met with Sarah.  She brought me upstairs.  Table was set up.  He was in the office or upstairs in the bathroom.  And showed me where the lotion was, gave me lotion and told me that he was going to be in, be coming in through the bathroom.

And then whenever he got in there, the first time I went, he was on -- he has a phone right

Page 80

next to like a massage booth, and he was on the phone like, like the whole time that I was in there giving him a massage.  I think he said hi to me.  I think I talked to him a whole matter of maybe five minutes.  And then he left the money on the bathroom and I left.

Q.   And were you fully clothed during --

A.   Yes.

Q.   -- that entire time?

A.   Yes.

Q.   And did you get paid money?

A.   Yeah.

Q.   What did you get paid?

A.   $200.

Q.   And did Haley Robson get paid money?

A.   Yes.  For my --

Q.   What did she get paid?

A.   $200.

Q.   And were you aware of that at the time?

A.   Yeah.

Q.   And did she tell you that?

A.   Uh-huh.

Q.   And when did she tell you that, before you went or after you went?

A.   I don't remember.

Page 81

Q.   Was there a significant gap in time before you went back to Mr. Epstein?

A.   Yeah.

Q.   Approximately how long, a year?

A.   No, less than a year.  Probably about like five to six months.

Q.   Have you ever told anyone that it was close to a year before you went back to Mr. Epstein?

A.   Maybe.  I don't, I don't know.

Q.   Was it -- when you went back to Mr. Epstein's for the second time, how did you get there?

A.   I think Jane Doe No. 3 took -- this girl Jane Doe No. 3 took me.

Q.   What is Jane Doe No. 3's name?

A.   Jane Doe No. 3.  What do you mean, what's her name?

Q.   What's her name?  What's her last name?

A.   Jane Doe No. 3.  Oh, wait, yeah.

Q.   And was she a friend of yours?

A.   Yeah.

Q.   And why was she taking you to Mr. Epstein's?

MR. HOROWITZ:  Object to the form.

THE WITNESS:  Because I didn't have a

Page 82

vehicle to travel.

BY MR. LUTTIER:

Q. Well, did Jane Doe No. 3 contact you about going to Mr. Epstein's, or did you contact Jane Doe No. 3 about going to Mr. Epstein's?

A. No, I think Haley, Haley was bringing me back there for a second time, and Jane Doe No. 3 drove me there.

Q. What do you mean, Haley was bringing you back?

A. She made the appointment for me to go, and I didn't -- she didn't bring me there. Jane Doe No. 3 drove me there.

Q. Had Jane Doe No. 3 ever been there?

A. I don't know.

Q. Did you have a discussion with Jane Doe No. 3 on the way there?

A. About what?

Q. About anything, about what you were going to do or why you were going there.

A. I'm sure, but I don't remember the conversation.

Q. Well, what was the substance of the conversation?

A. I don't, I mean, if she's bringing me

Page 83

there, I'm sure there is conversation. I don't know what we talked about.

Q. Well, did you tell her why you were going?

A. I am sure she already knew.

Q. How would she know?

A. Because she's the one that gave Haley the money, $200.

Q. What do you mean, she gave Haley the money?

A. I'm guess -- I mean, I don't know. I am guessing.

Q. Well, are you guessing about all of this, or do you have a specific recollection?

A. No, I'm not guessing about all this. I just don't know.

Q. Well, what is the difference between saying you don't know and saying you're guessing?

MR. HOROWITZ: Objection, argumentative.

BY MR. LUTTIER:

Q. Is there a difference between those two?

A. Yeah, there is. I don't know.

Q. Well, had Jane Doe No. 3 been there before?

A. I don't know.

Q. How did she know how to get there?

Page 84

MR. HOROWITZ: Object to the form.

THE WITNESS: Because I had been there.

BY MR. LUTTIER:

Q. Did you give her --

A. I don't --

Q. -- directions on how to get there?

A. I don't remember if I gave her directions. I don't remember --

Q. You don't remember anything about it, but you remember Jane Doe No. 3 got $200?

A. I don't know if she'd been there. I don't know at that time if she'd been there. I don't remember if I gave her directions. I don't know if I drove her there. I don't remember.

Q. Are you telling us that you don't recall anything about your conversation with her on the way there?

MR. HOROWITZ: Object to the form.

BY MR. LUTTIER:

Q. Is that your testimony under oath?

A. Yeah, I don't, don't know what we talked about on the way there.

Q. Did you discuss the fact that --

A. I don't know.

Q. -- you were going there to give a massage

Page 85

and get $200?

A. No. I don't know. I am sure she knew.

Q. How would she know?

MR. HOROWITZ: Object to the form.

THE WITNESS: I'm sure -- I don't think -- I don't know. Maybe we talked about it, but I don't know if we talked about it on the way there. I don't know -- I'm sure she -- she was my, one of my friends. I am sure, she -- we talked about it, but I don't know if it was on the way there. I don't remember the conversation we had on the way there.

BY MR. LUTTIER:

Q. Is she still your friend?

A. Yes.

Q. Is Haley Robson still your friend?

A. No.

Q. Is -- what was the other girl's name, Lauren Murphy, is she still your friend?

A. We're civil, but we don't hang out.

Q. Did something happen in your relationship or --

A. I mean, we just don't hang out anymore.

Q. Why don't you hang out anymore?

A. I got a boyfriend.

Page 86

Q. Who is that?

A. Ricky.

Q. Ricky who?

A. Bullard.

Q. B-u-l-l-a-r-d?

A. Uh-huh. I don't go out at much as I used to.

Q. And how long has Ricky Bullard been your boyfriend?

A. A year and like two months.

Q. So that's what, from sometime in the beginning of 2008?

A. Uh-huh.

Q. Is that a yes?

A. Yes. Sorry, sorry.

Q. Did you ever do any drugs with Mr. Bullard?

A. Drinking. Is that considered a drug?

Q. Did you ever do any drugs with Mr. Bullard? I don't consider alcohol to be a drug.

A. No. Trying to think. Cigarettes.

Q. No, I am talking about drugs?

A No.

Q You know.

A. No.

Page 87

Q. You know what I am talking about by drugs, don't you?

A. Yes, drugs, yeah.

Q. You have never done any with Mr. Bullard?

A. No.

Q. Did you ever get any from Mr. Bullard?

A. No.

Q. Did you ever see Mr. Bullard do any drugs?

A. No.

Q. Are you sure?

A. Uh-huh.

Q. Do you know whether or not Mr. Bullard has ever done any drugs?

A. I'm sure.

Q. Okay. Why are you sure?

A. Who hasn't?

Q. So, you said you're sure, why are you sure?

A. I am, I don't -- in high school, I mean, I don't know. I don't know.

Q. I didn't ask when.

A. I'm sure. I don't know.

Q. So it's you don't know if he did drugs, not that you know he did do drugs?

A. No, I don't know then.

Page 88

Q. Okay. Did you ever see him deal drugs?

A. No.

Q. Did you ever tell any of your friends that Mr. Bullard dealt drugs?

A. No.

Q. Are you sure about that?

A. Yes.

Q. Okay. Now, who was your boyfriend before Mr. Bullard?

A. Alan.

Q. Alan who?

A. Hatfield.

Q. And how long was he your boyfriend?

A. Like two years, maybe a little -- two.

Q. And who was your boyfriend before that?

A. Preston.

Q. Preston Vinyard?

A. Uh-huh.

Q. Okay. Now, back at Mr. Epstein's, the second time you went, what occurred?

A. Oh, when was the second time?

Q. What occurred the second time you went to Mr. Epstein's?

A. Same thing.

Q. Same thing as the first time?

Page 89

A. Yeah.

Q. You remained fully clothed?

A. Uh-huh. Yes. Sorry, sorry.

Q. Got paid $200?

A. Uh-huh. Yes.

Q. Did this Jane Doe No. 3 wait for you to do whatever you were doing to give him the massage?

A. Yeah.

Q. She got paid $200 for bringing you?

A. Yeah.

Q. And you knew she was getting paid to bring you?

A. Yeah.

Q. Did you ever wonder why people were getting paid money just for driving you over there?

A. A lot of girls in high school were going there. Haley was bringing a bunch of people there.

Q. Did you ever wonder why they were getting paid money to bring you there?

A. To give, give him a massage.

Q. Yeah, but why would Jane Doe No. 3 be being paid money just to bring you there?

A. She wasn't. She took me there.

MR. HOROWITZ: Object to the form.

Page 90

BY MR. LUTTIER:

Q. That's what I'm saying. Why was she getting paid money just to take you there?

MR. HOROWITZ: Object to the form.

BY MR. LUTTIER:

Q. Did you ever wonder about that?

A. No.

Q. Did you ever ask them?

A. (Witness shakes head.)

Q. Did you ever ask Haley, why are you getting paid $200 for just driving me over here?

A. I mean, because she referred girls? She brought several girls there, so I guess it was because she brought somebody over there. I don't know.

Q. Just a referral fee?

A. Yeah.

Q. But you knew people were getting paid money to bring you to Mr. Epstein's, correct?

A. Haley, yeah.

Q. Okay. Well, and then did anybody else get paid money for bringing you there?

A. No.

Q. Between the first time you went, and then the five- or six-month gap until the second time,

Page 91

did you contact Mr. Epstein or did someone from Mr. Epstein's contact you to come the second time?

A. It was an appointment. I didn't contact him. I was brought there again.

Q. What do you mean --

MR. HOROWITZ: Mr. Luttier, you can't interrupt her.

BY MR. LUTTIER:

Q. Oh, I thought you were done. Go ahead, finish.

A. No. I was brought there again. I had, because Haley gets -- for every girl that she brought a different person, she would get $200. And she wouldn't get another $200 for the same girl that she brought there. She would only get $200 for every different girl.

The first time I went, it had been a while since I went the second time, so she got another $200 on top of me because they didn't even recognize me for the second time that I went there.

Q So --

A So, they didn't contact me.

Q. How did you know --

A. She made the appointment.

Q. Who, who is she, Haley?

Page 92

A. Yeah.

Q. So, Haley called you up then and said go to Jeffrey Epstein's on some date?

A. No. Yeah.

Q. That's how that happened?

A. Yeah.

Q. And you said okay?

A. Yeah, because I had gone there once and it wasn't -- it was awkward, but it wasn't, I didn't take any clothes off. It wasn't -- I gave him a massage, $200, 20 minutes, and then I was out of there.

Q. What was awkward about it the first time?

A. Being upstairs in the bathroom, not knowing who the person is.

Q. Well, when you say upstairs, this wasn't a bathroom?

A. Yeah, it was. It was like there was a shower in it. There was a room that went into a toilet.

Q. How big was the room?

A. It was big. It was like, probably like the size of this room.

Q. Any other -- you said there was a phone in there?

Page 93

A. Yeah.

Q. Was there a desk in there?

A. No.

Q. Any other kind of seating facilities?

A. Like a couch.

Q. A couch?

A. Uh-huh.

Q. So this bathroom had a couch in it?

A. Like a -- yeah.

Q. Okay. All right. So on the second occasion that you went there, you went there voluntarily, correct?

A. Yeah.

Q. All right. And did anybody, did Haley tell you anything about what to expect when you went the second time?

A. No.

Q. When was the third time you went?

A. I don't remember. Probably shortly right after.

Q. You say probably. How long was it?

A. Probably --

Q. You say it was five to six months between the first and second visit.

A. No.

24 (Pages 90 to 93)

Page 94

Q. And now we're talking about --

A. No, not five or six months. It was -- I don't remember exactly, but after the second time I went, the third and after, after the second time I went, it would be like twice a month I would, once a month, twice a month. And then it progressively got worse -- I mean, not worse, but progressively I went there more often.

Q. Well, you say it was once or twice a month after the third time?

A. After the second time I went.

Q. Yeah. Do, do you have any records from which you can determine? You say once a month, then you say twice a month, then you say --

A. No, I said, I went -- the first time I went, then I didn't go for like five or six months. And after the second time I went, I was going there like twice a month, and then it was like every single time he was in -- every single time he was in town I would go.

Q. How do you know you went every time he was in town?

A. Because I -- well, I'm sure it was every single time I (sic) was in town.

Q. My question is how do you know you went

Page 95

every time he was in town? How do you know when he was this town?

A. Because there were other girls that were going there too.

Q. How do you know if he was there? Do you know what his schedule was?

A. No.

Q. So you don't know if he was in town or not, right?

A. Well, towards the end, whenever I was going there all the time, he said that I was his favorite girl and like he would want -- like he always -- every time when he came in town, like, that's what I am guessing like, you know. I know that I was there like every single time that he was in town.

Q. Now, you mentioned toward the end that he made that statement to you. Are you talking about now October of --

A. And he would --

Q. Wait a minute. You're talking about now the period between June and October of '05?

A. Wait. What? Say that one more time.

Q. You said at the end he told you you were his favorite girl.

Page 96

A. No. I --

Q. When you say the end, are you talking about --

A. No, my junior -- no, my junior year. Sorry.

MR. HOROWITZ: Both of you are talking over each other.

MR. LUTTIER: But she is now.

MR. HOROWITZ: No. Fine. Jane Doe No. 4 --

THE WITNESS: Sorry.

MR. HOROWITZ: -- wait until he's done asking his question. And if he interrupts you, I'm going to say the same thing to him. Okay?

THE WITNESS: Okay. Sorry.

BY MR. LUTTIER:

Q. Are you talking about the period now between June and October of '05 that he made this statement to you that you were his favorite?

A. From '04 to '05?

Q. No, from June of '05 to October of '05.

A. Is that whenever he said that?

MR. HOROWITZ: Is that a question?

THE WITNESS: Is that --

Page 97

BY MR. LUTTIER:

Q. You said in the end he told you that you were his favorite. And my question is --

A. No.

Q. -- when you say the end, are you talking about the period from June of '05 to October of '05?

A. No.

Q. What period are you talking about?

A. From '04 -- well, let me think. From '04 so on.

Q. What do you mean, so on?

A. The last time I went.

Q. Okay. The fact of the matter is you have no record from which you can tell us with any kind of accuracy how many times you went to Mr. Epstein's; is that correct?

MR. HOROWITZ: Object to the form.

THE WITNESS: How many times I went?

BY MR. LUTTIER:

Q. Right.

A. Approximately I can, like, approximately tell you how many times I went.

Q. You don't have any record that you can look at and say I can tell you I went --

A. No, I don't have a written record, no.

25 (Pages 94 to 97)

Page 98

Q. -- this number of times. All you're doing is you're guessing now about how often you think you went --

MR. HOROWITZ: Object --

BY MR. LUTTIER:

Q. -- isn't that right?

MR. HOROWITZ: Object to the form.

BY MR. LUTTIER:

Q Correct?

