Page 139

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-CV-80119-MARRA/JOHNSON

JANE DOE NO. 2,

      Plaintiff,

-vs-                           VOLUME II OF III

JEFFREY EPSTEIN,

      Defendant.

_____/

Related cases:
08-80232, 08-08380, 08-80381, 08-80994,
08-80993, 08-80811, 08-80893, 09-80469,
09-80591, 09-80656, 09-80802, 09-81092

_____/

VIDEO-CONFERENCED AND VIDEOTAPED DEPOSITION OF
JANE DOE NO. 4


Tuesday, October 27, 2009
11:11 - 6:05 p.m.



250 Australian Avenue South
Suite 115
West Palm Beach, Florida 33401



Reported By:
Cynthia Hopkins, RPR, FPR
Notary Public, State of Florida
Prose Court Reporting

Page 140

APPEARANCES:

On behalf of the Plaintiff, L.M. and E.W.:
MICHAEL J. WHEELER, ESQUIRE
ROTHSTEIN, ROSENFELDT, ADLER
401 East Las Olas Boulevard
Suite 1650
Fort Lauderdale, Florida 33301
Phone: 954.522.3456

On behalf of Jane Does 1 through 8:
ADAM D. HOROWITZ, ESQUIRE
STUART S. MERMELSTEIN, ESQUIRE
MERMELSTEIN & HOROWITZ, P.A.
18205 Biscayne Boulevard
Suite 2218
Miami, Florida 33160
Phone: 305.931.2200
E-mail: Ahorowitz@sexabuseattorney.com

On behalf of C.M.A.:
RICHARD HORACE WILLITS, ESQUIRE
RICHARD H. WILLITS, P.A.
2290 10th Avenue North
Suite 404
Lake Worth, Florida 33461
Phone: 561.582.7600
(Via Telephone)

On behalf of the Defendant, Jeffrey Epstein:
ROBERT D. CRITTON, JR., ESQUIRE
MARK T. LUTTIER, ESQUIRE
BURMAN, CRITTON, LUTTIER & COLEMAN, LLP
303 Banyan Boulevard
Suite 400
West Palm Beach, Florida 33401
Phone: 561.842.2820

ALSO PRESENT: Jeffrey Epstein, via video conference
Jeff Abbott, Videographer
Visual Evidence, Incorporated

Page 141

INDEX

WITNESS:   DIRECT   CROSS   REDIRECT   RECROSS

JANE DOE NO. 4

CONTINUED

BY MR. LUTTIER  142

EXHIBITS

EXHIBIT       DESCRIPTION             PAGE

DEFENDANT'S EX. 1  Proposal for Settlement     72

DEFENDANT'S EX. 2  Answers to Interrogatories   232

DEFENDANT'S EX. 3  Petition for Injunction     348

DEFENDANT'S EX. 4  Handwritten Note            384

DEFENDANT'S EX. 5  Psychological/Social History 394

Page 142

* * *

CONTINUED DIRECT EXAMINATION

* * * * *

THE VIDEOGRAPHER: This is the beginning of Tape Number 2. We're back on the record at 1:59.

BY MR. LUTTIER:

Q. I think when we broke I was talking about your fourth visit with Mr. Epstein. What occurred on the fourth visit?

A. Went there to get, give a massage, that Sarah brought me upstairs.

MR. CRITTON: You need to -- excuse me just a moment. You need to hit the button.

THE COURT REPORTER: Thank you.

MR. CRITTON: Thank you.

MR. MERMELSTEIN: All right.

MR. LUTTIER: And is this other guy calling in or --

MR. CRITTON: No, no, it's part of the video feed.

MR. LUTTIER: No, but this, whoever was on this, Willits --

THE COURT REPORTER: He said he was going

Page 143

to call back in.

MR. CRITTON: Was he going to call back?

MR. WHEELER: Yes.

THE COURT REPORTER: He did say he was going to call back. Did he --

MR. WHEELER: He said he would call right back.

MR. CRITTON: All right. Well, we're still going to start.

BY MR. LUTTIER:

Q. Okay. Go ahead, fourth visit.

A. Whenever the massage, he was, like, not this time he was on the phone the first time. Like it was more conversation between me and Mr. Epstein.

Q. Did you remain dressed the whole time?

A. Yeah. They, I took my shirt like -- it progressively got worse.

Q. I am talking about the fourth visit.

A. I think I took my shirt off.

Q. On the fourth visit?

A. Yeah, like, or --

MR. MERMELSTEIN: If you remember.

THE WITNESS: Yeah, I don't remember.

BY MR. LUTTIER:

Q. So, you don't really know if you were --

(561) 832-7500   PROSE COURT REPORTING AGENCY, INC.   (561) 832-7506

Page 144

A. I remember after the first, like, four visits, it from after like, after like the first four visits, it progressively got worse starting with taking my shirt off, and taking my bra off and taking my pants off, taking my underwear off. It just progressively got worse. I can't -- I don't remember exactly fifth visit, sixth visit, seventh visit, eighth visit, ninth visit, tenth visit. I don't remember.

Q. And you don't know when the fourth visit was, right?

A. No.

Q. And you don't know when the fifth visit was, right?

A. Unh-unh.

MR. MERMELSTEIN: You are asking specific dates?

MR. LUTTIER: Yep.

BY MR. LUTTIER:

Q. You need to --

A. I do remember it was my sophomore year.

Q. You remember specifically --

A. My first visit. My first visit was --

Q. No, I said the fifth visit.

A. Oh, towards the -- let's see. It got

Page 145

progressively worse.

(Telephone interruption.)

MR. WILLITS: Is this the deposition?

MR. LUTTIER: Yes, we just started.

MR. WILLITS: Okay. Willits here.

MR. LUTTIER: All right.

MR. WILLITS: I'm going to put the mute button on.

MR. LUTTIER: Okay.

MR. MERMELSTEIN: Do you remember the question?

THE WITNESS: No, sorry.

BY MR. LUTTIER:

Q You don't recall when the fourth visit was, do you, the date?

A. Well, if it progressively got worse after the fourth visit, then probably beginning of my junior year. Beginning of my junior --

Q. The fourth visit was the beginning of --

A. It must have been the beginning of my junior year. It progressively got worse.

Q. My question was, you don't remember when the fourth visit was?

A. No. It was the beginning of my junior year.

Page 146

Q. The fourth visit was the beginning of your junior year. And how do you know it was the beginning of your junior year?

A. Because I know after the fourth visit that that's, the beginning of my junior year is whenever Mr. Epstein started -- things started getting to the point where I would take my shirt off and so on.

Q. And how do you know that it was the beginning of your junior year when you began to take your shirt off?

A. Because in the -- after the fourth visit, I would start taking -- I took my shirt off, and then from -- after the fourth visit, after I took my shirt off, the fifth visit I would take my pants off, and then I'd be in my bra and underwear, and then the next visit, I would be -- I would take my bra off and I would just be in my underwear. And then after that visit I would take my underwear off, and then after that visit it was him fingering me, or him using a vibrator on me. And then after that visit was him fingering me, or him using a vibrator and fingering me.

MR. MERMELSTEIN: He is trying to get the time frame.

THE WITNESS: Yeah.

Page 147

MR. LUTTIER: My question was how do you know --

MR. MERMELSTEIN: So if you don't remember the exact time or the date that's --

THE WITNESS: Yeah, I don't know.

BY MR. LUTTIER:

Q. You say it was the beginning of your junior year when you first took your shirt off, right?

A. Yeah.

Q. How do you know that's when it was, and it wasn't the middle of your junior year or the end of your junior year?

A. Because I remember things got sexual, it was like the middle -- or the beginning and the middle of my junior year.

Q. Was it the beginning or the middle?

A. It was like October, October, like right before the beginning of the new year.

Q. How do you know that?

A. Because that's whenever like things got more, like, like, more like sexual, I guess. I don't know.

Q. Well, I'm asking you how you can identify that things --

Page 148

A. I don't know what the date is. I'm sorry.

Q. You've got to wait for me to ask the question. How can you identify when things, to, to use your words, got more sexual, and say that that happened in the middle of your junior year? What is -- is there an event that you recall?

A. Yeah.

Q. Well, what, what set of circumstances allows you to conclude that that happened at the beginning of your junior year or in October --

A. He started using a vibrator on me.

Q. -- as opposed to March of the next year?

A. Because he started using a vibrator on me.

Q. Okay. But what event let's you recall that that, that is the use of a vibrator, happened at the beginning of your junior year, for example?

A. Because you don't forget something like that.

Q. Well, do you have it recorded anywhere?

A. No.

Q. And during this deposition, you told us you cannot remember dates, right?

A. Not specific dates, no.

Q. So, would it be a fair statement to say that you don't know exactly when this happened?

Page 149

MR. MERMELSTEIN: Objection. She said that --

BY MR. LUTTIER:

Q. Correct?

A. Yeah.

Q. Could have been --

MR. MERMELSTEIN: She said she doesn't remember the date.

BY MR. LUTTIER:

Q. -- at the end of your junior year was the first time it --

A. No, I know it wasn't the end of my junior year.

Q. How do know it wasn't the end of your junior year?

A. Because you don't forget something as significant like that happens to you like that.

Q. Well, wait, what you're calling is significant is removing your shirt to give a massage, is that what you're calling significant?

A. No, using a vibrator on you.

MR. MERMELSTEIN: Let's take a minute. Let's take a minute. Okay. Okay. Take your time. Let us know when you're ready. Take your time.

Page 150

THE WITNESS: Do you have a napkin. Thank you.

MR. MERMELSTEIN: You're okay. You're okay.

MR. CRITTON: Let me just put on the record, we have been pretty good about the legal objections and everyone has been very restrictive about the, you know, stick with form and if it's leading or stuff.

You don't need to tell her, you know, if you don't remember, you don't remember. I assume that that's probably what she's been told before. So let's stick with form and what your legal objection is as distinct from coaching by any of us, including me and any other.

You know, we have been pretty good on these witnesses, and she's no different than any other witness in this case.

MR. MERMELSTEIN: Okay. I was just trying to help. She wasn't understanding the question that was asked.

MR. CRITTON: She's been here for two hours, three hours. She understands really well what's going on. So, you know, you

Page 151

haven't been here, Stuart. She, she knows the drill, so --

BY MR. LUTTIER:

Q. So, can you tell me specifically when the first time you removed your top was?

A. No, I don't know the exact date.

Q. Was it more than ten times after you had gone to Mr. Epstein?

A. No, it's after like the fourth visit.

Q. And how can you conclude it was after four visits as opposed to after ten visits?

A. Because I remember going there the beginning to the fourth visit, and that's why I went back because it wasn't where I had to take my shirt off.

Q. Yeah. Now, on whatever visit it was when you first removed your top, how did that occur? What was the sequence of events?

A. Nothing like he would -- what do you mean, the sequence of events?

Q. Well, when you went on this -- whatever visit it was that you claim was the first time you removed your top, did you -- first of all, did you voluntarily go to the house on that occasion?

A. Yeah.

4 (Pages 148 to 151)

Page 152

Q. Did you go up to the room as you had done on all the prior occasions?

A. Yeah.

Q. And was Mr. Epstein when you got there, was he there when you got there?

A. No, he was -- no, the room was empty, but the massage table was there.

Q. So when you got up there were you fully clothed?

A. Yeah.

Q. What were you wearing?

A. Different clothes every single time. Like shorts, jeans, tank tops.

Q. I'm talking about this event that you recall now, that you say you recall the first time you removed your top. What were you wearing that time?

A. I don't exactly remember what outfit I was wearing.

Q. You don't, because you cannot specifically pinpoint this occasion, can you?

MR. MERMELSTEIN: Objection to form.

BY MR. LUTTIER:

Q. All you know is at some point in time you took your top off; isn't that right?

Page 153

A. Yeah.

Q. And is it fair, to be honest with everybody, you don't know if it was after five visits or ten visits. You just know at some point --

A. It was at the beginning --

MR. MERMELSTEIN: Objection to the form.

THE WITNESS: At the beginning of the -- when I first started --

MR. MERMELSTEIN: Asked and answered. Go ahead.

BY MR. LUTTIER:

Q. All right. You don't -- you can't really tell us, can you?

A. I don't know the exact date, but I know it was in the beginning after like the fourth visit.

Q. Well, all right. All right. So at some point Mr. Epstein comes in the room and you're going to give him a massage; is that right?

A. Uh-huh.

Q. You've got to say yes.

A. Yes.

Q. So how is it that you got your -- you took your top off?

A. Well, after going there the first couple

Page 154

of times, he was just more friendly and talk, more talkative. I -- he asked me to take my top off. It was --

Q. And what did you say?

A. Yeah.

Q. Did you say, no?

A. No.

Q. He asked you, right?

A. Uh-huh.

Q. What did he say specifically?

A. Will you take your shirt off.

Q. And what did you say to him?

A. Yeah.

Q. All right. You could have said no, right?

A. Yes.

Q. All right. So you said yes, and what did you do, take your shirt off?

A. Yes.

Q. And what did you have on under your shirt?

A. A bra.

Q. All right. And then what did you do, give him a massage?

A. Yeah.

Q. Did you do anything else on that occasion?

A. No.

Page 155

Q. All right. Did you put your shirt on when you got done?

A. Yeah.

Q. Then did you leave?

A. Yeah.

Q. Did you get paid 200 bucks?

A. Yeah.

Q. By the way, this money that you made doing this, did you keep a record of how much you made?

A. No.

Q. Why not?

A. I don't know. I didn't.

Q. Did you report it on your tax return?

A. Tax return?

Q. Yeah, tax return.

A. Yeah, I know what that is. But at that time, no. I didn't even think about that. I didn't think that.

Q. Why didn't you report the income you were making?

MR. MERMELSTEIN: Objection, asked and answered.

MR. LUTTIER: No, she didn't answer that.

BY MR. LUTTIER:

Q. Why didn't you report the income that you

Page 156

were making?

A. I didn't even know anything about taxes. I was 15 years old, 16 years old.

Q. Well, you were at least --

A. I didn't know anything about --

Q. You were at least 16 by then, right?

A. Yeah, I didn't have a job. I played soccer. I didn't, I didn't know anything about taxes or anything else like that.

Q. Where did you put this money?

A. I spent it.

Q. Did you put it in the bank?

A. No. I don't even think I had a bank account.

Q. So did you get cash?

A. Yeah.

Q. What did you spend the money on?

A. Clothes.

Q. And did you tell -- did you split it up with your friends?

A. Split what up with my friends?

Q. The money that you were getting paid for this?

A. No, why would I -- no.

Q. Did you -- the 200 bucks that you got when

Page 157

you took Lauren Murphy there, did you give her part of that?

A. No.

Q. What did you spend the money on that you got paid for taking Lauren Murphy there?

A. Went to the mall with her and went shopping.

Q. With -- and she had the money she had just gotten from Mr. Epstein?

A. Yeah.

Q. Did you guys have a good time shopping at the mall that time?

A. Yeah. We were --

MR. MERMELSTEIN: Objection, argumentative.

THE WITNESS: -- having a good time. We went shopping.

BY MR. LUTTIER:

Q. Did you go right after Lauren Murphy had, had been to Mr. Epstein's on that first occasion to give him a massage?

A. I'm sure -- I don't remember. I know we went shopping with the money. I don't know if it was right afterward or if it was the next day.

Q. Well, would, would you taking Lauren

Page 158

Murphy to Mr. Epstein be a significant event in your life, or was it just a casual thing?

A. I thought at that point it was casual.

Q. Okay. So, who went with you when you took Lauren Murphy there?

A. Just me and her.

Q. Who drove?

A. I think she did. I don't remember.

Q. And what did you tell --

A. I didn't have a vehicle.

Q. And what did you tell Lauren Murphy before you took her there?

A. I don't remember.

Q. And what did you tell her about what to expect?

A. I don't remember.

Q. By that point in time, what had you been doing with Mr. Epstein during your massages?

A. I don't remember when I, when she first went, so I don't know what I was doing with Mr. Epstein.

Q. Well, had you taken your top off yet for Mr. Epstein?

A. I don't know because I don't know when I first brought her there.

Page 159

Q. Did you tell Lauren -- at that time Lauren was your best friend?

A. No. She was one of my friends that I just met.

Q. Oh, she was one of your friends?

A. Uh-huh.

Q. You wanted to be honest with her, didn't you, and tell her what to expect?

A. If you're friends.

Q. Right?

A. Yeah.

Q. So, what did you tell her about --

A. I don't remember.

Q. I mean, did you just run into her one day and say, oh, do you want to jump in my car with me and ride over to somebody's house?

A. Did I say that? No.

Q. Well, what did you tell her?

A. I don't remember.

Q. Did you tell her what she was going to do?

A. I don't remember.

Q. Did you even tell her a massage was involved?

A. I don't remember our conversation about it.

Page 160

Q. Did you tell her we're going to go fishing?

MR. MERMELSTEIN: Objection, argumentative.

THE WITNESS: Did I tell her that we were going fishing? No.

BY MR. LUTTIER:

Q. I'm trying to -- I'm trying to -- help me understand what -- how it is that, that you get Lauren Murphy and take her to Jeffrey Epstein's house. Why, why did you do that?

A. Why, why did I bring her there?

Q. Yeah.

A. Because Jeffrey wanted -- asked me if I would bring somebody, another girl. He said, I will give you $200, like I'm giving Haley Robson money to bring new girls up to the house. And he said I will, if you bring in, if you do, if -- he asked me to do the same thing that Haley was doing.

Q. So, what did you do, just bump into Lauren Murphy walking around the halls of your school one afternoon?

A. I asked her if she wanted to go, and she said yeah.

Q. Oh, so now you remember that you asked --

Page 161

A. Well, if she went there, apparently.

Q. Let me finish my question. Now you recall that you asked Lauren Murphy if she wanted to go to Mr. Epstein's, correct?

A. I took her there. I didn't drive -- I don't know, I don't know if I drove. I don't know if she drove, but she went there, and --

Q. Well, did you ask her if she wanted to go?

A. I don't remember the conversation.

Q. What I'm trying to find out is, was she just in the car with you and you guys were heading off to McDonald's --

A. I don't remember.

Q. -- and deviated and decided to drive to Mr. Epstein's, or did you give her some advanced knowledge that what we're going to do is go to Mr. Epstein's?

A. I don't remember our conversation, how I got her to go to Jeffrey Epstein's. I am guessing. And of course I had asked her if I took her there.

MR. MERMELSTEIN: Don't guess.

THE WITNESS: I don't know.

MR. MERMELSTEIN: Don't speculate.

THE WITNESS: I don't know.

Page 162

BY MR. LUTTIER:

Q. Can we assume that you told her that nothing bad was going to happen?

A. I don't know what I told her, so I don't know.

Q. Do you know whether or not you were honest with her?

A. Yeah. Well, I don't know, like -- I don't understand the question. Like, I don't understand what you're asking. Can you ask it again?

Q. Yeah. Is there something you don't understand about the word honest? And I can understand if it's --

A. Yeah, I understand.

Q. Do you know what honest means?

A. Yeah.

Q. It means to tell the truth.

A. Uh-huh.

Q. Okay. Did you tell your friend Lauren Murphy the truth before you took her to Epstein's?

MR. MERMELSTEIN: Objection to form.

THE WITNESS: I am sure.

BY MR. LUTTIER:

Q. And you thought it was okay, right?

A. There was a -- at that time?

Page 163

Q. Yep.

A. I think all of Royal Palm Beach High School was going at that time, so yeah.

Q. That's not my question.

A. Yes.

Q. You thought it was okay? You thought it was the right thing to do, right?

A. At that time I thought it was -- I didn't think it was a bad thing. I didn't think -- I thought it was normal.

Q. So, you thought it was a good -- oh, you thought it was normal?

A. Not normal, no. I'm sorry, I take that back. Not normal, but there was a lot of girls that were going, and so it was something, not something that -- I don't know. It was -- I don't even know how to explain it to tell you the truth.

Q. You were happy to do it to get 200 bucks, weren't you?

A. No. I was making -- at that time, not -- making $200, yeah, I was happy.

Q. And you didn't think there was anything wrong with it, right?

A. Not the way it started, no.

Q. Mr. Epstein never asked you to do a single

Page 164

thing that you didn't agree to do, did he?

A. Every once in a while, yeah, he would. And when I wouldn't do it he said, Jane Doe No. 4, what's wrong with you? You have two different personalities, Jane Doe No. 4 (short form) and Jane Doe No. 4, like, meaning like, I would do one thing one minute, and then I was like, no, no, I go. And he was like, oh, well, what's wrong with you. Do you have two different personalities?

Q. Listen to my question. Mr. Epstein never asked you to do anything that you didn't agree to --

A. Yes, sometimes he would, and I wouldn't.

Q. Would you wait until I ask the question? You can't possibly know what I am going to ask before I ask it, can you?

A. No.

Q. Mr. Epstein never asked you to do anything that you refused to do, did he?

A. No.

Q. No. And if you said you didn't want to do something, Mr. Epstein didn't push it, did he?

A. No, he asked me and I would say, no. And then he would --

Q. And then he respected it?

A. No, and then he would say, well, why not?

Page 165

He said, what's wrong? He is like, it's like you have two different personalities. When I would say no, he would be like, oh, well, that's your other personality, and then he would go I like Jane Doe No. 4 (short form) better.

Q. And if he (sic) said no, he didn't push it, did he?

MR. MERMELSTEIN: Other than what she just said?

MR. LUTTIER: Right.

BY MR. LUTTIER:

Q. I mean, if you said no, I don't want to do something, he didn't make you do it, did he?

A. No, but then the next time I went, I --

Q. All right. I'm talking about the time --

A. No, no.

Q. -- that you say he asked you to do something you didn't want to do. You said no, and that was the end of it, wasn't it?

A. Yeah.

Q. So when you took your top off, whenever you went to give him a massage and took your top off, you did that voluntarily, correct?

A. Yeah.

Q. Did there come a time that you went, and

Page 166

automatically before you did the massage, you took your top off without Mr. Epstein even asking you to do that?

A. After the first time, yes.

Q. You did it, you were able -- when Mr. Epstein came into the room, were you already without your top on?

A. No.

Q. So, it wasn't even the situation that he was asking you to take your top off. You just voluntarily took it off; isn't that correct?

MR. MERMELSTEIN: Objection to form.

THE WITNESS: Yeah.

BY MR. LUTTIER:

Q. Now, when you say that -- or what you think was around the fourth time you took your top off. And on how many occasions did you do massages for Mr. Epstein where what you did was you removed your top, not your bra, but just your top?

A. One time.

Q. Just once, is that right?

A. Yeah.

Q. And how can you recall it only happened one time?

A. Because after that one time of just taking

Page 167

my shirt off, every single time I went it was another piece of clothing that was dropping.

Q. All right. So the next time that you went to Mr. Epstein, after the time that you took your top off, what occurred?

A. After I took my top off, then I would take my bra off.

Q. Did he ask you to take your bra off?

A. Yeah.

Q. Did you agree to take it off?

A. Yeah.

Q. Did you tell him no, I don't want to take my bra off?

A. Yeah -- no.

Q. So he asked and you said okay, right?

A. Yeah.

Q. All right. And then on that occasion when you took your, your top and your bra off, did anything else happen or did you just do a massage?

A. Are you talking about the next time or are you talking --

Q. No, I am talking about the occasion when you first took your bra off.

A. No.

Q. You just gave him a massage and you picked

8 (Pages 164 to 167)

Page 168

up another 200 bucks, right?
A. Uh-huh.
Q. All right. Now --
A. Yes, sorry.
Q. -- you didn't think there was anything wrong with taking your top off the first time you took your top off, did you?
A. No.
Q. And Mr. Epstein, as you said before lunch, was very nice towards you, was he not?
A. Yeah.
Q. You, you had begun to, to get to know him, and you would talk with him when you went, right?
A. Yeah.
Q. You never told him that you didn't want to do what you were doing, did you?
A. No.
Q. Okay. And you kind of liked Mr. Epstein, didn't you?
A. He was really nice, like friendly.
Q. Never hurt you in any manner physically, did he?
A. Sexually, yeah.
Q. Physically did he ever injure you in any manner whatsoever?

Page 169

A. No.
Q. Did he ever hit you?
A. No.
Q. Did he ever spit in your face?
A. No.
Q. Did he ever call you any vile names?
A. No.
Q. Did he ever call you a bitch?
A. No.
Q. Did he ever call you a whore?
A. No.
Q. Did he ever call you a cunt?
A. No.
Q. Ever call you anything like that?
A. No.
Q. Did he ever physically hurt you in any manner whatsoever?
A. No.
Q. Did he ever demean you in any manner whatsoever?
A. Demean you? What does that mean?
Q. Yeah, say, say bad things about you or make you feel like you were unintelligent or not worthy.
A. No.

Page 170

Q. Didn't he build up your ego?
A. Yeah.
Q. And you didn't think there was anything wrong with anything that you were doing with Mr. Epstein, did you?
A. No.
Q. And that -- and if there -- if you did think there was something wrong with what you were doing with Mr. Epstein, you wouldn't have asked your friend Lauren Murphy to go, would you?
A. No.
Q. You certainly wouldn't subject your friends to something that you didn't think was right or dangerous, would you?
A. No.
Q. Okay. Now, so there came a time that you took your bra off and you did that voluntarily, and on that occasion did you then give Mr. Epstein a massage topless?
A. Yeah.
Q. Anything else happen on that occasion?
A. No.
Q. The next time that you went to visit him --
A. Yeah.

Page 171

Q. -- what occurred?
A. My top, my bra and my shorts were off.
Q. Do you know that you were wearing shorts the next time?
A. Yeah.
Q. How do you know you were wearing shorts?
A. My pants, sorry. I don't know. Like, I'm just saying, I was just frustrated with everything, so it was pants --
Q. You don't really know what you were wearing, do you?
A. -- capris.
Q. Honestly, you don't really know what you were wearing, do you?
A. No.
Q. Okay. I appreciate the honesty. All you can really say is that at some point in time when you were going to give these massages, there came a point in time, although you don't know exactly when it was, that you removed your pants. Would that be a fair statement?
A. It was after -- it was the fourth time. First time I took my shirt off, second time my bra off. Wait, fourth, fifth, sixth -- it was the seventh occasion.

Page 172

Q. Seventh occasion. Now, are we into your, the latter part of your junior year?

A. I -- after I went there the first time or after I went there the second time, instead of Haley making my appointments, he got my number, so I would just make the appointments through Sarah instead of Haley, so I was going like a lot after my second visit.

Q. Well --

A. It was probably around my -- can I finish -- it was probably around my -- it was like middle of like my, like my junior year, like October or like October through January. October, December. Yeah, January, my junior year.

Q. Did you and Haley have a little argument about the money situation?

A. No.

Q. Did you wonder why you were making your appointments directly with Sarah to go see Mr. Epstein as opposed to through Haley where she was --

A Because --

Q -- getting paid money?

A. Because Haley only got paid money for every new person that she brought. So that's why

Page 173

there were so many girls that had gone there.

Q. Who else did you get paid for bringing besides Lauren Murphy?

A. Lauren, Lauren is the only person that I can remember. I don't think I brought anybody else.

Q. Okay. So there came a time you were performing massages with, for Mr. Epstein topless. Did -- were there any occasions after the first topless massage that you performed a massage for Mr. Epstein and you weren't topless?

A. After the first, wait, sorry. Ask that question again.

Q. Once you had gone topless the first time, was there any massage that you gave him after that where you were not topless?

A. No.

Q. Okay. So you say there came a time that you gave Mr. Epstein a massage and you removed your, either your shorts or your pants?