A. No, I am not guessing.

Q. Well, you don't even know when Mr. Epstein was in town, do you?

MR. HOROWITZ: Object to the form.

THE WITNESS: When he was in town he would call me.

BY MR. LUTTIER:

Q. Tell me in the year 2004 when he was in town.

A. Tell -- how, like, what do you mean?

Q. Was he there in January of 2004?

A. I am sure.

Q. How do you know that?

A. Because I went there. I'm sure. I don't --

Q. You don't know if you went there in

Page 99

January of '04, do you?

A. (No verbal response.)

Q. You don't know, do you?

A. I know I went --

Q. You don't know if you went there --

A. -- approximate dates, no, I don't know.

MR. HOROWITZ: Hold on. Now you're interrupting her.

BY MR. HOROWITZ:

Q. Okay. You don't know if you went to see him --

A I don't know approximate dates, I'm sorry.

Q. Was he there in Jan -- in February of 2004?

A. I don't know.

Q. Was he there in March of 2004?

A. No, I don't know.

Q. Was he there in April of 2004?

A. I don't know.

Q. Was he there in May of 2004?

A. I don't know.

Q. Was he there in June of 2004?

A. I don't know.

Q. Was he there in July of 2004?

A. I don't know.

Page 100

Q. Was he there in August of 2004?

A. I don't know.

Q. Was he there in September of 2004?

A. I don't know.

Q. Was he there in October of 2004?

A. I don't know.

Q. Was he there in November of 2004?

A. I don't know.

Q. Was he there in December of 2004?

A. I don't know.

Q. Was he there in January of 2005?

A. I don't know.

Q. Was he there in February of 2005?

A. I don't know.

Q. Was he there in March of 2005?

A. I don't know.

Q. Was he there in April of 2005?

A. I don't know.

Q. Was he there in May of 2005?

A. I don't know.

Q. The fact of the matter is you don't know when Mr. Epstein was in town, do you?

MR. HOROWITZ: Object to the form.

THE WITNESS: I don't have exact dates, no.

Page 101

BY MR. LUTTIER:

Q. Did you ever personally call Mr. Epstein on the phone?

A. I know I think I have his personal number. I had Sarah's personal number I think.

Q. Wasn't my question.

MR. HOROWITZ: You keep doing it. You keep interrupting.

BY MR. LUTTIER:

Q. Did you ever personally call Mr. Epstein on the phone? When I say call, talk to him personally on the phone.

A. Talk to him on the phone? Yes.

Q. When?

A. When I found out that the cops were investigating girls.

Q. And when was that?

A. Probably like, probably sometime, June or August -- September, October.

Q. Of '05?

A. Yeah. No. Yeah. Wait --

Q. And how did you find out --

A. -- it's '05, '06, I think. Wait, yeah.

Q. And how did you find out the cops were investigating?

26 (Pages 98 to 101)

Page 102

A. Because word got -- there was a lot of girls that went there, and word got around that one of the girls that had gone there was maybe 13 years old.

Q. Well, how did you find out about it?

A. How did I find out about it?

Q. Somebody call you?

A. Probably found out from one of the girls that were going there in high school.

Q. Who called you?

A. Nobody. I mean, there was a lot of young girls that were going there.

Q. Who called you and told you?

A. One of the girls that was hanging out that went there. I don't know.

Q. Which girl?

A. Jane Doe No. 7, Jane Doe No. 7.

Q. Jane Doe No. 7 who?

A. Jane Doe No. 3. It was -- Haley brought some girl from high school that was 13 years old.

Q. How do you know that?

A. Because it was her cousin's girlfriend.

Q. Who told you that Haley brought somebody that was 13 years old?

A It was in high school. Royal Palm Beach

Page 103

is a small high school.

Q. My question is who told you that Jane Doe No. 7 brought somebody -- I mean that Haley brought somebody that was 13 years old?

A. Jane Doe No. 7 or Jane Doe No. 3 or one of the girls that were going there at the time that knew the girl, that knew that girl.

Q. So you don't know of your own personal knowledge whether someone who was 13 years old went there or not, do you?

A. I, I heard about her. I know how she is, like, how she looks like.

Q. You don't know of your own personal knowledge. You weren't there. You didn't see this person?

A. No, I wasn't there.

Q. All you know is what somebody told you among your little friends, your group of friends?

MR. HOROWITZ: Excuse me, Counsel. Take it easy.

MR. LUTTIER: Okay.

MR. HOROWITZ: There is no, reason, no, no reason to point at the witness.

MR. LUTTIER: Okay.

Page 104

BY MR. LUTTIER:

Q. This group of friends that you had, all you know is what they told you, right?

A. Yeah.

Q. All right. And Jane Doe No. 7, what's Jane Doe No. 7's last name?

A. Doe.

Q. Doe. She was a regular there, right?

A. (Witness nods head.)

Q. Right?

A. She went there, yeah.

Q. And a matter of fact, your friend Lauren Murphy was somebody that went, wasn't she?

A. (Witness nods head.)

Q. Wasn't she?

A. Yes.

Q. And you were the one that took her there, weren't you?

A. Yeah.

Q. And on the third time that you went, what occurred?

A. When I went there, same thing, like, we would go there and Sarah would walk you up to the room. There would be a massage table. Sometimes there wouldn't be a massage table, and you would

Page 105

have to, you would help her set it up or you would set it up yourself. Just kind of like from the third time on it just kind of like, something like, like, like --

MR. HOROWITZ: Take your time. Take your time.

THE WITNESS: Like -- the third time I went there, it was like I was giving him a massage. He was on the phone. On the third time, like more conversation. From the third time on, it got worse, I would go in and --

BY MR. LUTTIER:

Q. Well, first, I'm asking you about the third time. What occurred on the third time?

A. Same thing, you give him a massage. He was more friendly, more talkative. I kept my clothes on, but this time he was more like, oh, this is what I do. It was more conversation, like. First time I went like he was on the phone. The second time on the phone doing business calls, but then talking at the same time. The third time like just talking to me, like it was like a friend.

Q. Isn't it a fact, ma'am, that -- or did anything else happen on the third occasion?

A. (Witness shakes head.)

27 (Pages 102 to 105)

Page 106

Q. So you gave him a massage --

A. No.

Q. -- fully clothed, right?

A. Yeah.

Q. And you got paid $200 and you left?

A. Uh-huh.

Q. And by now, we're up to what point in time?

A. It was --

Q. This is --

A. The second time I went it was probably like a week later, maybe a month later, like a month later that I went.

Q. Well, let's go through this. You said the first time it was in the middle of your sophomore year. It was five or six months later before you went a second time. So by now are you into your senior year?

A. No.

Q. When is the second time, then?

MR. HOROWITZ: You skipped a year of high school.

MR. LUTTIER: I did.

BY MR. LUTTIER:

Q. Are you into your junior year by then?

Page 107

A. Second time I went, I was like middle of my sophomore year. Second time -- first time I went it was the middle of my sophomore year.

Q. Okay. You say the first time you went was in the middle of your sophomore year?

A. Like the middle of my sophomore year.

Q. Okay. All right.

A. And then the second time I went was like in the summer of my sophomore year when I would go --

Q. Was it after your birthday in the summer?

A. Yeah, like, right around that area.

Q. So, you're 16 at that point, right?

A. Uh-huh, yeah.

Q. All right. So the third time is when, sometime during your junior year?

A. Yeah, beginning of my, like, the end of summer, end of summer, like beginning of my junior year.

Q. Now, okay, isn't it true --

A. Like the end of the summer, yeah.

Q. Isn't it true, ma'am, that Haley Robson told you before she took you there the first time that you were going to go give a massage to a guy in Palm Beach, you were going to get paid $200, that he

Page 108

was a nice guy, that you didn't have to do anything you didn't want to do, that he might ask you to take your top off or take part of your clothes off, but if you didn't want to, you didn't have to do anything; isn't that what you were told?

MR. HOROWITZ: Object to the form.

THE WITNESS: I don't remember. I don't remember what Haley -- the conversation between me and her.

BY MR. LUTTIER:

Q. Okay. But you knew that when you went that you, you may be asked to take your top off, but you didn't have to if you didn't want to, right?

MR. HOROWITZ: Form.

THE WITNESS: No, but --

BY MR. LUTTIER:

Q. Correct, you knew that, right?

MR. HOROWITZ: Form.

THE WITNESS: No.

BY MR. LUTTIER:

Q. You didn't know that?

A. No, why would I take my top off?

Q. Did you tell the police when they interviewed you from the Palm Beach Police Department when you were a freshman in college that

Page 109

you knew before you went there exactly what was going to be expected? Did you tell that to the police?

A. I don't know. I don't know. I don't know what I had -- I don't remember. I don't know what I wrote. I don't know what I said to them.

Q. Well, if you, if the transcript of that interview shows that that's what you said to them, you didn't just make it up, did you?

A. No.

MR. HOROWITZ: Object to the form.

BY MR. LUTTIER:

Q. Okay. Now, when was the last -- you say three years ago you saw this transcript, right? That's the transcript of your interview with the police department.

A. Probably about three -- when was it, four years ago, my freshman year.

Q. And what did you do with it? What did you do with the transcript?

A. Of a copy of it?

Q. Yeah.

A. My statement?

Q. Your interview with the police department, you said you saw a transcript. It means it's in

Page 110

writing.

A. I don't know what I did with it.

Q. But you were given a copy, right?

A. I don't even know if I was given a copy. I don't remember if I was given a copy.

Q. You just got done testifying earlier in this deposition that about three years ago you read a transcript of it.

A. Yeah, it was probably about three years ago.

Q. Well, where did you read this transcript if it wasn't given to you?

A. Whenever I got -- hired my lawyer, or not -- when I talked to my lawyers. Whenever everything came out, like looking over it.

Q. So, you, that was the first time you saw it?

A. Yeah.

Q. All right. Was it given to you?

A. Yeah, I think so.

Q. Have you got it in your papers someplace at home or something?

A. I don't know where it's at.

Q. Okay. But when you read it, did you call the Palm Beach Police Department up and tell them

Page 111

there were any, any inaccuracies in it?

A. No, I didn't call.

Q. You didn't call and tell them?

A. Unh-unh.

Q. Okay. Now, when you were interviewed by the FBI, you said you were interviewed by them, too, right? Do you know when that happened?

A. I don't remember when that happened. It was sometime afterward.

Q. After what, after the Palm Beach Police?

A. Maybe my sophomore year in college. I don't -- possibly, I don't remember.

Q. Where did that interview happen?

A. When they came? Let me think, when they came to my school they, they asked me questions and I didn't want to -- I don't know. They, they came to my school and then they -- once, yeah, at my school.

Q. Okay. So this is just like the Palm Beach Police, they came to Lynn University and interviewed you, right?

A. They asked me, they wanted to ask me questions, and I said I wasn't going to answer any questions because I was scared. And they said they were going to have to give me a subpoena to court if

Page 112

I didn't answer their questions, which made me even more scared, so I didn't -- so I answered their questions.

Q. Well, it was the FBI, right?

A. Yeah.

Q. They identified themselves as the Federal Bureau of Investigation, right?

A. (Witness nods head.)

Q. Correct?

A. Yeah.

Q. You know to say --

A Yeah.

Q You know who the FBI is, don't you?

A. Yeah.

Q. So they came and identified themselves and said they wanted to ask you questions?

A. Uh-huh. Yes.

Q. All right. And you sat down and did you answer their questions?

A. Yeah.

Q. And did you tell them the truth?

A. Yeah.

Q. Do you have a transcript of that interview?

A. No.

Page 113

Q. Did you tell them something different than what you told the Palm Beach Police Department?

A. Yeah, yeah.

Q. Why did you -- and what you're telling us is you didn't tell the truth to the Palm Beach Police Department, but you did to the FBI; is that right?

A. Yeah.

Q. How many people interviewed you from the FBI on that occasion?

A. I don't remember. There were two people that came and asked me questions.

Q. And did you -- and was the statement recorded?

A. I don't remember.

Q. Do you remember having somebody with a tape recorder going?

A. I don't remember. I think it was off record, but I can't remember.

Q. How long did it take?

A. I know they asked me questions there several times. Like afterwards where I would call them up and tell them more.

Q. You called them or they called you?

A. I called them, like, after interviewing.

29 (Pages 110 to 113)

Page 114

Q. And why did you call them?

A. Because she said if there is anything else that you want to get off your chest, let me know.

Q. All right. So now we know there was a "she" involved?

A. (Witness nods head.)

Q. Who was the she?

A. I don't remember her name.

Q. Was that somebody from the U.S. Attorney's office?

A. No, FBI.

Q. FBI. So we had one female FBI agent, and --

A. A male FBI agent.

Q. -- one male. And you don't remember either of their names?

A. I don't remember the male. I remember the female.

Q. What was her name?

A. Nestek.

Q. Nestek, N-e-s-t-e-k?

A. I don't know how to spell that name, and I'm pronouncing it to my best ability.

Q. And to your recollection that would have been your second year at Lynn University?

Page 115

A. Yes.

Q. Were you interviewed by the FBI on any occasion other than when they came to Lynn University in your sophomore year?

MR. HOROWITZ: Form.

THE WITNESS: At Lynn, no. I mean, like what do you mean? Sorry.

BY MR. LUTTIER:

Q. Did any FBI come to see you any other time?

A. On -- I'm trying to think. I met with the FBI afterwards. I don't think she came to see me.

Q. What, what do you mean, you met with the FBI afterwards?

A. I came here to court.

Q. What court?

A. A court in downtown West Palm.

Q. With a judge in a court proceeding?

A. No.

Q. Okay. Well, what do you mean by you came to court?

A. Just with her, to meet with her, and --

Q. You mean you came to a courthouse?

A. Not a courthouse, like it's the courthouse. I don't know what room. Somewhere --

Page 116

it was one of those rooms in there.

Q. In the courthouse?

A. Yeah.

Q. Are you talking about the Federal courthouse?

A. Yeah, I think it was the Federal courthouse or it might -- somewhere downtown.

Q. And who did you meet with?

A. Detective Nestek.

Q. Anybody else?

A. Another lady.

Q. Who was the other lady?

A. I don't remember her name.

Q. What was, what was her role?

A. They were to help me through my situation.

Q. Did she say who she was or who she was with?

A. I don't know. I don't remember. I forgot. She was some, somebody there just to talk about, like, what was going on because I had more to say about what had gone on, but I had more to say about what had happened.

Q. Was it somebody from the United States Attorney's office?

A. I don't know. I don't who the lady -- I

Page 117

don't know what this lady's role played. I don't know.

Q. How about Maria Villafana; does that name ring a bell?

A. I had -- she gave me, I don't remember her name. She gave me a card, business card a long time ago. I don't have it. I don't know.

Q. Was anybody else present for this interview or this meeting that occurred?

A. I think it might have -- no, it was just us two. I think there might have been another lady, three ladies in the room.