A. Uh-huh.

Q. Is that a yes?

A. Yes, sorry.

Q. And did -- did you volunteer to do that?

A. Did I volunteer? What do you mean, volunteer?

Page 174

Q. I mean, did you volunteer without him even asking, did you do -- did you volunteer?

A. Volunteer what?

Q. To remove your pants.

A. He asked me, and I said yes.

Q. And my question is, did you volunteer to remove your pants at any point without him asking you?

A. After the first time that I removed my pants, it was just kind of like routine. It was just like --

Q. So, now let's go back --

A. -- so then the answer to that would be no. Is that what you asked? Is that what you want to hear?

Q. I will cover this. Let's go back. The first time Mr. Epstein asked you to remove your bra, you told us that you removed the bra voluntarily, right?

A. He asked me, and yes, I did.

Q. And you said yes. Okay. At any point after that, did he ask you to take your bra off, or did you just simply take it off?

A. No, I -- sometimes I would take it off and sometimes he would ask me.

Page 175

Q. So, sometimes you went there and you just took your bra off without him even asking, right?

A. Yeah, it was kind of like known that's what you do.

Q. Well, he didn't tell you that from now on whenever you come, you're supposed to take your bra off, did he?

A. No.

Q. Okay. So you just assumed, or you said, I'm going to -- part of the experience here is I'm going to take my top and my bra off, right?

A. Yeah.

Q. Okay. So, there comes a point in time you say he asks you to remove your pants?

A. Uh-huh.

Q. And you say okay?

A. Yeah.

Q. You didn't tell him no, I don't want to do that?

A. No.

Q. All right. And you removed your pants that then gave him a massage wearing what?

A. My underwear.

Q. What kind of underwear were you wearing?

A. I don't remember. Thong. I always wear a

10 (Pages 172 to 175)

Page 176

thong.

MR. MERMELSTEIN: Don't speculate. If you remember, answer.

THE WITNESS: All I wear -- I always, that's all I wear is a thong.

BY MR. LUTTIER:

Q. And this is -- you're 16 now, 17? Which are you 16 or --

A. I was 16.

Q. Sixteen, okay. And then you gave him a massage that time in your thong?

A. Yeah.

Q. Anything else happen on that occasion?

A. No. He asked me to take my thong off, and I said no.

Q. Okay. On, on the same occasion that he -- when he first requested you to take your pants off, you say on that same occasion he asked you to take your thong off?

A. Yeah.

Q. And you said, no?

A No.

Q And he didn't push it, right?

A. No.

Q. Okay. So you gave him a massage, you got

Page 177

200 bucks and you left, right?

A. Yeah.

Q. Okay. Now, are we up over 10 or 15 visits by now?

A. I'm sure.

Q. So, you have made what, 3,000 bucks doing this by now, right?

A. Probably. I don't, I don't have a calculator.

Q. Well, 15 times 200 would be 3,000.

A. Yeah.

Q. Was that the most money you'd ever made?

A. Yeah.

Q. You liked the money, didn't you?

MR. MERMELSTEIN: Objection, argumentative.

BY MR. LUTTIER:

Q. Did you like the money?

A. Yeah.

Q. You kept going back to get the money, didn't you?

A. That and like he was always like promising me things and like friendly to me.

Q. Well, you, you had all kinds of friends, didn't you?

Page 178

A. Yeah, but he was like -- he was different.

Q. Now, you're -- by the way, when you are going to see Mr. Epstein during this period of time that you're describing, you had a boyfriend, didn't you?

A. A boyfriend on and off.

Q. And you told Mr. Epstein you had a boyfriend, right?

A. Yeah.

Q. Okay. And that was this fellow Preston Vinyard?

A. Uh-huh.

Q. Okay. Was he being nice to you, too, like Mr. Epstein was?

A. I mean, we were boyfriend and girlfriend. There was moments where he was nice, but there was moments where we weren't together. So, no, Mr. Epstein was nice to me.

Q. Okay. Well, you -- and you're dating Preston Vinyard, right?

A. On and off. We were never, like. It was one week we are on, one week off, one week on.

Q. You're spending the night with Preston Vinyard during this period of time?

A. I was spend -- at my house.

Page 179

Q. Were you spending the night --

A. No.

Q. -- with Preston Vinyard at any time during the period of time you've described thus far while you were doing these massages for Mr. Epstein?

A. Spending the night with him, no. I stayed in my house.

Q. Now, do you know we took Mr. Vinyard's deposition yesterday?

A. No.

Q. You were having sex with Mr. Vinyard during this time that you were giving massages to Mr. Epstein, weren't you?

A. I had gone to Mr. Epstein's before I had started physically doing anything with Preston.

Q. We're talking about now you've described that you were in the, in your junior year of high school?

A. Yeah, I was.

Q. I just want to make sure we're clear. Which would be what calendar year, the junior year of high school?

A. I graduated '05.

Q. 2004, 2003-2004?

A. 2003.

11 (Pages 176 to 179)

Page 180

Q. Okay. That would be the 2003-2004 school year, right?

A. Yeah.

Q. That is from about August of 2003 to June of 2004; is that right?

A. Yeah, junior year, 2003-2004, yeah.

Q. Now, it's a fact, is it not, that by the beginning of your junior year, by the beginning of, let's say, August of '03, you were having sexual relations with a Preston Vinyard, weren't you?

A. Yeah.

Q. Didn't have any sexual relations with Mr. Epstein, did you?

A. No.

Q. Okay. And so getting naked in front of a man was not a problem for you, right? You had done that before?

A. Yeah.

Q. Okay. And were you doing things with Mr. Vinyard before your soph, your junior year of high school that you never did with Mr. Epstein?

A. With Preston?

Q. Yeah.

A. I met him, like, I met him my sophomore year. I met Mr. Epstein before I met Preston.

Page 181

Q. That wasn't my question. Were you doing things with Mr. Vinyard before your junior year of high school that you never did with Mr. Epstein?

A. I don't remember.

Q. Well, you had sexual intercourse with Mr. Vinyard before your junior year of high school, didn't you?

A. I don't remember. I remember I waited for like a while before I had sexual intercourse with Mr. Vinyard.

Q. Well, I just asked you five questions ago whether or not you had had sexual relations with Mr. Vinyard --

A. I said, yeah.

Q. -- before you started your junior year of high school, and you said, yes.

A. Yeah.

Q. Okay. What do you understand the word sexual relations to mean?

A. Intercourse means sexual.

Q. Okay. So, Mr. Vinyard had taken his penis and inserted it in your vagina before your junior year of high school; isn't that right?

A. Yeah. I think so, yeah.

Q. Had you given him oral sex before your --

Page 182

A. Yeah.

Q. -- junior year of high school?

MR. MERMELSTEIN: Again, you know, we have a standing objection here pursuant to Federal Evidence 412 on questions of sexual conduct with persons other than Epstein. So, you're getting into an area here that, that I am going to have to direct her not to answer. I am warning you.

MR. LUTTIER: Well, I don't -- I don't think there's a court order that prohibits us from doing anything. I think there are some subsequent orders that have come out that pretty clearly indicate that it's an area of appropriate inquiry, and certainly after Mr. Kliman's inquiry, it's fair game, but, you know, so that's our position.

BY MR. LUTTIER:

Q. Okay. Let's go back to --

MR. CRITTON: Wait a minute. I don't know whether -- are you instructing her not -- just so the record --

MR. LUTTIER: No, she answered that question.

MR. MERMELSTEIN: I don't, I don't think

Page 183

there was a question she hasn't answered. So I was just stopping him from the next question, I guess.

MR. LUTTIER: We'll come back to that in a minute.

BY MR. LUTTIER:

Q. Had you been naked in front of any other male person other than Preston Vinyard before the first time you took your bra off in front of Mr. Epstein?

A. Naked?

Q. Yeah, naked.

A. No. Preston, no.

Q. Had you been topless in front of any other male person before the first time you took your bra off in front of Mr. Epstein other than Preston Vinyard?

A. No.

Q. Are you -- did you -- are you claiming you lost your virginity to Preston Vinyard?

A. Yeah.

Q. Okay. On the occasion that you first removed your pants and giving Mr. Epstein a massage, did anything else occur on that occasion?

A. Wait. Repeat that question.

12 (Pages 180 to 183)

Page 184

Q.  On the first time you took your pants off and you were giving Mr. Epstein a massage in your thong, did anything else occur during that massage other than just a massage?

A.  No.

Q.  All right.

A.  He asked me to take my underwear off, and I said no.

Q.  Okay.

A.  Did anything else occurred.

Q.  All right.  Did there come a time that you came back after that massage and gave Mr. Epstein another massage?

A.  Yeah.

Q.  Why did you come back?

A.  I don't know.

Q.  Isn't it true that you contacted Sarah and told her you were looking for more work?

A.  No.

Q.  Do you deny that you ever contacted Sarah and asked if you could come give Mr. Epstein a massage?

A.  If I called her and asked?

Q.  Yeah, so --

A.  She always called me whenever she was in

Page 185

town.  I never knew when Jeffrey was in town.

Q.  Listen carefully to my question.  Are you denying --

A.  I don't remember.  I don't think.  I want to say no, because I don't think I did, but I don't remember and I don't know.

Q.  Isn't it -- well, I mean, would you have any reason to call Mr. Epstein other than, his number other than to schedule a time to come give him a massage?

A.  Wait.  What was that?

Q.  Would you have any reason to call Mr. Epstein other than --

A.  No.

Q.  -- to schedule a massage?

A.  No.

Q.  You're aware that your cellphone records can be subpoenaed, right?

A.  Yeah.

Q.  Is there any other reason why Mr. Epstein's phone numbers would appear on your cellphone?

A.  He rented me, he rented me a car.

Q.  And that was when?

A.  My freshman year in college.

Page 186

Q.  That's when you were at Lynn University?

A.  Yeah.

Q.  Okay.  Did you ever tell anybody that you were having a good time at Mr. Epstein's?

A.  I don't, I don't know.  I don't --

Q.  Is it possible you did?

MR. MERMELSTEIN:  Objection to form.

THE WITNESS:  Maybe.  I don't know.

BY MR. LUTTIER:

Q.  In fact, when you were doing it, not now that you filed a lawsuit, but back when it was going on, you did tell people that you were having a good time at Mr. Epstein's, didn't you?

MR. MERMELSTEIN:  Objection to form.

THE WITNESS:  No, I didn't.  I mean, no, who's going to, like, go out and mom and dad, guess what?  No.

BY MR. LUTTIER:

Q.  Well, did you tell your mom and dad about this, by the way?

A.  Yeah.

Q.  When did you tell them about this?

A.  When everything was going on, whenever, whenever Jeffrey -- when cops were getting involved and the lawyers and FBI.

Page 187

Q.  Well, when was the first time you told your mother about this?

A.  I don't remember.  Probably freshman year in college.

Q.  After you had a visit from the Palm Beach Police Department?

A.  No.  I don't remember.  I don't remember right now if --

Q.  Which is it?

A.  -- it was my freshman year in college.  I don't know.

Q.  Is it no, or I don't know?

A.  I don't know.

Q.  When did you first tell your dad about it?

A.  I don't know.

Q.  Was it after the Palm Beach Police visited you?

A.  I don't know.

Q.  Isn't it true you only told your folks after you thought it was going to come out?

A.  Yeah.

Q.  Why didn't you want your folks to know what you had been doing for the last, according to you, couple of years?

A.  I don't know.  It isn't something that I

13 (Pages 184 to 187)

Page 188

would tell my parents.

Q. Your parents were good to you, weren't they?

A. Yeah.

MR. MERMELSTEIN: Objection.

BY MR. LUTTIER:

Q. They raised you well, didn't they?

MR. MERMELSTEIN: Objection.

THE WITNESS: Yeah.

BY MR. LUTTIER:

Q. Taught you the difference between right and wrong?

A. Uh-huh. Yeah. Sorry.

Q. Did you have any religion when you were brought up?

A. Uh-huh.

Q. What religion are you?

A. Catholic.

Q. Roman Catholic?

A. (Witness nods head.)

Q. If you could, is that a yes?

A. Yes.

Q. Did you go to church when you were a kid?

A. Yeah.

Q. Did you go to church right on through

Page 189

college?

A. No.

Q. Did there come a time you stopped going to church?

A. I was traveling a lot for soccer, so soccer, like, sometimes whenever we were out somewhere, or we weren't going every Sunday like I was when I was younger.

Q. But if you didn't go to church it was only because you were out of town?

A. Yeah, out of town or at a soccer game at like 9:00 in the morning.

Q. Are you still a Roman Catholic?

A. Yeah.

Q. Huh?

A. Yeah.

Q. I mean, you didn't give up your religion sometime along the way. It was just that if you were traveling for soccer and you couldn't make church, you didn't go?

A. Uh-huh.

Q. But when you were at -- down at Lynn --

A. I go to church every once in a while now, too.

Q. Do you now at Lynn University go to church

Page 190

on Sunday?

A. No.

Q. Did you have any --

A. When I would go home and visit family and stuff like that, we would go together as a family.

Q. Okay. Your mom and your dad and you?

A. Yeah.

Q. Did they provide well for you? Did they give you the, you know, food, clothing and shelter when you were, throughout your high school days?

A. Yeah.

Q. Did you want for anything? By that I mean did you ever have anything that you wanted that they wouldn't give to you or couldn't give to you?

A. I mean, I never really like asked for much. I was always playing sports. Maybe I would ask for a pair of soccer cleats, and dad would give me.

Q. You were a big soccer player, weren't you?

A. Yeah.

Q. You've been a big soccer player all your life, haven't you?

A. Uh-huh. Yes.

Q. You played high-level competitive soccer your whole life?

Page 191

A. Yeah.

Q. And by high-level competitive soccer, you were, you were always a member of what we would call travel teams, were you not?

A. Uh-huh, yes.

Q. And the travel team was something beyond just playing in the city league. This was the best of the best that would be on travel teams; isn't that right?

A. Yes.

Q. And you would travel -- did you travel all over the State playing soccer tournaments?

A. Yes.

Q. And for how long did you do that?

A. I don't know. Couple of, couple of years.

Q. Okay. While you were in high school or before you were in high school?

A. Before I was in high school.

Q. Okay. And then you went to high school and played soccer throughout high school?

A. Yes.

Q. Kept, did you keep playing soccer in travel leagues even while you were in high school?

A. Yes.

Q. Played on some Olympics development team

(561) 832-7500   PROSE COURT REPORTING AGENCY, INC.   (561) 832-7506

Page 192

as well, did you not?

A. Yes.

Q. Dad volunteered for all these soccer events that you had, did he not?

A. Yes.

Q. They would go on all these soccer events with you?

A. Yes.

Q. Okay. When you went -- you went to Royal Palm High School. That was a school that didn't require you to wear a uniform, did it?

A. No.

Q. You always had nice clothes though that you could wear to go to school?

A. Yeah.

Q. Always got fed well?

A. Yeah.

Q. Always had a warm bed to stay in?

A. Yes.

Q. Did there come a point in time that you and your parents fell apart?

A. Yes.

Q. And about when was that?

A. About my sophomore year in high school.

Q. And was that about the time you took up

Page 193

with this fellow, Preston Vinyard?

A. That's when I started going to Jeffrey Epstein's.

Q. Well, you actually had taken up with Preston Vinyard before you ever went to Jeffrey Epstein's house, correct?

A. First time I went -- first time before I knew Preston, I went to Jeffrey Epstein's. I went to Jeffrey Epstein's first before I ever knew Preston Vinyard.

Q. And how do you know that's true?

A. Because when I first met Preston, I dated him for, on and off for a couple of years. Like it was my first love. So, of course, I am going to remember when I met my first love compared to when I went to Mr. Epstein's.

Q. Where did you meet your -- as you described him, because we'll come back to this --

A. It was like --

Q. Wait a minute. We're going to come back to this. When did you meet what you've now described as your first love being Preston Vinyard?

A. Uh-huh.

Q. When was that, what year?

A. My sophomore year.

Page 194

Q. What year, calendar year? What year?

A. It was the -- freshman year is '02, '03, '04, 2002, 2003. Wait, wait. Am I saying this right? Freshman, sophomore, junior, senior.

MR. MERMELSTEIN: 2'03, right?

THE WITNESS: 2'03, yeah. 2'03.

BY MR. LUTTIER:

Q. 2003?

A. Uh-huh. Yes.

Q. In fact, you started dating Preston Vinyard in January of '02, didn't you?

A. I started dating him the ending of my sophomore year.

Q. January of '02, to be specific; isn't that right?

A. '02?

Q. Yeah.

A. January?

Q. That's right.

A. No. I didn't start dating him until my summer, like right whenever I was done with school.

Q. And when did you first have sex with Mr. Vinyard?

A. When I, probably -- I don't remember.

Q. Well, a girl generally remembers the first

Page 195

time she lost her virginity, doesn't she?

A. I don't remember the exact date.

MR. MERMELSTEIN: Objection, argumentative.

THE WITNESS: I don't remember the exact date, but it was sometime the ending of my sophomore -- well, done with my sophomore year. It was the end of my sophomore year, beginning of my junior year.

BY MR. LUTTIER:

Q. Would your recollection about what dates were involved have been better back in 2004 than it is now?

A. Yeah, depending on the situation, yeah.

Q. You're, you're aware of the fact that -- maybe this will refresh your recollection. You are aware of the fact that you have provided sworn testimony about when you first dated Mr. Vinyard and when you first had sex with him, aren't you?

A. No.

Q. So, you've forgotten that?

A. Yeah.

Q. But whatever you gave, in terms of sworn testimony, whenever you gave it, that was true, was it not?

15 (Pages 192 to 195)

Page 196

MR. MERMELSTEIN: Objection, form, predicate.

THE WITNESS: I don't know. I don't know the statement. I don't know.

BY MR. LUTTIER:

Q. And when you took up with this fellow Preston, your parents weren't too happy about that, were they?

A. No.

Q. And Preston, did he really just get out of prison?

A. I don't know.

Q. You don't know if he just got out of prison?

A. No.

Q. Do you know if he went to prison?

A. I know he went to jail.

Q. Okay. All right. Well, did he just get out of jail?

A. I think so. I don't remember.

Q. And was --

A. He went -- what?

Q. Go ahead.

A. No, I said I think so. I don't remember.

Q. Did your parents have to do some kind of

Page 197

formal intervention to try to get you and Mr. Vinyard split up?

A. No.

Q. How disappointed or how upset was your dad about your relationship with Mr. Vinyard?

A. He was upset.

Q. And Mr. Vinyard lived down the street from you, didn't he?

A. He was staying down the street.

Q. And he was what, how old was he when you met him?

A. How old is he now? Hold on. Give me a second. 23.

Q. When you first met him he was 23; is that right?

A. Yeah, I think so, yeah.

Q. Okay. And you were how old?

A. I was 15.

Q. So, it was a 15-year-old dating a 23-year-old?

A. I didn't date him when I was 15.

Q. Say what?

A. I wasn't dating him when I was 15.

Q. Well, you were --

A. He had another girlfriend.

Page 198

Q. Were you going over to his house?

A. No.

Q. When was the first time you went over to his house?

A. When I was 16.

Q. Sixteen. Okay. He's 23 and you're 16 when you first started dating him, right?

A. (No verbal response.)

Q. Correct?

A. Yes, somewhere in that time -- I'm pretty sure it's somewhere in that time frame.

Q. When you went over to his house, where did you go? Do you remember the address?

A. I don't think the first time I went was to that address, but I hung out there.

Q. Okay. Well, what was the address?

A. I don't remember the address, but I just know it was in La Manche.

Q. And that's the same neighborhood you lived in?

A. Yes.

Q. And by the way, who was living there with him?

A. Tony.

Q. And it was just he and his buddy living

Page 199

there, right?

A. And his buddy's mother.

Q. And then his buddy's mother left, right?

A. Yeah.

Q. So, you would go over and visit with him, when it was just him over there, and your dad didn't like that, did he?

A. When it was just him over there?

Q. Yep.

A. No, like if Tony would be there, his mom would be there.

Q. And your dad didn't like that, did he?

A. No. No, probably not. I'm sure --

Q. There's no probably about it. He let you know he didn't like that, didn't he?

A. He didn't approve of it.

Q. How did you know he didn't approve of it?

A. Well, when I first started dating him, he didn't know, he didn't really know that -- how old Preston was. He didn't know that he had a criminal background until later on --

Q. But you did?

A. -- in our relationship. So in the beginning, if you're talking about when I first went over there, did my dad like it then? I don't think

Page 200

my dad would mind then.

Q. Well, when did you let your dad know how old old Preston was?

A. Probably by junior year, maybe.

Q. And when did you let him know he had a criminal background?

A. I didn't let him know.

Q. How did your dad --

A. Yeah, I did. I don't think he liked that. He wasn't happy about it.

Q. And you and he fought about that, didn't you?

A. Well, no, not fought about it, but got in arguments about it.

Q. By the way, when you were talking about being topless in front of men, there were occasions in your life when you voluntarily got in front of strange men with no top on, weren't there?

A. No.

Q. Do you recall doing that for the police on one occasion?

A. No. The police, if I think I know what you are talking about, I had a restraining order on Preston, and he had entered my house. And I didn't know he was in my house and the door was open. When

Page 201

I was changing in my bedroom out of my clothes, I walked out to the front because the police were -- my door was open and the police were standing out front. And I heard somebody in my bedroom.

So I walked out there covering my chest, like freaked out, who is at my house and why, like what is going on. And I walked out and I, and I realized it was the cops. And I'm like, how, what are you doing in my house, and they said, well the door was open. And I said, excuse me, and I like put my clothes on.

Q. When did this happen? What year was this?

A. I don't remember what year it was.

Q. Why were the police at your house?

A. Because Preston, we had got, we were in a cab -- or, I had gotten a cab ride back to my house, and Preston was supposed to get a ride back to his house because he lives in La Manche staying like right around the corner from me.

And instead of getting -- well, I didn't know that he didn't pay for the cab, I guess, like, down the street. They had dropped me off first, and I guess down the street -- whenever they were going to drop him off, he like jumped out of the cab, and I -- they knew where -- they dropped me off at my

Page 202

house, so the cab driver came back to my house, and I was already at my house in my, my room changing. And I guess I must have left the door open and Preston must have came into my, my house. And the cops, I don't even -- I don't know. I don't even know.

Q. Wait a minute. You were in a cab with Preston Vinyard?

A. Yeah.

Q. Did you say you got a restraining order against him?

A. Yeah.

Q. Why would -- well, what did you get a restraining order against him for?

A. Because he, because he was abusive.

Q. And what year of high school were you in when you got the restraining order against the first love of your life, Mr. Vinyard, who you now say is abusive to you?

MR. MERMELSTEIN: Objection to form.

THE WITNESS: I think it was my junior or senior year.

BY MR. LUTTIER:

Q. That's while you were going to see Mr. Epstein, right?

Page 203

A. That's why I was going to see him?

Q. That's while you were going to see Mr. Epstein.

A. Yeah.

Q. Mr. Epstein was never abusive towards you, was he?

A. No.

Q. Okay. So, tell me more about why you got a restraining order against Mr. Vinyard. What occurred that made you get that restraining order?

A. Because we were broken up, and I would try to go leave my house and he would be waiting for me at my, like, house. Like, I would go try to leave to go somewhere, and like he would be in another vehicle with his friend, like wait -- like not letting me like go somewhere where I want -- like, letting me go somewhere where I would want to go, but I mean, like pretty much stalking me.

Q. Did it scare you?

A. No. Well, at the time, yeah. I would just call his boss and his boss would come pick him up. It happened one time.

Q. Did you fear it?

A. Did I fear it at the time? Yeah.

Q. Did you tell the court you were in fear of

Page 204

your life?

A. Yes.

Q. And it was true when you told the court that?

A. Yeah.

Q. Jeffrey Epstein never put you in fear of your life, did he?

A. No.

Q. Now, you say this happened one time that Mr. Vinyard was, you say, stalking you?

A. Yeah, I think, I'm pretty sure, yeah.

Q. What else? Did Mr. Vinyard do anything else to you that caused you fear?

A. We -- it was a, an unhealthy relationship. We got in a lot of arguments, but I don't remember every single one.

Q. And do you remember my question?

A. Sorry. Say it one more time.

Q. Did Mr. Vinyard do anything else that caused you any fear?

A. When we argued, yeah.

Q. Well, what did he do?

A. Nothing. He was a big guy, real muscular. He's big. When someone is arguing in your face, it kind of throws you. I mean, you get scared, just

Page 205

arguing.

Q. Just arguing?

A. Yeah, arguing.

Q. Was he nice to you?

A. Yeah, when he wasn't drinking.

Q. Did he call you any names?

A. Yeah.

Q. What did he call you?

A. Probably every name in the book you can think of.

Q. Did he ever hurt you physically?

A. Bit my finger.

Q. Anything else?

A. Probably grabbed me to move me. Like, grabbed me.

Q. Did he ever choke you?

A. Yeah, I think there was an incident where he choked me.

Q. Did he ever throw you against a wall?

A. Yeah.

Q. Did he ever grab you by your shoulders and throw you down in your front yard?

A. Yeah.

Q. Did Mr. Epstein do anything like that, ever?

Page 206

A. No. A lot worse.

Q. Now, this is what, you're a what, 16-year-old girl when Mr. Vinyard's doing this to you?

A. When I dated him through high school?

Q. Yeah, when he is doing this, when he's throwing you up against the wall.

A. Junior -- yeah, junior year and senior year, yeah.

Q. I mean, that scared you, didn't it?

A. Yeah.

Q. It was traumatic to you, wasn't it?

MR. MERMELSTEIN: Objection to form, argumentative.

BY MR. LUTTIER:

Q. It was traumatic to you, was it not?

A. At the time, yeah.

Q. You didn't have -- were all your friends off getting restraining orders against boyfriends that were six, seven years older than them?

A. No.

Q. And did you have some other traumatic things that happened to you in your lifetime?

MR. MERMELSTEIN: Objection to form. Calls for a legal conclusion.

Page 207

THE WITNESS: At the time, yeah. I have had a few friends die.

BY MR. LUTTIER:

Q. A few friends?

A. Yeah, well. One friend die, yeah.

Q. Who died?

A. My good friend, or a friend of mine, Chris.

Q. What happened to him?

A. Got into a DUI accident.

Q. And when did that happen?

A. When did that happen? It might have happened my freshman year or sophomore -- freshman year in -- in high school.

Q. That was before you met Mr. Epstein, right?

A. Yeah.

Q. How well did you know this fellow Chris?

A. I met him my freshman year in high school, and I think he died when -- my freshman year. I probably knew him for -- I don't know how long. I don't remember how long I knew him, but maybe a couple of months.

Q. Did you date him?

A. Boyfriend-girlfriend, no, but I'd go out

Page 208

on a -- I went on a date with him once.

Q. For two or three months didn't you date him?

A. No. I went on a date with him.

Q. Did you ever tell anybody ever, at any time from the day you were born until now that you dated him for several months?

A. No, he was never my boyfriend.

MR. MERMELSTEIN: Objection.

BY MR. LUTTIER:

Q. Did you hear my question? Did you ever tell anyone, from the time you were born --

A. Yeah, I dated him.

Q. Wait a minute -- from the time you were born until now that you dated him for several months?

MR. MERMELSTEIN: Objection to form.

THE WITNESS: No. I dated -- I went on a date with him.