Q. Three total or four total, three other women and you?

A. No, three.

Q. All right, three.

A. I think there was two, but I think that one came out of the room and then she left, and another lady came in. So there was like two, there was like three, two to three.

Q. Did you have a lawyer there?

A. No.

Q. Had you retained a lawyer by then?

A. No.

Q. All right. So that's your second meeting

30 (Pages 114 to 117)

Page 118

with the FBI. Did you have another meeting with the FBI?

A.   No, not that I remember, no.

Q.   Did you talk to anybody from the United States Attorney's office?

MR. HOROWITZ:  Form.

THE WITNESS:  What do you mean, the United States Attorney's?

BY MR. LUTTIER:

Q.   A lawyer representing the government.

A.   Like for the FBI?  Like a lawyer for the FBI?

Q.   It could be anybody.  The U.S. Attorney's office is just an office of government lawyers that represent the government.  It could represent an agency or anything else.  This Maria Villafana is, I believe, the person that was heading it up, but there might have been somebody else from that agency.

A.   I think I might have called somebody to talk to them because I didn't -- I was confused.  I didn't know anything that was going on.  But I don't think, I don't like -- I don't know who -- what her name was.  I don't know --

Q.   Did anyone from any of those agencies, the

Page 119

FBI or anybody else that you talked to, explain to you anything about what was going on?

A.   No.

Q.   You didn't have any idea why they were talking to you or what was going on?

A.   No.  They, they said that I can tell them what happened.

Q.   Did you say you called Jeff Epstein to let him know that the -- that somebody was --

A.   Yeah.

Q.   -- asking questions?  And did you call him before or after the Palm Beach Police came?

A.   Before the Palm Beach Police came and talked to me.

Q.   And, and what did you tell him?

A.   I told him, I said girls are being -- police are going to the girls that have been going to the house, just to let him aware of what was going on.  I don't remember the exact conversation.  I just remember letting him know, like, did you know that there was cops interviewing girls that have been going to the house.

Q.   And, and that conversation happens sometime after the Palm Beach Police meet you?

A.   No, that was before.

Page 120

Q.   Or right before that?

A.   It was before.

Q.   But while you were at Lynn?

A.   It was while I was at Lynn.  It was before the cops came because I didn't know -- I heard about them going to all these girls and I was at school.  I didn't know what was going on.

Q.   Other than that conversation with Mr. Epstein, have you ever had any other phone conversation directly with Mr. Epstein?

A.   After that?

Q.   At any time, right up until today.

A.   No, I think he rented me a vehicle.

Q.   No.  I am going to have to ask about phone conversations.

A.   Yeah, I think so.  About the vehicle that he rented me.

Q.   You had a conversation with Mr. Epstein directly?

A.   Sarah or Mr. Epstein, it was one of them.

Q.   So you're not sure?

A.   No, I'm not sure.

Q.   But you are sure you had one conversation with Mr. Epstein sometime while you were a freshman at Lynn University about the police asking

Page 121

questions?

A.   Yeah, because I talked to him before I got interviewed.

Q.   Okay.  Other than the possibility of --

A.   Oh, and then, I think I talked to him again after I got interviewed by the cops because he had me meet with one of his lawyers to go over the questions that the cops had asked me, and --

Q.   Okay.  Do you know whether it was a lawyer that you met with?

A.   Yeah, it was, I, I have his business -- I don't have it on me right now, but it was one of his -- some older guy, like I could like show you a -- show me a picture and I could point him out.

Q.   Did you tell that person the truth?

A.   I told him everything that I -- he asked me everything that I had gone -- that the cops had asked me and all my questions to what the cops -- all my answers to what the cops had asked me, like they wanted to know everything that the cops were asking me and what my answers were to them, just about what the cops were asking me.

Q.   Okay.  So, did you tell him the truth?

A.   Yeah, I told him -- well, it was, I think the day after or two days or a week after I had

31 (Pages 118 to 121)

Page 122

talked to the cops, I talked to him.  So it was fresh in my memory, so I told him everything that I had told the cops.

Q.  As a matter of fact, at the time that the -- well, strike that.

Was Mr. Epstein good to you?

MR. HOROWITZ:  Object to the form.

BY MR. LUTTIER:

Q.  Was Mr. Epstein good to you?

A.  Yeah.

Q.  Okay.  I mean, didn't he -- did he give you some gifts?

A.  Yeah.

Q.  What kind of gifts did he give you?

A.  Well, he rented me a car.

Q.  Okay.

A.  Rented me a car and bought me lingerie from Victoria Secret, bought me a vibrator.  What else?  Like, gave me like a brush.  It was a vibrating brush.  I mean, it was pretty much it.  Offered me to go like out of the, offered me to travel.

Q.  Did you ever travel with Mr. Epstein?

A.  I was not old enough to travel.

Q.  Did you ever see Mr. Epstein -- when I say

Page 123

"see" I mean have one of these massages that you gave Mr. Epstein -- any place other than his house in Palm Beach?

A.  No.

Q.  All right.  Other than the phone conversation you had with Mr. Epstein after -- or when the police were about to interview you, and a conversation you may have had about renting a car, have you ever had any other direct phone conversation with Mr. Epstein?

A.  Can you ask that question one more time?

Q.  Other than the phone conversation you had with Mr. Epstein wherein you told him that the police were asking questions, and the possibility that you may have spoken with either him or Sarah about renting a car, have you had any other phone conversation with Mr. Epstein directly?

A.  No, no.

Q.  Have you -- and you say you've never performed a massage on Mr. Epstein or any other act physically with him other than at his house in Palm Beach?

A.  Yeah, just at the house in Palm Beach.

Q.  Okay.  And by the way, are you a person that's, are you proficient with computers?

Page 124

A.  Am I good with computers?

Q.  Yeah.  Do you use the computer?

A.  Yeah, I use the computer.

Q.  Do you have any social web site that you have for yourself?

A.  Yeah, Facebook.

Q.  Okay.  Do you have anything besides Facebook?

A.  My e-mail account, Yahoo.

Q.  And what's your Facebook address?

A.  Jane Doe No. 4@pop.student.lynn.edu.

Q.  And on your Facebook, is it still up today?

A.  Uh-huh.

Q.  Have you deleted anything from your Facebook about discussions concerning Mr. Epstein?

A.  I don't even know if I ever -- I don't think I've ever put any discussions up that's regarding Mr. Epstein.

Q.  Have you ever communicated with Mr. Epstein via the computer?

A.  No.

Q.  That would be e-mail, or --

A.  Yeah, no.

Q.  -- however else they do it these days.

Page 125

Texting, do you ever text Mr. Epstein?

A.  (Witness shakes head.)

MR. HOROWITZ:  You have to answer --

THE WITNESS:  No.

MR. HOROWITZ:  -- instead of shaking your head, no.

THE WITNESS:  I said, no.

BY MR. LUTTIER:

Q.  Have you in the last, since 2004, have you gone to the City of Chicago, Illinois?

A.  Yeah.

Q.  When did you go to Chicago?

A.  My junior, junior year.

Q.  Junior year of what?

A.  My summer, junior going into my senior year, that summer.

Q.  Of what, of Lynn University?

A.  Yeah.

Q.  So junior --

A.  Of '0 -- what is it, '0 -- sorry, I can't give you an accurate date.  Summer, '06, '08, '09, so, yeah, '08.

Q.  If '05 was your freshman year.

A.  Yeah, so it was my junior year.

Q.  And '06 would have been your sophomore

Page 126

year.

A   '7, '8.

Q   "07 would have been your junior year, and '08 would be your senior year.

A   Oh, then '07, but January, after January of that summer --

Q   No, I am not --

A   -- is '08.

Q   I don't want to put the date in your mind. I just went through --

A   No.

Q   -- that chronology.

A   Of '08, that summer.

Q   Summer of '08?

A   Yeah.

Q   When you say Summer of '08, what month are you talking about?

A   Probably the end of June. End of June, end, middle --

Q   So this is approximately three years after the last time you saw Mr. Epstein?

A   Uh-huh.

Q   Okay. Tell us -- and is that the only time you've been to Chicago, Illinois?

A   Uh-huh.

Page 127

Q   Okay.

THE COURT REPORTER: Yes?

THE WITNESS: Yes. Sorry, sorry. I keep forgetting.

BY MR. LUTTIER:

Q   Tell us who you went to Chicago with.

A   Jane Doe No. 7, Sylvia, Chelsea, Vanessa, another girl named Vanessa.

Q   And what are -- what's Sylvia, Chelsea and Vanessa's last names.

A   I am not sure what their last names are.

Q   Did you know them?

A   Yeah.

Q   How did you know them?

A   From living in Orlando.

Q   Well, you were living in Orlando?

A   Yeah.

Q   Okay. And you lived there during what period of time?

A   The summer of '08.

Q   And where did you live in Orlando?

A   Jefferson Lofts.

Q   And why were you living there?

A   To work and go to school.

Q   Well, were you going to school in Orlando

Page 128

at that time?

A   Yeah. I withdrew from that class.

Q   What class were you going to there?

A   Biology.

Q   And where were you going to school?

A   The community college.

Q   What school?

A   What is it called? I am drawing a blank of what the university was called. It won't come to me right now. I can't recall it.

Q   This is while you were still enrolled at Lynn University?

A   No. I had the summer off. Yeah, I was enrolled at Lynn University, but I had the summer off.

Q   And who were you living with when you were in Orlando?

A   I had two roommates.

Q   And who were they?

A   I forgot. I didn't socialize with them. It's a, it's like a, like a -- Jefferson Lofts is like a living -- you don't know who your roommates are. I was supposed to -- I was supposed to take over --

MR. HOROWITZ: Just answer his question.

Page 129

THE WITNESS: I don't know. I don't know. Sorry.

BY MR. LUTTIER:

Q   All right. So who were you living with was the question.

MR. HOROWITZ: Unless you want to hear the whole story.

THE WITNESS: Two girls, two other girls and I don't remember, I think one girl's name was Kate, and I don't remember the other roommate.

BY MR. LUTTIER:

Q   When you originally went there you were going to live with who?

A   Jane Doe No. 7.

Q   And Jane Doe No. 7's roommate was who --

A   I don't know.

Q   -- at the time?

A   I don't know.

Q   And you were going to take Jane Doe No. 7's roommate's place?

A   Yeah.

Q   All right. Now, did you know Sylvia, Chelsea, and Vanessa before you went to Orlando?

A   No. I just met them through Jane Doe No.

33 (Pages 126 to 129)

Page 130

7.

Q. And who is it that paid for this trip to Chicago?

A. Jane Doe No. 7's friend Mario.

Q. And who is Mario?

A. Some friend's Jane Doe No. 7, friends' -- Jane Doe No. 7's friend.

Q. How old was this person?

A. I'm not sure. I don't know how old he was.

Q. Roughly.

A. Probably like 30s, 40s maybe.

Q. And anybody else go on this trip?

A. Yeah.

Q. Who else?

A. Jane Doe No. 7, Sylvia, Chelsea and Vanessa.

Q. I mean other than those people. And did Mario go on this trip, too?

A. He's, he is the one lives, he lives in Chicago.

Q. Okay. And did you stay at Mario's when you went to Chicago?

A. We stayed -- yeah, not his place. Well, John -- one of his places, I guess.

Page 131

Q. Where did you stay in Chicago?

A. John Hancock building.

Q. And in a, in a room there?

A. Yeah.

Q. Anybody named Charley along?

A. I think that was one of his friends that went out with us one night, one of his older friends.

Q. And how old is Charley?

A. He is older. He is -- I'm not sure how old he is, but maybe 50s.

Q. And did you have any interaction with Charley?

A. No.

Q. Did you get any gifts from Charley?

A. No.

Q. Did you discuss this trip with anybody else?

A. Yeah.

Q. Who?

A. I don't know. I put -- people that asked, I guess, by my pictures.

Q. Did you ever describe this person Charley as another Jeff Epstein to any of your friends?

A. No, I didn't even talk to Charley. I only

Page 132

talked to him for five minutes that night, maybe.

Q. Did you tell any of your friends that --

A. So there is no reason for me to want to talk about him if I wasn't at -- if I only had like a five, ten minute conversation with him.

Q. Did you tell any of your friends or anyone whether you consider them a friend or not, that you had met someone that was like Mr. Epstein named Charley and that he had taken you to Chicago?

A. No, no.

Q. No one in the world?

A. Charley didn't take me to Chicago.

Q. Okay. So that never happened? That conversation --

A. No.

Q. -- never took place? All right. And how is it that you got invited to go on this trip?

A. Jane Doe No. 7 invited me.

Q. And Jane Doe No. 7 was another person that would go to Mr. Epstein's, right?

A. Yes.

Q. Did you take Jane Doe No. 7 to Epstein's?

A. No, I don't think so.

Q. Did you get paid $200 from Mr. Epstein for taking Lauren Murphy there?

Page 133

A. Yeah.

Q. And what did you tell -- what, if anything, did you tell Lauren -- well, strike that.

Was Lauren's first visit to Mr. Epstein the one that you took her to?

A. Yeah.

Q. Okay. What did you tell Lauren about --

A. I don't remember.

Q. Wait a minute, let me finish my question. What did you tell Lauren about what to expect from the first visit to Mr. Epstein?

A. I don't remember.

Q. And when did you take Lauren to Mr. Epstein?

A. I don't remember.

Q. Do you remember a year?

A. Maybe my senior year. I don't remember.

Q. So how many times had you been to Mr. Epstein's at the point in time that you took Lauren there?

A. It might have been my junior year or my senior year that I took her. I don't remember when I took her.

Q. Well, at the time that you took her, whenever it was, how many times had you been to

Page 134

Mr. Epstein's?

A. Probably a few times.

Q. How many?

A. Before I took -- I don't remember when I took Lauren, so I can't tell you how many times I had been there before I took her.

Q. What's your best estimate?

A. I don't know when I took her, so I don't know how to answer that question.

Q. Well, do you know if it was more than three times?

A. I am sure.

Q. Was -- how old was Lauren when you took her there?

A. I don't know how old Lauren was when I took her there. I think she was 18.

Q. So, Lauren was out of high school by then?

A. She might have been a senior in high school or she could have been out of high school.

Q. And she was one year ahead of you?

A. Yeah.

Q. So, that would have meant that you were taking her --

A. She could have been her senior year in high school, or she, I could have been a senior year

Page 135

in high school.

Q. So, it could have been in your junior or senior year of high school?

A. Yeah.

Q. And you said you first went in the middle of your sophomore year, right?

A. Uh-huh.

Q. So, under your recollection of events would it be a fair characterization that at the point in time that you took Lauren to Mr. Epstein's, you had been to Mr. Epstein's on several occasions?