BY MR. LUTTIER:

Q. Listen carefully to my question.

A. No.

Q. Is your answer to my question no, you never told anybody that you dated him for several months?

Page 209

A. I mean, I don't know. I don't think so. I don't know. I mean, maybe, yeah.

Q. Well, which is it?

A. I don't know.

Q. You don't know?

A. I don't know.

Q. You don't think so? You don't know?

A. I don't know.

Q. So, anyway, this, this young man got killed, you say, in some kind of accident?

A. Yeah, he got into a -- yeah, a DUI accident.

Q. And who was driving that car?

A. Preston's brother, Brad.

Q. Preston Vinyard, is that your first love's brother?

A. Yes.

Q. Okay. And that kind of took you -- you took that kind of hard, your, your friend Chris being killed, didn't you?

MR. MERMELSTEIN: Objection to form.

THE WITNESS: Yeah, I mean, that was a friend of mine, yeah.

BY MR. LUTTIER:

Q. Okay. And did you lose another friend

Page 210

somewhere along the way?

A. Yeah, I had another friend die.

Q. Who was that?

A. Jennifer. I don't even remember her last name, though. So that's bad.

Q. When did she die?

A. I don't even -- I don't -- I don't know.

Q. Well, it was after the point in time that you got into the accident --

A. It was afterwards.

Q. -- with Mr. Vinyard driving the car drunk, wasn't it?

A. Yeah.

Q. So, let's talk about that for a while. You got into a car with Mr. Vinyard one time, your first love of your life, when he was drunk, right?

A. Uh-huh.

Q. And he was driving down a road at an excessive rate of speed, was he not?

A. Yes.

Q. And I think it was what, 65 miles an hour?

A. It was fast.

Q. And were you drunk too?

A. Yes.

Q. Okay. And you were how old?

Page 211

A. I don't remember.

Q. Well, you were 17 or less, weren't you?

A. I don't know. I don't remember.

Q. Well, you know -- you know, you were -- that it happened during your, what, sophomore year in high school?

A. I don't know when it happened. I don't remember when it happened.

Q. You can't -- you are telling us you don't remember what year it happened?

A. No, I don't.

Q. Well, when did you stop dating Preston?

A. I remember it was around Christmas time, but I don't remember what year it was.

Q. Okay. And when did you stop dating Preston?

A. Me and him were on and off for years, so.

Q. Okay.

A. There was plenty of times when we weren't dating and plenty of times when we were on.

Q. In any event, you were, as we say, underage. You were under 21 years of age on this occasion.

A. Yes.

Q. And by the way, did you have a fake ID?

19 (Pages 208 to 211)

Page 212

A. At that time, no.

Q. When did you first get your first fake ID?

A. My senior year or I don't even remember.

Q. Well, which is it? You don't remember or your senior year?

A. I don't remember. I was going to try to guess, but I don't remember.

Q. As a matter of fact, your sophomore year in high school you had a fake ID, didn't you?

A. I don't know. Did I?

Q. Well, I am asking you, ma'am.

A. No, I don't know.

Q. How did you get the fake ID?

A. I don't know what you are talking about, so are you asking me?

Q. I am talking about a fake ID.

A. I don't know. My fake -- or Lauren gave it to me.

Q. Lauren gave it to you. And how did she get it for you?

A. She was 18. She was -- it was for an ID for being, to be 18.

Q. And, and how did she get it for you?

A. It was her, it was her picture.

Q. And you -- and you were -- with your name

Page 213

on it?

A. No, with her. It's a picture of her, Lauren Murphy.

Q. My question was, did you ever have a fake ID, that is an ID that identified it as being you but the wrong birth date?

A. No.

Q. And you were drinking before you were 21, were you not?

A. Yeah.

Q. And do you recall when you first started drinking?

A. No. I don't remember the first time I started drinking but -- no, I don't.

Q. Was it before you were 16?

A. Maybe, yeah.

Q. And how many times were you drunk with old Preston?

A. I don't even know that answer. I don't know.

Q. Well, Preston testified yesterday that you were drunk about twice a week with him. Would you agree with that estimate from him?

MR. MERMELSTEIN: Objection to form.

THE WITNESS: Yeah, probably.

Page 214

BY MR. LUTTIER:

Q. Okay. And that went on for how long a period?

A. I don't know.

Q. I'm going to ask you, I think I asked you this --

A. I don't even know how that was twice a week, because I was playing soccer Tuesday, Wednesday, Thursday. Friday I'd be gone traveling, on the weekends I would be gone playing soccer games. So the only night I had off was Monday. And I wouldn't even like, I never missed school. So I don't see how it would be twice a week.

Q. Well, that was while the soccer season was going on, right?

A. Yeah, I think, whenever I had free time or whatever, since I was playing soccer and was always busy, whenever I had a day off I would go hang out with my friends.

Q. Now, I want to go back and ask a question that I asked you about earlier now that we're talking about Mr. Vinyard.

A. Yeah.

Q. I want to ask you again, did you ever do any drug with Mr. Vinyard that you didn't have any

Page 215

prescription for?

A. Yeah.

Q. What drugs?

A. Coke.

Q. Now, can you tell me why earlier in this deposition when I asked you if you had done any illegal drugs, you told me no?

A. Because I don't do drugs now. I didn't know -- when you asked me the question, I didn't think it was have you ever done. It was, like, do you do drugs. No, I don't.

Q. And my question to you was whether you had ever done any drugs, and you said no.

A. Sorry. I didn't understand your question, then.

Q. Any other questions you didn't understand this morning?

MR. MERMELSTEIN: Objection, to form, argumentative.

THE WITNESS: No.

BY MR. LUTTIER:

Q. Do you know of any testimony that you have given thus far in this deposition that is inaccurate that you now need to correct?

A. No.

20 (Pages 212 to 215)

Page 216

MR. MERMELSTEIN: Objection to form.

MR. LUTTIER: And you're sure?

MR. MERMELSTEIN: She doesn't have to make that determination now. She has the right to read the transcript and make it then.

BY MR. LUTTIER:

Q. I just want to make sure you understand there's no tricks.

A. Yeah.

Q. So if you said something you think you need to correct, I want to give you the opportunity to do it.

A. Okay. Thank you.

Q. So if there is anything --

MR. MERMELSTEIN: She will have that opportunity well after this, so --

BY MR. LUTTIER:

Q. If there is anything that you said that you either need to correct or supplement, just let me know. All right?

A. All right. Thank you.

Q. Okay. Now, any other drugs that you did with Preston besides cocaine?

A. No.

Q. How about any drugs you have done with

Page 217

anybody else besides Preston other than cocaine.

A. I, I have smoked pot before, but I don't smoke -- I've just tried pot.

Q. Any pills that you have taken before that you didn't have a prescription for?

A. Yeah, I have tried Ecstasy.

Q. Okay. And tell us when you took the Ecstasy?

A. What do you mean, tell you what?

Q. When was the first time you took Ecstasy?

A. I don't know. I don't know.

Q. Well, what year in high school were you when you first started taking Ecstasy?

A. I don't know.

Q. Was it your junior year?

A. I don't know.

Q. Was it your sophomore year?

A. I don't know.

Q. For what period of time did you take Ecstasy?

A. I didn't. It's not like I took it every day. It's not like I took it every day. On occasion I tried it.

Q. How many times did you take it? More than once, didn't you?

Page 218

A. You know, like two, two or three times I tried it in my life.

Q. Where did you get it?

A. I don't even -- I don't know, because I have only been able -- whenever -- wait, when -- I don't know.

Q. You just know you got it, but you don't remember when?

A. With friends. Yeah, when I was hanging out with friends that did it.

Q. Did you ever do any drugs with Lauren Murphy?

A. I am trying to think.

Q. I am going let you think about that while I go take a break and go to the restroom.

A. All right.

MR. MERMELSTEIN: Why don't we take five minutes.

THE VIDEOGRAPHER: Off the record at 2:58.

(A brief recess was held.)

THE VIDEOGRAPHER: We're back on the record at 3:10.

MR. LUTTIER: Okay. Would you read the last question back?

(The requested portion of the record was

Page 219

read by the reporter.)

THE WITNESS: I don't remember. I am sure. I'm not sure what specifically doing drugs, but she's my friend. I hung out with her a lot.

BY MR. LUTTIER:

Q. Well, you did Xanax with her, didn't you?

A. Xanax?

Q. Xanax.

A. Not that I remember.

Q. And you did Ecstasy with her, right?

A. No, not that I remember. I mean, I've done it. I've done Ecstasy before, I don't -- maybe it was with her.

Q. And you've done cocaine with her, haven't you?

A. Yeah. I know I've done cocaine with her, but I don't think I've done Xanax with her or Ecstasy. Maybe, I don't -- I mean --

Q. When was the first time you did cocaine with Lauren?

A. I don't remember.

Q. Well, what year in high school were you?

A. I don't even know if I -- I don't even know if I was in high school whenever I did it.

21 (Pages 216 to 219)

Page 220

Q. Before you were in high school?

A. No.

MR. MERMELSTEIN: Objection.

THE WITNESS: I said I don't think -- I don't, I don't know.

BY MR. LUTTIER:

Q. All right. Do pot with Lauren Murphy?

A. No, I don't smoke, no.

Q. Other than with Lauren Murphy, you did Ecstasy, correct?

MR. MERMELSTEIN: Objection, asked and answered. You can answer.

BY MR. LUTTIER:

Q. When was the last time you did Ecstasy?

A. Probably like when I graduated high school or high school.

Q. And were you doing Ecstasy throughout the time period that you were in high school?

A. No, I have done, no, I've done it like two or three times.

Q. Okay. And was that before or after you first met Mr. Epstein?

A. That was -- I don't remember whenever, I don't remember when I did it. I don't know.

Q. So, you don't know if you did it before

Page 221

you met Mr. Epstein?

A. No, I don't remember.

Q. You had smoked pot before you met Mr. Epstein, had you not?

A. Yeah.

Q. You had used cocaine before you met Mr. Epstein, had you not?

A. No, I don't think so. I don't remember.

Q. And how about Xanax, did you do that before you met Mr. Epstein?

A. No.

Q. Mr. Epstein never gave you any drugs, correct?

A. No.

Q. Did you ever have any discussions with him about drug use?

A. No.

Q. Did you ever have discussions with him about alcohol use?

A. No.

Q. As a matter of fact, Mr. Epstein told you he doesn't drink any alcohol, didn't he?

A. Did he? I don't remember.

Q. Did you tell others including but not limited to the police that Mr. Epstein told you he

Page 222

didn't use alcohol?

A. Yeah, maybe he told me he didn't do -- drink or do drugs, yeah.

Q. He did tell you those things?

MR. MERMELSTEIN: Don't speculate. If you know.

THE WITNESS: Yeah.

BY MR. LUTTIER:

Q. Okay. Now, did you tell your -- the first love of your life, Mr. Vinyard, about going to Mr. Epstein's?

A. Did I tell him about it?

Q. Yeah, he was aware that you were going to Mr. Epstein's, was he not?

MR. MERMELSTEIN: Objection.

THE WITNESS: Was he aware?

BY MR. LUTTIER:

Q. Yes.

A. I don't know.

Q. Well, didn't you tell him about it?

A. It was all in the papers.

Q. No. At the time that you were going to Mr. Epstein's --

A. No, I didn't.

Q. -- you were supposedly dating Mr. Vinyard,

Page 223

right?

A. On and off, yes.

Q. All right. Did, did Mr. Vinyard know that you were going to see Mr. Epstein?

A. No.

Q. Did you tell him that you were going to see Mr. Epstein?

A. No.

Q. Did you intentionally not tell him that you were going to see Mr. Epstein?

MR. MERMELSTEIN: Objection to form.

THE WITNESS: No.

BY MR. LUTTIER:

Q. Why didn't you tell him you were going to see Mr. Epstein?

A. When we weren't together I would go.

Q. Say what?

A. I didn't tell him.

Q. Did you say when you weren't together you would go to Mr. Epstein?

A. I would go, like, I don't know. I just -- ask the question again. If what?

Q. Why didn't you tell --

A. Previous to that.

Q. Why didn't you tell Preston that you were

Page 224

going to Mr. Epstein?
    A.  I didn't because he would probably freak out.
    Q.  While you and Preston Vinyard were together, you didn't go to Mr. Epstein, did you?
    A.  No, I did.
    Q.  Now, do you recall in high school there being any incident of you being in a videotape that was circulated around the high school?
    A.  A videotape?
    Q.  Uh-huh.
    A.  No.
    Q.  Do you recall there being something on the Internet involving you when you were in high school?
    A.  Picture.
    Q.  And that was a picture of whom?
    A.  Me and my friend Tammy.
    Q.  And what was that picture depicting?
    A.  I think a picture of me in my underwear and bra.  I don't remember.
    Q.  And what was Tammy in?
    A.  Her underwear.
    Q.  Okay.  And --
    A.  I don't even remember.
    Q.  Her underwear or her underwear and bra?

Page 225

    A.  Her underwear -- I don't remember.  I don't remember what the exact picture was.
    Q.  But you remember the incident though, don't you?
    A.  Yeah, I remember the incident.
    Q.  And what year in high school were you?
    A.  A freshman.
    Q.  Okay.  And -- and what was the result of that picture appearing on the Internet?
    A.  It was embarrassing.
    Q.  Embarrassing to you?
    A.  Yeah.
    Q.  Was everybody in the school talking about it?
    A.  For like two days, and then something else happened in high school.  It was over, dropped.
    Q.  Were, were people accusing you of being a lesbian?
    A.  I don't, I don't -- I don't know.
    Q.  You mean, nobody, nobody -- to your knowledge, nobody accused you of being a lesbian?
    A.  No.
    Q.  And when you say it was embarrassing to you, what do you mean?
    A.  Well, it was embarrassing.  I don't even

Page 226

know how the person got the picture.  I mean, it was just -- I mean, everybody seeing you in your bra and underwear, it was like abase now, but at the time it was something just like, wow, I don't --
    Q.  You, you appeared in videos before, haven't you?
    A.  In videos?
    Q.  Yeah, videos.
    A.  What kind of videos?
    Q.  Videos of sexual performances.
    A.  I have made a homemade video before.
    Q.  You made one?
    A.  Yes.
    Q.  And did you ever make a homemade video with Mr. Epstein?
    A.  No.
    Q.  Okay.  When did you make this homemade video?
    A.  I don't remember.
    Q.  Well, how old were you?
    A.  I don't remember.
    Q.  Well, you remember the video, right?
    A.  Yeah.
    Q.  And, and I assume making a homemade -- what did this homemade video depict?

Page 227

    A.  Me and my boyfriend --
    Q.  At the beach or --
    A.  -- making out together.
    Q.  -- having sex?
    A.  Yeah.
    Q.  Having sexual intercourse?
    A.  Yeah.
    Q.  Okay.  So that would be -- I would assume that would be an event you remember?
    A.  Yeah, but I don't remember whenever I made the -- when I took the video.
    Q.  And do you remember if you made it before you went to see Mr. Epstein?
    A.  I made it while I was going there.
    Q.  Okay.  Mr. Epstein didn't ask you to make the video, did he?
    A.  No.
    Q.  Okay.  So, what, this would make you 16 years old?
    A.  I don't remember how old I was.
    Q.  Was it before your third visit to Mr. Epstein?
    A.  I don't remember.
    Q.  When did you show it to Mr. Epstein?
    A.  Part of my senior -- I don't even

Page 228

remember. I mean, I don't even -- I don't know.

Q. You, you remember when you showed it, don't you?

A. No, I don't.

MR. MERMELSTEIN: Objection.

BY MR. LUTTIER:

Q. Was it your second visit to Mr. Epstein?

A. No, I don't remember.

Q. But it could have been?

A. Maybe. I don't know. I don't -- why would it be -- no, it definitely wasn't my second visit, because my second visit I wouldn't even -- I didn't even take any clothes off, so why would I bring a video?

Q. I was actually going to ask you that question myself, ma'am.

A. No.

Q. You're the only one that can answer that.

A. So, it wasn't my second visit.

Q. Why would you take a video --

A. It wasn't that --

Q. Wait, let me finish.

A. Yeah.

Q. -- of you having sex with another person to show Mr. Epstein?

Page 229

A. Because after I had gone there several times, Mr. Epstein was a very like sexual, like, like, funny person. And he would always like, like, like talk about like, like, for example, like, oh, go ask Nadia what's her favorite toy or tell me about like these sexual classes and like tell me about how to give a guy head, or like, he would -- he was always talking sex -- like talking sexual things with me.

So I, I brought it. I had mentioned to him about the video, and I brought it in. I think he asked me to bring it in, or maybe I asked him, do you want me to bring it in, and he said yes, or if I brought it in, I don't remember, but that's why I brought it in, because we would always joke around, like, sexual -- like he would joke around with me like sexual, like, things about like, like, I don't know, just thought it was funny.

Q. So it was joking around with Mr. Epstein?

A. Yeah.

Q. And you were perfectly comfortable doing that, right?

A. Yeah, at the time, yeah.

Q. You weren't embarrassed by any of it, right?

Page 230

MR. MERMELSTEIN: Objection.

BY MR. LUTTIER:

Q. Correct? You weren't embarrassed by any of it, correct?

A. Yeah.

Q. You weren't traumatized by it, correct?

A. Traumatized now, yeah.

MR. MERMELSTEIN: Objection to form.

BY MR. LUTTIER:

Q. At the time you weren't traumatized, were you?

A. No.

Q. You only got traumatized after you filed this lawsuit, right?

MR. MERMELSTEIN: Objection to form.

BY MR. LUTTIER:

Q. Right?

MR. MERMELSTEIN: Argumentative.

BY MR. LUTTIER:

Q. Right?

A. Traumatized afterwards?

Q. Yeah.

A. About the situation he put me in? Yeah.

Q. Yeah, after you filed the lawsuit?

MR. MERMELSTEIN: Objection to form.

Page 231

THE WITNESS: No.

BY MR. LUTTIER:

Q. You never went --

A. It wasn't after I filed the lawsuit.

Q. By the way, before you filed this lawsuit, did you ever seek any kind of psychological help as a result of having gone to Mr. Epstein?

A. I was having problems that, when I was younger, yeah, I went and saw two psychiatrists.

Q. No, I said, did it -- did you go see those psychiatrists before you went to Mr. Epstein?

A. Before I went to Epstein?

Q. Yeah.

A. No, after.

Q. Are you sure?

A. I don't remember. I don't -- I don't remember what exact dates. I know I went and saw two psychiatrists, but I don't remember the exact date whenever I went there.

Q. Well, you went to see two psychiatrists about the problems you were having with your parents, didn't you?

A. No. Well, me and my parents were arguing a lot, but that's because I didn't -- my boyfriend, and plus, I was being supported by another --

24 (Pages 228 to 231)

Page 232

another man -- another father-like person that was sitting there paying me money. So I didn't, you know, my parents and me were arguing about my boyfriend. I kind of like, you know, my parents were just -- I don't know, we weren't getting along and my parents just -- yeah.

Q. I can't even make out what your answer to the question was, ma'am.

A. Sorry. I am confused. I don't know like what --

Q. This is a simple question.

MR. MERMELSTEIN: Why, why don't you ask the question again.

BY MR. LUTTIER:

Q. You went to -- the psychiatrists that you went to, you went to them before you ever went to Mr. Epstein, didn't you?

A. I don't remember when I went.

Q. And you went to see two people, and you went to see them about problems that you had with your parents, did you not?

A. Yeah, I went.

Q. Didn't say a single thing about Epstein at the time because you hadn't even met him, had you?

A. I think I had met him then.

Page 233

MR. LUTTIER: Let me see show you your interrogatories.

Let's mark this as Exhibit 2. These are just the Answers to Interrogatories, that she --

MR. MERMELSTEIN: I understood.

(Defendant's Exhibit No. 2 was marked for identification.)

BY MR. LUTTIER:

Q. All right. I've handed you, ma'am, what is marked as Exhibit 2, your Answers to Defendant's First Interrogatories. And the first question I want to ask you is if you turn to the third-to-the-last page, which would be -- contains Interrogatory 25 on it.

A. Uh-huh.

Q. Is that your signature?

A. Yeah.

Q. All right. And you see what that verification clause says above there?

A. What?

Q. Can you read that, what it says?

MR. MERMELSTEIN: No, no, no. He's talking about this.

THE WITNESS: Oh, oh. Wait, what am I

Page 234

supposed to do, just read?

MR. MERMELSTEIN: Do you want her to read it or, to herself or do you want her to read it out loud?

BY MR. LUTTIER:

Q. I mean, you can read it to yourself. You swore that these answers were correct, right?

A. Yeah.

Q. Okay. So, these are your statements under oath, and they're all true, right?

A. Yeah.

Q. Okay. Let's look at Page 7, Interrogatory No. 11. And in Answer to Interrogatory 11 you list three psychiatrists.

A. Uh-huh.

Q. Ingram & Associates Counseling & Consulting, a Dr. Lisa Niebling and a Dr. Gilbert Kliman. Now, when you referred -- referenced earlier that you had been to two psychiatrists, were you referring to Ingram & Associates and Dr. Lisa Niebling?

A. Yeah.

Q. And it says in these answers to interrogatories that you went to Ingram & Associates one time in 2003. Do you see that?

Page 235

A. Yes, that's when I was trying to figure out a good psychiatrist to go and talk to where I was going to be comfortable.

Q. And, and was your first visit to Ingram & Associates, in fact, before you went to see Mr. Epstein?

A. I don't know. I don't remember when I went.

Q. And did you discuss with anyone at Ingram & Associates when you went there one time anything at all about Mr. Epstein?

A. I don't remember. I don't think so. I don't know.

Q. In fact you talked to them about the conflict you were having with your parents, didn't you?

A. I don't remember.

Q. And then Lisa Niebling, it says here that you went to two to three sessions with her in 2003. Do you see that?

A. Where?

Q. Number 2.

A. Uh-huh.

Q. And, in fact, did you go to her before you had gone to see Mr. Epstein?

Page 236

A. I don't remember when I went to her.

Q. You didn't say a single thing to her about Mr. Epstein, did you?

A. No, I don't remember.

Q. You were there to see her about the conflict you were having with your parents, weren't you?

A. I don't remember.

Q. And the reason you went to these people is because you and your parents were having problems; isn't that right?

A. I don't remember.

Q. Now, although you don't remember any of these answers now, have you told anyone else at any time in your life that the reason you went to Ingram & Associates and Dr. Lisa Niebling was because of conflict you had with your parents?

MR. MERMELSTEIN: Objection to form.

THE WITNESS: No, I don't think I told anybody that I went there.

BY MR. LUTTIER:

Q. Are you sure about that?

A. Like friends, family. I don't know.

Q By the way-

A I don't remember.

Page 237

Q. Who's this Dr. Kliman?

A. Who is that?

Q. Yeah, who is that?

MR. MERMELSTEIN: It's Plaintiff's expert.

BY MR. LUTTIER:

Q Dr. Kliman, how did you meet Dr. Kliman?

MR. MERMELSTEIN: As, as Plaintiff's forensic expert.

MR. CRITTON: Whoa, whoa, whoa. No, no, no. Have you ever heard of form?

MR. LUTTIER: Just wait. Let her answer.

MR. MERMELSTEIN: Okay.

MR. CRITTON: Give me a break.

BY MR. LUTTIER:

Q. How did you meet Dr. Kliman?

A. How did I meet him?

Q. Yeah, how did you meet him?

MR. MERMELSTEIN: I have never heard this question asked about an expert retained for purposes of litigation. You can answer the question, but --

BY MR. LUTTIER:

Q. How did you meet --

A. Through my lawyers.

Q. Well, had you ever heard of him before

Page 238

your lawyer gave you his name?

A. No.

Q. And when you say through your lawyers, who are you referring to?

A. Stuart.

Q. Okay. And, and were you told to go see Dr. Kliman?

A. I was looking for a psychiatrist at the time, and I had to schedule an appointment with Dr. Kliman, yes.

Q. Well, Dr. Kliman lives in San Francisco.

A. Uh-huh.

Q. You're not telling us that you looked him up yourself, are you?

A. No.

Q. Okay. So, when you say you were looking for a psychiatrist, how long had you been looking for a psychiatrist?

A. For a while.

Q. Well, let's see, you went to see Dr. Kliman in what year? 2009 --

A. 2009.

Q. -- is that right?

A. I don't know what the exact dates are. Yes, maybe.

Page 239

Q. It was after you filed this lawsuit, right?

A. Yeah.

Q. So, from 2003, which would have been the last session with either Niebling or Ingram & Associates, until 2009 is six years.

A. Uh-huh.

Q. And you couldn't find a psychiatrist in six years?

A. I wasn't looking for one.

Q. As a matter of fact, your lawyer --

A. Whenever --

Q. Go ahead.

A. I wasn't looking for one my freshman -- or what was it, my sophomore, junior or senior year in high school. I wasn't looking for one until probably my freshman year in college.

Q. Are you sure you were looking for a psychiatrist in your freshman year at college?

A. Yes. I was going to go to the one in Boca. I made appointments to go. I just never ended up showing up.

Q. Did you represent in any of your health forms at Lynn University that you had no psychological or psychiatric --

(561) 832-7500   PROSE COURT REPORTING AGENCY, INC.   (561) 832-7506

Page 240

A.  No.

Q.  -- problem whatever?

A.  At Lynn University?  No.

Q.  At Lynn University, that's right.

A.  No.

MR. MERMELSTEIN:  No to what?

BY MR. LUTTIER:

Q.  You never made that representation?

A.  You mean, going to -- going to Lynn -- like getting help at Lynn University?  Is that what you mean?

MR. MERMELSTEIN:  Can you ask the question again, because I don't -- I'm not -- I wasn't clear what she was answering no to.  Can you ask the question again?

MR. LUTTIER:  Read that back.

MR. MERMELSTEIN:  Take your time, by the way.  Just make sure --

(The requested portion of the record was read by the reporter.)

THE WITNESS:  So, had Lynn University ever helped me psychologically?

MR. LUTTIER:  No.

MR. MERMELSTEIN:  No, no.  Listen to the question again, I'm sorry.  I'm sorry.  Take

Page 241

your time.  Listen to the question.

(The requested portion of the record was read by the reporter.)

THE WITNESS:  Well, what do you, what do you mean?

BY MR. LUTTIER:

Q.  Well, like when you go to school, they make you fill out some health questionnaires a lot of times.  Did you ever fill out any questionnaires at Lynn and represent you had no psychological problems at all?

A.  Yeah.

Q.  Okay.  Those were true statements when you made them, right?

A.  Yeah.

Q.  You wouldn't lie to people that were giving you health information, would you?

MR. MERMELSTEIN:  Objection, argumentative.  You can answer.

THE WITNESS:  No.

BY MR. LUTTIER:

Q.  Right?

A.  Well, I, no.

Q.  Okay.  So that was your freshman year at Lynn, right?

Page 242

A.  Yeah.

Q.  So, we know at least as of the time you were a freshman at Lynn, you had represented to other third parties that you had no psychological or psychiatric problem, right?

A.  Uh-huh.

Q.  So you weren't looking --

A.  Yes.

Q.  So you weren't looking for a psychiatrist then, were you?

MR. MERMELSTEIN:  Objection, form.

THE WITNESS:  No.

BY MR. LUTTIER:

Q.  So, you only began to look for a psychiatrist after you filed this lawsuit; isn't that right?

A.  Yeah.

Q.  And you only did that because your lawyers told you to do it, right?

A.  No, it wasn't just because of that.  I was looking for one, but why would I tell my school that?  Why would I tell my school or anybody -- like anybody?  That's something personal, you don't want anybody to know anything about that, do you know what I mean?