A. Yeah.

Q. At the point -- as of the point in time that you took Lauren there, had you -- had all the massages that you performed for Mr. Epstein been conducted in the same manner as what you have described in the first three visits?

MR. HOROWITZ: Object to the form.

THE WITNESS: I don't know when I brought her there, so I don't know -- you're asking me the same question.

BY MR. LUTTIER:

Q. At the point in time that you brought her, had all the massages that you had performed for Mr. Epstein been like the first three?

Page 136

A. I don't remember when I saw her there, so I don't know, like, if they were the same.

Q. Okay. Well --

A. What are you, like, I --

Q. Did there come a point in time after the third massage that the way you performed massages on Mr. Epstein changed?

A. It progressively got worse, yes, but I don't recall.

Q. When you say worse, what do you mean by worse?

A. He would get more, like, aggressive, like, he would be more friendly. Like after, like, going there a couple of times, then he would ask me, oh, will you take your top off, and then the next time when I would get up and go to leave, he goes, take your bra off or, you know, next time you go can you take your pants off, or it progressively got worse, and then next time it was like, he like used a vibrator on me, and then the next time he used a vibrator and fingering me, and then the next time he would do that and then licking my clit, and then before that, grabbing my nipples and at last, I mean it progressively got worse.

Q. When you say the next time, you mean there

Page 137

was one visit, and then literally the next visit he said, take your top off, and it was literally the next visit that he said something else, and literally the next visit he said something else --

A Yeah.

Q -- or were there more than one visit --

A. It progressively got worse.

Q. Was there more than one time you performed massages between these events?

MR. HOROWITZ: Object to the form.

THE WITNESS: Ask that again. What do you -- you talk like...

BY MR. LUTTIER:

Q. Let's take the fourth visit, what happened on the fourth visit?

A. Got a massage, takes my shirt off, take my underwear, like I just said.

Q. Well, I'm asking you about the fourth visit now. First of all, can you tell me when the fourth visit happened?

A. It happened after the third visit.

Q. Okay. Probably happened before the fifth visit, too, right?

A Yeah.

MR. HOROWITZ: Argumentative. Can we take

35 (Pages 134 to 137)

Page 138

a break?

MR. LUTTIER:  Yeah.

MR. HOROWITZ:  I need to catch a flight. My partner is going to take over.

MR. CRITTON:  We need to change the tape.

THE VIDEOGRAPHER:  Off the record at 1:10. End of Tape 1.

(A Luncheon recess was held from 1:10 p.m. until 1:59 p.m. and Mr. Mermelstein entered the deposition room and Mr. Horowitz was absent.)

* * * * *

(561) 832-7500    PROSE COURT REPORTING AGENCY, INC.    (561) 832-7506

## A

Abbott 2:24 4:14
ability 114:23
able 60:13
absent 138:10
abused 20:10 32:11,13
abusive 28:24 29:2,9 29:10,14
accidental 40:7
account 124:9
accuracy 97:15
accurate 125:21
acquaintance 52:1 54:15,23
act 123:20
Adam 2:8 4:19
adding 23:15
address 124:10
ADLER 2:3
affirmed 6:8
afterward 111:9
age 10:22 61:17 62:16 62:20,21,22 64:4 78:6,10
agencies 18:8,17 22:23 23:6 24:2,5 118:25
agency 16:3 22:15 23:9 23:10,10,12,12,13,13 23:18 24:12 26:3 118:16,19
agent 114:12,14
ages 25:18
aggressive 136:12
ago 13:25 15:8,15,18 16:17 73:11,13 109:14,18 110:7,10 117:7
agree 6:1
ahead 14:23 49:8 91:9 134:20
Ahorowitz@sexabus... 2:11
Alan 88:10,11
alcohol 86:20
alcoholic 29:17
Andriano 5:2,23
announce 4:17
answer 5:6 9:4 10:2 12:10 13:11,16 14:23 15:3 18:12 26:13,16 33:5 58:4 59:18 61:23 71:18,22 111:23 112:1,19 125:3 128:25 134:9
answered 12:1,5,8,13 12:16,18 13:15 14:19 14:21,25 112:2
answers 3:15 5:7 14:11 14:17 15:5 121:19,21

anybody 7:10 9:7 41:11,14 64:12,17 65:6 69:4 90:21 93:14 116:10 117:8 118:4,13 119:1 130:13 131:5,17
anymore 85:23,24
apartment 42:9 46:25
apparently 67:9
appearances 2:1 4:18
appointment 82:11 91:3,24
approximate 99:6,12
approximately 37:12 39:25 73:11 77:24,24 77:25 81:4 97:21,21 126:20
approximation 38:4 48:11 73:14,21
April 99:18 100:17
area 107:12
arguing 30:2
argument 29:5,11 30:2
argumentative 36:6 83:18 137:25
arrested 25:2,21,25 26:4,7,25
asked 10:17 12:2,12 13:2,13,19 14:13,18 15:22 26:14 29:10 46:21 51:17 52:6 71:11 108:12 111:15 111:22 113:12,21 121:8,16,18,19 131:21
asking 11:23 12:7 13:21 58:15 70:21 96:13 105:13 119:11 120:25 121:21,22 123:14 135:20 137:18
asks 9:14,24 11:4,8,21 58:4 59:18 61:17
associated 8:6
assume 30:15 31:2 41:7 66:24
attention 17:13
attorneys 4:17
Attorney's 114:9 116:24 118:5,8,13
audibly 64:8
August 74:20 76:15 100:1 101:19
Australian 1:17 4:13
Avenue 1:17 2:15 4:13
aware 73:3 80:19 119:18
awkward 92:9,13
a.m 4:9

## B

B 3:10
back 12:11 36:2 47:19 55:5 56:8,10,13 58:15,17 59:4 61:22 68:7,9 81:2,8,10 82:7 82:10 88:19
Banyan 2:20
barely 6:22
basis 35:12
bathroom 79:21,23 80:5 92:14,17 93:8
Bay 42:6 46:13,14
Beach 1:18 2:21 4:13 18:20 19:5,16,24 20:3 22:16,18,19,21 22:23 23:8 24:1,23 25:3 26:24 27:5,12 40:5 46:15,18 47:20 61:15 64:2,25 75:5 76:24,25 77:7 102:25 107:25 108:24 110:25 111:10,19 113:2,5 119:12,13,24 123:3,22,23
beginning 39:23 45:17 48:2 55:13 86:12 107:17,18
begins 16:22
behalf 2:2,7,13,18 4:23 5:1
believe 54:3 118:17
bell 117:4
benefits 40:15
best 8:16 35:8 48:10 62:17 73:14 114:23 134:7
big 63:5 92:21,22
Biology 128:4
birthday 25:14 107:11
Biscayne 2:9
bit 29:23 30:8 31:12,24 33:18 34:2
blank 16:6,9 128:8
Boca 44:18 46:19
booth 80:1
born 6:20 9:1
bought 122:17,18
Boulevard 2:4,9,20
boyfriend 42:11 46:11 85:25 86:9 88:8,13 88:15
boyfriends 31:19
boyfriend's 28:22
bra 136:17
Bradley's 50:25 51:4
break 45:21 72:3,6 138:1
Brian 42:13,14

Briar 42:6,7 46:13,14
brief 5:3 72:13
briefed 5:10,17,18
bring 82:12 89:11,19 89:22 90:19
bringing 82:6,9,25 89:9 89:17 90:22
brought 34:21 36:17 36:18 79:19 90:13,14 91:4,11,13,15 102:19 102:23 103:3,3 135:19,23
brush 122:19,20
building 131:2
Bullard 86:4,8,17,20 87:4,6,8,12 88:4,9
bunch 89:17
Bureau 112:7
BURMAN 2:20
business 105:20 117:6 121:11
butt 32:17
B-r-i-a-r 42:7
B-u-l-l-a-r-d 86:5

## C

C 4:1
calendar 35:5 45:21,25 47:15,20 48:16
call 98:15 101:2,10,11 102:7 110:24 111:2,3 113:22 114:1 119:11
called 29:6,12 92:2 102:10,13 113:24,24 113:25 118:20 119:8 128:8,9
calls 105:20
campus 44:17 46:7,9 46:12,18,22
car 42:24 43:1,3,13 60:2,4,5,10 122:15 122:17 123:8,16
card 117:6,6
Carolyn 5:2,23
case 1:3 5:23
cases 1:9
catch 138:3
cause 4:6 30:20,25 58:14,21
caused 20:7 28:11 31:7
certain 8:19 17:5,6
certainly 11:20
change 138:5
changed 136:7
characterization 135:9
Charley 131:5,9,13,15 131:23,25 132:9,12
Chelsea 127:7,9 129:24 130:16

chest 114:3
Chicago 125:10,12 126:24 127:6 130:3 130:21,23 131:1 132:9,12
chronology 126:12
Cigarettes 86:21
circumstances 11:13
city 46:14 125:10
civil 85:20
claim 15:9
claiming 35:13
clarify 29:10 52:25
class 34:19 49:6 55:15 55:16,18 128:2,3
clear 5:20 67:17
Clematis 39:8
client 5:6
clit 32:18,20,23 136:22
close 30:3,5 81:8
closer 6:23
clothed 69:12,13 80:7 89:2 106:3
clothes 69:14 70:5,6,8 70:17 71:2 92:10 105:17 108:3
club 39:4,5
CME 5:21
coincidental 40:18,20
COLEMAN 2:20
college 45:10 74:8 108:25 111:11 128:6
colleges 44:24 45:3
color 43:15
come 15:23 36:2 48:16 65:3 77:8,14,15 91:2 115:9 128:9 136:5
comes 11:8
coming 21:5 59:5 79:23
communicated 124:20
community 128:6
commuting 46:16 47:19
compare 31:5
compound 79:3
computer 124:2,3,21
computers 123:25 124:1
concerning 124:16
conducted 135:16
conference 2:24
confused 66:6 118:21
consider 86:20 132:7
considered 27:19 86:18
consist 61:12
consult 43:8 57:12
contact 82:3,4 91:1,2,3 91:22
contents 73:3

control 29:18
conversation 37:3,23
  38:25 49:15,19,23
  51:14 54:5,6 60:7,9
  61:1,9,12 70:9 82:22
  82:24 83:1 84:16
  85:12 105:10,18
  108:8 119:19,23
  120:8,10,18,23 123:6
  123:8,10,12,17 132:5
  132:14
conversations 37:7,14
  38:7 59:22 60:6,14
  60:19,21 63:22
  120:15
cops 15:20 17:11,13,18
  18:20 29:6,12 101:15
  101:24 119:21 120:5
  121:6,8,17,18,19,20
  121:22 122:1,3
copy 109:21 110:3,4,5
correct 9:25 10:4,11
  11:18 12:18 19:25
  20:17 21:15 22:11
  24:7 44:25 45:16,23
  59:24 65:25 66:18
  68:4 71:13 74:22,23
  75:1 78:7,12,15,21
  79:1,11 90:19 93:12
  97:16 98:9 108:17
  112:9
couch 93:5,6,8
counsel 4:20,21 103:19
couple 136:14
course 21:10
court 1:1,22 5:9,11 6:3
  12:11 111:25 115:15
  115:16,17,18,21
  127:2
courthouse 115:23,24
  115:25 116:2,5,7
cousin's 102:22
covers 76:5
criminal 8:6
Critton 2:19,20 4:23,23
  5:14,16,19 50:11
  57:2,5 138:5
CROSS 3:4
Cynthia 1:21 4:3
C.M.A 2:13

**D**

D 2:8,19 3:2 4:1
dancing 49:24 51:12
date 15:17 20:2,5 25:10
  25:11,23 33:13 35:10
  92:3 125:21 126:9
dates 99:6,12 100:24
day 4:8 9:1 45:9 48:3

55:13 56:3 121:25
days 75:13,25 77:15
  121:25 124:25
deal 63:5 88:1
deals 5:14
dealt 88:4
December 39:21 40:1
  43:19,21 100:9
Defendant 1:8 2:18
Defendant's 3:14,15,16
  3:17,18 72:9
definition 73:6
degree 45:5 47:20
  48:11 76:3
deleted 124:15
denying 67:22 69:20,25
  70:23 71:6
department 25:3 26:25
  27:5,12 38:17,23
  75:6 108:25 109:16
  109:24 110:25 113:2
  113:6
depo 5:9
deposed 7:5,6
deposition 1:12 4:3,10
  4:12 7:7 110:7
  138:10
describe 131:23
described 17:10 31:11
  34:1 58:19 61:10
  135:17
describing 17:15,16,20
DESCRIPTION 3:13
desk 93:2
detail 17:9,16,17,22,25
details 17:6 67:6
Detective 116:9
determine 94:13
difference 83:16,20
different 44:14,24 45:3
  64:13 65:7 91:13,16
  113:1
direct 3:4 6:11 123:9
directions 84:6,7,13
directly 120:10,19
  123:17
discuss 52:10 84:23
  131:17
discussion 26:2,6 36:21
  36:25 82:16
discussions 38:12,15,21
  124:16,18
dishonest 52:6
DISTRICT 1:1,1
document 72:18,20
  73:12
Doe 1:4,13 3:5 4:10,11
  4:20 6:7,14,20 81:13
  81:14,15,16,19 82:3

82:4,7,12,14,16
  83:22 84:10 89:6,21
  96:9 102:17,17,18,19
  103:2,5,5 104:5,6,7,8
  124:11 127:7 129:15
  129:16,20,25 130:4,6
  130:7,16 132:18,19
  132:22
doing 7:8 89:7 98:1
  101:7 105:20
dorm 47:5,6,7,11,18
downtown 39:8 40:5
  115:17 116:7
Dr 5:22 39:6,7,10 40:3
  40:21 41:12,15,18,22
  42:22 43:11,18 44:21
  49:13 50:25 51:7
  53:13,21
drank 29:18
drawing 128:8
dreams 11:2
drink 28:15 29:16
drinking 26:12 28:20
  28:22 86:18
driving 60:10 89:15
  90:11
drove 36:20,23 37:2
  42:21 43:8 54:18,22
  60:4 82:8,13 84:14
drug 86:18,20
drugs 86:16,19,22 87:1
  87:3,8,13,23,24 88:1
  88:4
DUI 26:1,4,8,25
duly 6:8

**E**

E 3:2,10 4:1,1
earlier 48:1 54:17
  64:24 110:6
East 2:4
easy 103:20
either 114:16 123:15
emphasize 15:5
ended 48:18,20
enrolled 45:3 128:11
  128:14
entered 19:17 138:9
entire 45:16,23 46:1,3
  47:12 76:25 78:4
  80:9
Epstein 1:7 2:18,24
  4:11,22,24 15:12
  18:10,19 19:15,23
  20:6 32:8,9,11 33:25
  34:5,11,23 35:10,13
  35:19 36:8 38:12,16
  38:18,23 39:1 49:15
  51:16,17 52:7,11