Page 243

Q.  How about the truth, how about you want to be truthful when they give you a health form and ask you if you have any problems?

MR. MERMELSTEIN:  Objection, argumentative.

MR. LUTTIER:  That would be --

MR. MERMELSTEIN:  We don't have the health form in front of us.

MR. LUTTIER:  That would be --

MR. MERMELSTEIN:  If you want to show it to us, that would be helpful.

BY MR. LUTTIER:

Q.  If, if they gave you a health form and ask you if have any health problems, you'd want to be truthful in answering that, wouldn't you?

A.  Yeah, I go to a small private school.  Do you think I want somebody knowing that I have been sexually abused at my school, like a small amount, you think I want that getting around school?

Q.  So, what you're telling me --

A.  Why would I, why would I --

Q.  So, what you are telling me is you're not truthful in health forms when you fill them out.

MR. MERMELSTEIN:  Objection to form, argumentative.

27 (Pages 240 to 243)

Page 244

BY MR. LUTTIER:

Q. And, in fact, is that what you're telling me, you're not truthful in your health forms when you fill them out?

MR. MERMELSTEIN: Same objection.

THE WITNESS: Yeah, I'm truthful.

BY MR. LUTTIER:

Q. Well, that's not exactly right, is it? As a matter of fact, there's some things you haven't told anybody on your side of the case about your health background, aren't there?

THE WITNESS: What's that?

MR. MERMELSTEIN: Objection.

BY MR. LUTTIER:

Q. Let's talk about Dr. Kliman. You had a very intensive and exhaustive interview process with him, did you not?

A. Yeah.

Q. And you went to him after your lawyer told you to make an appointment with him, right?

A. Yeah.

Q. And he flew all the way from California, the other side of the country, to come here just to see you, right?

A. Yeah.

Page 245

Q. And you knew your other friends that have lawsuits against Jeffrey Epstein had gone to him too, didn't you?

A. Yeah.

Q. And they told you they'd been there and that you needed to do that as part of your lawsuit?

MR. MERMELSTEIN: Objection to form.

THE WITNESS: No, they didn't know.

BY MR. LUTTIER:

Q. And you talked to Jane Doe No. 7 about going to see a psychologist, didn't you, your friend Jane Doe No. 7?

A. Yes, I talked to Jane Doe No. 7 about it.

Q. Okay. And that would be Jane Doe No. 7, so we're sure who that is, that's Jane Doe No. 7, I'm going to make sure I pronounce her last name, Doe, right?

A. Yes.

Q. Well, tell me what Jane Doe No. 7 told you about the psychological exam.

A. Nothing. She just told me she was going there. She was flying from Orlando to go there. That's it.

Q. Yeah. And what else did she tell you about what she was supposed to do when she got

Page 246

there?

A. Nothing, she didn't tell me anything.

Q. And did she tell you who told her to go there?

A. No.

Q. She just one day out of the blue said, oh, by the way, I'm flying --

A. I'm assuming it was her lawyer. I don't know.

Q. She told you that, didn't she?

A. No, she didn't. I don't know who told her.

Q. Did she, she communicate with you at any time before or after her examination by the psychologist in this case as to what she had been instructed to do?

A. No.

Q. Did she talk to you after she went to the psychologist in this case?

A. Yes, I talked to her after.

Q. And that was before you went to the psychologist, right?

A. I don't know when she went. I know she went and I know she was going, but I don't know about her, about, anything about her psychologist.

Page 247

Q. Listen to my question. You talked to her after she went to her psychological examination in her lawsuit against Jeffrey Epstein, correct?

A. Yes.

Q. That discussion --

A. I talk to her every day.

Q. That discussion happened before you went to your psychological examination, didn't it?

A. I don't know when hers was.

Q. That's not my question.

A. I don't know.

Q. The discussion --

A. Then, I don't know.

Q. Listen to me.

A. I don't know when hers was, and I don't -- I know -- I don't even remember the exact day when mine was, so I don't know whenever hers -- if hers was before mine or if mine was before hers. I don't know when hers was.

Q. I want to make sure you answer my question. Okay? I don't want to get it gummed up with what you knew or don't know. You had a conversation with Jane Doe No. 7 about her examination with the psychologist in her lawsuit against Jeffrey Epstein before you went to see

Page 248

Dr. Kliman, did you not?

A. No. I don't -- I don't know.

MR. MERMELSTEIN: Objection, asked and answered.

BY MR. LUTTIER:

Q. You don't know or no; which is it?

MR. MERMELSTEIN: She just said it.

THE WITNESS: No, I don't know.

BY MR. LUTTIER:

Q. You don't know. So it may have happened?

A. Yeah.

Q. Okay. And Jane Doe No. 7 told you what occurred during her psychological exam, did she not?

A. Yeah.

Q. So you had that knowledge before you saw Dr. Kliman.

A. I don't know whenever -- I don't -- I don't even know whenever her thing was. It wasn't before I went. It was after both of us were done with everything.

Q. Well, done with everything, you guys are in the middle of lawsuits, aren't you?

A. Yeah, but we don't discuss it 24/7. It's not like that's our topic of our conversation every day.

Page 249

Q. Did you tell me you talk to her every day?

A. Pretty much every single day, not every day, but I -- I'm getting to a point where I'm good friends with her. I talk to her frequently, not every single day.

Q. And you and Jane Doe No. 7, both of you got lawsuits going again Mr. Epstein, right?

A. Yeah, yeah.

Q. Both of you are represented by the same lawyers?

A. Yeah.

Q. And did she tell you to go to the lawyer after she had already --

A. No, she didn't tell me anything.

Q. How did you find your lawyer in this case?

A. Because they contacted me.

Q. Oh, the law firm contacted you?

A. Yeah.

Q. And what did they say to you when they contacted you?

A. A lot of lawyers did at that time.

Q. Well, the law firm that's representing you now, when they contacted you, who was it that contacted you?

A. It was Jeffrey or Jeff.

Page 250

Q. Okay. And he is a lawyer at the law firm?

A. Yeah.

Q. And is that -- is that Mr. Herman?

A. Yes.

Q. Okay. And what did he say when he contacted you?

A. I don't remember.

Q. Well, did he ask you if you wanted to become a Plaintiff?

A. Yeah, I'm sure. I'm here. I'm sitting here now.

MR. MERMELSTEIN: Just --

THE WITNESS: I don't know if victims -- or if I'm a Plaintiff.

BY MR. LUTTIER:

Q. Yep.

MR. MERMELSTEIN: And to the extent that you decided to ask Mr. Herman about legal advise or to retain him as your lawyer, any conversations after that point are privileged, so you can't talk about what was said. All right?

THE WITNESS: Okay.

MR. MERMELSTEIN: So, so don't talk about anything, you know, once you've either decided

Page 251

to ask for legal advice or retain Mr. Herman. Okay?

THE WITNESS: All right.

BY MR. LUTTIER:

Q. So, but we're talking about before you retained him. You weren't looking for a lawyer initially, were you?

A. Yeah, I -- I was getting a lot, yeah, the FBI gave me a -- somebody, I mean, not gave me, I asked for somebody's number. And she said she can't tell me anything, that she can give me this lady's number to call because I didn't, I didn't know what to do at all. I called that lady. I didn't do anything about it.

He had called -- my lawyer -- or, my lawyer contacted me now, and I met with him and that was it.

Q. Let's go back to the FBI. Who gave you a number to call?

A. I don't remember who gave me the number. Somebody that I met with.

Q. The U.S. Attorney?

A. Who is the U.S. Attorney?

Q. The lady --

A. One of the ladies that I was speaking --

Page 252

Q. Mellafano (phonetic) or Velafano (phonetic) or Villafana or --

A. I don't know. One of the ladies that I was speaking to, I said, I need help. I said can you please give me anybody's number that can better assist me because she said, look, she said I can't tell you anything. She wouldn't give me any information.

Q. And you -- was it this -- the Assistant U.S. Attorney, Ms. Villfana?

A. I don't think -- I don't remember who it was.

Q. What name did they give you?

A. I don't even remember if they gave me a number. I don't even -- they gave me a number, and I called the lady and she said that she -- she could -- she wants to, like, help me the best she could, but I don't even remember.

Q. Was that a lawyer at the office at Bob Josefsberg?

A. I don't know.

Q. A lawyer in Miami?

A. No, I don't -- I don't know where their -- their office was at.

Q. Did they tell you that your name was on a

Page 253

list?

A. No, they didn't tell me anything.

Q. So, you called this person, this number they gave you. Was it a lawyer whose number they gave you?

A. I don't know who it was. She, I asked her if she could -- I was like, because I wanted to find out information because I wanted help. And she said, well, I can't really give you any information, she said, but you could call this person.

And I don't know who the person was. I don't know -- I don't know the number. I don't know if it was a lawyer. I don't know anything. And my lawyer contacted me and I met with my lawyer and that was it.

Q. Whoa, whoa, whoa. Let's backup. The, the -- someone from the U.S. Attorney's office originally gave you a number to call; is that right?

A. Uh-huh.

MR. MERMELSTEIN: Objection, asked and answered.

BY MR. LUTTIER:

Q. But you don't know their name?

A. No, I don't know their name.

Q. Okay. But you know they were from that

Page 254

office.

A. Yeah, from --

Q. Okay. Now --

A. I don't know, I don't know --

MR. MERMELSTEIN: No, let her finish the answer.

THE WITNESS: I don't know if it was from that office. I don't know what level of the degree they are in. There was people in a room. There was three people in the room, including myself. Or not including myself. Three people, four, four people in the room. I don't know which person, if she was a psychiatrist, and like if she was giving me, like -- I don't know what, what they were, like I don't know what their level of -- like, if they are State, like, what are you saying, like State attorney or something or I don't know what the law, legal term that you guys are trying to get to, but --

BY MR. LUTTIER:

Q. This was during your meeting with the FBI, right?

A. Well, when I went down to the court, yeah.

Q. This was your meeting with --

Page 255

A. When I called them and asked them --

Q. -- the FBI, correct?

A. Yeah.

Q. All right. So during your meeting with the FBI --

A. But there was two other people in that room.

Q. During your meeting with the FBI, there wasn't anybody there that wasn't associated with the FBI, was there?

A. I don't know.

Q. Well, did you ask?

A. No.

Q. Did you say who are all you people?

A. No, because they, they were there to help me.

Q. And one of these people give you a number and you call that number, right?

A. Yeah.

Q. Tell me what discussions you had --

A. It was --

Q. -- with whoever answered the phone at the other end of this number.

A. It was like a five -- she asked, I said, can you give me, like, information, can you help me,

Page 256

like, what's going to happen. And she said that sorry, she can't, like, do anything about it, and that was it. It was like a five-second conversation. I didn't even speak to her that long.

Q. Wait a minute. I want to make sure we're clear. When you keep saying she --

A. Or he. I don't know, sorry. That person, it.

Q. This is the person whose number was given to you by somebody at this FBI meeting, that's the person we're talking about, you called that number?

A. Yeah.

Q. And you don't remember if the person you talked to was a male or a female, right?

A. No.

Q. And you don't remember anything about what was said?

A. No.

Q. But it was a short conversation?

A. Yeah.

Q. And, and you didn't retain whoever it was you were talking to?

A. What do you mean retain?

Q. You didn't hire them to do anything for you?

Page 257

A. No.

Q. Okay. And, and that was the only conversation you had with this person, right?

A. Yeah.

Q. Did they give you another phone number to call?

A. No.

Q. Did they refer you to anybody?

A. No.

Q. Okay. So, after that point in time, you, did you do anything to go out and find a lawyer?

A. No. Literally the next day I met with Jeffrey Herman.

Q. Well, Jeffrey Herman. Now, how did -- how did Mr. Herman come into the picture? How did he get ahold of you?

A. I don't know.

MR. MERMELSTEIN: Objection, form.

BY MR. LUTTIER:

Q. Mr. Herman just called you out of the blue, so to speak?

A. I don't remember how -- I don't know if I, if he called me or if I got a letter. I don't remember.

Q. Well, you didn't contact him first, right?

Page 258

A. I might have gotten a letter and I might have contacted him.

Q. You --

A. I don't remember how we first, how we first made contact.

Q. Let's go through this slow. Okay? You did not contact Mr. Herman first, did you?

A. I don't remember. I don't know who contacted who.

Q. Do you know what I mean by contacting him?

A. Yes, if I called him up or if he called me up, like, I don't remember.

Q. Well, where did you get his number if you contacted him first?

A. In the mail maybe. I don't know.

Q. So, you got something from Mr. Herman advertising to be your lawyer?

MR. MERMELSTEIN: Objection.

THE WITNESS: I don't know. I don't know if I got something -- I don't know. I don't know if I got something in the mail, I don't know.

BY MR. LUTTIER:

Q. Well, if you didn't get something in the mail, how would you have known to call him?

Page 259

A. I don't know if I got something in the mail or not. I don't know -- I don't know how me and him first started talking.

Q. Well, how did you --

A. I don't remember.

Q. How did you know to contact Mr. Herman at all?

A. I don't know.

Q. The fact of the matter is, you were solicited by him --

A. No.

Q. -- were you not?

MR. MERMELSTEIN: Objection to form.

BY MR. LUTTIER:

Q. Mr. Herman, do you know if he's a lawyer in good standing in the Florida Bar?

A. Yeah. I mean, I've heard he's done some good stuff.

Q. Do you know if he's a lawyer in good standing in the Florida Bar --

A. What do you mean, good standing?

Q. -- or if he has been disbarred?

MR. MERMELSTEIN: He hasn't been disbarred. Objection to form.

Page 260

BY MR. LUTTIER:

Q. Do you know if he's a lawyer in good standing?

A. What do you mean?

Q. By that I mean is he's not suspended, he's not disbarred.

A. I know he's suspended.

Q. Okay. When did you find out he was a suspended lawyer?

A. I don't remember. A while ago.

Q. In the first conversation with him?

MR. MERMELSTEIN: Objection to form.

THE WITNESS: No.

BY MR. LUTTIER:

Q. In the second conversation with him?

A. I don't remember.

Q. Did you sign a contract with him?

A. Yeah.

Q. Okay. And did he come meet you?

MR. MERMELSTEIN: Objection, asked and answered.

THE WITNESS: Yeah.

BY MR. LUTTIER:

Q. Okay. So it wasn't until that happened that you had any idea of getting a lawyer and filing

Page 261

a lawsuit against Mr. Epstein, was there?

MR. MERMELSTEIN: Objection to form.

THE WITNESS: No, those were my intentions. That's why I called that number.

BY MR. LUTTIER:

Q. Now, at that time --

A. My intentions were, like, I had already called somebody because I wanted help. I didn't know what to do.

Q. Well, and that was what year?

A. That was before I met with Jeffrey, or Jeffrey Herman.

Q. Yeah. Well, what year is what my question was.

A. '05.

Q. '05?

A. '05-'06.

Q. '06?

A. '05-'06, like in between that time.

Q. Before or after you got interviewed by --

A. I don't know.

Q. We know it was after you got interviewed by the FBI, right?

A. Yeah. So, '05-'06, somewhere in that time frame. I don't know when.

Page 262

Q. And by then had you had any discussions with any of your friends like Jane Doe No. 7 about whether they had filed a lawsuit?

A. No.

Q. You had no discussions with her?

A. I'm sure -- I don't remember.

Q. Wasn't it Jane Doe No. 7 that told you who her lawyers were and put you in contact with your lawyers?

MR. MERMELSTEIN: Objection, form.

THE WITNESS: No, no, I don't remember.

BY MR. LUTTIER:

Q. Well, which is it, no or I don't remember?

A. No. I mean, there's -- no, I don't know. I don't know.

Q. Well, did you have --

A. It was such a long while ago, that -- that wasn't even something that I would even begin to like -- no, I don't know.

Q. You, you are giving me more than one answer. What's the answer to this question?

A. There was so much going on in that time frame.

MR. MERMELSTEIN: She didn't give you more than one answer. Objection.

Page 263

THE WITNESS: I don't know. There was so much going on in that, that whole situation, the only people that I had to talk to was my friend Jane Doe No. 7, so I don't know what we talked about. I'm sure, I don't know -- I don't know. I don't know what we talked about. I'm sure I talked to her. She was my best friend. She was going there, too.

BY MR. LUTTIER:

Q. Was she going there --

A. I don't think so. I don't think I talked to her about it. I don't remember what I talked to her about it. I'm sure, like, things were brought up. I don't remember, and I don't know.

Q. She was going to the lawyers that you eventually selected before you were going to them, wasn't she?

MR. MERMELSTEIN: Objection to form.

THE WITNESS: I don't know. I don't think I knew at that time, no.

BY MR. LUTTIER:

Q. Well, you know of somebody named Jane Doe No. 6?

A. Jane Doe No. 6?

Q. Yeah, do you know her?

Page 264

A. That name does not ring a bell.

Q. Do you know a Jane Doe No. 8?

A. No.

Q. Do you know an Jane Doe No. 5 or Jane Doe No. 5?

A. I am awful with names.

Q. Do you know an Jane Doe No. 5?

A. No.

Q. Do you know Jane Doe No. 5?

A. No.

Q. Do you know -- you know Jane Doe No. 3, right?

A. Yeah.

Q. Because we have talked about her. And you know that she's represented by the same lawyer as you are, right?

A. Uh-huh.

Q. Did you tell her -- you've got to say yes.

MR. MERMELSTEIN: The question is do you know that.

THE WITNESS: Do I know that? Yeah.

BY MR. LUTTIER:

Q And how do you know that?

A. Because I'm friends with her.

Q. Have you had discussions with her about

Page 265

it?

A. I just, no, I haven't. I just found out through -- I am friends with her. I haven't spoke to her in years. I just hung out with her a month ago and I found out.

Q. So, a month ago --

A. I found out.

Q. How did you find out? Did she tell you she was going to the same lawyer you were?

A. No, we -- I mean, speaking like a couple years later, I mean, this whole thing is something that nobody ever wants to experience, so having somebody else that's experienced the same thing that you have and being a friend, you sit there and talk to that person about it.

Q. Did you understand what my question was?

A. Yes. So, yeah, of course we've talked about it, yeah.

Q. Did she tell you she was represented by the same lawyer?

A. No, she didn't tell me.

Q. Did you tell her who you were represented by?

A. No.

Q. Well, how did it come up that the two of

Page 266

you were, that you found out that you --

A I don't --

Q -- were being represented by the same lawyer?

A. Well, I didn't know who she was being represented by. I don't know who she's being -- I know she was in a lawsuit for the whole situation that went down.

Q. Did you give her name to your lawyers for them to go consult with her?

A. No.

Q. Did you give the names of any of your friends to your lawyers to go consult with your friends?

A. No.

Q. Are you sure?

A. Is that like, oh, yeah, you need to go talk to this girl. No.

Q. That's exactly what I'm talking about.

A. No.

Q. Did you say here's some other friends of mine --

A No.

Q -- that went to Jeffrey Epstein, you ought to go seem them?

Page 267

A. No.

Q. Did anybody come to you and tell you that you ought to go see this particular lawyer that you selected, like any of your friends?

A. No.

Q. Do you know Jane Doe No. 2?

A. No.

Q. Never heard of her?

A. No.

Q. Okay. Okay. Back to Dr. Kliman. The appointment that you had with Dr. Kliman was all arranged through your lawyer, wasn't it?

A. Yeah.

Q. You didn't know Dr. Kliman from, as they would said, the man on the moon, did you?

A. No.

Q. And your lawyer's found him for you and told you that they had scheduled an appointment for you to go see him, right?

A. Yeah.

Q. Was the first time you knew anything about going to any kind of psychologist or psychiatrist, right?

MR. MERMELSTEIN: Objection, form.

THE WITNESS: What do you mean by that?

33 (Pages 264 to 267)

Page 268

BY MR. LUTTIER:

Q. The first time you had any appointment with anybody about Jeffrey Epstein, wasn't it?

A. Yeah.

Q. As a matter of fact, from the point in time that you first went to Jeffrey Epstein until the point in time that you walked in and saw Mr. Kliman for the first time, you'd never been to any psychologist or psychiatrist and discussed anything about Jeffrey Epstein, had you?

A. No.

Q. And had you ever sought any kind of medical care or attention, whether it was psychiatric, psychological, mental health counselor, or any other kind of medical care from the last time you saw Jeffrey Epstein until the day you walked in to see Dr. Kliman?

A. Had I seen --

Q. Any kind of medical care at all as a result of having gone to see Mr. Epstein?

A. Yeah, yeah.

Q. What medical care did you seek between the time you last saw Mr. Epstein and the first time you walked in and met Mr. Kliman?

A. My, my psychiatrist I am seeing now.

Page 269

Q. Who is that?

A. Rich Ruepto.

Q. Who?

A. Rich Ruepto.

Q. Rich. What's the last name?

A. I, I don't know how to spell it, but I'll pronounce it, Rich Ruepto --

Q. Well, how do you --

A. -- or Ricky Ruepto. Rick, call him Rick.

Q. Well, how do you spell -- what's your best spelling of his last name?

A. R-u-e-p-t-o.

Q. R-u-e --

A. P-t-o.

Q. And when did you first go to Rick Ruepto?

A. I don't know. Maybe July.

Q. Of what year?

A. Of '09.

Q. And that was -- was that after you had been to Dr. Kliman?

A. Uh-huh. Yes.

Q. Okay. And why did you suddenly decide to go to Rick Ruepto after you'd been to Dr. Kliman?

MR. MERMELSTEIN: Objection to form.

THE WITNESS: I was trying to make

Page 270

appointments before Dr. Kliman, but I was always busy with soccer and school that I was never able to see a psychiatrist while I was in school.

BY MR. LUTTIER:

Q. Well, where is --

A. So, whenever I was out of school, I then had the time to be able to, to make time to go see one.

Q. Okay. Well, let's, let's digest that statement. I want to make sure I understood it. The only reason you hadn't been to Dr. Ruepto before July of '09 was your soccer schedule was such that you couldn't see him; is that right?

A. Well, I didn't want anybody to know what had happened and had gone on with me, so I can't be like, oh, hey, coach, I'm sorry, can you -- I can't make it to the game, am I -- I have a psychiatrist appointment. No, I couldn't.

Q. Did you understand my question?

A. Yeah.

Q. I just need you to answer my question.

A. Okay.

MR. LUTTIER: Would you read the question back?

Page 271

THE WITNESS: Yeah, I didn't understand it.

(The requested portion of the record was read by the reporter.)

THE WITNESS: Yeah.

BY MR. LUTTIER:

Q. Okay. So you play soccer from when to when?

A. September, what is it, August to like October.

Q. You play during the summer?

A. For the summer league. I don't --

Q. Okay. You started in about August of '05 at Lynn --

A. No, I have summers off.

Q. You started in August of '05 at Lynn University, right?

A. Yes.

Q. Okay. You say you played soccer then for what period in '05 at Lynn?

A. For what?

Q. Did you -- were you playing in August?

A. August of -- August to October --

Q. Okay. So in October of '05, you were done --

34 (Pages 268 to 271)

Page 272

A. -- of '05 to November, and maybe, like, maybe a little bit in November.

Q. Okay. By November of '05, you were done with soccer for your first year at Lynn?

A. Yes.

Q. From December until -- school is out, what, in June?

A. Yeah.

Q. From December until June of '06, you weren't playing soccer, right?

A. Yeah.

Q. So, why didn't you make an appointment to see Dr. Ruepto sometime between December and June of '06?

A. Of going into my sophomore year?

Q. No. Of your freshman year, from December of '06 -- from January of '06 to June of '06, why didn't you make an appointment to go see Dr. Ruepto?

A. I don't know.

Q. Your schedule would have permitted it, right?

A. Wait. This is my sophomore year?

Q. No, your freshman year. You started in about August of '05, right?

A. Yeah.

Page 273

Q. You played soccer until November of '05?

A. Uh-huh.

Q. Right?

A. Yeah.

Q. Okay. So starting in January of '06 until June of '06, you could have gone to see Dr. Ruepto without any conflict --

A. I don't know.

Q. -- in your, your soccer schedule, right?

A. Yeah.

Q. So, why didn't you make an appointment to go see him?

A. I don't know.

Q. You just told me the only reason you didn't go see Ruepto earlier than after July of '09 was --

A. I didn't even realize --

Q. Wait a minute -- was because of your soccer schedule. Is that, was that a true statement?

A. Yeah.

Q. Okay. Now, starting in June of '06, you didn't go to Lynn University in the summers, did you?

A. No.

Page 274

Q. So, from June of '06 until about August of '06, for that two-month period, you were out of school --

A. Yeah.

Q. Where did you, where did you live during that period of time?

A. I think I was staying with Lauren at the time.

Q. Where?

A. I said I was staying with Lauren during the summer.

Q. Where?

A. At her dad's house.

Q. Lauren Murphy?

A. Yeah.

Q. Okay. By the way, during that time you were actually living with Lauren at her house, did you-all talk about Jeffrey Epstein for that two-month period in the summer of '06?

A. I'm sure.

Q. Had you filed any lawsuit against Jeffrey Epstein at that time?

A. Oh, wait. Oh, wait, '06. I'm thinking of '08. All right. This is my sophomore year. I am so confused by everything now. '06, repeat your

Page 275

question or ask the question.

Q. You said you lived with Lauren Murphy from June to July of '06, during the summer after your freshman year at Lynn University.

A. No. Yeah, me and Lauren, like, yeah.

Q. You said you lived with her at her parents' house.

A. Yeah, we stayed at her parents' house, yeah.

Q. Well, had you filed a lawsuit against Jeffrey Epstein then?

A. Yeah, I think so. Wait. Yeah, yeah, I think so.

Q. Did you talk to Lauren Murphy about it?

A. I'm sure, yeah.

Q. What did you tell her about it?

A. I don't remember.

Q. Did you ever, at any point in your life right up until today tell anyone that you thought it was outrageous that anyone would file a lawsuit against Jeffrey Epstein because everybody knew what the deal was and knew what they were doing or words to that effect?

A. I think when everything first happened, me and Lauren were going a lot. Me and her, we were

Page 276

just like, I mean, I didn't, I didn't even realize, like, I didn't even know. And I was like defending Mr. Epstein. I didn't even, like, think I -- I didn't even, I didn't even -- I didn't -- I didn't even realize I was, like --

MR. MERMELSTEIN: Take your time.

BY MR. LUTTIER:

Q. I just need you to answer my question.

A. I know.

MR. MERMELSTEIN: Well, she's getting emotional. Let her take her time. Okay?

THE WITNESS: Yeah, I said that to Lauren, because I didn't even think I was doing anything wrong at the time. I didn't even realize.

MR. MERMELSTEIN: Okay. If you need a minute, take a minute. Okay.

THE WITNESS: Can I have a napkin or do --

MR. MERMELSTEIN: Yes. Sure.

BY MR. LUTTIER:

Q. Now, what was your answer? You did say to Lauren that you would be outrageous --

A. We, she said we both said it to each other. We were just, like, I can't believe this is happening, like, Jeffrey is such a great guy, like,

Page 277

you know, like, saying all this stuff about, about him. We didn't -- I didn't realize, like, I didn't even think I was doing anything wrong. I, I didn't even think I was doing anything wrong.

Q. Wait a minute now. I want to go through this slowly. You say you and Lauren said this to each other?

A. Uh-huh. Whenever it first happened, probably like in my freshman year in college when everything went down, and we had no -- yeah, I think I said it to her maybe once.