53:14,23 54:4,8,13
  61:10 63:19 74:3
  81:2,8 91:1 98:11
  100:22 101:2,10
  119:8 120:9,10,18,20
  120:24 122:6,9,23,25
  123:2,6,10,13,17,20
  124:16,19,21 125:1
  126:21 131:24 132:8
  132:24 133:4,11,14
  135:15,25 136:7
Epstein's 36:22 37:1,8
  37:15,21 54:19,22
  59:8,12,23 60:2,10
  61:3 63:18,21,24
  68:3,17 69:9 70:11
  70:15 74:6 75:1,4,9
  75:15,25 76:4,17
  77:11,18 78:13,18
  79:1,14 81:11,23
  82:4,5 88:19,23
  90:19 91:2 92:3
  97:16 132:20,22
  133:19 134:1 135:10
  135:11
ESQUIRE 2:3,8,8,14
  2:19,19
establishes 35:9
estimate 134:7
event 17:20 18:2 27:10
  27:15,20,22 30:15,16
  31:5,22,23 33:13
  34:1 52:5 57:16
  58:19
events 135:8 137:9
everybody 11:17
Evidence 2:25 4:15
EX 3:14,15,16,17,18
exact 14:14 25:11
  100:24 119:19
exactly 39:24 48:5
  56:11 94:3 109:1
exam 5:22
EXAMINATION 6:11
examined 6:9
example 66:24
examples 35:3,4
excuse 20:24 64:21
  103:19
exhibit 3:13 71:25 72:8
  72:9,17 73:5
expect 63:2,12,13
  65:23 66:9,14 67:24
  68:3,16,21 69:5
  93:15 133:10
expected 63:2 69:11
  70:4 71:1 109:2
explain 28:19 119:1
extent 5:6

ex-boyfriend 24:17
  27:1,13,25 28:13
  31:24
e-mail 2:11 124:9,23
E.W 2:2

**F**

fabricated 65:14
face 29:23,25 30:1,5
  31:13,24 33:18 34:2
Facebook 124:6,8,10
  124:12,16
facilities 93:4
fact 78:17 84:23 97:13
  100:21 104:12
  105:23 122:4
fade 16:22 17:2
fair 77:10 135:9
fall 55:17 74:21,23
  76:5,8
family 44:3
FAU 44:16,17 46:1,12
  46:18 47:19
favorite 95:12,25 96:19
  97:3
FBI 23:11,14,15,18,19
  24:1 65:1 111:6
  112:4,13 113:6,10
  114:11,12,12,14
  115:2,9,12,14 118:1
  118:2,11,12 119:1
fear 30:25 31:2
February 99:13 100:13
federal 23:12 112:6
  116:4,6
fee 90:16
feel 12:7
Feelgood's 39:6,7,10
  40:3,21 41:12,15,18
  41:22 42:22 43:11,18
  44:21 49:13 50:25
  51:7 53:13,21
felt 56:4
female 114:12,18
fifth 71:10 137:22
fight 58:14 59:5,16
Fighting 58:8
find 101:22,24 102:5,6
Fine 96:9
finger 29:23 30:8 31:12
  31:25 33:18 34:3
fingered 32:15
fingering 32:22 136:21
finish 14:6,7 60:16
  91:10 133:9
first 6:8 8:12 13:1
  15:12,13,16,19 27:24
  28:3 34:10,13,22
  35:10,19 36:8,23

37:2,9,16,22 38:13
49:3 50:6 51:1 53:25
54:19 55:13,23 56:4
59:8,12,15,17,23
60:6,25 61:8 70:11
73:11 74:3 79:7,13
79:16,25 88:25 90:24
91:17 92:13 93:24
94:15 105:13,19
106:15 107:2,4,23
110:16 133:4,11
135:5,17,25 137:19
fistfight 56:15,16 57:9
57:14,17,24 58:25
five 49:1,2 54:10 76:16
80:4 81:6 90:25
93:23 94:2,16 106:16
132:1,5
flight 138:3
Florida 1:1,18,22 2:5
2:10,16,21 4:4,6,13
22:16
follows 6:9
forced 79:1
forget 20:7,15 67:7
forgetting 127:4
forgot 20:13 67:3,9
116:19 128:20
form 9:18,20 10:5,12
12:6,12,22 13:17
14:18 16:16,24 17:4
17:23 20:9 21:1,13
22:25 23:4 24:9,24
26:21 28:14,23 32:1
32:25 33:7 50:17,23
52:17 53:9,15 58:22
64:5,15 66:1,11,16
66:19 67:25 68:5,25
69:7 70:18 71:3,7,15
76:20 77:2,20 78:19
79:2,9 81:24 84:1,18
85:4 89:24 90:4
97:17 98:7,13 100:23
108:6,14,18 109:11
115:5 118:6 122:7
135:18 137:10
Fort 2:5
forth 47:19
fought 56:14
found 56:7 101:15
102:8
four 15:18 52:4 109:17
117:13
fourth 137:14,15,18,20
FPR 1:21
frame 39:25
frequency 45:5 47:21
48:11,17 76:3
frequently 48:22

fresh 122:2
freshman 22:6 46:24
49:2 74:8 75:22
108:25 109:18
120:24 125:23
friend 41:8,8,10,12
44:22 47:24 48:25
51:22,24,25 52:1
55:4 81:20 85:14,16
85:19 104:12 105:22
130:4,7 132:7
friendly 59:16 105:16
136:13
friends 40:23 41:6 45:7
45:11 54:24 56:2,7
65:4 85:9 88:3
103:18,18 104:2
130:6 131:6,8,24
132:2,6
friend's 130:6
front 10:25 32:17
full 46:23
fully 5:10 80:7 89:2
106:3

G

G 4:1
games 48:7
gap 81:1 90:25
generally 28:8
getting 43:17 89:11,15
89:18 90:3,11,18
gifts 122:12,14 131:15
girl 8:14 57:17,25
81:13 91:12,14,16
95:12,25 102:16,20
103:7,7 127:8
girlfriend 102:22
girls 89:16 90:12,13
95:3 101:16 102:2,3
102:8,12,14 103:6
119:16,17,21 120:6
129:8,8
girl's 85:18 129:9
give 11:10 29:12 48:9
48:10,10 61:15 63:7
63:14,16 64:3 70:15
84:4,25 89:7,20,20
105:15 107:24
111:25 122:11,14
125:21
given 7:10 10:10 110:3
110:4,5,12,19
giving 9:15 80:3 105:8
go 14:23 41:11 43:18
44:13,21 58:25 61:22
63:6 67:16 70:15
76:4 79:1 82:11 86:6
91:9 92:2 94:16,20

104:23 105:11
106:14 107:10,24
121:7 122:21 125:12
127:24 130:13,19
132:17,20 136:16,17
God 54:3
goes 136:16
going 10:25 20:19,24
36:2,22 37:1,3,8,14
37:21 40:21,24 53:4
53:9 57:5 63:6,6,7,8
64:2,3 67:13 70:15
70:16,17 71:2 72:4,7
74:25 76:17 79:22
82:4,5,19,20 83:3
84:25 89:16 94:17
95:4,11 96:14 102:9
102:12 103:6 107:24
107:25 109:2 111:23
111:25 113:17
116:20 118:22 119:2
119:5,17,17,19,22
120:6,7,14 125:15
127:25 128:3,5
129:14,20 136:13
138:4
good 19:18 44:22 51:12
71:6 122:6,9 124:1
government 118:10,14
118:15
grabbing 32:16 136:23
graduated 33:23 74:13
greater 48:17
group 103:18 104:2
grow 11:11
guess 9:16 23:23 83:10
90:13 130:25 131:22
guessing 23:20 83:11
83:12,14,17 95:14
98:2,10
guy 49:24 61:14 107:24
108:1 121:13
guys 57:2

H

H 2:14 3:10
Haley 34:20 36:10,22
37:1,8,14,23 38:12
38:15,21 39:1 40:3
49:14,15,20,21,22
50:12 51:7,9,15,22
53:12,25 54:4,7,15
54:17 55:6 56:5,17
59:22 61:1,9 64:14
65:7,23 66:9,14 67:1
67:23 68:15,21 69:4
69:17 70:3,10,14
79:7,14 80:15 82:6,6
82:9 83:6,8 85:16

89:17 90:10,20 91:12
91:25 92:2 93:14
102:19,23 103:3
107:22 108:8
Hall 5:22
Hancock 131:2
handed 72:16
hands 58:8
Handwritten 3:17
hang 40:23 43:20 85:20
85:23,24
hanging 49:24 102:14
happen 20:2 33:20
44:3 85:21 105:24
111:13
happened 15:15,19
22:20 29:7 30:17
31:5,11,16,23 32:6
37:20 57:21 58:9,11
92:5 111:7,8 116:22
119:7 132:13 137:14
137:20,21,22
happens 119:23
Hatfield 88:12
head 7:23 33:4 64:6
90:9 104:9,14 105:25
112:8 114:6 125:2,6
heading 41:18 118:17
hear 6:22 129:6
heard 103:11 120:5
held 4:12 72:13 138:8
help 23:21,22 40:10
105:1 116:15
hi 51:10 80:3
high 49:4,8 56:2,19
57:18,19 58:10 74:13
87:19 89:16 102:9,20
102:25 103:1 106:21
134:17,18,19,25
135:1,3
him"I 74:6
hired 110:13
history 3:18 5:15,16
Hold 99:7
home 110:22
hooked 41:17
Hopkins 1:21 4:3
HORACE 2:14
Horowitz 2:8,9 4:19,19
4:25 5:3,15,18 6:24
9:17,20 10:5,12 12:6
12:12,22 13:16 14:4
14:7,18,21 16:16,24
17:4,23 18:12,14
20:9 21:1,13 22:25
23:4 24:9,24 26:21
28:14,23 30:11,22
32:1,14,25 33:7 36:5
40:10,13 42:18 50:17

50:23 52:17 53:6,15
58:4,22 59:18 60:16
64:5,15,21 66:1,11
66:16,19 67:25 68:5
68:25 69:7 70:18
71:3,7,10,14,17,22
72:2,7,21 73:4,16
76:8,20 77:2,20
78:19,22 79:2,9
81:24 83:18 84:1,18
85:4 89:24 90:4 91:6
96:6,9,12,23 97:17
98:4,7,13 99:7,9
100:23 101:7 103:19
103:22 105:5 106:21
108:6,14,18 109:11
115:5 118:6 122:7
125:3,5 128:25 129:6
135:18 137:10,25
138:3,10
hour 72:7
hours 51:5
house 36:17,19,20,23
37:1,8,15,22 42:1,9
47:3 64:2 70:15 74:7
119:18,22 123:2,21
123:23
Huh-uh 43:12
hung 34:8 48:8 52:2,3

I

idea 38:2 119:4
identification 72:10
identified 112:6,15
III 1:6
Illinois 125:10 126:24
implicate 5:7,12
importance 8:10,13
important 5:25 21:4
27:15,20,22
inaccuracies 111:1
Incorporated 2:25 4:16
indicated 49:14 54:14
individuals 22:18
Injunction 3:16
instruct 5:5
instructed 53:7
intend 5:5
intent 5:11
intentionally 20:16
interaction 18:8,18
19:16 26:24 31:10
50:5 131:12
interrogation 13:23
Interrogatories 3:15
interrupt 91:7
interrupting 99:8
101:8
interrupts 96:13

interview 8:22 15:9,13 15:13 17:21 18:9,18 19:14,21 21:25 26:3 26:9 27:1 109:8,15 109:24 111:13 112:24 117:9 123:7
interviewed 15:17,19 18:4 19:23 20:3,5,5,8 22:10,22 23:3,7 24:2 24:6,11,22 27:4,11 27:25 28:6 38:16,22 75:5,10,14 108:24 111:5,6,20 113:9 115:2 121:3,6
interviewing 22:18 24:16 27:17 28:12,21 113:25 119:21
interviews 28:8
introduced 32:10 36:13 36:15 56:6
invest 13:1
investigating 101:16,25
Investigation 112:7
invited 132:17,18
involved 114:5
involving 18:9
issue 5:8,10
i.e 69:12

**J**

J 2:3
Jan 99:13
Jane 1:4,13 2:7 3:5 4:10,11,20 6:7,14,20 81:13,14,15,16,19 82:3,4,7,12,14,16 83:22 84:10 89:6,21 96:9 102:17,17,18,19 103:2,5,5 104:5,6 124:11 127:7 129:15 129:16,20,25 130:4,6 130:7,16 132:18,19 132:22
January 39:11,12,16 39:17 40:2 43:19 98:20 99:1 100:11 126:5,5
Jeff 2:24 4:14,22 49:15 51:16 52:7,11 53:23 119:8 131:24
Jefferson 127:22 128:21
Jeffrey 1:7 2:18,24 15:12 19:22 20:6 32:8 38:18,23 39:1 53:13 54:4 61:9 63:18 68:3 70:10,15 92:3
jerking 32:17

John 130:25 131:2
Johnson 5:20
JR 2:19
judge 5:20 115:18
July 76:14 99:24
June 6:21 25:15,16 74:16 76:4,14 77:1,7 77:18 78:5,8,9,14 95:22 96:18,21 97:6 99:22 101:18 126:18 126:18
junior 47:13,14 49:2 55:19 56:20,20,20 57:18 96:4,4 106:25 107:16,18 125:13,13 125:14,15,19,24 126:3 133:21 135:2
Jupiter 23:8 24:1

**K**

Kate 129:10
keep 70:8 101:7,8 127:3
kept 105:16
kids 11:11,11
kind 7:10 23:10 40:11 43:13 54:14 69:13 93:4 97:14 105:2,3 122:14
knew 19:1,24 20:4 21:4 21:11,17 24:6 34:20 64:1 83:4 85:2 89:11 90:18 103:7,7 108:11 108:17 109:1
know 7:15,21,25 8:2,5 8:20 10:15,19 11:20 11:22 13:14 14:14,25 16:4,8,14 17:14,18 19:4,8,10 20:18,18 20:20,20 22:13,15 25:14 26:18 28:2 34:10,13,17 37:18 39:24 40:14 42:15 44:6,14 46:2 47:24 48:5 55:6,8,12,15,16 55:17,24 56:18 58:12 59:17 62:10 70:13,22 71:18,22 73:18 75:16 75:19,19,20 76:11 77:6,9,11,25 81:9 82:15 83:1,5,10,15 83:17,21,24,25 84:11 84:12,13,21,24 85:2 85:3,6,7,8,10 86:24 87:1,12,20,20,22,23 87:24,25 90:15 91:23 94:21,25 95:1,5,6,8 95:14,14 98:11,22,25 99:3,4,5,6,10,12,15