Q. Now, wait a minute now. You last went to see Mr. Epstein in October of '05, right?

A. Yeah.

Q. So, now we're talking about June of '06.

A. No, it was not June of '06. That's not whenever -- whenever it first happened I said that to her. It was like in '05 when everything was going down. When everything was, like, when the cops were starting to interview girls and were starting to get interviewed, that's whenever I said something. And I never said something to her in '06 about it.

Q. Did you ever say anything to anyone from January of '06 until January of '09 --

Page 278

A. No.

Q. Wait a minute.

A. Sorry.

Q. -- from January of '06 to January of '09 to the effect that it was outrageous for anybody to sue Jeffrey Epstein, that everybody knew what they were getting into and did everything voluntarily, or words --

A. No.

Q. -- to that effect?

MR. MERMELSTEIN: Objection to form.

THE WITNESS: No.

BY MR. LUTTIER:

Q. Are you sure?

A. Yes.

Q. Would you stake your life on it?

MR. MERMELSTEIN: Objection to form, argumentative.

THE WITNESS: Yeah, I said it to Lauren.

BY MR. LUTTIER:

Q In that time period?

A. Oh, I don't, I don't remember what time period it was.

Q. Okay. Well, now are you telling me now maybe you did say that during that time period?

Page 279

A. Maybe I did -- I don't remember what time period. I know I've said it to Lauren before. I don't remember exactly what time, what date, like, what year.

Q. Here is your choices. You can either say you did it, you can say you didn't do it, or you can say you don't remember, right? Those are the only three choices that there are. Do you agree with me?

MR. MERMELSTEIN: Objection to form. You're asking her when or are you asking her if?

MR. LUTTIER: I am saying during that time period.

THE WITNESS: I said that.

MR. MERMELSTEIN: Or during the time period.

BY MR. LUTTIER:

Q. If you don't remember, just tell me --

A. I don't remember.

Q. -- you don't remember.

A. I don't remember.

Q. Which means, just so we're clear so we don't have a problem with our language, when you say you don't remember, you're not denying it, you are just saying you have --

36 (Pages 276 to 279)

Page 280

A. I don't remember --

Q. -- no recollection one way or the other.

A. -- of the time frame.

Q. Is that right?

A. Yeah, I don't remember the time frame.

Q. Is my statement correct?

A. Yes.

Q. Okay. So every time in this deposition when you say I don't remember, what that means is it may have happened, it may not have happened, you have no recollection, correct?

MR. MERMELSTEIN: Objection to form.

THE WITNESS: Yeah, yeah.

BY MR. LUTTIER:

Q. Okay. I just want to make sure we're clear. If we're not clear, I will -- clear it up for me right now. I want to make sure we have a clear understanding on this record about what it means when you say I don't remember.

A. Well, I've already said that I know I have said that to Lauren, so that's not something that I don't remember.

MR. MERMELSTEIN: Okay. Okay.

BY MR. LUTTIER:

Q. That's not my question. I want to make

Page 281

sure we're clear on --

A. Yeah.

Q. -- this record.

A. Yeah.

Q. Let me ask the question. I want to make sure we're clear on this record that when you say I don't remember, what you mean is you have no recollection of the event. You're not denying it and you're not admitting it; you're saying you have no recollection at all; is that correct?

A. Yeah.

MR. MERMELSTEIN: Objection to form.

BY MR. LUTTIER:

Q. All right. Now, isn't it a fact that you have made this statement to people other than Lauren Murphy, between January of '06 and January of '09, that everybody that went to see Jeffrey Epstein knew exactly what they were getting into, did it voluntarily, and it's outrageous that they would sue him?

MR. MERMELSTEIN: Objection to form.

THE WITNESS: Yeah.

BY MR. LUTTIER:

Q. Yeah. And who else did you make that statement to?

Page 282

A. Jane Doe No. 7.

Q. Uh-huh. And tell us when you told Jane Doe No. 7 that.

A. I don't remember.

Q. You told her that before you filed this lawsuit, though, didn't you?

A. No, I don't remember.

Q. Now, I want to tell you that you filed your lawsuit in 2008. Okay. You can assume that and I'm sure your counsel will correct me if I'm wrong, but you didn't file this lawsuit until 2008. You had a lot of discussions with your friends that had gone to Jeffrey Epstein before you filed this lawsuit, didn't you?

MR. MERMELSTEIN: Objection to form.

BY MR. LUTTIER:

Q. Didn't you?

A. Yeah.

Q. And all those conversations were that everybody knew what they were getting into, and it was all done voluntarily, and at that time you-all thought it was crazy that anybody would sue Jeffrey Epstein, didn't you?

MR. MERMELSTEIN: Objection to form.

THE WITNESS: Yeah.

Page 283

BY MR. LUTTIER:

Q. That's what you told each other, didn't you?

A. Some people did. Some people -- I don't remember. I mean, I don't remember who, like, yeah.

Q. And then what happened --

MR. MERMELSTEIN: If you don't remember say you don't remember.

THE WITNESS: Yeah, I don't remember, like --

BY MR. LUTTIER:

Q. Well, you said yeah, right?

A. No, but you're, you're, you're -- I don't even know if it was a question.

MR. LUTTIER: Well, here, well, let's just go back and read my question and her answer. Listen carefully now.

THE WITNESS: Yeah.

(The requested portion of the record was read by the reporter.)

THE WITNESS: No, not in all of those conversations.

BY MR. LUTTIER:

Q. In many of them?

A. No.

Page 284

Q. In any of them?

A. Yeah.

Q. Okay. That is you represented to your friends, and you-all sat around and discussed it, did you not?

MR. MERMELSTEIN: Objection to form.

BY MR. LUTTIER:

Q. Didn't you?

A. Yeah, we brought it up.

Q. Yeah. And when you brought -- tell me some of the people that were in these groups that you would discuss it.

A. I don't remember.

Q. You know Jane Doe No. 7 was there, don't you?

A. Yeah.

Q. You know Lauren was there, don't you?

A. Yeah.

Q. You know that some more people were there, don't you?

A. No, I don't remember who was all there.

Q. You know that at least the three of you had the discussion?

A. Yeah.

Q. And in --

Page 285

A. There might have been more, but I don't remember.

Q. And in that discussion, you-all said that you-all knew what you were getting into and you did it voluntarily, didn't you?

A. That's what I said. I don't know --

MR. MERMELSTEIN: Objection to form.

BY MR. LUTTIER:

Q. You said it?

A. I know I've said that before.

Q. All right.

A. I don't know if it was --

BY MR. LUTTIER:

Q. And when you said --

MR. MERMELSTEIN: Wait. Hold it. She's in the middle of her answer.

MR. LUTTIER: Okay.

MR. MERMELSTEIN: Please finish your answer.

THE WITNESS: I know I have said that before. I am not saying that I said that I've said that in every single --

BY MR. LUTTIER:

Q. Okay.

A. -- every conversation, and I'm not saying

Page 286

that they've said that and that -- that they've agreed upon what I said.

Q. Okay. But we now have established that you have said that?

A. Yeah, I've said that, yeah.

Q. And it was true when you said it, wasn't it?

A. Was it true?

Q. Yeah.

MR. MERMELSTEIN: Objection.

THE WITNESS: Yeah, I, I mean --

BY MR. LUTTIER:

Q. Okay.

A. -- at that time whenever --

Q. And, and you didn't change your mind about that until you were interviewed by the FBI and then a lawyer contacted you about suing Jeffrey Epstein; isn't that right?

MR. MERMELSTEIN: Objection to form.

THE WITNESS: No.

BY MR. LUTTIER:

Q. Isn't that right?

A. Wait. Before the FBI -- like you're talking like -- I don't even remember whenever I brought up this conversation, so I don't even know

Page 287

if it was before or after the FBI. You're bringing up my, like, lawyer. You're bringing FBI lawyer caught, like, bringing up all this stuff. I don't remember whenever I made the statement, so I don't know if it was before or after I had talked to these people.

Q. So, you may have made the statement that everybody knew what they were getting into and did it voluntarily and it was outrageous to sue Jeffrey Epstein, even after the point in time --

A. I don't remember whenever I --

Q. -- you went to you are lawyer; is that right?

A. I don't remember whenever I made that statement, so I don't know whether it was before or after my, my lawyers, and I don't know if it was before or after I had spoken to the FBI.

Q. Before you filed this lawsuit, you had represented that everything you did with Jeffrey Epstein was up front, you knew about it and you did it voluntarily, didn't you?

A. Yeah.

Q. And that was the truth, wasn't it?

A. Yeah.

MR. MERMELSTEIN: Objection to form.

Page 288

BY MR. LUTTIER:

Q. Jeffrey Epstein never asked you to do anything that you didn't want to do, did he?

A. He asked me to take my underwear off one time.

Q. And you said, no, and he didn't press it, right?

A. No.

Q. Then you went back to him again after that?

A. Yeah.

Q. And you took your top off without even -- him even asking, right?

A. Yeah.

MR. MERMELSTEIN: This has all been asked and answered.

BY MR. LUTTIER:

Q. Then you took your, you actually took your underwear off after that, that is your panties, didn't you?

A. Yeah.

MR. MERMELSTEIN: All been asked and answered.

BY MR. MERMELSTEIN:

Q. Did you do it without him asking?

Page 289

A. He asked and I did it --

Q. You didn't say no, did you?

A. -- after, after, after saying no several times.

Q. And each time you said no, he didn't press it. You left your panties on, right?

A. Finally I, I gave in and I said fine. Yeah.

Q. Well, that was after you got paid $200 and then you came back again, and you said no, and he didn't have you take your panties off, right?

A. (No verbal response.)

Q. Correct?

A. Yeah.

Q. And you got $200 and you came back again, and you said no, and he didn't have you take your panties off, right?

MR. MERMELSTEIN: Objection, asked and answered.

BY MR. LUTTIER:

Q. Right?

A. Yeah.

Q. And you got paid $200, right?

A. Yeah.

Q. And you came back a fourth time, and again

Page 290

he asked you to take your panty's off?

A. Yeah.

Q. Is that right?

A. (No verbal response.)

Q. Is that right?

A. Yeah.

Q. And then did you agree to do it?

A. Yeah.

Q. Voluntarily?

A. Yeah.

Q. Okay. And then did you come back another time?

A. Yeah.

Q. And did you take your bra off and take your panties off?

A. Yeah.

MR. MERMELSTEIN: Objection, asked and answered.

BY MR. LUTTIER:

Q. And give him a massage in the nude?

A. Yeah.

Q. You did it voluntarily without him even asking on that occasion, didn't you?

A. Yeah.

Q. And thereafter, did you come and give him

Page 291

massages in the total nude without him even asking you to take your clothes off?

MR. MERMELSTEIN: Objection, asked and answered.

THE WITNESS: Yeah, some -- every other time. I'm sure he asked several others. I mean, I'm not saying I was just like -- yeah.

BY MR. LUTTIER:

Q. Got to the point were you came and just voluntarily got naked before you gave him the massage, didn't you?

A. No.

MR. MERMELSTEIN: Objection, asked and answered.

THE WITNESS: Sometimes I'd have my clothes on, and then he'd ask me take them off, but after the, after I had my shirt off that one time, you know, maybe he asked me to take my shirt off but I would because I already had my shift off the other time. I'm not saying that every single time I was just like taking my shirt off before he even got into the room.

BY MR. LUTTIER:

Q. But you --

A. But when he asked, I did it, because the

39 (Pages 288 to 291)

Page 292

time before I had already taken my shirt off.

Q.  But there were times that you came and voluntarily took all your clothes off without him even asking you, weren't there?

MR. MERMELSTEIN:  Objection, asked and answered.

THE WITNESS:  I don't know.  I don't remember.

BY MR. LUTTIER:

Q.  Now you don't know?

A.  I'm sure.  I --

Q.  So, it did happen?

A.  I don't remember, so I don't know.

Q.  Well, was this a significant, were these significant events in your life or not?

A.  Yeah, they were.

MR. MERMELSTEIN:  Objection, argumentative.

THE WITNESS:  But I had gone there --

BY MR. LUTTIER:

Q.  But you can't remember what happened --

THE COURT REPORTER:  One at a time.

MR. LUTTIER:  Huh?

THE COURT REPORTER:  One at a time.

MR. LUTTIER:  Okay.

Page 293

BY MR. LUTTIER:

Q.  You can't remember what happened --

MR. MERMELSTEIN:  Take your time.

BY MR. LUTTIER:

Q.  -- on these significant events?

A.  Yeah, I do, I remember, but it's, I was going there two or three times a week.  So after going there the first time and it getting progressively worse, I mean, it was the same, it was like the same thing every single time I went after that moment I had taken my clothes off.

So, after I had taken -- I remember, so when I had -- finally when I had all my clothes off, of course I remember -- I mean, I don't remember, you know, I took all my clothes off that one time I'm not going to remember the next time, what happened the three times after you took off your clothes, did he ask you that time?

Maybe he did.  I don't remember, but I'm sure, maybe I took some of my clothes off without him asking.  Maybe he, you know, after I took all my clothes off, you know, it was just kind of like known and given that that is what goes on, like, that's what happens.

Q.  Let, let me make sure that I understood

Page 294

what you just said.  You don't remember what happened each time, do you?

A.  Yes, I do.

Q.  Well, I thought you just said you don't remember.

A.  After -- no, I do remember.

Q.  Oh, okay.

A.  But I don't remember if he asked me to take my clothes off every single time, or if I voluntarily did it.

Q.  Do you remember --

A.  Yeah, I --

Q.  -- or do you not remember?

A.  Yeah, I -- yes, I voluntarily --

MR. MERMELSTEIN:  Objection, asked and answered.

BY MR. LUTTIER:

Q.  Okay.  You volunteered to take your clothes off, right?

A.  If he asked me, yes.

Q.  Well, there were times you came and he didn't even ask you anything and you took them off, right?

A.  Yeah.

Q.  Okay.  And you were comfortable being

Page 295

naked in front of him.

A.  Yeah.

Q.  Wasn't the first time you had been naked in front of a man.

A.  Not the first time I was naked in front of him, I wasn't comfortable.

Q.  Did you tell him you weren't comfortable?

A.  No.

Q.  So, how was he supposed to know?

MR. MERMELSTEIN:  Objection to form, argumentative, speculation.

BY MR. LUTTIER:

Q.  How was he supposed to know?

A.  I don't know.

Q.  Because every time you said you were uncomfortable about something or didn't want to do it, he respected your wishes, did he not?

MR. MERMELSTEIN:  Objection to form.

THE WITNESS:  Yeah, but he was also, like, complimenting me and saying how beautiful I am, and saying that I shouldn't be, like, like embarrassed or uncomfortable, like, you know. If I, if I would look like it.  If I had my other side, if I looked like I was Jane Doe No. 4 (short form) instead of Jane Doe No. 4,

Page 296

then he would be, like, oh, well, you're beautiful.

BY MR. LUTTIER:

Q. Would you agree with me, you weren't traumatized because the man said you were beautiful, were you?

MR. MERMELSTEIN: Objection to form, argumentative.

THE WITNESS: No.

BY MR. LUTTIER:

Q. He treated you better than the person that you described as the first love of your life, Preston Vinyard, didn't he?

A. Yeah.

MR. MERMELSTEIN: Objection to form.

BY MR. LUTTIER:

Q. Preston Vinyard called you a whore, a slut and a cunt, didn't he?

A. Yeah.

Q. Jeffrey Epstein never did that, did he?

A. No.

Q. He spit in your -- that's Mr. Vinyard spit in your face, dumped beer all over you --

A. Yeah.

Q. -- didn't he? Jeffrey Epstein never did

Page 297

that, did he?

A. No.

Q. And it was traumatizing to you what Preston Vinyard did to you, wasn't it?

MR. MERMELSTEIN: Objection to form, calls for a conclusion.

BY MR. LUTTIER:

Q. It would be to anybody.

A. It would be to anybody, yeah.

Q. Okay. All right.

MR. CRITTON: The time. How much time do you have left?

THE VIDEOGRAPHER: About three.

BY MR. LUTTIER:

Q. Now, there were some other traumatic events that had occurred in your life, haven't there been?

MR. MERMELSTEIN: Objection, that's been asked and answered.

THE WITNESS: Yeah.

BY MR. LUTTIER:

Q. When you went to see Dr. Kliman, did you understand that you were -- what did you understand about what you were to tell him?

MR. MERMELSTEIN: Objection.

Page 298

THE WITNESS: I wasn't told to tell him anything.

BY MR. LUTTIER:

Q. What did you understand about what you were supposed to do when he asked you a question?

A. Nobody told me to tell him anything.

Q. So, when he asked a question, you didn't know if you were supposed to answer --

A. I answered honestly. I answered -- whenever he asked me a question about my personal life, I, I mean, I was supposed to tell him about my person life nobody knows.

Q. So, let me make sure we have this. You answered honestly every question Dr. Kliman asked you; is that right?

A. Yeah.

MR. MERMELSTEIN: Objection.

BY MR. LUTTIER:

Q. Now, I want to be fair to you. We got a transcript of your interview with Dr. Kliman. Are you aware of that?

A. Yeah.

Q. Okay. Have you had a chance to review it?

A. No, not like since I've been there.

Q. Now, so now that you know we have a

Page 299

transcript, I want to make sure we're clear, every question that Dr. Kliman answered of (sic) you, you answered truthfully, correct?

MR. MERMELSTEIN: Objection to form.

THE WITNESS: Yeah, I think so. I mean, yeah.

BY MR. LUTTIER:

Q. You told him -- did you tell him about all the traumatic things that happened to you in your life?

A. Yeah.

MR. MERMELSTEIN: Objection to form.

BY MR. LUTTIER:

Q. You say you're Roman Catholic?

A. Yeah.

Q. How many abortions have you had?

A. How many?

Q. Yeah, how many, as in more than one.

A. Yeah.

Q. How many have you had?

A. Three.

Q. Three abortions. And how many did you tell Dr. Kliman you had?

A. I don't even know if he asked me the question.

Page 300

Q. How about the question, have you ever been pregnant; do you remember being asked that question?

A. No, I don't.

Q. Well, if the transcript shows that you were asked that question, and if you were honest with Dr. Kliman like you told us you would, you would have told him that you had three pregnancies, wouldn't you?

A. I would have stated that to like my lawyer though, because --

Q. No, no, no. I want to know about Dr. Kliman.

MR. MERMELSTEIN: Don't talk about what you told your lawyer.

BY MR. LUTTIER:

Q. Yeah, I don't want to ask you about your lawyer. I know you tell your lawyer all kinds of stuff.

A. Uh-huh.

MR. MERMELSTEIN: Objection.

BY MR. LUTTIER:

Q. I want to know whether or not if Dr. Kliman asked you if you'd ever had any pregnancies --

A. That is --

Page 301

Q. -- you would have answered him truthfully, and you would have told him you had three pregnancies, wouldn't you?

A. I don't -- It's something I don't want anybody to know, in fact, no.

Q. Why not? Why don't you want people to know --

A. Why not?

Q. -- you went and aborted three kids? Why wouldn't you want people to know that?

MR. MERMELSTEIN: Objection to form, argumentative.

BY MR. LUTTIER:

Q. Tell me why you wouldn't want them to know that.

A. Because it's none of their business.

Q. Does it cause you any upset to know that you aborted three kids in your life?

A. Of course.

Q. Why does it cause you upset?

A. Because, somebody's life.

Q. Were you told before each of these abortions that you had what they call viable fetuses?

MR. MERMELSTEIN: Objection to form.

Page 302

THE WITNESS: What is viable?

BY MR. LUTTIER:

Q. That is there was a heartbeat in the fetus.

A. No.

Q. Are you sure?

A. I didn't want to know anything about it.

Q. Are your sure you weren't told you had a viable fetus?

A. It might have been in the papers that I signed. I don't -- I'm not sure that I --

Q. I want to be fair to you. I want to tell you we've got your medical records, too, okay?

A. Yeah.

Q. So, the records from your gynecologist, we have those too.

A. Okay.

Q. Now, were you told before you aborted these three children --

A. I don't know.

Q. -- that you had a viable fetus?

A. I don't know. I don't remember.

Q. Does it give you any, any emotional pain that you aborted three fetuses?

A. Yeah, I have had emotional pain about it.

Page 303

Q. It's contrary to everything you ever learned as a child as a Roman Catholic, isn't it?

A Yeah.

MR. MERMELSTEIN: Objection, argumentative.

BY MR. LUTTIER:

Q. Does your mom know you aborted three kids?

A. No.

Q. Does your dad know you aborted three kids?

A. No.

Q. What do you think they'd think?

MR. MERMELSTEIN: Objection to form, argumentative.

THE WITNESS: I don't know.

BY MR. LUTTIER:

Q. Do you think they're going to be happy about that?

MR. MERMELSTEIN: Objection to form, argumentative.

THE WITNESS: No.

BY MR. LUTTIER:

Q. Is it going to cause you a little emotional upset?

MR. MERMELSTEIN: Objection to form.

THE WITNESS: I mean, I have -- I have to

Page 304

deal with it when I talk to, when I speak to them.

BY MR. LUTTIER:

Q. My question is, is it going to cause you any emotional upset?

MR. MERMELSTEIN: Objection to form.

THE WITNESS: I don't know because I haven't experienced it. I'm sure.

BY MR. LUTTIER:

Q. Wouldn't you agree with me that aborting three fetuses --

A. Yeah.

Q. -- would be far more traumatic --

A It is.

Q -- than giving a man a massage in the nude?

MR. MERMELSTEIN: Objection, argumentative.

BY MR. LUTTIER:

Q. Wouldn't you agree with me?

MR. MERMELSTEIN: Objection.

BY MR. LUTTIER:

Q. I want you to tell the ladies and gentlemen of the jury whether or not aborting three fetuses is more traumatic than giving a man a

Page 305

massage in the nude.

MR. MERMELSTEIN: Objection to form.

BY MR. LUTTIER:

Q. Just tell the ladies and gentlemen in the camera, yes or no.

A. Yeah.

MR. MERMELSTEIN: Objection to form.

BY MR. LUTTIER:

Q. Did you go get any psychological help for the fact that you aborted three kids?

MR. MERMELSTEIN: Objection to form.

THE WITNESS: No.

BY MR. LUTTIER:

Q Are you telling Dr. Ruepto, Rubello (sic), whatever his name is, that you had three abortions?

A. Have I told him?

Q. Yeah.

A. Yeah.

Q. And did you tell him how you felt about that?

MR. MERMELSTEIN: Objection.

THE WITNESS: Yeah.

BY MR. LUTTIER:

Q. And when did you tell him that?

A. I don't remember.

Page 306

Q. Did you tell him --

A I don't --

Q -- the first visit?

A. I don't remember what visit I told him, but I know I told him.

Q. Okay. He is the first guy you ever told, right?

A. First guy that I ever told?

Q. The first doctor, medical health professional that you told you had, you aborted three fetuses, didn't you?

A. Yeah.

Q. You didn't tell Kliman, did you?

A. No.

Q. Didn't want Kliman to know.

A. I didn't want anybody to know that, no.

Q. Because it's embarrassing to you, isn't it?

A. Yeah.

Q. It makes you feel bad, doesn't it?

A. Yeah.

Q. Tell me how it makes you feel.

MR. MERMELSTEIN: Objection.

BY MR. LUTTIER:

Q. How do you feel that you aborted three

Page 307

babies?

MR. MERMELSTEIN: Objection to form, asked and answered.

THE WITNESS: How do I feel?

BY MR. LUTTIER:

Q. Tell me how you feel.

A. How would you feel?

Q. Well, I know how I'd feel, but that's not the question.

A. Yeah.

Q. I want to know how you feel.

A. It was very upsetting and emotional.

Q. How upsetting?

MR. MERMELSTEIN: Objection to form, argumentative.

MR. CRITTON: Mark, you have no time.

MR. LUTTIER: Okay.

THE VIDEOGRAPHER: We're off the record at 4:10. This is the end of Tape 2.

(A brief recess was held.)