99:17,19,21,23,25 100:2,4,6,8,10,12,14 100:16,18,20,21 101:4 102:15,21 103:8,11,13,17 104:3 108:21 109:4,4,4,5,6 110:2,4,23 111:7,16 112:11,13 113:21 114:3,4,22 115:25 116:18,25 117:1,2,7 118:22,23,24 119:9 119:20,20 120:5,7 121:9,20 124:17 127:12,14 128:22 129:1,1,17,19,23 130:9 131:21 134:8,9 134:10,15 135:19,20 136:2,17
knowing 10:19 92:15
knowledge 8:17 11:10 35:9 103:9,14
known 7:2 55:7,9
knows 61:15

**L**

ladies 117:12
lady 116:11,12,25 117:11,19
lady's 117:1
Lake 2:16
Large 4:6
Las 2:4
Lauderdale 2:5
Lauren 41:2,3,5,12,15 41:20 43:3,17,25 44:9,20 45:6 48:8,24 49:13,19,22 50:9,11 50:13,15,21 51:8,9 53:20,24 54:5 85:19 104:12 132:25 133:3 133:7,10,13,20 134:5 134:13,15,17 135:10 135:14
Lauren's 133:4
law 8:2
lawyer 72:19,22 110:13 117:21,23 118:10,11 121:9
lawyers 110:14 118:14 121:7
learn 56:4,9
leave 63:8 70:16 77:14 77:15,16 136:16
left 50:25 51:13 80:5,6 106:5 117:18
letter 5:4
letting 119:20
let's 45:13,21 66:24 71:25 106:14 137:14

licking 32:18,20,23 136:22
lie 12:25 13:5 18:22
lied 10:15 12:21 13:4 51:22
life 18:2 21:9 27:15,20 31:6,16 32:6 57:16 57:22
lifetime 8:9
limit 35:4
lingerie 122:17
list 23:15
literally 75:13 137:1,2 137:4
litigation 73:6
little 6:23 8:14 88:14 103:18
live 42:2,5 46:7,10 47:7 127:21 129:14
lived 46:7,9 127:18
lives 130:20,20
living 46:21 47:18 127:15,16,23 128:16 128:22 129:4
LLP 2:20
local 23:12
locally 42:2
located 39:7
Lofts 127:22 128:21
long 19:14 37:12,13,22 44:19 48:24 51:3 54:6 55:6,7,7,9 58:25 73:11 81:4 86:8 88:13 93:21 113:20 117:6
look 72:2,5 97:24
looked 15:16
looking 110:15
looks 103:12
lot 29:17 48:7 68:15 89:16 102:1,11
lotion 79:21,22
loud 29:19
Luncheon 138:8
Luttier 2:19,20 3:6 4:21,21 6:2,4,12,17 7:1 9:19,23 10:6,14 12:9,15,24 13:18 14:5,9,22 16:18 17:1 17:8 18:1,16 19:20 20:12 21:3,14 23:2,5 24:10 25:1 26:22 28:17 29:1 30:14,24 32:4,19 33:2,10 36:7 40:17 42:20 50:13,14 50:20 51:2 52:18 53:11,17 57:4,7 58:6 58:24 59:20 60:22 61:22 62:1 64:7,19

64:23 66:3,12,17,21 68:2,6,14 69:1,8 70:20 71:5,8,12,16 71:19,24 72:4,8,15 72:23,24 73:9,19 76:10,21 77:5,22 78:20,24 79:5,10 82:2 83:19 84:3,19 85:13 90:1,5 91:6,8 96:8,16 97:1,19 98:5 98:8,16 101:1,9 103:21,24 104:1 105:12 106:23,24 108:10,16,20 109:12 115:8 118:9 122:8 125:8 127:5 129:3,12 135:22 137:13 138:2
lying 8:8
Lynn 16:2 22:1,10 38:16,22 43:22,23 44:8,13 45:16,22 46:8,22 74:9,19,25 75:10,18 111:20 114:25 115:3,6 120:3 120:4,25 125:17 128:12,14
L.M 2:2

**M**

male 114:14,15,17
man 32:10
manner 38:11 135:16
March 99:16 100:15
Maria 117:3 118:16
Mario 130:4,5,19
Mario's 130:22
mark 2:19 4:21 71:25 72:8
marked 72:9,17
massage 61:16 63:7,14 63:16 64:3 70:7,16 74:7 80:1,3 84:25 89:7,20 92:11 104:24 104:25 105:9,15 106:1 107:24 123:20 136:6 137:16
massages 123:1 135:15 135:24 136:6 137:9
material 5:24
matter 4:11 19:15,23 21:4,8 70:22 78:17 80:4 97:13 100:21 104:12 122:4
ma'am 6:13 12:10,25 14:16 15:2 70:21 71:25 72:16 105:23 107:22
mean 7:12 8:21,21 9:10 13:14 17:17 19:7

23:10 24:14 28:3,18 28:19 29:2,5,10,21 29:24 30:3 32:9,12 35:3,24 36:15,18 39:3,18 44:23 45:19 46:23 52:19 57:20 58:7 61:18 62:2,5,14 62:25 63:4,14 64:16 74:6 77:9 81:16 82:9 82:25 83:8,10 85:23 87:19 90:12 91:5 94:7 97:11 98:19 102:11 103:3 115:6,7 115:13,20,23 118:7 122:11,20 123:1 130:18 136:10,23,25
meaning 41:25
means 30:1 37:18,19 53:3 109:25
meant 46:22 134:22
medical 5:22
meet 40:19 49:3 115:22 116:8 119:24 121:7
meeting 32:8,9 40:7,9 40:18 117:9,25 118:1
memory 16:12 43:8 57:12 122:2
mentioned 36:11 48:1 95:17
Mermelstein 2:8,9 138:9
met 33:25 34:4,6,8,10 34:14,23 35:10,13,19 36:1,8 42:16 55:11 55:14,15,17,23 56:22 56:23 57:8 59:15,17 79:19 115:11,13 121:10 129:25 132:8
Miami 2:10
MICHAEL 2:3
middle 6:15,16 22:5 25:22 34:15,17 35:13 36:9 74:4 75:21 106:15 107:1,3,5,6 126:19 135:5
mind 16:7,9 65:5 67:12 126:9
mine 41:8,10 44:22
minute 55:4 67:5 95:21 132:5 133:9
minutes 50:8 80:5 92:11 132:1
miserable 57:6
misphrased 62:11
moderations 52:3
moment 9:13
money 80:5,11,15 83:7 83:9 89:15,19,22 90:3,19,22

month 22:4 25:24 37:24 39:24 48:15 52:3 61:6 76:14 77:16 94:5,6,6,9,13 94:14,18 106:12,12 126:16
months 37:24,25 52:4 61:6 73:20 76:16 81:6 86:10 93:23 94:2,16 106:16
morning 19:18
motion 5:9
mouth 63:13
move 36:5 53:9 64:21 71:23
moved 31:9
Murphy 41:4,5,12,15 41:20 43:3,17,25 44:20 45:6,25 46:10 46:16 47:18,21 48:22 48:24 49:13,20,23 50:9,15,21 51:8 53:20 85:19 104:13 132:25

_____ N _____

N 3:2 4:1
name 4:14 6:4,13,15,16 6:17,18 7:3 42:15 81:15,17,18,18 85:18 104:6 114:8,19,22 116:13 117:3,6 118:24 129:9
named 127:8 131:5 132:8
names 114:16 127:10 127:11
need 12:11 14:6 64:8 138:3,5
Nestek 114:20,21 116:9
never 10:24 11:1,7,9 52:2,2 54:24,25 58:1 64:17 65:5 67:7,12 87:4 123:19 132:13 132:16
Newland 47:8
nice 108:1
night 51:10 58:13 131:7 132:1
nipples 32:17 136:23
nods 64:6 104:9,14 112:8 114:6
North 2:15
Notary 1:22 4:5
note 3:17 5:3 35:5
noted 5:11 35:5
November 22:8,9 100:7
number 98:1 101:4,5
N-e-s-t-e-k 114:21

N-e-w-l-a-n-d 47:9

_____ O _____

O 4:1
oath 7:11,16,18,22,25 8:8,18,24 9:8,9,12 10:10,16,17 11:13,14 53:1,8 70:14 84:20
object 5:5,11 9:18,20 10:5,12 12:12 13:16 14:18 16:24 17:4 20:9 21:1,13 24:9,24 28:14,23 32:1,25 33:7 50:17 52:17 53:9 58:22 64:5,15 66:1,11,16,19 67:25 68:5,25 69:7 70:18 71:3,7,15 73:4 76:20 78:19 79:2,9 81:24 84:1,18 85:4 89:24 90:4 97:17 98:4,7,13 100:23 108:6 109:11 122:7 135:18 137:10
objection 5:4 78:22 83:18
occasion 18:24 26:14 36:23 40:22 42:21 43:9,18 49:12 51:6 52:11 53:13,21 56:14 78:12 79:16 93:11 105:24 113:10 115:3
occasions 28:12 135:11
occur 50:5 57:14 59:7
occurred 33:14 34:2 79:15 88:20,22 104:21 105:14 117:9
October 1:14 4:9 22:7 22:8,9 48:20,21 75:17 76:4,15 77:1,7 77:19 78:6,9,14 79:8 95:19,22 96:18,21 97:6 100:5 101:19
offered 122:21,21
office 79:20 114:10 116:24 118:5,14,14
officer 11:4,8,17,18 15:11 26:7
officers 10:23 11:3 13:1,4 15:10,14,21 16:3,4,8,10,15 17:21 18:4 19:22 20:4,6,8 20:17 21:5,12,25 22:10,13 67:1,4,23
oh 6:4 11:7 44:14 59:13 67:12,13 72:23 81:19 88:21 91:9 105:17 121:5 126:5 136:14
okay 6:20 7:18 8:2,16 10:9 12:1,25 14:1

16:14,19 17:9 19:21 21:24 25:9,17 26:2 26:23 32:12 37:21 38:21 39:22 41:9,11 41:20 47:7,17 48:13 52:5 60:25 62:23 63:15 64:12 67:22 68:20 72:23 73:20,25 74:13,19 78:2,4,25 87:15 88:1,8,19 90:21 92:7 93:10 96:14,15 97:13 99:10 103:21,24 107:4,7,20 108:11 109:13 110:24 111:5,19 115:20 121:4,9,23 122:11,16 123:24 124:7 126:23 127:1 127:18 130:22 132:13 133:7 136:3 137:22
Olas 2:4
old 34:12,16 62:15 63:17 78:8 102:4,20 102:24 103:4,9 122:24 130:8,9 131:9 131:11 134:13,15
older 121:13 131:7,10
once 37:10,10 45:18 47:25 48:12 92:8 94:5,9,13 111:17
opportunity 72:25
order 5:21
originally 129:13
Orlando 127:15,16,21 127:25 128:17 129:24
ought 19:5

_____ P _____

P 4:1
PAGE 3:13
paid 70:17 80:11,13,15 80:17 89:4,9,11,15 89:19,22 90:3,11,18 90:22 106:5 107:25 130:2 132:24
Palm 1:18 2:21 4:13 18:20 19:5,16,24 20:3 22:16,18,19,21 22:23 23:8,8,25,25 24:12,23 25:3 26:24 27:5,11 40:5 46:15 46:18 47:19 61:14 64:2,25 75:5 76:24 76:25 77:7 102:25 107:25 108:24 110:25 111:10,19 113:2,5 115:17

119:12,13,24 123:3 123:21,23
pants 136:18
paper 35:2
papers 110:21
parents 8:14 10:21,24 11:10 19:12
part 23:16,17 108:3
partner 138:4
party 58:10 59:1
passage 17:3
passes 16:21
paying 17:13
pending 5:9
people 36:3 59:3 65:3 89:14,17 90:18 113:9 113:11 130:18 131:21
performed 74:7 123:20 135:15,24 136:6 137:8
period 46:4 47:12 50:7 59:14 76:18 77:1,6 78:2,5,13 95:22 96:17 97:6,8 127:19
person 54:18 91:13 92:15 103:15 118:17 121:15 123:24 130:8 131:23 132:19
personal 101:4,5 103:8 103:13
personally 47:21 101:2 101:10,12
Petition 3:16
phone 2:5,11,16,22 37:10 60:1,4,7 61:1 61:11 79:25 80:2 92:24 101:3,11,12,13 105:9,19,20 120:9,14 123:5,9,12,16
physically 32:10 123:21
picture 121:14
pictures 131:22
place 41:21,23,25 61:11 123:2 129:21 130:24 132:16
places 130:25
Plaintiff 1:5 2:2 4:20
planned 40:9,19
play 14:15
played 48:5 117:1
playing 48:8
please 4:17 6:4 37:17
point 9:6 10:9 21:24 31:4,10,17,23 32:7 61:2 67:8 103:23 106:7 107:13 121:14 133:19 135:10,13,13

135:23 136:5
police 7:12 9:8 10:18
   10:23 11:1,3,4,7,17
   11:18 13:1,4 15:10
   15:11,14,21 17:21
   18:4,8,17 19:5,16,22
   19:24 20:4,6,8,17
   21:5,25 22:10,17,19
   22:23,23 23:6,9,9,10
   23:13,18,25 24:1,1,2
   24:5,12,23 25:3 26:3
   26:6,14,24 27:5,12
   27:16,17 28:5,11,21
   33:14 38:17,23 64:25
   66:25 67:4,23 75:5
   75:10,14,17,24
   108:23,24 109:3,16
   109:24 110:25
   111:10,20 113:2,6
   119:12,13,17,24
   120:25 123:7,14
portion 61:24 68:10
   70:6
position 5:20,25
possibility 121:4
   123:14
possibly 60:19,21
   111:12
presence 11:3
present 2:24 49:19
   117:8
Preston 24:19,20 27:1
   27:6,13 28:1,13
   33:17 34:6,9 88:16
   88:17
pretty 5:20 44:18 61:19
   122:20
pre-statement 9:22
prior 19:21 37:18,21
probably 13:25 15:18
   22:5 37:10 39:11
   45:17 50:8 56:18
   75:16 76:2 81:5
   92:22 93:19,21,22
   101:18,18 102:8
   106:11 109:17 110:9
   126:18 130:12 134:2
   137:22
problem 16:12
proceed 6:1
proceeding 115:18
Professional 4:4,5
proficient 123:25
progressively 94:6,7
   136:8,18,24 137:7
pronouncing 114:23
proposal 3:14 73:7
Prose 1:22
proximity 30:5

psychologic 23:22
Psychological/Social
   3:18
Public 1:22 4:5
pulled 59:3,6
purpose 73:5
purposes 66:25
put 67:20 124:18 126:9
   131:21
P.A 2:9,14
p.m 1:15 138:8,9