* * * * *

43 (Pages 304 to 307)

**A**

abase 226:3
Abbott 140:24
able 166:5 218:5 270:3,8
aborted 301:9,18 302:18,24 303:7,9 305:10 306:10,25
aborting 304:10,24
abortions 299:16 299:22 301:23 305:15
abused 243:18
abusive 202:15,19 203:5
accident 207:10 209:10,12 210:9
account 156:14
accused 225:21
accusing 225:17
ADAM 140:8
address 198:13,15 198:16,17
ADLER 140:3
admitting 281:9
advanced 161:15
advertising 258:17
advice 251:1
advise 250:19
afternoon 160:22
afterward 157:24
age 211:22
ago 181:11 260:10 262:17 265:5,6
agree 164:1,11 167:10 213:23 279:8 290:7 296:4 304:10,20
agreed 286:2
ahead 143:11 153:11 196:23 239:13
ahold 257:16
Ahorowitz@sexa... 140:11
alcohol 221:19,22 222:1

allows 148:9
amount 243:18
answer 155:23 174:13 176:3 182:8 208:23 213:19 220:12 228:18 232:7 234:13 237:11,20 241:19 247:20 254:6 262:21,21 262:25 270:22 276:8,21 283:16 285:16,19 298:8
answered 153:10 155:22 182:23 183:1 220:12 248:4 253:21 255:22 260:21 288:16,23 289:19 290:18 291:4,14 292:6 294:16 297:19 298:9,9,14 299:2,3 301:1 307:3
answering 240:14 243:15
answers 141:15 233:4,11 234:7,23 236:14
anybody 173:5 186:3 208:5,24 217:1 236:20 242:22,23,24 244:10 255:9 257:8 267:2 268:3 270:15 278:5 282:22 297:8,9 301:5 306:16
anybody's 252:5
anyway 209:9
apart 192:21
apparently 161:1
appear 185:21
APPEARANCES 140:1
appeared 226:5
appearing 225:9
appointment 238:9

244:20 267:11,18 268:2 270:19 272:12,18 273:11
appointments 172:5,6,19 239:21 270:1
appreciate 171:16
appropriate 182:15
approve 199:16,17
area 182:7,14
argued 204:21
arguing 204:24 205:1,2,3 231:23 232:3
argument 172:15
argumentative 157:15 160:4 177:16 195:4 206:14 215:19 230:18 241:19 243:5,25 278:18 292:18 295:11 296:8 301:12 303:5,13,19 304:18 307:15
arguments 200:14 204:15
arranged 267:12
asked 150:22 153:10 154:2,8 155:21 160:14,18 160:23,25 161:3 161:20 163:25 164:11,17,22 165:17 167:15 170:9 174:5,14,17 174:20 176:14,18 181:11 184:7,21 184:23 190:15 214:5,21 215:6,9 220:11 229:12,12 237:19 248:3 251:10 253:6,20 255:1,24 260:20 288:2,4,15,22 289:1,18 290:1,17 291:3,6,13,18,25 292:5 294:8,15,20

297:19 298:5,7,10 298:14 299:24 300:2,5,23 307:2
asking 144:16 147:24 162:10 166:2,10 174:2,7 175:2 212:11,15 279:10,10 288:13 288:25 290:23 291:1 292:4 293:21
asks 175:14
assist 252:6
Assistant 252:9
associated 255:9
Associates 234:16 234:20,24 235:5 235:10 236:16 239:6
assume 150:12 162:2 226:24 227:8 282:9
assumed 175:9
assuming 246:8
attention 268:13
attorney 251:22,23 252:10 254:18
Attorney's 253:17
August 180:4,9 271:9,13,16,22,23 271:23 272:24 274:1
Australian 139:17
automatically 166:1
Avenue 139:17 140:15
aware 185:17 195:15,17 222:13 222:16 298:21
awful 264:6

**B**

B 141:10
babies 307:1
back 142:6 143:1,2 143:5,7 151:14 163:14 174:12,16

177:20 182:19 183:4 184:12,15 186:11 193:18,20 195:12 201:16,17 202:1 214:20 218:21,24 240:16 251:18 267:10 270:25 283:16 288:9 289:10,15 289:25 290:11
background 199:21 200:6 244:11
backup 253:16
bad 162:3 163:9 169:22 210:5 306:20
bank 156:12,13
Banyan 140:20
Bar 259:16,20
beach 139:18 140:21 163:2 187:5,16 227:2
beautiful 295:20 296:2,5
bed 192:18
bedroom 201:1,4
beer 296:23
began 146:9 242:14
beginning 142:5 145:17,18,19,20 145:24 146:1,3,5 146:9 147:7,15,17 147:19 148:10,16 151:13 153:6,8,16 180:8,8 195:8 199:24
begun 168:12
behalf 140:2,7,13 140:18
believe 276:24
bell 264:1
best 159:2 191:7,8 252:17 263:7 269:10
better 165:5 195:12 252:5 296:11
beyond 191:6

big 190:19,21
  204:23,24
birth 213:6
Biscayne 140:9
bit 205:12 272:2
bitch 169:8
blue 246:6 257:21
Bob 252:19
Boca 239:21
book 205:9
born 208:6,12,15
boss 203:21,21
Boulevard 140:4,9
  140:20
boyfriend 178:4,6
  178:8,15 208:8
  227:1 231:24
  232:4
boyfriends 206:19
Boyfriend-girlfri...
  207:25
bra 144:4 146:15
  146:17 154:20
  166:19 167:7,8,13
  167:18,23 170:17
  171:2,23 174:17
  174:18,22 175:2,6
  175:11 183:9,15
  224:20,25 226:2
  290:14
Brad 209:14
break 218:15
  237:13
brief 218:20 307:20
bring 160:12,15,17
  160:18 228:14
  229:12,13
bringing 173:2
  287:1,2,3
broke 142:9
broken 203:11
brother 209:14,16
brought 142:13
  158:25 172:25
  173:5 188:15
  229:10,11,14,15
  263:13 284:9,10
  286:25

bucks 155:6 156:25
  163:18 168:1
  177:1,6
buddy 198:25
buddy's 199:2,3
build 170:1
bump 160:20
BURMAN 140:20
business 301:16
busy 214:18 270:2
button 142:15
  145:8

## C

cab 201:16,16,21
  201:24 202:1,7
calculator 177:9
calendar 179:21
  194:1
California 244:22
call 143:1,2,5,6
  169:6,8,10,12,14
  185:8,12 191:3
  203:21 205:6,8
  251:12,19 253:10
  253:18 255:18
  257:6 258:25
  269:9 301:23
called 184:23,25
  251:13,15 252:16
  253:3 255:1
  256:11 257:20,23
  258:11,11 261:4,8
  296:17
calling 142:20
  149:18,20
calls 206:25 297:5
camera 305:5
capris 171:12
car 159:15 161:11
  185:23 209:13
  210:11,15
care 268:13,15,19
  268:22
carefully 185:2
  208:21 283:17
case 139:2 150:19
  244:10 246:15,19

  249:15
cases 139:9
cash 156:15
casual 158:2,3
Catholic 188:18,19
  189:13 299:14
  303:2
caught 287:3
cause 301:17,20
  303:22 304:4
caused 204:13,20
cellphone 185:17
  185:22
certainly 170:12
  182:15
chance 298:23
change 286:15
changing 201:1
  202:2
chest 201:5
child 303:2
children 302:19
choices 279:5,8
choke 205:16
choked 205:18
Chris 207:8,18
  209:19
Christmas 211:13
church 188:23,25
  189:4,9,20,23,25
circulated 224:9
circumstances
  148:8
city 191:7
claim 151:22
claiming 183:19
classes 229:6
clause 233:20
clear 179:20 240:14
  256:6 279:22
  280:16,16,16,18
  281:1,6 299:1
clearly 182:14
cleats 190:17
clothed 152:9
clothes 152:12
  156:18 192:13
  201:1,11 228:13

  291:2,16 292:3
  293:11,13,15,18
  293:20,22 294:9
  294:19
clothing 167:2
  190:9
coach 270:17
coaching 150:15
cocaine 216:23
  217:1 219:15,17
  219:20 221:6
Coke 215:4
COLEMAN
  140:20
college 185:25
  187:4,10 189:1
  239:17,19 277:9
come 165:25 175:6
  182:13 183:4
  184:11,15,21
  185:9 187:20
  189:3 192:20
  193:18,20 203:21
  244:23 257:15
  260:19 265:25
  267:2 290:11,25
comes 153:18
  175:13
comfortable 229:21
  235:3 294:25
  295:6,7
communicate
  246:13
compared 193:15
competitive 190:24
  191:2
complimenting
  295:20
conclude 148:9
  151:10
conclusion 206:25
  297:6
conduct 182:5
conference 140:24
conflict 235:15
  236:6,17 273:7
confused 232:9
  274:25

consult 266:10,13
Consulting 234:17
contact 257:25
  258:5,7 259:6
  262:8
contacted 184:17
  184:20 249:16,17
  249:20,23,24
  250:6 251:16
  253:14 258:2,9,14
  286:17
contacting 258:10
contains 233:14
CONTINUED
  141:6 142:3
contract 260:17
contrary 303:1
conversation
  143:14 159:24
  161:9,18 247:23
  248:24 256:4,19
  257:3 260:11,15
  285:25 286:25
conversations
  250:20 282:19
  283:22
cops 186:24 201:8
  202:5 277:20
corner 201:19
correct 149:4 161:4
  165:23 166:11
  193:6 198:9
  215:24 216:11,19
  220:10 221:13
  230:3,4,6 234:7
  247:3 255:2 280:6
  280:11 281:10
  282:10 289:13
  299:3
counsel 282:10
Counseling 234:16
counselor 268:14
country 244:23
couple 153:25
  187:24 191:15,15
  193:13 207:23
  265:10
course 161:20

193:14 265:17
293:14 301:19
court 139:1,22
142:16,25 143:4
182:11 203:25
204:3 254:24
292:22,24
cover 174:16
covering 201:5
crazy 282:22
criminal 199:20
200:6
CRITTON 140:19
140:20 142:14,17
142:21 143:2,8
150:5,23 182:20
237:9,13 297:11
307:16
CROSS 141:4
cunt 169:12 296:18
Cynthia 139:21
C.M.A 140:13

**D**

D 140:8,19 141:2
dad 186:16,19
187:14 190:6,17
192:3 197:4 199:6
199:12,25 200:1,2
200:8 303:9
dad's 274:13
dangerous 170:14
date 145:15 147:4
148:1 149:8 151:6
153:15 195:2,6
197:21 207:24
208:1,2,4,19
213:6 231:19
279:3
dated 193:12
195:18 206:5
208:7,13,15,18,24
dates 144:17
148:22,23 195:11
231:17 238:24
dating 178:19
194:10,12,20
197:19,23 198:7

199:18 211:12,15
211:20 222:25
day 157:24 159:14
208:6 214:18
217:22,22 246:6
247:6,16 248:25
249:1,2,3,5
257:12 268:16
days 190:10 225:15
deal 275:22 304:1
December 172:13
272:6,9,13,16
decide 269:22
decided 161:14
250:18,25
Defendant 139:8
140:18
Defendant's 141:14
141:15,16,17,18
233:7,11
defending 276:2
definitely 228:11
degree 254:9
demean 169:19,21
deny 184:20
denying 185:3
279:24 281:8
Department 187:6
depending 195:14
depict 226:25
depicting 224:18
deposition 139:12
145:3 148:21
179:9 215:6,23
280:8
described 179:4,16
193:18,22 296:12
describing 178:4
DESCRIPTION
141:13
determination
216:4
development
191:25
deviated 161:14
die 207:2,5 210:2,6
died 207:6,20
difference 188:11

different 150:18
152:12 164:4,9
165:2 178:1
digest 270:10
direct 141:4 142:3
182:8
directly 172:19
disappointed 197:4
disbarred 259:22
259:24 260:6
discuss 235:9
248:23 284:12
discussed 268:9
284:4
discussion 247:5,7
247:12 284:23
285:3
discussions 221:15
221:18 255:20
262:1,5 264:25
282:12
distinct 150:14
DISTRICT 139:1,1
doctor 306:9
Doe 139:4,12 141:5
164:3,5,6 165:4
245:10,12,13,14
245:15,17,19
247:23 248:12
249:6 262:2,7
263:4,22,24 264:2
264:4,4,7,9,11
267:6 282:1,3
284:14 295:24,25
doing 155:8 158:18
158:20 160:19
168:16 170:4,9
177:6 179:5,15
180:19 181:1
182:12 186:10
187:23 200:20
201:9 206:3,6
219:3 220:17
229:21 275:22
276:13 277:3,4
door 200:25 201:3
201:10 202:3
Dr 234:17,17,20

236:16 237:1,6,6
237:15 238:7,10
238:11,21 244:15
248:1,16 267:10
267:11,14 268:17
269:20,23 270:1
270:12 272:13,18
273:6 297:22
298:14,20 299:2
299:23 300:6,12
300:23 305:14
dressed 143:15
drill 151:2
drink 221:22 222:3
drinking 205:5
213:8,12,14
drive 161:5,14
driver 202:1
driving 209:13
210:11,18
drop 201:24
dropped 201:22,25
225:16
dropping 167:2
drove 158:7 161:6
161:7
drug 214:25 221:16
drugs 215:3,7,8,11
215:13 216:22,25
218:11 219:4
221:12 222:3
drunk 210:11,16
210:23 213:17,22
DUI 207:10 209:11
dumped 296:23

**E**

E 141:2,10
earlier 214:21
215:5 234:19
273:15
East 140:4
Ecstasy 217:6,8,10
217:13,20 219:11
219:13,19 220:10
220:14,17
effect 275:23 278:5
278:10

ego 170:1
eighth 144:8
either 173:19
216:19 239:5
250:25 279:5
embarrassed
229:24 230:3
295:22
embarrassing
225:10,11,23,25
306:17
emotional 276:11
302:23,25 303:23
304:5 307:12
empty 152:6
ended 239:22
entered 200:24
Epstein 139:7
140:18,24 142:10
143:14 146:6
151:8 152:4
153:18 157:9
158:1,18,21,23
163:25 164:10,17
164:21 166:2,6,18
167:4 168:9,18
170:5,9,18 172:20
173:7,10,18
174:17 178:3,7,14
178:18 179:5,13
180:13,21,25
181:3 182:6
183:10,16,23
184:2,12,21 185:8
185:13 202:25
203:3,5 204:6
205:24 207:15
220:22 221:1,4,7
221:10,12,21,25
223:4,7,10,15,20
224:1,5 226:15
227:13,15,22,24
228:7,25 229:2,19
231:7,11,12
232:17,23 235:6
235:11,25 236:3
245:2 247:3,25
249:7 261:1

266:24 268:3,6,10
268:16,20,23
274:18,22 275:11
275:21 276:3
277:13 278:6
281:17 282:13,23
286:17 287:10,20
288:2 296:20,25
**Epstein's** 157:20
160:10 161:4,15
161:17,19 162:20
179:14 185:21
186:4,13 193:3,6
193:8,9,16 222:11
222:14,23
**ESQUIRE** 140:3,8
140:8,14,19,19
**established** 286:3
**estimate** 213:23
**event** 148:6,14
152:14 158:1
211:21 227:9
281:8
**events** 151:18,20
192:4,6 292:15
293:5 297:16
**eventually** 263:16
**everybody** 153:3
225:13 226:2
275:21 278:6
281:17 282:20
287:8
**Evidence** 140:25
182:5
**EX** 141:14,15,16,17
141:18
**exact** 147:4 151:6
153:15 195:2,5
225:2 231:17,18
238:24 247:16
**exactly** 144:7
148:25 152:18
171:19 244:8
266:19 279:3
281:18
**exam** 245:20
248:13
**examination** 142:3

246:14 247:2,8,24
**example** 148:16
229:4
**excessive** 210:19
**excuse** 142:14
201:10
**exhaustive** 244:16
**Exhibit** 141:13
233:3,7,11
**expect** 158:15
159:8
**experience** 175:10
265:12
**experienced** 265:13
304:8
**expert** 237:4,8,19
**explain** 163:17
**extent** 250:17
**E-mail** 140:11
**E.W** 140:2

---
**F**

**face** 169:4 204:24
296:23
**fact** 180:7 186:10
194:10 195:15,17
212:8 221:21
235:5,14,24
239:11 244:2,9
259:9 268:5
281:14 301:5
305:10
**fair** 148:24 153:2
171:21 182:16
298:19 302:12
**fake** 211:25 212:2,9
212:13,16,17
213:4
**family** 190:4,5
236:23
**far** 179:4 215:23
304:13
**fast** 210:22
**father-like** 232:1
**favorite** 229:5
**FBI** 186:25 251:9
251:18 254:22
255:2,5,8,10

256:10 261:23
286:16,23 287:1,2
287:17
**fear** 203:23,24,25
204:6,13,20
**fed** 192:16
**Federal** 182:4
**feed** 142:22
**feel** 169:23 306:20
306:22,25 307:4,6
307:7,8,11
**fell** 192:21
**fellow** 178:10 193:1
196:6 207:18
**felt** 305:19
**female** 256:14
**fetus** 302:4,9,21
**fetuses** 301:24
302:24 304:11,25
306:11
**fifth** 144:7,13,24
146:14 171:24
**figure** 235:1
**file** 275:20 282:11
**filed** 186:11 230:13
230:24 231:4,5
239:1 242:15
262:3 274:21
275:10 282:5,8,13
287:18
**filing** 260:25
**fill** 241:8,9 243:23
244:4
**finally** 289:7
293:13
**find** 161:10 239:8
249:15 253:7
257:11 260:8
265:8
**fine** 289:7
**finger** 205:12
**fingering** 146:19,21
146:22
**finish** 161:2 172:11
228:22 254:5
285:18
**firm** 249:17,22
250:1

**first** 143:13 144:1,2
144:23,23 147:8
149:11 151:5,17
151:22,23 152:15
153:9,25 157:20
158:19,25 166:4
167:23 168:6
171:23 172:3
173:8,11,13 174:9
174:17 176:17
183:9,15,22 184:1
187:1,14 193:7,7
193:9,12,14,15,22
194:22,25 195:18
195:19 197:14
198:3,7,14 199:18
199:24 201:22
202:17 209:15
210:16 212:2,2
213:11,13 217:10
217:13 219:20
220:22 222:9
233:12,12 235:4
257:25 258:4,5,7
258:14 259:3
260:11 267:21
268:2,6,8,23
269:15 272:4
275:24 277:8,17
293:8 295:3,5
296:12 306:3,6,8
306:9
**fishing** 160:2,6
**five** 153:3 181:11
218:17 255:24
**five-second** 256:3
**flew** 244:22
**Florida** 139:1,18
139:22 140:5,10
140:16,21 259:16
259:20
**flying** 245:22 246:7
**folks** 187:19,22
**food** 190:9
**forensic** 237:8
**forget** 148:17
149:16
**forgotten** 195:21

**form** 150:9,13
152:22 153:7
162:21 164:5
165:5 166:12
186:7,14 196:1
202:20 206:13,24
208:17 209:21
213:24 215:18
216:1 223:11
230:8,15,25
236:18 237:10
242:11 243:2,8,13
243:24 245:7
257:18 259:13,24
260:12 261:2
262:10 263:18
267:24 269:24
278:11,17 279:9
280:12 281:12,21
282:15,24 284:6
285:7 286:19
287:25 295:10,18
295:25 296:7,15
297:5 299:4,12
301:11,25 303:12
303:18,24 304:6
305:2,7,11 307:2
307:14
**formal** 197:1
**forms** 239:24
243:23 244:3
**Fort** 140:5
**fought** 200:11,13
**found** 265:2,5,7
266:1 267:17
**four** 144:1,3 151:10
254:12,12
**fourth** 142:10,11
143:11,18,20
144:10 145:14,17
145:19,23 146:1,4
146:11,13 151:9
151:13 153:16
166:16 171:22,24
289:25
**FPR** 139:21
**frame** 146:24
198:11 261:25

262:23 280:3,5
**Francisco** 238:11
**freak** 224:2
**freaked** 201:6
**free** 214:16
**frequently** 249:4
**freshman** 185:25
187:3,10 194:2,4
207:13,13,19,20
225:7 239:14,17
239:19 241:24
242:3 272:16,23
275:4 277:9
**Friday** 214:9
**friend** 159:2 162:19
170:10 203:15
207:5,7,7 209:19
209:23,25 210:2
219:4 224:17
245:11 263:4,8
265:14
**friendly** 154:1
168:20 177:23
**friends** 156:20,21
159:3,5,9 170:13
177:24 206:18
207:2,4 214:19
218:9,10 236:23
245:1 249:4 262:2
264:24 265:3
266:13,14,21
267:4 282:12
284:4
**front** 180:15 183:7
183:9,14,16
200:16,17 201:2,4
205:22 243:8
287:20 295:1,4,5
**frustrated** 171:8
**fully** 152:8
**funny** 229:3,18

**G**

**game** 182:16
189:11 270:18
**games** 214:11
**generally** 194:25
**gentlemen** 304:24

305:4
**getting** 146:6
156:22 172:23
180:15 182:7
186:24 201:20
206:19 232:5
240:10 243:19
249:3 251:8
260:25 276:10
278:7 281:18
282:20 285:4
287:8 293:8
**Gilbert** 234:17
**girl** 160:15 194:25
206:3 266:18
**girlfriend** 178:15
197:25
**girls** 160:17 163:14
173:1 277:20
**give** 142:12 149:19
153:19 154:21
157:1,21 160:16
161:15 165:22
170:18 171:18
184:21 185:9
189:17 190:9,14
190:14,17 197:12
216:11 229:7
237:13 243:2
251:11 252:5,7,13
253:9 255:17,25
257:5 262:24
266:9,12 290:20
290:25 302:23
**given** 181:25
215:23 256:9
293:23
**giving** 160:16
179:12 183:23
184:2 241:17
254:14 262:20
304:15,25
**go** 143:11 151:24
152:1 153:10
157:19 160:1,23
161:3,8,16,19
164:7 165:4
170:10 172:19

174:12,16 182:19
186:16 188:23,25
189:9,20,23,25
190:4,5 192:6,14
196:23 198:13
199:5 203:12,13
203:14,16,17,17
207:25 214:18,20
218:15,15 223:16
223:20,21 224:5
229:5 231:10
235:2,24 238:6
239:13,20,21
241:7 243:16
245:22 246:3
249:12 251:18
257:11 258:6
266:10,13,17,25
267:3,19 269:15
269:23 270:8
272:18 273:12,15
273:23 277:5
283:16 305:9
**goes** 293:23
**going** 142:25 143:2
143:5,9 145:7
150:25 151:12
153:18,25 159:20
160:1,6 161:16
162:3 163:3,15
164:14 171:18
172:7 175:10,11
177:20 178:3
182:7 186:11,16
186:23 187:20
189:3,7 193:2,14
193:20 198:1
201:7,23 202:24
203:1,2 212:6
214:5,15 218:14
222:10,13,22
223:4,6,10,14
224:1 227:14
228:15 235:3
239:20 240:9,9
245:11,16,21
246:24 249:7
256:1 262:22

263:2,8,10,15,16
265:9 267:22
272:15 275:25
277:19 293:7,8,16
303:16,22 304:4
**good** 150:6,17
157:11,16 163:11
186:4,12 188:2
207:7 235:2 249:3
259:16,18,19,21
260:2
**gotten** 157:9
201:16 258:1
**grab** 205:21
**grabbed** 205:14,15
**graduated** 179:23
220:15
**great** 276:25
**groups** 284:11
**guess** 147:22
161:21 183:3
186:17 201:21,23
202:3 212:7
**guessing** 161:19
**gummed** 247:21
**guy** 142:19 204:23
229:7 276:25
306:6,8
**guys** 157:11 161:11
248:21 254:19
**gynecologist**
302:15

**H**

**H** 140:14 141:10
**Haley** 160:16,19
172:4,7,15,20,24
**halls** 160:21
**handed** 233:10
**Handwritten**
141:17
**hang** 214:18
**hanging** 218:9
**happen** 162:3
167:19 170:21
176:13 201:12
207:11,12 256:1
292:12

**happened** 148:5,9
148:15,25 166:23
203:22 204:9
206:23 207:9,13
211:5,7,8,10
225:16 247:7
248:10 260:24
270:16 275:24
277:8,17 280:10
280:10 283:6
292:21 293:2,17
294:2 299:9
**happening** 276:25
**happens** 149:17
293:24
**happy** 163:18,21
196:7 200:10
303:16
**hard** 209:19
**head** 188:20 229:7
**heading** 161:11
**health** 239:23
241:8,17 243:2,7
243:13,14,23
244:3,11 268:14
306:9
**hear** 174:15 208:11
**heard** 201:4 237:10
237:18,25 259:17
267:8
**heartbeat** 302:3
**held** 218:20 307:20
**help** 150:21 160:8
231:6 240:10
252:4,17 253:8
255:15,25 261:8
305:9
**helped** 240:22
**helpful** 243:11
**Herman** 250:3,18
251:1 257:13,14
257:15,20 258:7
258:16 259:6,15
261:12
**hey** 270:17
**high** 163:2 179:17
179:22 180:21
181:3,6,16,23

182:2 190:10
191:16,17,18,19
191:20,23 192:10
192:24 202:16
206:5 207:14,19
211:6 212:9
217:12 219:23,25
220:1,15,16,18
224:7,9,14 225:6
225:16 239:16
**high-level** 190:24
191:2
**hire** 256:24
**History** 141:18
**hit** 142:15 169:2
**Hold** 197:12 285:15
**home** 190:4
**homemade** 226:11
226:14,17,24,25
**honest** 153:2 159:7
162:6,12,15 300:5
**honestly** 171:13
298:9,14
**honesty** 171:16
**Hopkins** 139:21
**HORACE** 140:14
**HOROWITZ**
140:8,9
**hour** 210:21
**hours** 150:24,24
**house** 151:24
159:16 160:11,17
178:25 179:7
193:6 198:1,4,12
200:24,25 201:6,9
201:14,17,18
202:1,1,2,4
203:12,13 274:13
274:17 275:7,8
**Huh** 189:15 292:23
**hung** 198:15 219:4
265:4
**hurt** 168:21 169:16
205:11

**I**

**ID** 211:25 212:2,9
212:13,16,21

213:5,5
**idea** 260:25
**identification**
233:8
**identified** 213:5
**identify** 147:24
148:3
**II** 139:6
**III** 139:6
**illegal** 215:7
**inaccurate** 215:23
**incident** 205:17
224:8 225:3,5
**including** 150:15
221:24 254:11,11
**income** 155:19,25
**Incorporated**
140:25
**indicate** 182:14
**information** 241:17
252:8 253:8,9
255:25
**Ingram** 234:16,20
234:24 235:4,9
236:15 239:5
**initially** 251:7
**Injunction** 141:16
**injure** 168:24
**inquiry** 182:15,16
**inserted** 181:22
**instructed** 246:16
**instructing** 182:21
**intensive** 244:16
**intentionally** 223:9
**intentions** 261:4,7
**intercourse** 181:5,9
181:20 227:6
**Internet** 224:14
225:9
**interrogatories**
141:15 233:2,4,12
234:24
**Interrogatory**
233:15 234:12,13
**interruption** 145:2
**intervention** 197:1
**interview** 244:16
277:20 298:20

**interviewed** 261:20
261:22 277:21
286:16
**involved** 159:23
186:24 195:12
**involving** 224:14

**J**

**J** 140:3
**jail** 196:17,19
**Jane** 139:4,12
140:7 141:5 164:3
164:5,5 165:4
245:10,12,13,14
245:15,19 247:23
248:12 249:6
262:2,7 263:4,22
263:24 264:2,4,4
264:7,9,11 267:6
282:1,2 284:14
295:24,25
**January** 172:13,14
194:11,14,18
272:17 273:5
277:25,25 278:4,4
281:16,16
**jeans** 152:13
**Jeff** 140:24 249:25
**Jeffrey** 139:7
140:18,24 160:10
160:14 161:19
185:1 186:24
193:2,5,8,9 204:6
245:2 247:3,25
249:25 257:13,14
261:11,12 266:24
268:3,6,10,16
274:18,21 275:11
275:21 276:25
278:6 281:17
282:13,22 286:17
287:10,19 288:2
296:20,25
**Jennifer** 210:4
**job** 156:7
**joke** 229:15,16
**joking** 229:19
**Josefsberg** 252:20

**JR** 140:19
**July** 269:16 270:13
273:15 275:3
**jump** 159:15
**jumped** 201:24
**June** 180:4 272:7,9
272:13,17 273:6
273:22 274:1
275:3 277:15,16
**junior** 145:18,18
145:21,24 146:2,3
146:5,9 147:8,12
147:13,16 148:5
148:10,16 149:10
149:12,15 172:2
172:12,14 179:17
179:21 180:6,8,20
181:2,6,15,22
182:2 194:4 195:9
200:4 202:21
206:8,8 217:15
239:15
**jury** 304:24

**K**

**keep** 155:9 191:22
256:6
**kept** 177:20 191:22
**kid** 188:23
**kids** 301:9,18 303:7
303:9 305:10
**killed** 209:10,20
**kind** 168:18 174:10
175:3,24 196:25
204:25 209:10,18
209:19 226:9
231:6 232:4
267:22 268:12,15
268:19 293:22
**kinds** 177:24
300:17
**Kliman** 234:18
237:1,6,6,15
238:7,10,11,21
244:15 248:1,16
267:10,11,14
268:8,17,24
269:20,23 270:1

297:22 298:14,20
299:2,23 300:6,12
300:23 306:13,15
**Kliman's** 182:16
**knew** 185:1 193:8,9
201:25 207:21,22
245:1 247:22
263:20 267:21
275:21,22 278:6
281:17 282:20
285:4 287:8,20
**know** 143:25
144:10,13 146:2,4
146:8 147:2,5,11
147:20,23 148:1
148:25 149:12,14
149:24 150:8,10
150:17,25 151:6
152:24 153:3,4,15
153:15 155:12,16
156:2,5,8 157:22
157:23 158:20,24
158:24 161:6,6,6
161:22,24 162:4,5
162:6,8,15 163:16
163:16 164:14
168:12 171:3,6,7
171:10,13,19
179:8 182:3,17,20
184:16 185:6
186:5,8 187:11,12
187:13,15,18,22
187:25 190:9
191:15 193:11
196:3,3,4,12,13
196:16,17 198:18
199:15,17,19,19
199:20 200:2,5,7
200:22,25 201:21
202:5,6 207:18,21
209:1,2,4,5,6,7,8
210:7 211:3,4,4,7
212:10,12,14,17
213:19,20 214:4,7
215:9,22 216:20
217:11,11,14,16
217:18 218:1,4,6
218:7 219:17,24