_____ Q _____

question 5:12 8:24 9:9
   9:19 11:21 12:2,4,4,5
   12:8,10,16,19 13:15
   14:6,8,16,23,25 15:3
   15:3,12 18:12 33:9
   35:4 60:17 61:4 63:9
   63:9 65:6 66:25
   69:24 71:11 75:7
   94:25 96:13,23 97:3
   101:6 103:2 123:11
   128:25 129:5 133:9
   134:9 135:21
questioning 13:23
questions 5:7,12 10:18
   13:2,11,12,20 14:12
   14:13,14 15:22,24
   26:11,13 71:16
   111:15,23,24 112:1,3
   112:16,19 113:12,21
   119:11 121:1,8,18
   123:14

_____ R _____

R 4:1
raise 29:18
ran 39:4 40:2,22 49:13
read 12:11 14:1,10,16
   15:4 61:22,25 68:7,9
   68:11 110:7,11,24
reading 72:1
ready 6:2 41:23
really 51:9 52:2 64:17
reason 56:13 103:22,23
   132:3
recall 8:12 13:20 14:3
   16:11,14 22:1,17
   27:8 35:23,24 49:16
   58:9,11,20 60:13,25
   65:25 68:17 69:15,21
   73:10 75:3,23 84:15
   128:10 136:9
recess 72:13 138:8
recognize 91:19
recollection 16:22 17:2
   22:7 35:16 62:18
   67:18 74:3 76:16

83:13 114:24 135:8
record 4:18 34:22,23
   34:25 35:8 38:6 43:7
   57:6,11 61:24 68:10
   72:11 73:17 97:14,23
   97:25 113:19 138:6
recorded 38:9 113:14
recorder 113:17
records 94:12
RECROSS 3:4
REDIRECT 3:4
referral 90:16
referred 90:12
referring 62:4
reflected 15:5
refresh 22:7 43:8 57:12
regard 5:21,21 18:19
regarding 15:11 51:15
   124:19
Registered 4:4
regular 104:8
Related 1:9
relationship 27:18
   28:10,16,18 59:7
   61:2 75:4,9 85:21
relevant 5:24
remained 89:2
remember 13:13 14:3
   14:12,13 15:17 16:5
   17:5,6 22:4 23:19,23
   25:13,13,23 28:2,4
   29:4,9 33:21 34:4
   38:1 39:24 42:23
   43:15 44:4,7 45:20
   56:11,12,19,21 57:10
   57:15 58:18 59:10
   60:20,24 61:4,7
   64:16 65:9,11 67:19
   67:21 68:1,13 69:19
   70:2,12,24 71:4
   75:20,21 77:3 80:25
   82:21 84:7,8,9,10,13
   84:14 85:11 93:19
   94:3 108:7,8 109:5
   110:5 111:8,12
   113:11,15,16,18,19
   114:8,15,17,17
   116:13,18 117:5
   118:3 119:19,20
   129:9,10 133:8,12,15
   133:16,17,22 134:4
   136:1
remembered 67:7
remembering 67:6
remove 70:6
rented 120:13,17
   122:15,17
renting 123:8,16
rephrased 62:16

Reported 1:21
reporter 4:4,5 6:3
   12:11 61:25 68:11
   127:2
Reporting 1:22
reports 7:12
represent 118:15,15
representing 4:15
   118:10
requested 61:24 68:10
respect 19:22 24:12,15
   27:5,12 28:6
response 65:21 99:2
result 20:13
retained 117:23
review 72:25
revolving 18:9
RICHARD 2:14,14
Rick 5:1
Ricky 86:2,3,8
right 7:15 8:5 9:6 10:7
   11:14 12:21 16:22
   17:3 18:13 19:4,8,10
   21:18,20,22 25:15
   35:16 39:16 44:19,19
   46:4 47:17 48:9
   49:12 52:15 53:1
   60:3,12 65:20 67:10
   68:18 73:10 74:2,17
   75:11 76:11 79:6,25
   93:10,14,19 95:9
   97:20 98:6 104:3,5,8
   104:10 106:3 107:7
   107:12,13,15 108:13
   108:17 109:14 110:3
   110:19 111:7,21
   112:4,7,18 113:7
   114:4 117:16,25
   120:1,12 121:12
   123:5 128:10 129:4
   129:23 132:16,20
   135:6 137:23
ring 117:4
Robert 2:19 4:23
Robson 34:20 36:10,22
   37:1,8,14,24 38:12
   38:15,22 39:1 40:3
   49:14,15,20 51:7,15
   51:23 53:12 54:15,18
   55:6 56:5,17 59:22
   61:1,9 64:14 65:8,23
   66:9,14 67:1,23
   68:15,21 69:5 70:4
   70:10,14 79:7,14
   80:15 85:16 107:22
role 116:14 117:1
room 19:17 92:19,21
   92:23 104:24 115:25
   117:12,18 131:3

138:10
roommate 129:11,16
roommates 128:18,22
roommate's 129:21
rooms 116:1
ROSENFELDT 2:3
ROTHSTEIN 2:3
rough 73:21
Roughly 25:12 130:11
Royal 18:20 19:5,16,24
   20:3 23:8,25 24:12
   24:23 25:2 26:24
   27:5,11 46:15,18
   47:19 102:25
RPR 1:21
rule 5:7,8,13
run 39:9

_____ S _____

S 2:8 3:10 4:1
sanctions 8:6
Sarah 79:19 104:23
   120:20 123:15
Sarah's 101:5
sat 10:24 112:18
Saturn 43:2
saw 15:9 44:23 45:7,18
   47:24 48:17 53:24
   54:1 73:11 74:3,6,6
   109:14,25 110:16
   126:21 136:1
saying 16:21 50:11
   56:9,12 76:8 83:17
   83:17 90:2
says 9:24 11:21 12:17
scare 30:18
scared 8:20 10:18 13:5
   20:11,15,22 111:24
   112:2
scary 16:20
schedule 48:6 95:6
school 15:25 16:1
   25:23 44:6 49:4,8
   56:2,19 57:18,19
   58:10 74:14 87:19
   89:16 102:9,20,25
   103:1 106:22 111:15
   111:17,18 120:6
   127:24,25 128:5,7
   134:17,19,19,25
   135:1,3
season 48:18,18
seating 93:4
second 60:9 81:11 82:7
   88:20,21,22 90:25
   91:2,18,20 93:10,16
   93:24 94:3,4,11,17
   105:20 106:11,17,20
   107:1,2,8 114:25

117:25
seconds 54:10
Secret 122:18
see 23:21 35:24 44:22
   45:2,5,9 47:21 48:14
   48:22 54:3 69:22
   75:18 76:1 87:8 88:1
   99:10 103:14 115:9
   115:12 122:25 123:1
seeing 52:12,15 54:4
   75:24
seen 13:22 44:20 48:3
   53:25 72:18,20
semantics 14:15
semester 44:2,12
senior 46:24 47:13 49:2
   106:18 125:15 126:4
   133:17,22 134:18,24
   134:25 135:3
September 76:15 100:3
   101:19
serious 34:9
set 5:10 79:20 105:1,2
settlement 3:14 73:8
sexual 5:15,15,16
sexually 20:10 32:11
   32:12
shady 55:3
shakes 7:23 33:4 90:9
   105:25 125:2
shaking 125:5
she'd 55:4 84:11,12
She'll 68:9
shirt 137:16
shock 31:6 54:2
shocking 31:8
shortly 93:19
show 71:24 121:13,14
showed 79:21
shower 92:19
shows 109:8
sic 94:24
sides 5:19
significance 7:16,21
significant 18:2 21:8
   27:10,14 30:16 57:16
   58:20 81:1
Silver 43:16
single 63:12 76:7,23
   94:19,19,24 95:15
sit 9:2 11:4 26:9 68:18
site 124:4
situation 16:20 28:25
   29:9,11,15 51:20
   64:18 65:2 116:15
situations 55:4
six 37:25 49:1 73:20
   81:6 93:23 94:2,16
   106:16

six-month 90:25
size 92:23
skipped 106:21
small 17:6,9,15,17,21
   17:24 103:1
smelling 32:17
sober 49:25 50:2,3,9,15
   50:21
soccer 48:5,6,7,7,8,18
social 124:4
socialize 128:20
sole 35:12
somebody 9:10,14
   23:19,20,21 36:10
   55:24 56:3 59:5 65:1
   65:14,17,22 66:8
   90:14 102:7,23 103:3
   103:4,17 104:13
   113:16 114:9 116:19
   116:23 118:18,20
   119:9
somebody's 64:2
someplace 35:6 110:21
sophomore 34:15,16,18
   35:14 36:9 49:1
   55:11,21,22 56:19,20
   56:24,25 57:18 59:15
   74:4 106:15 107:2,3
   107:5,6,9 111:11
   115:4 125:25 135:6
sorry 30:23 33:23
   40:16 42:19 50:12
   58:5 59:19 60:18
   61:4 66:5 67:19 75:7
   86:15,15 89:3,3 96:5
   96:11,15 99:12 115:7
   125:20 127:3,3 129:2
sort 36:21
South 1:17 4:12
SOUTHERN 1:1
Spanish 55:16,17
speak 10:20 11:8 52:8
specific 58:21 67:6
   83:13
specifically 11:21
   76:11
specifics 29:14 48:10
spell 6:15 114:22
spelled 6:18
spells 6:16
spoken 123:15
spring 55:17
stands 9:19
started 34:8 62:2 74:19
   74:24
starting 48:21
state 1:22 4:6 6:4 23:12
   23:20 65:2
statement 7:11 9:15

10:10 26:10 77:10
   95:18 96:19 109:23
   113:13
statements 70:3
States 1:1 76:24 116:23
   118:5,8
statutory 73:7
stay 77:9 130:22 131:1
stayed 130:24
staying 42:1,11
story 64:13 65:15
   129:7
straight 67:20
strike 36:5 53:10 64:21
   69:16 122:5 133:3
strong 31:8
STUART 2:8
student 43:22,23,25
   45:15,22 46:1,5
stuff 56:12 65:12 69:13
subpoena 111:25
substance 61:8 82:23
suing 51:17 52:7
Suite 1:17 2:4,10,15,21
summer 76:5,8 107:9
   107:11,18,18,21
   125:15,16,21 126:6
   126:13,14,16 127:20
   128:13,14
summoned 33:14
supposed 20:14 21:18
   26:19 128:23,23
sure 4:19 23:24 35:22
   44:18 53:8,18 57:20
   64:10 67:9,17 69:2
   82:21 83:1,4 85:2,5,8
   85:9 87:10,14,15,17
   87:18,22 88:6 94:23
   98:21,23 120:21,22
   120:23 127:11 130:9
   131:10 134:12
swear 6:5
sworn 6:8 9:15 53:4
Sylvia 127:7,9 129:23
   130:16

------
T
------
T 2:19 3:10
table 79:20 104:24,25
take 32:14 54:7 70:19
   72:3,5 90:3 92:10
   103:19 105:5,5 108:2
   108:3,12,22 113:20
   128:23 129:20
   132:12,22 133:13
   136:15,16,18 137:2
   137:14,16,25 138:4
taken 4:3 7:7 61:3,10
   132:9

takes 137:16
talk 21:5 45:13 51:9,20
   52:4,13,15,20,22
   101:11,13 116:19
   118:4,21 131:25
   132:4 137:12
talkative 105:16
talked 52:23 54:2
   64:17,20,25,25 65:1
   80:4 83:2 84:21 85:6
   85:7,10 110:14 119:1
   119:14 121:2,5 122:1
   122:1 132:1
talking 15:21 40:12,13
   51:8 56:7 57:2 58:15
   60:5 62:3 86:22 87:1
   94:1 95:18,21 96:2,6
   96:17 97:5,8 105:21
   105:22 116:4 119:5
   126:17
tape 113:17 138:5,7
taught 8:9,12,15 10:21
   11:12 19:13 21:21
teaching 11:11
Telephone 2:17
tell 7:17,24 10:22,23,23
   11:1,5,9,12,16 13:6,7
   13:8,9,10 18:21 19:2
   19:5,13,24 20:4,7,14
   20:16,23,25 21:11
   24:6 35:25,25 36:3
   52:21 53:4 54:17
   61:18,20 62:15,19,20
   62:21,22 63:1,10,16
   64:3,24 69:4,17,22
   77:17 80:21,23 83:3
   88:3 93:15 97:14,22
   97:24 98:17,19
   108:23 109:2 110:25
   111:3 112:21 113:1,5
   113:23 119:6,15
   121:15,23 126:23
   127:6 132:2,6 133:2
   133:3,7,10 134:5
   137:19
telling 8:10,13 10:3
   64:4 66:14 67:21
   70:13 84:15 113:4
tells 9:14
ten 75:25 132:5
terms 31:6 68:22 69:5
   71:1
testified 6:9
testify 64:22
testifying 9:17 110:6
testimony 29:9 49:16
   66:13 84:20
text 125:1
Texting 125:1

Thank 30:22 57:4
thing 13:2 19:8,10
   21:20 31:15,20 54:11
   64:1 88:24,25 96:14
   104:22 105:15
things 17:6 63:17 67:10
   68:16
think 9:11,12,14 29:6
   33:8 44:2 55:12
   68:20 80:3,4 81:13
   82:6 85:5 86:21 97:9
   98:2 101:4,5,23
   110:20 111:14
   113:18 115:11,12
   116:6 117:10,11,17
   117:17 118:20,23
   120:13,16 121:5,24
   124:18 129:9 131:6
   132:23 134:16
third 93:18 94:4,10
   104:20 105:3,7,9,10
   105:14,14,21,24
   107:15 136:6 137:21
thought 11:1 20:20
   48:2 65:1 91:9
three 13:25 15:8,15
   17:12 27:7 28:7,12
   49:18 76:13,19,22
   77:13 109:14,17
   110:7,9 117:12,13,13
   117:15,16,20,20
   126:20 134:11
   135:17,25
time 4:9 8:9 9:6 10:9
   12:3 15:16,17 16:21
   17:3 21:24 24:5,22
   26:7 27:22,24 28:3
   28:25 29:5,16,19
   31:4,10,17,23 32:3,7
   32:14 33:25 34:5
   35:19,20 37:2,9,16
   37:17,22 38:13 39:25
   42:3 46:23 47:12,17
   48:16 49:23 50:7
   51:6,12 54:1,19,21
   54:21 55:9,23 57:20
   59:9,12,14,23 61:2
   66:5,6 70:11 71:10
   74:5 75:3,8 76:7,12
   76:23,24 77:6,13
   78:2,4,17 79:7,7,25
   80:2,9,19 81:1,11
   82:7 84:12 88:20,21
   88:22,25 90:24,25
   91:2,17,18,20 92:13
   93:16,18 94:3,4,10
   94:11,15,17,19,19,21
   94:24 95:1,11,13,15
   95:23 97:12 103:6