219:25 220:5,24
220:25 222:6,19
223:3,21 225:19
226:1 228:1,10
229:18 231:17
232:3,4,5,9 235:7
235:13 236:23
238:24 242:2,24
242:24 245:8
246:9,11,23,23,24
246:24 247:9,11
247:13,15,16,17
247:19,22 248:2,6
248:8,10,17,18
250:13,25 251:12
252:3,21,23 253:6
253:11,12,12,12
253:13,23,24,25
254:4,4,7,8,13,15
254:16,18 255:11
256:7 257:17,22
258:8,10,15,19,19
258:20,21,22
259:1,2,2,6,8,15
259:19 260:2,7
261:9,21,22,25
262:14,15,19
263:1,4,5,6,6,14
263:19,22,25
264:2,4,7,9,11,11
264:15,20,21,23
266:5,6,7 267:6
267:14 269:6,16
270:15 272:19
273:8,13 276:2,9
277:1 279:2
280:20 283:14
284:14,17,19,22
285:6,10,12,20
286:25 287:5,15
287:16 291:18
292:7,10,13
293:15,21,22
295:9,13,14,22
298:8,25 299:24
300:11,17,22
301:5,7,10,14,17
302:7,20,22 303:7

303:9,14 304:7
306:5,15,16 307:8
307:11
**knowing** 243:17
**knowledge** 161:16
225:21 248:15
**known** 175:3
258:25 293:23
**knows** 151:1
298:12

---

**L**

**La** 198:18 201:18
**ladies** 251:25 252:3
304:23 305:4
**lady** 251:13,24
252:16
**lady's** 251:11
**Lake** 140:16
**language** 279:23
**Las** 140:4
**Lauderdale** 140:5
**Lauren** 157:1,5,19
157:25 158:5,11
159:1,1 160:10,21
161:3 162:19
170:10 173:3,4,4
212:17,19 213:3
218:11 219:21
220:7,9 274:7,10
274:14,17 275:2,5
275:14,25 276:12
276:22 277:6
278:19 279:2
280:21 281:15
284:17
**law** 249:17,22
250:1 254:19
**lawsuit** 186:11
230:14,24 231:4,5
239:1 242:15
245:6 247:3,24
261:1 262:3 266:7
274:21 275:10,20
282:6,9,11,14
287:18
**lawsuits** 245:2
248:22 249:7

**lawyer** 238:1
239:11 244:19
246:8 249:12,15
250:1,19 251:6,15
251:16 252:19,22
253:4,13,14,14
257:11 258:17
259:15,19 260:2,9
260:25 264:15
265:9,20 266:4
267:3,12 286:17
287:2,2,12 300:9
300:14,17,17
**lawyers** 186:25
237:24 238:3
242:18 249:10,21
262:8,9 263:15
266:9,13 287:16
**lawyer's** 267:17
**leading** 150:9
**league** 191:7
271:12
**leagues** 191:23
**learned** 303:2
**leave** 155:4 203:12
203:13
**left** 177:1 199:3
202:3 289:6
297:12
**legal** 150:7,14
206:25 250:18
251:1 254:19
**lesbian** 225:18,21
**letter** 257:23 258:1
**letting** 203:16,17
**let's** 144:25 148:14
149:22,23 150:13
174:12,16 180:9
182:19 210:14
233:3 234:12
238:20 244:15
251:18 253:16
258:6 270:10,10
283:15
**level** 254:8,16
**lie** 241:16
**life** 158:2 190:22,25
200:17 202:18

204:1,7 210:16
218:2 222:10
236:15 275:18
278:16 292:15
296:12 297:16
298:11,12 299:10
301:18,21
**lifetime** 206:23
**liked** 168:18 177:14
200:9
**limited** 221:25
**Lisa** 234:17,20
235:18 236:16
**list** 234:13 253:1
**Listen** 164:10
185:2 208:21
240:24 241:1
247:1,14 283:17
**Literally** 257:12
**litigation** 237:20
**little** 172:15 272:2
303:22
**live** 274:5
**lived** 197:7 198:19
275:2,6
**lives** 201:18 238:11
**living** 198:22,25
274:17
**LLP** 140:20
**long** 191:14 207:21
207:22 214:2
238:17 256:4
262:17
**look** 234:12 242:14
252:6 295:23
**looked** 238:13
295:24
**looking** 184:18
238:8,16,17
239:10,14,16,18
242:7,9,21 251:6
**lose** 209:25
**lost** 183:20 195:1
**lot** 163:14 172:7
189:5 204:15
206:1 219:5
231:24 241:8
249:21 251:8

275:25 282:12
**loud** 234:4
**love** 193:14,15,22
202:18 210:16
222:10 296:12
**love's** 209:15
**lunch** 168:9
**LUTTIER** 140:19
140:20 141:6
142:8,19,23
143:10,24 144:18
144:19 145:4,6,9
145:13 147:1,6
149:3,9 151:3
152:23 153:12
155:23,24 157:18
160:7 162:1,23
165:10,11 166:14
176:6 177:17
182:10,18,23
183:4,6 186:9,18
188:6,10 194:7
195:10 196:5
202:23 206:15
207:3 208:10,20
209:24 214:1
215:21 216:2,6,17
218:23 219:6
220:6,13 222:8,17
223:13 228:6
230:2,9,16,19
231:2 232:14
233:1,9 234:5
236:21 237:5,11
237:14,22 240:7
240:16,23 241:6
241:21 242:13
243:6,9,12 244:1
244:7,14 245:9
248:5,9 250:15
251:4 253:22
254:21 257:19
258:23 259:14
260:1,14,23 261:5
262:12 263:9,21
264:22 268:1
270:5,24 271:6
276:7,20 278:13

278:20 279:12,17
280:14,24 281:13
281:23 282:16
283:1,11,15,23
284:7 285:8,13,17
285:23 286:12,21
288:1,17 289:20
290:19 291:8,23
292:9,20,23,25
293:1,4 294:17
295:12 296:3,10
296:16 297:7,14
297:21 298:3,18
299:7,13 300:15
300:21 301:13
302:2 303:6,15,21
304:3,9,19,22
305:3,8,13,23
306:24 307:5,17
**Lynn** 186:1 189:22
189:25 239:24
240:3,4,9,10,21
241:10,25 242:3
271:14,16,20
272:4 273:23
275:4
**L.M** 140:2

---

**M**

**mail** 258:15,21,25
259:2
**making** 155:20
156:1 163:20,21
172:5,18 226:24
227:3
**male** 183:8,15
256:14
**mall** 157:6,12
**man** 180:16 209:9
232:1 267:15
295:4 296:5
304:15,25
**Manche** 198:18
201:18
**manner** 168:21,25
169:17,19
**March** 148:12
**mark** 140:19 233:3

307:16
**marked** 233:7,11
**massage** 142:12
143:12 149:20
152:7 153:19
154:22 157:21
159:22 165:22
166:1 167:19,25
170:19 173:9,9,14
173:18 175:22
176:11,25 183:23
184:2,3,4,12,13
184:22 185:10,15
290:20 291:11
304:15 305:1
**massages** 158:18
166:17 171:18
173:7 179:5,12
291:1
**matter** 212:8
221:21 239:11
244:9 259:9 268:5
**ma'am** 212:11
228:16 232:8
233:10
**McDonald's**
161:12
**mean** 151:19
159:14 165:12
169:21 173:24
174:1 178:15
181:19 185:7
186:15 189:17
190:12,15 203:18
204:25 206:10
209:1,2,22 217:9
219:12,19 225:20
225:24 226:1,2
228:1 234:6 240:9
240:11 241:5
242:25 251:9
256:23 258:10
259:17,21 260:4,5
262:14 265:10,11
267:25 276:1
281:7 283:5
286:11 291:7
293:9,14 298:11

299:5 303:25
**meaning** 164:6
**means** 162:15,17
181:20 279:22
280:9,19
**medical** 268:13,15
268:19,22 302:13
306:9
**meet** 193:17,21
237:6,15,16,17,23
260:19
**meeting** 254:22,25
255:4,8 256:10
**Mellafano** 252:1
**member** 191:3
**men** 200:16,18
**mental** 268:14
**mentioned** 229:10
**MERMELSTEIN**
140:8,9 142:18
143:22 144:16
145:10 146:23
147:3 149:1,7,22
150:3,20 152:22
153:7,10 155:21
157:14 160:3
161:21,23 162:21
165:8 166:12
176:2 177:15
182:3,25 186:7,14
188:5,8 194:5
195:3 196:1
202:20 206:13,24
208:9,17 209:21
213:24 215:18
216:1,3,15 218:17
220:3,11 222:5,15
223:11 228:5
230:1,8,15,18,25
232:12 233:6,23
234:2 236:18
237:4,7,12,18
240:6,12,17,24
241:18 242:11
243:4,7,10,24
244:5,13 245:7
248:3,7 250:12,17
250:24 253:20

254:5 257:18
258:18 259:13,23
260:12,20 261:2
262:10,24 263:18
264:19 267:24
269:24 276:6,10
276:16,19 278:11
278:17 279:9,15
280:12,23 281:12
281:21 282:15,24
283:7 284:6 285:7
285:15,18 286:10
286:19 287:25
288:15,22,24
289:18 290:17
291:3,13 292:5,17
293:3 294:15
295:10,18 296:7
296:15 297:5,18
297:25 298:17
299:4,12 300:13
300:20 301:11,25
303:4,12,18,24
304:6,17,21 305:2
305:7,11,21
306:23 307:2,14
**met** 159:4 180:24
180:24,25,25
193:12,15 197:11
197:14 207:15,19
220:22 221:1,3,6
221:10 232:24,25
251:16,21 253:14
257:12 261:11
268:24
**Miami** 140:10
252:22
**MICHAEL** 140:3
**middle** 147:12,15
147:16,17 148:5
172:12 248:22
285:16
**miles** 210:21
**mind** 200:1 286:15
**mine** 207:7 209:23
247:17,18,18
266:22
**minute** 149:22,23

164:7 182:20
183:5 193:20
202:7 208:14
256:5 273:18
276:17,17 277:5
277:12 278:2
**minutes** 218:18
**missed** 214:12
**mom** 186:16,19
190:6 199:10
303:7
**moment** 142:15
293:11
**moments** 178:16,17
**Monday** 214:11
**money** 155:8
156:10,17,22
157:4,8,23 160:16
172:16,23,24
177:12,14,18,20
232:2
**month** 265:4,6
**months** 207:23
208:2,7,16,25
**moon** 267:15
**morning** 189:12
215:17
**mother** 187:2 199:2
199:3
**move** 205:14
**Murphy** 157:1,5,19
158:1,5,11 160:10
160:21 161:3
162:20 170:10
173:3 213:3
218:12 220:7,9
274:14 275:2,14
281:16
**muscular** 204:23
**mute** 145:7

---

**N**

**N** 141:2
**Nadia** 229:5
**naked** 180:15 183:7
183:11,12 291:10
295:1,3,5
**name** 205:9 210:5

212:25 238:1
245:16 252:13,25
253:23,24 264:1
266:9 269:5,11
305:15
**named** 263:22
**names** 169:6 205:6
264:6 266:12
**napkin** 150:1
276:18
**need** 142:14,15
144:20 150:10
215:24 216:11,19
252:4 266:17
270:22 276:8,16
**needed** 245:6
**neighborhood**
198:19
**never** 163:25
164:10,17 168:15
168:21 178:21
180:21 181:3
185:1 190:15
203:5 204:6 208:8
208:24 214:12
221:12 231:3
237:18 239:21
240:8 267:8 268:8
270:3 277:22
288:2 296:20,25
**new** 147:19 160:17
172:25
**nice** 168:10,20
178:13,16,18
192:13 205:4
**Niebling** 234:17,21
235:18 236:16
239:5
**night** 178:23 179:1
179:6 214:11
**ninth** 144:8
**nods** 188:20
**normal** 163:10,12
163:13,14
**North** 140:15
**Notary** 139:22
**Note** 141:17
**November** 272:1,2

272:3 273:1
**nude** 290:20 291:1
304:16 305:1
**number** 142:6
172:5 185:9
235:22 251:10,12
251:19,20 252:5
252:15,15 253:3,4
253:12,18 255:17
255:18,23 256:9
256:11 257:5
258:13 261:4
**numbers** 185:21

## O

**oath** 234:10
**objection** 149:1
150:14 152:22
153:7 155:21
157:14 160:3
162:21 166:12
177:15 182:4
186:7,14 188:5,8
195:3 196:1
202:20 206:13,24
208:9,17 209:21
213:24 215:18
216:1 220:3,11
222:15 223:11
228:5 230:1,8,15
230:25 236:18
241:18 242:11
243:4,24 244:5,13
245:7 248:3
253:20 257:18
258:18 259:13,24
260:12,20 261:2
262:10,25 263:18
267:24 269:24
278:11,17 279:9
280:12 281:12,21
282:15,24 284:6
285:7 286:10,19
287:25 289:18
290:17 291:3,13
292:5,17 294:15
295:10,18 296:7
296:15 297:5,18

297:25 298:17
299:4,12 300:20
301:11,25 303:4
303:12,18,24
304:6,17,21 305:2
305:7,11,21
306:23 307:2,14
**objections** 150:7
**occasion** 151:24
152:21 154:24
157:20 167:17,22
170:18,21 171:25
172:1 176:13,16
176:18 183:22,24
200:21 211:23
217:23 290:23
**occasions** 152:2
166:17 173:8
200:16
**occur** 151:17
183:24 184:3
**occurred** 142:10
167:5 171:1
184:10 203:10
248:13 297:16
**October** 139:14
147:18,18 148:10
172:12,13,13
271:10,23,24
277:13
**office** 252:19,24
253:17 254:1,8
**oh** 144:25 159:5,15
160:25 163:11
164:8 165:3 229:4
233:25,25 246:6
249:17 266:17
270:17 274:23,23
278:22 294:7
296:1
**okay** 143:11 145:5
145:9 148:14
149:23,23 150:3,4
150:20 158:4
162:19,24 163:6
167:15 168:18
170:16 171:16
173:6,17 174:21

175:9,13,16
176:10,16,25
177:3 178:10,13
178:19 180:1,15
180:19 181:18,21
182:19 183:22
184:9 186:3 190:6
191:16,19 192:9
196:18 197:17
198:6,16 203:8
209:18,25 210:25
211:15,18 214:2
216:13,22 217:7
218:23 220:21
222:9 224:23
225:8 226:17
227:8,15,18 234:9
234:12 237:12
238:6,16 241:13
241:24 245:14
247:21 248:12
250:1,5,23 251:2
253:25 254:3
257:2,10 258:6
260:8,19,24
267:10,10 269:22
270:10,23 271:7
271:13,19,24
272:3 273:5,22
274:16 276:11,16
276:17 278:24
280:8,15,23,23
282:9 284:3
285:17,24 286:3
286:13 290:11
292:25 294:7,18
294:25 297:10
298:23 302:13,17
306:6 307:17
**Olas** 140:4
**old** 156:3,3 197:10
197:12,17 199:19
200:3,3 210:25
213:17 226:20
227:19,20
**older** 206:20
**Olympics** 191:25
**once** 164:2 166:21

173:13 189:23
208:1 217:25
250:25 277:11
**open** 200:25 201:3
201:10 202:3
**opportunity** 216:11
216:16
**opposed** 148:12
151:11 172:20
**oral** 181:25
**order** 182:11
200:23 202:10,14
202:17 203:9,10
**orders** 182:13
206:19
**originally** 253:18
**Orlando** 245:22
**ought** 266:24 267:3
**outfit** 152:18
**outrageous** 275:20
276:22 278:5
281:19 287:9

## P

**page** 141:13 233:14
234:12
**paid** 155:6 156:22
157:5 172:23,24
173:2 289:9,23
**pain** 302:23,25
**pair** 190:17
**Palm** 139:18
140:21 163:2
187:5,16 192:10
**panties** 288:19
289:6,11,17
290:15
**pants** 144:5 146:14
171:7,9,20 173:19
174:4,7,10 175:14
175:21 176:17
183:23 184:1
**panty's** 290:1
**papers** 222:21
302:10
**parents** 188:1,2
192:21 196:7,25
231:22,23 232:3,4

232:6,21 235:15
236:6,10,17 275:7
275:8
**part** 142:21 157:1
172:2 175:10
227:25 245:6
**particular** 267:3
**parties** 242:4
**pay** 201:21
**paying** 232:2
**penis** 181:21
**people** 186:12
225:17 232:19
236:9 241:16
254:9,10,12,12
255:6,14,17 263:3
281:15 283:4,4
284:11,19 287:6
301:6,10
**perfectly** 229:21
**performances**
226:10
**performed** 173:9
**performing** 173:7
**period** 178:3,24
179:4 214:3
217:19 220:18
271:20 274:2,6,19
278:21,23,25
279:2,13,16
**permitted** 272:20
**person** 172:25
173:4 183:8,15
226:1 228:24
229:3 232:1 253:3
253:10,11 254:13
256:7,9,11,13
257:3 265:15
296:11 298:12
**personal** 242:23
298:10
**personalities** 164:5
164:9 165:2
**personality** 165:4
**persons** 182:6
**Petition** 141:16
**phone** 140:5,11,16
140:22 143:13

185:21 255:22
257:5
**phonetic** 252:1,2
**physically** 168:21
168:24 169:16
179:15 205:11
**pick** 203:21
**picked** 167:25
**picture** 212:24
213:2 224:15,16
224:18,19 225:2,9
226:1 257:15
**piece** 167:2
**pills** 217:4
**pinpoint** 152:21
**Plaintiff** 139:5
140:2 250:9,14
**Plaintiff's** 237:4,7
**play** 271:7,11
**played** 156:7
190:24 191:20,25
271:19 273:1
**player** 190:19,21
**playing** 190:16
191:7,12,22 214:8
214:10,17 271:22
272:10
**please** 252:5 285:18
**plenty** 211:19,20
**plus** 231:25
**point** 146:7 152:24
153:5,18 158:3,17
171:17,19 174:7
174:21 175:13
192:20 210:8
249:3 250:20
257:10 268:5,7
275:18 287:10
291:9
**police** 187:6,16
200:20,22 201:2,3
201:14 221:25
**portion** 218:25
240:19 241:2
271:3 283:19
**position** 182:17
**possible** 186:6
**possibly** 164:14

**pot** 217:2,3 220:7
221:3
**predicate** 196:2
**pregnancies** 300:7
300:24 301:3
**pregnant** 300:2
**prescription** 215:1
217:5
**PRESENT** 140:24
**press** 288:6 289:5
**Preston** 178:11,20
178:24 179:3,15
180:10,22,25
183:8,13,17,20
193:1,5,8,10,12
193:22 194:10
196:7,10 199:20
200:3,24 201:15
201:17 202:4,8
209:15 211:12,16
213:18,21 216:23
217:1 223:25
224:4 296:13,17
297:4
**Preston's** 209:14
**pretty** 150:6,17
182:14 198:10
203:18 204:11
249:2
**Previous** 223:24
**prior** 152:2
**prison** 196:11,14
196:16
**private** 243:16
**privileged** 250:20
**probably** 145:17
150:12 172:10,11
177:8 187:3
194:24 199:13,14
200:4 205:9,14
207:21 213:25
220:15 224:2
239:17 277:9
**problem** 180:16
240:2 242:5
279:23
**problems** 231:8,21
232:20 236:10

241:11 243:3,14
**process** 244:16
**professional**
306:10
**progressively**
143:17 144:3,6
145:1,16,21 293:9
**prohibits** 182:11
**promising** 177:22
**pronounce** 245:16
269:7
**Proposal** 141:14
**Prose** 139:22
**provide** 190:8
**provided** 195:17
**psychiatric** 239:25
242:5 268:14
**psychiatrist** 235:2
238:8,17,18 239:8
239:19 242:9,15
254:14 267:22
268:9,25 270:3,18
**psychiatrists** 231:9
231:11,18,20
232:15 234:14,19
**psychological**
231:6 239:25
241:10 242:4
245:20 247:2,8
248:13 268:14
305:9
**psychologically**
240:22
**Psychological/So...**
141:18
**psychologist**
245:11 246:15,19
246:22,25 247:24
267:22 268:9
**Public** 139:22
**purposes** 237:20
**pursuant** 182:4
**push** 164:21 165:6
176:23
**put** 145:7 150:5
155:1 156:10,12
201:11 204:6
230:23 262:8

**P-t-o** 269:14
**P.A** 140:9,14
**p.m** 139:14

_____
**Q**

**question** 145:11,22
147:1 148:3
150:21 161:2
162:9 163:4
164:10,13 173:12
174:6 181:1
182:24 183:1,2,25
185:2 204:17
208:11,21,23
213:4 214:20
215:9,12,14
218:24 223:22
228:16 232:8,11
232:13 233:12
237:19,21 240:12
240:15,25 241:1
247:1,10,21
261:13 262:21
264:19 265:16
270:20,22,24
275:1,1 276:8
280:25 281:5
283:14,16 298:5,7
298:10,14 299:2
299:25 300:1,2,5
304:4 307:9
**questionnaires**
241:8,9
**questions** 181:11
182:5 215:16

_____
**R**

**raised** 188:7
**rate** 210:19
**read** 216:5 218:23
219:1 233:22
234:1,2,3,6
240:16,20 241:2
270:24 271:4
283:16,20
**ready** 149:24
**real** 204:23
**realize** 273:17

276:1,5,15 277:2
**realized** 201:8
**really** 143:25
  150:24 153:13
  168:20 171:10,13
  171:17 190:15
  196:10 199:19
  253:9
**reason** 185:8,12,20
  236:9,15 270:12
  273:14
**recall** 145:14 148:6
  148:14 152:15,15
  161:2 166:23
  200:20 213:11
  224:7,13
**recess** 218:20
  307:20
**recollection** 195:11
  195:16 280:2,11
  281:8,10
**record** 142:6 150:6
  155:9 182:22
  218:19,22,25
  240:19 241:2
  271:3 280:18
  281:3,6 283:19
  307:18
**recorded** 148:19
**records** 185:17
  302:13,15
**RECROSS** 141:4
**REDIRECT** 141:4
**refer** 257:8
**referenced** 234:18
**referred** 234:18
**referring** 234:20
  238:4
**refresh** 195:16
**refused** 164:18
**Related** 139:9
**relations** 180:10,12
  181:12,19
**relationship** 197:5
  199:23 204:14
**religion** 188:14,17
  189:17
**remain** 143:15

**remember** 143:22
  143:23 144:1,7,9
  144:21,22 145:10
  145:22 147:3,14
  148:22 149:8
  150:11,11 151:12
  152:18 157:22
  158:8,13,16,19
  159:13,19,21,24
  160:25 161:9,13
  161:18 173:5
  175:25 176:3
  181:4,8,8 185:4,6
  187:3,7,7 193:15
  194:24 195:2,5
  196:20,24 198:13
  198:17 201:13
  204:15,17 207:22
  210:4 211:1,3,8
  211:10,13,14
  212:3,4,6,7
  213:13 218:8
  219:2,10,12,22
  220:23,24 221:2,8
  221:23 224:20,24
  225:1,2,3,5
  226:19,21,22
  227:9,10,12,20,23
  228:1,2,8 229:14
  231:16,17,18
  232:18 235:7,12
  235:17 236:1,4,8
  236:12,13,25
  247:16 250:7
  251:20 252:11,14
  252:18 256:13,16
  257:22,24 258:4,8
  258:12 259:5
  260:10,16 262:6
  262:11,13 263:12
  263:14 275:17
  278:22 279:1,3,7
  279:18,19,20,21
  279:24 280:1,5,9
  280:19,22 281:7
  282:4,7 283:5,5,7
  283:8,9 284:13,21
  285:2 286:24

287:4,11,14 292:8
  292:13,21 293:2,6
  293:12,14,14,16
  293:19 294:1,5,6
  294:8,11,13 300:2
  302:22 305:25
  306:4
**remembers** 194:25
**remove** 174:4,7,17
  175:14
**removed** 151:5,17
  151:23 152:16
  166:18 171:20
  173:18 174:9,18
  175:21 183:23
**removing** 149:19
**rented** 185:23,23
**repeat** 183:25
  274:25
**report** 155:13,19
  155:25
**Reported** 139:21
**reporter** 142:16,25
  143:4 219:1
  240:20 241:3
  271:4 283:20
  292:22,24
**Reporting** 139:22
**represent** 239:23
  241:10
**representation**
  240:8
**represented** 242:3
  249:9 264:15
  265:19,22 266:3,6
  284:3 287:19
**representing**
  249:22
**requested** 176:17
  218:25 240:19
  241:2 271:3
  283:19
**require** 192:11
**respected** 164:24
  295:17
**response** 198:8
  289:12 290:4
**restraining** 200:23

202:10,14,17
  203:9,10 206:19
**restrictive** 150:8
**restroom** 218:15
**result** 225:8 231:7
  268:20
**retain** 250:19 251:1
  256:21,23
**retained** 237:19
  251:6
**return** 155:13,14
  155:15
**review** 298:23
**Rich** 269:2,4,5,7
**RICHARD** 140:14
  140:14
**Rick** 269:9,9,15,23
**Ricky** 269:9
**ride** 159:16 201:16
  201:17
**right** 142:18 143:6
  143:8 144:11,14
  145:6 147:9,18
  148:22 152:25
  153:13,17,17,19
  154:8,14,14,16,21
  155:1 156:6
  157:19,24 159:10
  162:24 163:7,7,23
  165:10,15 166:21
  167:3,15,17 168:1
  168:3,13 170:13
  174:19 175:2,11
  175:21 176:23
  177:1,7 178:8,20
  180:2,5,16 181:23
  184:6,11 185:18
  187:8 188:11,25
  191:9 194:4,5,15
  194:19,21 196:18
  197:15 198:7
  199:1,3 201:19
  202:25 207:16
  210:16 214:15
  216:4,20,21
  218:16 219:11
  220:7 223:1,3
  226:22 229:22,25

230:14,17,20
  233:10,19 234:7
  234:10 236:11
  238:23 239:2
  240:4 241:14,22
  241:25 242:5,16
  242:19 244:8,20
  244:24 245:17
  246:22 249:7
  250:22 251:3
  253:18 254:23
  255:4,18 256:14
  257:3,25 261:23
  264:12,16 267:19
  267:23 270:14
  271:17 272:10,21
  272:24 273:3,9
  274:24 275:19
  277:13 279:7
  280:4,17 281:14
  283:12 285:11
  286:18,22 287:13
  288:7,13 289:6,11
  289:17,21,23
  290:3,5 294:19,23
  297:10 298:15
  306:7
**ring** 264:1
**road** 210:18
**ROBERT** 140:19
**Robson** 160:16
**Roman** 188:19
  189:13 299:14
  303:2
**room** 152:1,6
  153:18 166:6
  202:2 254:10,10
  254:12 255:7
  291:22
**ROSENFELDT**
  140:3
**ROTHSTEIN**
  140:3
**routine** 174:10
**Royal** 163:2 192:9
**RPR** 139:21
**Rubello** 305:14
**Ruepto** 269:2,4,7,9

269:15,23 270:12 272:13,18 273:6 273:15 305:14
**run** 159:14
**R-u-e** 269:13
**R-u-e-p-t-o** 269:12

---

### S

**S** 140:8 141:10
**San** 238:11
**Sarah** 142:13 172:6 172:19 184:17,20
**sat** 284:4
**saw** 231:9,17 248:15 268:7,16 268:23
**saying** 171:8 194:3 254:17 256:6 277:1 279:12,25 281:9 285:21,25 289:3 291:7,20 295:20,21
**says** 233:20,22 234:23 235:18
**scare** 203:19
**scared** 204:25 206:10
**schedule** 185:9,15 238:9 270:13 272:20 273:9,19
**scheduled** 267:18
**school** 160:22 163:3 179:18,22 180:1,21 181:3,6 181:16,23 182:2 190:10 191:16,17 191:18,19,20,23 192:10,10,14,24 194:21 202:16 206:5 207:14,19 211:6 212:9 214:12 217:12 219:23,25 220:1 220:15,16,18 224:7,9,14 225:6 225:13,16 239:16 241:7 242:21,22 243:16,18,19