104:20 105:3,5,6,7
105:10,11,14,14,17
105:19,20,21,21
106:8,11,15,17,20
107:1,2,2,4,8,15,23
110:16 115:10 117:6
120:12 122:4 123:11
126:21,24 127:19
128:1 129:18 133:19
133:24 135:10,13,23
136:5,15,17,19,20,21
136:25 137:8
**times** 8:20 10:15 27:4,7
28:5,7 32:18,20,21
32:22,24 76:13,19,22
77:13,17,21 78:1
97:15,18,22 98:1
113:22 133:18,25
134:2,5,11 136:14
**today** 7:8,19 8:25 9:2
53:1 70:14 73:1
120:12 124:13
**toilet** 92:20
**told** 8:17,23 9:7 10:4
10:11 11:5,6,10,16
11:24 12:17 18:23
28:7 35:18 51:19
52:12 53:24 54:12
62:7 63:17 64:12,13
65:6,10,14,17,22,23
66:8,9,14,18,25 67:1
67:2,22,23,24,24
68:15,21 69:5,25
70:14,25 79:22 81:7
95:24 97:2 102:13,23
103:2,17 104:3
107:23 108:5 113:2
119:16 121:16,24
122:2,3 123:13
**top** 91:19 108:3,12,22
136:15 137:2
**total** 117:13,13
**touch** 59:3
**town** 76:13 94:20,22,24
95:1,2,8,13,16 98:12
98:14,18 100:22
**transcript** 13:22 14:2
14:10,16 15:4,6,9
109:7,14,15,20,25
110:8,11 112:23
**transpired** 51:15
**transpiring** 30:16
**trauma** 31:7
**traumatic** 31:15,22
32:2,5
**travel** 82:1 122:22,23
122:24
**traveling** 48:6 77:4
**trip** 130:2,13,19 131:17

132:17
**trouble** 8:1 20:19,24
**true** 9:25 10:4 11:22,24
12:18 36:3 64:20
66:8 79:6 107:20,22
**trust** 54:25,25 55:1,24
56:5
**truth** 7:17,24 8:10,13
8:17,23 10:11,20,22
10:23 11:1,5,9,9,12
11:16 13:6,7,8,9
18:21,23 19:2,6,9,12
19:13,25 20:4,7,14
20:17,25 21:12 24:7
35:25 53:4 65:19,24
112:21 113:5 121:15
121:23
**truthful** 14:11,17 15:6
55:2 66:15
**truthfully** 12:2,5,19
13:11,19 26:16
**trying** 8:22 67:14 86:21
115:11
**Tuesday** 1:14
**turned** 74:17
**twice** 27:7 45:19 48:15
76:7,17 94:5,6,9,14
94:18
**two** 16:3 17:12 28:7,12
37:10,24 41:17 44:24
45:19,19 51:5 59:21
60:6,13,14,19,21
61:6 63:17 76:13,19
76:22 77:12,15 83:20
86:10 88:14,14
113:11 117:11,17,19
117:20 121:25
128:18 129:8,8
**type** 23:13

---

**U**

**uh-huh** 19:3 25:7,19
30:9,11,19 31:14
36:14 40:4 42:8,17
45:1,14 47:10 49:5
52:8 54:16 59:25
73:2,24 74:10,18,23
75:2 76:23 77:23
78:11 79:12 80:22
86:6,13 87:11 88:18
89:3,5 93:7 106:6
107:14 112:17
124:14 126:22,25
135:7
**Ultima** 43:6,14
**understand** 5:25 7:18
10:3 46:23 53:1,3
67:14 73:23
**understands** 33:8

**understood** 53:8
**underwear** 137:17
**Unh-unh** 111:4
**United** 1:1 116:23
118:4,7
**university** 16:2 22:1,11
38:17,22 43:22,23
44:8 45:16,22 46:22
74:9,19,25 75:10,18
111:20 114:25 115:4
120:25 125:17 128:9
128:12,14
**upstairs** 79:19,20
92:14,16
**use** 32:16 40:2 124:2,3
**U.S** 114:9 118:13

---

**V**

**Vanessa** 127:7,8
129:24 130:17
**Vanessa's** 127:10
**vehicle** 82:1 120:13,16
**verbal** 65:21 99:2
**versus** 4:11
**vibrating** 122:20
**vibrator** 32:16 122:18
136:20,21
**Victoria** 122:18
**video** 2:24
**videographer** 2:24 4:8
4:15 72:11,14 138:6
**videotape** 4:10
**VIDEOTAPED** 1:12
**VIDEO-CONFERE...**
1:12
**Villafana** 117:3 118:16
**Vinyard** 24:21 27:2,6
27:13 28:1,13 31:12
33:15,17 34:1 88:17
**violating** 7:22
**violent** 29:20,21
**visit** 79:13 93:24 133:4
133:11 137:1,1,3,4,6
137:14,15,19,20,21
137:23
**visits** 135:17
**Visual** 2:25 4:15
**voice** 29:19
**VOLUME** 1:6
**voluntarily** 78:15,18
78:25 93:12
**vs** 1:6

---

**W**

**wait** 14:4 40:11 49:1
60:16 67:5,5 73:16
81:19 89:6 95:21,23
96:12 101:21,23
133:9

**walk** 104:23
**want** 13:14 14:15,25
15:2,3 51:19,20 52:8
52:13,20,22,25 67:16
67:17 68:7 70:22
95:12 108:2,4,13
111:16 114:3 126:9
129:6 132:3
**wanted** 23:21 111:22
112:16 121:20
**wasn't** 12:4 17:13 21:9
27:21 40:25 48:8
49:25 50:2 51:11
52:12 55:2 59:2 63:5
63:9 66:8 75:15
89:23 92:9,9,10,16
101:6 103:16 104:13
104:15 110:12
111:23 132:4
**way** 37:11 57:22 60:2
82:17 84:16,22 85:7
85:11,12 123:24
136:6
**wear** 68:22,22 69:6,6
69:10,11,11,14,17,18
69:22 70:1,1
**web** 124:4
**week** 45:8,18 47:25
48:12 76:7,13,17,22
77:14 106:12 121:25
**weekends** 48:4
**weeks** 45:19
**went** 13:2 37:9,13,15
38:13 41:15,19,21,24
42:22 43:11 44:14,15
49:13 50:18,25 51:7
59:22 62:8 63:18,20
63:24 69:9 70:10
74:5,7 75:4,8,12
77:11,12,17,21 78:13
78:15,16,18,18,23,25
79:8,13,18,18,18,25
80:24,24 81:2,8,10
88:20,22 90:24 91:17
91:18,20 92:19 93:11
93:11,15,18 94:4,5,7
94:11,15,16,17,21,25
97:12,15,18,22,24
98:3,23,25 99:4,5,10
102:2,15 103:9
104:11,13,20,22
105:8,19 106:11,13
106:17 107:1,2,4,8
108:11 109:1 126:10
127:6 129:13,24
130:23 131:7 135:5
**weren't** 52:15 64:3
103:14 104:18
**West** 1:18 2:21 4:13

40:5 115:17
**we'll** 6:1
**we're** 7:8 36:2 54:3
57:5 67:13,17 72:7
73:16 85:20 94:1
106:7
**Wheeler** 2:3 19:17,18
**when's** 25:14
**white** 43:2
**wildest** 11:2
**Willits** 2:14,14 5:1,1
6:22
**withdrew** 128:2
**witness** 3:4 6:10,16,23
7:23 9:21 10:13 12:7
12:14,23 14:20 16:17
17:5,24 18:13,15
19:19 20:10 21:2
23:1 24:25 28:15,24
30:13,23 32:2,15
33:1,4 40:12,16
42:19 50:18,24 53:16
58:5,23 59:19 60:18
64:6,6,16 66:2,20
68:1,12 70:19 71:4
72:1 73:18 77:3,21
78:23 79:4 81:25
84:2 85:5 90:9 96:11
96:15,24 97:18 98:14
100:24 103:23 104:9
104:14 105:7,25
108:7,15,19 112:8
114:6 115:6 118:7
125:2,4,7 127:3
129:1,8 135:19
137:11
**witness's** 6:18
**women** 117:14
**wonder** 89:14,18 90:6
**word** 15:5 37:18 63:13
102:1,2
**words** 40:2 62:11
**work** 127:24
**world** 35:9,18 64:13
65:7 132:11
**worse** 94:7,7 105:11
136:8,10,11,18,24
137:7
**Worth** 2:16
**wouldn't** 35:25 52:4,14
65:12 66:7 91:14
104:25
**write** 9:21 26:9
**writing** 38:9 110:1
**written** 5:4 34:23,25
66:23 97:25
**wrote** 35:6 109:6

---

**X**

| | | | |
|---|---|---|---|
| **X** 3:2,10 | 81:5,8 86:10 96:4 98:17 106:16,18,21 106:25 107:2,3,5,6,9 107:16,19 109:18 111:11 114:25 115:4 125:13,14,16,23,24 126:1,3,4 133:16,17 133:21,22 134:20,24 134:25 135:3,6 | **09-80656** 1:11 **09-80802** 1:11 **09-81092** 1:11 | **33301** 2:5 **33401** 1:18 2:21 **33461** 2:16 **348** 3:16 **384** 3:17 **394** 3:18 |

**Y**

**Yahoo** 124:9
**yeah** 7:13,14,17 8:1,4 8:11,19,20,21 9:3,5 10:1,8,13 11:15,19 11:25 12:23 14:24 18:11,15 20:1 21:7 21:19,23 22:12 23:1 23:18,23 24:8,25 25:4 26:12 27:15,16 27:16,18,23 30:7,17 31:1,3 32:5 33:19 34:4,9,12 35:23 36:24 37:6 38:14,20 38:24 39:23 40:6,13 42:4 44:10 46:6,24 49:2 50:15,24 52:16 54:9,20 56:25 60:8 60:24 62:19 63:23 64:9,11 65:3 66:22 66:23 68:8,19 69:3 69:14 70:19 71:17 72:4,19 73:22 74:1 75:8 76:2 77:12 78:3 78:8,16,23 79:4 80:12,20 81:3,19,21 83:21 84:21 87:3 89:1,8,10,13,21 90:17,20 92:1,4,6,8 92:18 93:1,9,13 94:12 101:21,21,23 104:4,11,19 106:4 107:12,14,17,21 109:22 110:9,18,20 111:17 112:5,10,12 112:14,20,22 113:3,3 113:8 116:3,6 119:10 120:16 121:2,11,24 122:10,13 123:23 124:2,3,6,24 125:11 125:18,22,24 126:15 127:13,17 128:2,13 129:22 130:14,24 131:4,19 133:1,6 134:21 135:4,12 137:5,24 138:2
**year** 19:19,21 22:1,6 25:23 33:22 34:16,16 34:18 35:14 36:10 39:12 45:13,15,16,17 45:22,23,25 46:1,3 46:24 47:13,14,14,15 47:20 48:2,16 49:11 55:11,19,21,22 56:20 56:20,24,25 57:8,9 57:18,18 59:15 73:20 74:4,8,11 75:22 81:4

**years** 13:25 15:8,15,18 34:12,16 45:11 49:1 49:2,10 54:1 78:6,10 88:14 102:3,20,24 103:4,9 109:14,18 110:7,9 126:20
**Yep** 35:1 37:5
**young** 10:22 102:11

**$**

**$200** 61:15 63:7 70:17 80:14,18 83:7 84:10 85:1 89:4,9 90:11 91:13,14,15,19 92:11 106:5 107:25 132:24

**0**

**0** 125:20,20
**03** 33:24
**04** 33:24 96:20 97:9,9 99:1
**05** 22:9 33:24 74:15,16 74:20 75:11,17,20 76:4,5,5,6,9,14,14,15 76:15,15 77:1,1,7 78:6 79:8 95:22 96:18,20,21,21 97:6 97:6 101:20,23 125:23
**06** 33:23 101:23 125:21 125:25
**07** 126:3,5
**08** 39:13,19,20,23 40:1 43:19,21 47:16,22,23 48:21 125:21,22 126:4,8,13,14,16 127:20
**08-CV-80119-MAR...** 1:3
**08-08380** 1:10
**08-80232** 1:10
**08-80381** 1:10
**08-80811** 1:10
**08-80893** 1:10
**08-80993** 1:10
**08-80994** 1:10
**09** 39:13,23 40:2 43:19 47:16 125:21
**09-80469** 1:10
**09-80591** 1:11

**1**

**1** 2:7 3:14 71:25 72:8,9 72:17 138:7
**1st** 77:1,18 78:14
**1:10** 138:6,8
**1:59** 138:9
**10th** 2:15
**11:11** 1:15 4:9
**115** 1:17
**12:07** 72:12
**12:15** 72:14
**13** 102:3,20,24 103:4,9
**15** 34:12,16 36:9
**16** 107:13
**1650** 2:4
**17** 25:8,18,18,23
**18** 25:18 74:17 78:6,10 134:16
**18205** 2:9
**1987** 6:21

**2**

**2** 1:4 3:15
**20** 92:11
**2004** 98:17,20 99:14,16 99:18,20,22,24 100:1 100:3,5,7,9 125:9
**2005** 15:19 22:3 74:11 74:12 77:18,19 78:9 78:10,14,14 100:11 100:13,15,17,19
**2006** 74:12
**2008** 39:13,15 45:13,15 45:22,25 47:12,20 48:17 86:12
**2009** 1:14 4:9 39:13,15
**2218** 2:10
**2290** 2:15
**232** 3:15
**250** 1:17 4:12
**27** 1:14
**27th** 4:8

**3**

**3** 3:16 81:13,14,16,19 82:3,5,7,13,14,17 83:22 84:10 89:6,21 102:19 103:5
**3's** 81:15
**30** 50:8 77:24,25
**30s** 130:12
**303** 2:20
**305.931.2200** 2:11
**31st** 77:19 78:6,9,14
**33160** 2:10

**4**

**4** 1:13 3:5,6,17 4:10,11 4:20 6:7,14,20 96:10
**4@pop.student.lynn....** 124:11
**40s** 130:12
**400** 2:21
**401** 2:4
**404** 2:15
**412** 5:8,8,14

**5**

**5** 3:18
**50** 77:25
**50s** 131:11
**561.582.7600** 2:16
**561.842.2820** 2:22

**6**

**6** 6:21 25:16
**6th** 78:5,9
**6:05** 1:15

**7**

**7** 102:17,17,18 103:3,5 104:5 126:2 127:7 129:15 130:1,6,16 132:18,19,22
**7's** 104:6 129:16,21 130:4,7
**72** 3:14

**8**

**8** 2:7 126:2

**9**

**954.522.3456** 2:5