270:2,4,7 272:6 274:3
**season** 214:14
**second** 171:23 172:4,7 197:13 228:7,11,12,19 260:15
**see** 144:25 172:19 178:3 202:24 203:1,2 214:13 223:4,7,10,15 227:13 231:10,20 232:19,20 233:1 233:19 234:25 235:5,20,25 236:5 238:6,20,20 244:24 245:11 247:25 267:3,19 268:17,20 270:3,8 270:14 272:13,18 273:6,12,15 277:13 281:17 297:22
**seeing** 226:2 268:25
**seek** 231:6 268:22
**seen** 268:18
**selected** 263:16 267:4
**senior** 194:4 202:22 206:8 212:3,5 227:25 239:15
**September** 271:9
**sequence** 151:18,20
**session** 239:5
**sessions** 235:19
**set** 148:8
**Settlement** 141:14
**seven** 206:20
**seventh** 144:7 171:25 172:1
**sex** 179:11 181:25 194:22 195:19 227:4 228:24 229:8
**sexual** 147:14,22 148:4 180:9,12 181:5,9,12,19,20 182:5 226:10

227:6 229:2,6,8 229:16,17
**sexually** 168:23 243:18
**shelter** 190:9
**shift** 291:20
**shirt** 143:16,19 144:4 146:7,10,12 146:14 147:8 149:19 151:14 154:11,17,19 155:1 167:1 171:23 291:17,19 291:22 292:1
**shopping** 157:7,11 157:17,23
**short** 164:5 165:5 256:19 295:25
**shorts** 152:13 171:2 171:3,6 173:19
**shoulders** 205:21
**show** 227:24 228:25 233:1 243:10
**showed** 228:2
**showing** 239:22
**shows** 300:4
**sic** 165:6 299:2 305:14
**side** 244:10,23 295:24
**sign** 260:17
**signature** 233:17
**signed** 302:11
**significant** 149:17 149:19,20 158:1 292:14,15 293:5
**simple** 232:11
**simply** 174:23
**single** 152:12 163:25 167:1 204:16 232:23 236:2 249:2,5 285:22 291:21 293:10 294:9
**sit** 265:14
**sitting** 232:2 250:10

**situation** 166:9 172:16 195:14 230:23 263:2 266:7
**six** 206:20 239:6,9
**Sixteen** 176:10 198:6
**sixth** 144:7 171:24
**slow** 258:6
**slowly** 277:6
**slut** 296:17
**small** 243:16,18
**smoke** 217:3 220:8
**smoked** 217:2 221:3
**soccer** 156:8 189:5 189:6,11,19 190:17,19,21,24 191:2,12,20,22 192:3,6 214:8,10 214:14,17 270:2 270:13 271:7,19 272:4,10 273:1,9 273:19
**solicited** 259:10
**somebody** 160:15 201:4 243:17 251:9,21 256:10 261:8 263:22 265:13
**somebody's** 159:16 251:10 301:21
**soph** 180:20
**sophomore** 144:21 180:24 192:24 193:25 194:4,13 195:7,7,8 207:13 211:5 212:8 217:17 239:15 272:15,22 274:24
**sorry** 145:12 148:1 163:13 168:4 171:7 173:11,22 188:13 204:18 215:14 232:9 240:25,25 256:2,7 270:17 278:3
**sought** 268:12

**South** 139:17
**SOUTHERN** 139:1
**speak** 256:4 257:21 304:1
**speaking** 251:25 252:4 265:10
**specific** 144:16 148:23 194:14
**specifically** 144:22 151:4 152:20 154:10 219:3
**speculate** 161:23 176:2 222:5
**speculation** 295:11
**speed** 210:19
**spell** 269:6,10
**spelling** 269:11
**spend** 156:17 157:4 178:25
**spending** 178:23 179:1,6
**spent** 156:11
**spit** 169:4 296:22 296:22
**split** 156:19,21 197:2
**spoke** 265:3
**spoken** 287:17
**sports** 190:16
**stake** 278:16
**stalking** 203:18 204:10
**standing** 182:4 201:3 259:16,20 259:21 260:3
**start** 143:9 146:12 194:20
**started** 145:4 146:6 146:6 148:11,13 153:9 163:24 179:15 181:15 193:2 194:10,12 198:7 199:18 213:11,14 217:13 259:3 271:13,16 272:23
**starting** 144:3 273:5,22 277:20

277:21
State 139:22
   191:12 254:17,18
stated 300:9
statement 148:24
   171:21 196:4
   270:11 273:20
   280:6 281:15,25
   287:4,7,15
statements 234:9
   241:13
STATES 139:1
stay 192:18
stayed 179:6 275:8
staying 197:9
   201:18 274:7,10
stick 150:8,13
stop 211:12,15
stopped 189:3
stopping 183:2
strange 200:18
street 197:7,9
   201:22,23
Stuart 140:8 151:1
   238:5
stuff 150:9 190:5
   259:18 277:1
   287:3 300:18
subject 170:12
subpoenaed 185:18
subsequent 182:13
suddenly 269:22
sue 278:6 281:19
   282:22 287:9
suing 286:17
Suite 139:17 140:4
   140:10,15,21
summer 194:21
   271:11,12 274:11
   274:19 275:3
summers 271:15
   273:23
Sunday 189:7
   190:1
supplement 216:19
supported 231:25
supposed 175:6
   201:17 234:1

245:25 295:9,13
   298:5,8,11
supposedly 222:25
sure 157:22 162:22
   177:5 179:20
   198:11 199:13
   204:11 216:2,7
   219:3,3 231:15
   236:22 239:18
   240:18 245:15,16
   247:20 250:10
   256:5 262:6 263:5
   263:7,13 266:16
   270:11 274:20
   275:15 276:19
   278:14 280:15,17
   281:1,6 282:10
   291:6 292:11
   293:20,25 298:13
   299:1 302:6,8,11
   304:8
suspended 260:5,7
   260:9
swore 234:7
sworn 195:17,23

T

T 140:19 141:10
table 152:7
take 146:7,9,14,16
   146:18 149:22,23
   149:23,24 151:14
   154:2,11,17
   160:10 163:13
   166:10 167:6,8,10
   167:12 174:22,23
   174:24 175:6,11
   176:14,17,18
   184:7 217:19,24
   218:15,17 228:13
   228:20 240:17,25
   276:6,11,17 288:4
   289:11,16 290:1
   290:14,14 291:2
   291:16,18 293:3
   294:9,18
taken 158:22
   181:21 193:4

217:4 292:1
   293:11,12
talk 154:1 168:13
   210:14 229:4
   235:2 244:15
   246:18 247:6
   249:1,4 250:21,24
   263:3 265:14
   266:18 274:18
   275:14 300:13
   304:1
talkative 154:2
talked 235:14
   245:10,13 246:20
   247:1 256:14
   263:5,6,7,11,12
   264:14 265:17
   287:5
talking 142:9
   143:18 152:14
   165:15 167:20,21
   167:22 179:16
   199:24 200:15,23
   212:14,16 214:22
   225:13 229:8,8
   233:24 251:5
   256:11,22 259:3
   266:19 277:15
   286:24
Tammy 224:17,21
tank 152:13
Tape 142:6 307:19
Taught 188:11
tax 155:13,14,15
taxes 156:2,9
team 191:6,25
teams 191:4,8
Telephone 140:17
   145:2
tell 150:10 151:4
   153:14 156:19
   158:9,11,14 159:1
   159:8,12,18,20,22
   160:1,5 162:17,19
   163:17 167:12
   175:5,18 186:3,12
   186:19,22 187:14
   188:1 203:8,25

208:5,12 215:5
   217:7,9 221:24
   222:4,9,12,20
   223:6,9,14,18,23
   223:25 229:5,6
   242:21,22 245:19
   245:24 246:2,3
   249:1,12,14
   251:11 252:7,25
   253:2 255:20
   264:18 265:8,19
   265:21,22 267:2
   275:16,19 279:18
   282:2,8 284:10
   295:7 297:24
   298:1,6,11 299:8
   299:23 300:17
   301:14 302:12
   304:23 305:4,19
   305:24 306:1,13
   306:22 307:6
telling 211:9
   238:13 243:20,22
   244:2 278:24
   305:14
ten 151:7,11 153:4
tenth 144:8
term 254:19
terms 195:23
testified 213:21
testimony 195:18
   195:24 215:22
Thank 142:16,17
   150:1 216:13,21
they'd 245:5
   303:11
thing 158:2 160:19
   163:7,9 164:1,6
   232:23 236:2
   248:18 265:11,13
   293:10
things 146:6 147:14
   147:21,25 148:3
   169:22 177:23
   180:19 181:2
   206:23 222:4
   229:9,17 244:9
   263:13 299:9

think 142:9 143:19
   155:17,18 156:13
   158:8 163:2,9,9
   163:22 166:16
   168:5 170:3,8,13
   173:5 181:24
   182:11,12,25
   185:4,5 196:20,24
   197:16 198:14
   199:25 200:9,22
   202:21 204:11
   205:10,17 207:20
   209:1,7 210:21
   214:5,16 215:10
   216:10 218:13,14
   219:18 220:4
   221:8 224:19
   229:11 232:25
   235:12 236:19
   243:17,19 252:11
   263:11,11,19
   274:7 275:12,13
   275:24 276:3,13
   277:3,4,10 299:5
   303:11,11,16
thinking 274:23
third 227:21 242:4
third-to-the-last
   233:14
thong 175:25 176:1
   176:5,11,14,19
   184:3
thought 158:3
   162:24 163:6,6,8
   163:10,11,12
   187:20 229:18
   275:19 282:22
   294:4
three 150:24 208:2
   218:1 220:20
   234:14 235:19
   254:10,12 279:8
   284:22 293:7,17
   297:13 299:21,22
   300:7 301:2,9,18
   302:19,24 303:7,9
   304:11,24 305:10
   305:15 306:11,25

throw 205:19,22
throwing 206:7
throws 204:25
Thursday 214:9
time 143:13,13,15
146:24 147:4
149:11,24,25
151:5,22 152:12
152:15,17,24
155:17 157:11,12
157:16 158:17
159:1 162:25
163:3,8,20 165:14
165:15,25 166:4
166:16,20,24,25
167:1,3,4,20
168:6 170:16,23
171:4,17,19,22,23
171:23 172:3,4
173:6,13,17 174:9
174:17 175:13
176:11 178:3,24
179:3,4,12 183:9
183:15 184:1,11
185:9 186:4,13
187:1 189:3
192:20,25 193:7,7
195:1 198:3,10,11
198:14 203:20,22
203:24 204:9,18
206:17 207:1
208:6,12,14 210:8
210:15 211:13
212:1 213:13
214:16 217:10,19
219:20 220:14,18
222:22 226:3
229:23 230:10
232:24 234:25
235:10 236:15
238:9 240:17
241:1 242:2
246:14 249:21
257:10 261:6,19
261:24 262:22
263:20 267:21
268:2,6,7,8,15,23
268:23 270:8,8

274:6,8,16,22
276:6,11,14
278:21,22,25
279:1,3,12,15
280:3,5,8 282:21
286:14 287:10
288:5 289:5,25
290:12 291:6,18
291:20,21 292:1
292:22,24 293:3,8
293:10,15,16,18
294:2,9 295:3,5
295:15 297:11,11
307:16
times 151:7 154:1
177:10 211:19,20
213:17 217:24
218:1 220:20
229:2 241:9 289:4
292:2 293:7,17
294:21
today 275:19
told 148:21 150:13
162:2,4 168:15
174:18 178:7
184:18 187:1,19
204:3 208:24
215:7 221:21,25
222:2 236:14,19
238:6 242:19
244:10,19 245:5
245:19,21 246:3
246:10,11 248:12
262:7 267:18
273:14 282:2,5
283:2 298:1,6
299:8 300:6,7,14
301:2,22 302:8,18
305:16 306:4,5,6
306:8,10
Tony 198:24
199:10
top 151:5,17,23
152:16,25 153:24
154:2 158:22
165:21,22 166:2,7
166:10,16,19,19
167:5,6,18 168:6

168:7 171:2
175:11 200:18
288:12
topic 248:24
topless 170:19
173:7,9,10,13,15
183:14 200:16
tops 152:13
total 291:1
tournaments
191:12
town 185:1,1
189:10,11
toy 229:5
transcript 216:5
298:20 299:1
300:4
traumatic 206:12
206:16,22 297:15
299:9 304:13,25
traumatized 230:6
230:7,10,13,21
296:5
traumatizing 297:3
travel 191:4,6,8,11
191:11,23
traveling 189:5,19
214:9
treated 296:11
tricks 216:8
tried 217:3,6,23
218:2
true 184:17 187:19
193:11 195:24
204:3 234:10
241:13 273:19
286:6,8
truth 162:17,20
163:17 243:1
287:23
truthful 243:2,15
243:23 244:3,6
truthfully 299:3
301:1
try 197:1 203:11,13
212:6
trying 146:23
150:20 160:8,8

161:10 218:13
235:1 254:20
269:25
Tuesday 139:14
214:8
turn 233:13
twice 213:22 214:7
214:13
two 150:23 164:4,9
165:2 208:2 218:1
218:1 220:19
225:15 231:9,18
231:20 232:19
234:19 235:19
255:6 265:25
293:7
two-month 274:2
274:19

_____
U
_____
Uh-huh 153:20
154:9 159:6
162:18 168:2
173:20 175:15
178:12 188:13,16
189:21 190:23
191:5 193:23
194:9 210:17
224:11 233:16
234:15 235:23
238:12 239:7
242:6 253:19
264:17 269:21
273:2 277:8 282:2
300:19
uncomfortable
295:16,22
underage 211:22
understand 160:9
162:9,9,12,13,14
181:18 215:14,16
216:7 265:16
270:20 271:1
297:23,23 298:4
understanding
150:21 280:18
understands
150:24

understood 233:6
270:11 293:25
underwear 144:5
146:15,17,18
175:23,24 184:7
224:19,22,25,25
225:1 226:3 288:4
288:19
unhealthy 204:14
Unh-unh 144:15
uniform 192:11
unintelligent
169:23
UNITED 139:1
University 186:1
189:25 239:24
240:3,4,10,21
271:17 273:23
275:4
upset 197:4,6
301:17,20 303:23
304:5
upsetting 307:12
307:13
upstairs 142:13
use 148:4,15
221:16,19 222:1
U.S 251:22,23
252:10 253:17

_____
V
_____
vagina 181:22
vehicle 158:10
203:15
Velafano 252:1
verbal 198:8
289:12 290:4
verification 233:20
viable 301:23 302:1
302:9,21
vibrator 146:20,21
148:11,13,15
149:21
victims 250:13
video 140:24
142:22 226:11,14
226:18,22,25
227:11,16 228:14

228:20 229:11
**Videographer**
140:24 142:5
218:19,21 297:13
307:18
videos 226:5,7,8,9
226:10
videotape 224:8,10
**VIDEOTAPED**
139:12
**VIDEO-CONFE...**
139:12
vile 169:6
**Villafana** 252:2
**Villfana** 252:10
**Vinyard** 178:11,20
178:24 179:3,11
180:10,20 181:2,6
181:10,13,21
183:8,17,20 193:1
193:5,10,22
194:11,23 195:18
197:2,5,7 202:8
202:18 203:9
204:10,12,19
209:15 210:11,15
214:22,25 222:10
222:25 223:3
224:4 296:13,17
296:22 297:4
**Vinyard's** 179:8
206:3
virginity 183:20
195:1
visit 142:10,11
143:11,18,20
144:7,7,8,8,8,8,10
144:13,23,23,24
145:14,17,19,23
146:1,4,11,13,14
146:16,18,19,21
151:9,13,16,22
153:16 170:23
172:8 187:5 190:4
199:5 227:21
228:7,12,12,19
235:4 306:3,4
visited 187:16

visits 144:2,3
151:11,11 153:4,4
177:3
**Visual** 140:25
**VOLUME** 139:6
voluntarily 151:24
165:23 166:11
170:17 174:18
200:17 278:7
281:19 282:21
285:5 287:9,21
290:9,22 291:10
292:3 294:10,14
volunteer 173:23
173:24,25 174:1,2
174:3,6
volunteered 192:3
294:18
vs 139:6

--- **W** ---

wait 148:2 149:18
164:13 171:24
173:11 182:20
183:25 185:11
193:20 194:3,3
202:7 203:15
208:14 218:5
228:22 233:25
237:11 256:5
272:22 273:18
274:23,23 275:12
277:5,12 278:2
285:15 286:23
waited 181:8
waiting 203:12
walked 201:2,5,7
268:7,16,24
walking 160:21
wall 205:19 206:7
want 159:15 164:20
165:12,18 167:12
168:15 174:14
175:18 179:20
185:4 187:22
190:12 203:16,17
214:20,24 216:7
216:11 229:13

233:13 234:2,3
242:23 243:1,10
243:14,17,19
247:20,21 256:5
270:11,15 277:5
280:15,17,25
281:5 282:8 288:3
295:16 298:19
299:1 300:11,16
300:22 301:4,6,10
301:14 302:7,12
302:12 304:23
306:15,16 307:11
wanted 159:7
160:14,23 161:3,8
190:13 250:8
253:7,8 261:8
wants 252:17
265:12
warm 192:18
warning 182:9
wasn't 147:12
149:12,14 150:21
151:14 165:19
166:9 181:1
197:23 200:10
205:5 206:12
210:12 228:11,19
228:21 231:4
239:10,14,16
240:13 242:20
248:18 255:9,9
260:24 262:7,18
263:17 267:12
268:3 286:6
287:23 295:3,6
297:4 298:1
way 155:8 163:24
178:2 186:20
189:18 198:22
200:15 210:1
211:25 231:5
236:24 240:18
244:22 246:7
274:16 280:2
wear 175:25 176:4
176:5 192:11,14
wearing 152:11,16

152:19 171:3,6,11
171:14 175:22,24
**Wednesday** 214:9
week 178:22,22,22
213:22 214:8,13
293:7
weekends 214:10
went 142:12 151:13
151:21 157:6,6,17
157:23 158:4,20
161:1,7 165:14,22
165:25 167:1,3
168:13 170:23
172:3,4 175:1
191:19 192:9,9
193:5,7,8,8,16
196:16,17,22
198:3,12,14
199:24 208:1,4,18
214:2 227:13
231:3,9,11,12,17
231:19,20 232:15
232:16,16,16,18
232:19,20,22
234:24 235:5,8,10
235:19 236:1,9,15
236:20 238:20
244:19 246:18,21
246:23,24 247:2,7
247:25 248:19
254:24 266:8,24
268:6 277:10,12
281:17 287:12
288:9 293:10
297:22 301:9
weren't 163:19
173:10 178:17
179:13 180:10
188:2 189:7
190:19 196:7
200:18 211:2,19
223:16,19 229:24
230:3,6,10 232:5
236:6 242:7,9
251:6 272:10
292:4 295:7 296:4
302:8
**West** 139:18

140:21
we'll 183:4 193:18
we're 142:6 143:8
160:1 161:16
179:16,20 193:20
214:21 218:21
245:15 251:5
256:5,11 277:15
279:22 280:15,16
281:1,6 299:1
307:18
we've 265:17
302:13
whatsoever 168:25
169:17,20
**WHEELER** 140:3
143:3,6
whoa 237:9,9,9
253:16,16,16
whore 169:10
296:17
**Willits** 140:14,14
142:24 145:3,5,5
145:7
wishes 295:17
witness 141:4
143:23 145:12
146:25 147:5
150:1,19 153:8
157:16 160:5
161:22,24 162:22
166:13 176:4
186:8,15 188:9,20
194:6 195:5 196:3
202:21 207:1
208:18 209:22
213:25 215:20
219:2 220:4 222:7
222:16 223:12
231:1 233:25
236:19 240:21
241:4,20 242:12
244:6,12 245:8
248:8 250:13,23
251:3 254:7
258:19 260:13,22
261:3 262:11
263:1,19 264:21

267:25 269:25 271:1,5 276:12,18 278:12,19 279:14 280:13 281:22 282:25 283:9,18 283:21 285:20 286:11,20 291:5 291:15 292:7,19 295:19 296:9 297:20 298:1 299:5 302:1 303:14,20,25 304:7 305:12,22 307:4

**witnesses** 150:18
**wonder** 172:18
**word** 162:12 181:18
**words** 148:4 275:22 278:8
**work** 184:18
**worse** 143:17 144:3 144:6 145:1,16,21 206:1 293:9
**Worth** 140:16
**worthy** 169:24
**wouldn't** 164:3,12 170:9,12 190:14 214:12 228:12 241:16 243:15 252:7 300:8 301:3 301:10,14 304:10 304:20
**wow** 226:4
**wrong** 163:23 164:4,8 165:1 168:6 170:4,8 188:12 213:6 276:14 277:3,4 282:11

**X**

**X** 141:2,10
**Xanax** 219:7,8,9,18 221:9

**Y**

**yard** 205:22

**yeah** 143:16,21,23 146:25 147:5,10 148:7 149:5 151:16,25 152:3 152:10 153:1 154:5,13,23 155:3 155:5,7,15,16 156:7,16 157:10 157:13 159:11 160:13,24 162:8 162:11,14,16 163:3,21 164:2 165:20,24 166:13 166:22 167:9,11 167:14,16 168:11 168:14,23 169:22 170:2,20,25 171:5 172:14 175:3,12 175:17 176:12,20 177:2,11,13,19 178:1,9 179:19 180:3,6,6,11,18 180:23 181:14,17 181:24,24 182:1 183:12,21 184:14 184:24 185:19 186:2,21 187:21 188:4,9,13,24 189:11,14,16 190:7,11,20 191:1 192:15,17 194:6 194:17 195:14,14 195:22 197:16,16 199:4 200:9 202:9 202:12 203:4,20 203:24 204:5,11 204:11,21 205:3,5 205:7,17,20,23 206:6,8,9,11,17 207:1,5,5,17 208:13 209:2,11 209:11,22,23 210:2,13 213:10 213:16,25 214:16 214:23 215:2 216:9 217:6 218:9 219:17 221:5 222:2,3,7,13

225:5,12 226:8,23 227:5,7,10 228:23 229:20,23,23 230:5,7,22,23,24 231:9,13 232:6,22 233:18 234:8,11 234:22 237:3,17 239:3 241:12,15 242:1,17 243:16 244:6,18,21,25 245:4,24 248:11 248:14,23 249:8,8 249:11,18 250:2 250:10 251:8,8 254:2,24 255:3,19 256:12,20 257:4 259:17 260:18,22 261:13,24 263:25 264:13,21 265:17 265:18 266:17 267:13,20 268:4 268:21,21 270:21 271:1,5 272:8,11 272:25 273:4,10 273:21 274:4,15 275:5,5,8,9,12,12 275:12,15 276:12 277:10,14 278:19 280:5,13,13 281:2 281:4,11,22,24 282:18,25 283:5,9 283:12,18 284:2,9 284:10,16,18,24 286:5,5,9,11 287:22,24 288:11 288:14,21 289:8 289:14,22,24 290:2,6,8,10,13 290:16,21,24 291:5,7 292:16 293:6 294:12,14 294:24 295:2,19 296:14,19,24 297:9,20 298:16 298:22 299:5,6,11 299:15,18,19 300:16 302:14,25 303:3 304:12

305:6,17,18,22 306:12,19,21 307:10
**year** 144:21 145:18 145:21,25 146:2,3 146:5,9 147:8,12 147:13,16,19 148:5,10,12,16 149:10,13,15 172:2,12,14 179:17,21,21 180:2,6,8,20,25 181:2,6,15,23 182:2 185:25 187:3,10 192:24 193:24,25 194:1,1 194:1,2,13 195:7 195:8,9 200:4 201:12,13 202:16 202:22 206:8,9 207:13,14,19,20 211:5,10,14 212:3 212:5,8 217:12,15 217:17 219:23 225:6 238:21 239:15,17,19 241:24 261:10,13 269:17 272:4,15 272:16,22,23 274:24 275:4 277:9 279:4
**years** 156:3,3 187:24 191:15 193:13 206:20 211:17,22 227:19 239:6,9 265:4,11
**Yep** 144:18 163:1 199:9 250:16
**yesterday** 179:9 213:21
**young** 209:9
**younger** 189:8 231:9
**you-all** 274:18 282:21 284:4 285:3,4

**$**

**$200** 160:16 163:21 289:9,15,23

**0**

**02** 194:2,11,14,16
**03** 180:9 194:2
**04** 194:3
**05** 179:23 261:15 261:16,17,19,24 271:13,16,20,24 272:1,3,24 273:1 277:13,18
**06** 261:17,18,19,24 272:9,14,17,17,17 273:5,6,22 274:1 274:2,19,23,25 275:3 277:15,16 277:22,25 278:4 281:16
**08** 274:24
**08-CV-80119-M...** 139:2
**08-08380** 139:9
**08-80232** 139:9
**08-80381** 139:9
**08-80811** 139:10
**08-80893** 139:10
**08-80993** 139:10
**08-80994** 139:9
**09** 269:18 270:13 273:15 277:25 278:4 281:16
**09-80469** 139:10
**09-80591** 139:10
**09-80656** 139:10
**09-80802** 139:10
**09-81092** 139:10

**1**

**1** 140:7 141:14
**1:59** 142:7
**10** 177:3
**10th** 140:15
**11** 234:13,13
**11:11** 139:14
**115** 139:17
**142** 141:6
**15** 156:3 177:3,10

197:18,21,23
**15-year-old** 197:19
**16** 156:3,6 176:7,8
  176:9 198:5,6
  213:15 227:18
**16-year-old** 206:3
**1650** 140:4
**17** 176:7 211:2
**18** 212:21,22
**18205** 140:9

**2**

**2** 139:4 141:15
  142:6 233:3,7,11
  235:22 267:6
  307:19
**2'03** 194:5,6,6
**2:58** 218:19
**200** 155:6 156:25
  163:18 168:1
  177:1,10
**2002** 194:3
**2003** 179:25 180:4
  194:3,8 234:25
  235:19 239:4
**2003-2004** 179:24
  180:1,6
**2004** 179:24 180:5
  195:12
**2008** 282:9,11
**2009** 139:14 238:21
  238:22 239:6
**21** 211:22 213:8
**2218** 140:10
**2290** 140:15
**23** 197:13,14 198:6
**23-year-old** 197:20
**232** 141:15
**24/7** 248:23
**25** 233:15
**250** 139:17
**27** 139:14

**3**

**3** 141:16 264:11
**3,000** 177:6,10
**3:10** 218:22
**303** 140:20

**305.931.2200**
  140:11
**33160** 140:10
**33301** 140:5
**33401** 139:18
  140:21
**33461** 140:16
**348** 141:16
**384** 141:17
**394** 141:18

**4**

**4** 139:12 141:5,17
  164:3,5,6 165:5
  295:25,25
**4:10** 307:19
**400** 140:21
**401** 140:4
**404** 140:15
**412** 182:5

**5**

**5** 141:18 264:4,5,7
  264:9
**561.582.7600**
  140:16
**561.842.2820**
  140:22

**6**

**6** 263:23,24
**6:05** 139:14
**65** 210:21

**7**

**7** 234:12 245:10,12
  245:13,14,15,19
  247:23 248:12
  249:6 262:2,7
  263:4 282:1,3
  284:14
**72** 141:14

**8**

**8** 140:7 264:2

**9**

**9:00** 189:12
**954.522.3456** 140:5