Page 308

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-CV-80119-MARRA/JOHNSON

JANE DOE NO. 2,

      Plaintiff,

-vs-                      VOLUME III OF III

JEFFREY EPSTEIN,

      Defendant.

_____/

Related cases:

08-80232, 08-08380, 08-80381, 08-80994,
08-80993, 08-80811, 08-80893, 09-80469,
09-80591, 09-80656, 09-80802, 09-81092

_____/

VIDEO-CONFERENCED AND VIDEOTAPED DEPOSITION OF
JANE DOE NO. 4

Tuesday, October 27, 2009
11:11 - 6:05 p.m.

250 Australian Avenue South
Suite 115
West Palm Beach, Florida 33401

Reported By:
Cynthia Hopkins, RPR, FPR
Notary Public, State of Florida
Prose Court Reporting

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

cc1ec48b-651e-487e-8bb1-b2f478ed0edd

Page 309

APPEARANCES:

On behalf of the Plaintiff, L.M. and E.W.:
   MICHAEL J. WHEELER, ESQUIRE
   ROTHSTEIN, ROSENFELDT, ADLER
   401 East Las Olas Boulevard
   Suite 1650
   Fort Lauderdale, Florida 33301
   Phone: 954.522.3456

On behalf of Jane Does 1 through 8:
   ADAM D. HOROWITZ, ESQUIRE
   STUART S. MERMELSTEIN, ESQUIRE
   MERMELSTEIN & HOROWITZ, P.A.
   18205 Biscayne Boulevard
   Suite 2218
   Miami, Florida 33160
   Phone: 305.931.2200
   E-mail: Ahorowitz@sexabuseattorney.com

On behalf of C.M.A.:
   RICHARD HORACE WILLITS, ESQUIRE
   RICHARD H. WILLITS, P.A.
   2290 10th Avenue North
   Suite 404
   Lake Worth, Florida 33461
   Phone: 561.582.7600
   (Via Telephone)

On behalf of the Defendant, Jeffrey Epstein:
   ROBERT D. CRITTON, JR., ESQUIRE
   MARK T. LUTTIER, ESQUIRE
   BURMAN, CRITTON, LUTTIER & COLEMAN, LLP
   303 Banyan Boulevard
   Suite 400
   West Palm Beach, Florida 33401
   Phone: 561.842.2820

ALSO PRESENT: Jeffrey Epstein, via video conference
   Jeff Abbott, Videographer
   Visual Evidence, Incorporated

Page 310

I N D E X

— — —

WITNESS:      DIRECT   CROSS   REDIRECT   RECROSS

JANE DOE NO. 4
CONTINUED
BY MR. LUTTIER   311

— — —

E X H I B I T S

— — —

EXHIBIT          DESCRIPTION                PAGE
DEFENDANT'S EX. 1  Proposal for Settlement       72
DEFENDANT'S EX. 2  Answers to Interrogatories    232
DEFENDANT'S EX. 3  Petition for Injunction       348
DEFENDANT'S EX. 4  Handwritten Note              384
DEFENDANT'S EX. 5  Psychological/Social History  394

Page 311

                    * * * * *
            CONTINUED DIRECT EXAMINATION
      THE VIDEOGRAPHER: It is the beginning of
Tape Number 3. We're back on the record at
4:19.
BY MR. LUTTIER:
   Q. All right. When did you have your first
abortion?
   A. Sixteen.
   Q. Which would have been -- what year was
that?
   A. I think it was, I don't remember, but I
think it was when I was 16.
   Q. Let's see, you were a senior --
   A. A sophomore.
   Q. -- you were 17 when you were a senior,
right?
   A. It might have been my sophomore or junior
year. I don't remember.
   Q. Sophomore or junior year in high school?
   A. Yeah.
   Q. And where did you have that abortion?
   A. I don't remember what the place was
called, The Pres -- Pres --
   Q. Presidential Women's Clinic?

Page 312

   A. Yeah, I think so.
   Q. Over on Congress Avenue?
   A. Yeah.
   Q. And did you register under your real name?
   A. Yeah.
   Q. Did anybody go with you?
   A. Yeah.
   Q. Who?
   A. Preston.
   Q. And who was the daddy of that baby?
   A. Preston.
   Q. And who paid for it?
   A. Preston.
   Q. Do you know what it cost?
   A. $300, I think.
   Q. Was that the first time you were pregnant?
   A. Yeah.
   Q. And would you agree with me, that age 16
to have to go have an abortion was traumatic to you?
      MR. MERMELSTEIN: Objection to form.
      THE WITNESS: Yeah.
BY MR. LUTTIER:
   Q. When was your second abortion?
   A. In my senior year in high school.
   Q. That was when you were 17?

2 (Pages 309 to 312)

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

cc1ec48b-651e-487e-8bb1-b2f478ed0edd

Page 313

A. Yes.

Q. And where did you get that one?

A. Same place.

Q. You registered under your real name?

A. Yes.

Q. Did anybody go with you?

A. Yes.

Q. Who?

A. Preston.

Q. Who was the daddy?

A. Preston.

Q. Who paid for it?

A. Preston.

Q. Now, I, I assume at some point in your life somebody explained to you what birth control was.

A. Yeah.

Q. After you aborted one child, didn't you use birth control to keep from getting pregnant?

A. Yeah, I did. I was using birth control.

Q. And so, obviously, if you had the baby, your first baby if you were pregnant at 16 --

A. I wasn't using birth control then.

MR. MERMELSTEIN: How about letting him finish. Let him finish.

Page 314

BY MR. LUTTIER:

Q. If you were pregnant at 16, would you, would you agree with me that you had begun your sexual relations with, at least with Preston, when you were 15 --

MR. MERMELSTEIN: Objection, asked --

BY MR. LUTTIER:

Q. -- at least?

A. No.

MR. MERMELSTEIN: Asked and answered.

BY MR. LUTTIER:

Q. Did you get pregnant the first time you had sex?

A. No.

Q. Had you been having sex with Preston for a while before you got pregnant?

A. I don't remember. I know we were dating for a while. I don't remember -- I don't -- I don't know.

Q. Prior to having sexual intercourse with Preston, did you have other types of sex with him? Specifically did you have oral sex with Preston?

MR. MERMELSTEIN: I'm going to object. This applies to our Rule 412 objection. Don't answer the question.

Page 315

BY MR. LUTTIER:

Q. Did you have -- do you know a guy named Mister -- a guy by the name of Morales, last name Morales?

A. Yes.

Q. Did you have oral sex with him?

MR. MERMELSTEIN: Don't answer the question.

BY MR. LUTTIER:

Q. When you -- how old were you when you --

MR. MERMELSTEIN: Same objection.

BY MR. LUTTIER:

Q. How old were you when you knew Mr. Morales?

A. I was in middle, or middle school.

Q. What, middle school?

A. Yeah, I know him.

Q. Middle school?

A. Yeah.

Q. Do you know a John Vilanto (phonetic)?

A. Yeah. They were best friends.

MR. MERMELSTEIN: The question is, do you know him.

THE WITNESS: Yeah.

Page 316

BY MR. LUTTIER:

Q And do you know what the relationship between John Vilanto and Mr. Morales was?

A. Friends.

Q. Okay. They pals or pal around together?

A. Friends.

Q. You knew them both?

A. Yeah.

Q. Did you have oral sex with both of them?

MR. MERMELSTEIN: Don't -- again, Rule 412 objection. Do not answer that question.

BY MR. LUTTIER:

Q. And, and did you associate with either of these individuals once you got to high school?

A. Yeah.

Q. Did you have oral sex with Mr. Morales and/or Mr. Vilanto before you went to see Mr. Epstein?

MR. MERMELSTEIN: Objection, Rule 412. Do not answer that question.

BY MR. LUTTIER:

Q. Do you know a fellow by the name of Joey?

A. That's Joe Morales.

Q. Okay. Did you have sexual intercourse with either Mr. Morales or Mr. Vilanto at any time?

3 (Pages 313 to 316)

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

cc1ec48b-651e-487e-8bb1-b2f478ed0edd

Page 317

MR. MERMELSTEIN: Objection, Rule 412. Do not answer that question.

BY MR. LUTTIER:

Q. Did you have sexual intercourse with Mr. Morales or Mr. Vilanto before you went to see Jeffrey Epstein?

MR. MERMELSTEIN: Objection, Rule 412. Do not answer the question.

BY MR. LUTTIER:

Q. All right. When did you have your third abortion?

A. Sophomore or junior year in college.

Q. That would be, let's see, you started in '05; so you started in August '05 through June of '06 would have been your freshman year, right?

A. (No verbal response.)

Q. Right?

A. Sophomore, Sophomore year.

Q. So --

A. Sophomore year in college.

Q. -- it would have been sometime between August of '06 --

A. And '07.

Q. -- and June of '07?

A. Yeah.

Page 318

Q. Okay. When was it in that period?

A. I don't remember.

Q. Well, was it '06 or '07?

A. I don't -- '06. I don't remember. I don't remember.

Q. Okay. And where did you have that abortion?

A. Same place.

Q. And anybody go with you?

A. Lauren.

Q. Lauren?

A. Murphy.

Q. Who was the dad of that child?

A. Preston.

Q. So, at least through '06 you were still having sex with Preston?

A. Yeah.

Q. Who paid for it?

A. Preston.

Q. Did you tell him that he was the dad?

A. Yeah.

Q. What did he say?

A. He knew.

Q. And this would have been the third time you were pregnant by the same guy?

Page 319

A. Yeah.

Q. Were you using birth control?

A. Yeah.

Q. Okay. When was the -- let's see, that was the last abortion?

A. Yeah.

Q. Now, in addition to the abortions, were you getting prescriptions for what they call the Morning After pill?

A. Yeah.

Q. Okay. And how many times did you get prescriptions for that?

A. Probably like four times.

Q. And on each of those occasions, were you successful in avoiding pregnancies?

A. Yeah.

Q. Do you recall when you got the four prescriptions for --

A. No.

Q. -- the Morning After?

A. No.

Q. And who did you get the scripts from?

A. My doctor.

Q. What doctor?

A. Michelle Beck.

Page 320

Q. The same doctor each time?

A. Yeah.

Q. Do you --

A. Maybe once, I don't even, no -- yeah.

Q. Well, did you?

MR. MERMELSTEIN: Be certain of your answer.

BY MR. LUTTIER:

Q. Yeah, take your time.

A. Yeah, I think so. Yeah. I think maybe Planned -- a total of maybe -- Planned Parenthood may be one before I went to Michelle Beck. I don't remember.

Q. Okay.

A. I am just saying just in case because I know they were offering it, but I don't think -- I don't know.

MR. MERMELSTEIN: Make sure you're sure of your answer before you give it. If you need to pause for a minute after the question is asked, do so, but make, make sure you're -- you know, before you blurt out your answer, make, make sure you, you recall correctly. Okay?

BY MR. LUTTIER:

Q. So, it's possible that you might have

4 (Pages 317 to 320)

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

cc1ec48b-651e-487e-8bb1-b2f478ed0edd

Page 321

gotten some from Planned Parenthood, and you know you got some from Michelle Beck?

A.   Yeah.

Q.   Those are the only two that you can recall?

A.   Yeah.

Q.   And where did you fill the scripts, or did you fill them right there?

A.   There.  What you mean, there?

Q.   Well, you've got to get the actual --

A.   No, Walgreen's.

Q.   Okay.  Is that where you fill all your scripts?

A.   Yeah.

Q.   And which Walgreen's?

A.   The one closest to me.

Q.   Where is that?

A.   Once I'm leaving the store, or I don't know, anywhere in Royal Palm.

Q.   Well, which, which -- is it one in Royal Palm or one near your Lynn University?

A.   No, I went to one off of Royal Palm Beach Boulevard.

Q.   Is that the only Walgreen's you've filled scripts at?

Page 322

A.   No.  There's other Walgreen's.  I just don't remember where.  I know that I've gone to other Walgreen's though.

Q.   Which scripts have you had in the last five -- well, what scripts have you had since 2003 other than for the Morning After pill?

A.   Valtrex.

Q.   Valtrex?

A.   Yeah.

Q.   V-a-l-t-r-a-x [sic]?

A.   Yeah.

Q.   And what's that for?

A.   Genital herpes.

Q.   That's -- do you have herpes?

A.   No.

Q.   Have you ever had herpes?

A.   I was scripted for it.  I was given medicine for it, but I've never had the outbreaks.  I've never gotten any, like, medicine.  Yeah.  What do you want -- what are you asking me?

Q.   The question was have you ever had herpes?

A.   No.

Q.   As a matter of fact, you went to the doctor because you had lesions on your vagina, didn't you?

Page 323

A.   Yeah.

Q.   And the doctor told you you had herpes, didn't she?

A.   Yeah, but I got -- yeah.

Q.   And she said you were at the end of an outbreak, didn't she?

A.   No.  Well, yeah, she told me that, but I have never had anything after that, and I've gotten tested after that.

Q.   Well, she gave you Acyclovir at that time, didn't she?

A.   No.  She gave me a script of Valtrex.

Q.   And she -- and you, and do you still take the Valtrex?

A.   No.

Q.   And she told you, did she not, when she diagnosed you, that the disease can become dormant.

A.   Yeah.

Q.   And she told you --

A.   What do you mean dormant?  Dormant is like with --

Q.   Dormant.  You don't have any lesions.  You don't have any signs of the disease.

A.   No.  I mean, I don't remember what she told me, but I remember reading about stuff like

Page 324

information about it.

Q.   So, when you were asked if you had a sexually transmitted disease, the answer is, yes, you have, right?

A.   Yeah, but like --

Q.   Right?

A.   Yeah.

Q.   But you haven't been telling the doctors that you had a sexually transmitted disease, have you?

A.   I haven't had an outbreak and I haven't been, like, I know -- okay.  Yeah.

Q.   You've been lying to your doctors, right?

MR. MERMELSTEIN:  Objection, form.
Objection, argumentative.

BY MR. LUTTIER:

Q.   You've been lying to your doctors?

A.   Yeah.

MR. MERMELSTEIN:  Objection, argumentative again.

BY MR. LUTTIER:

Q.   Is that correct?

A.   Yeah.

Q.   Who did you get the herpes from?

A.   The one person that I was sleeping with.

5 (Pages 321 to 324)

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

cc1ec48b-651e-487e-8bb1-b2f478ed0edd

Page 325

Q. Well, who is that?

A. Preston.

Q. Are you sure you got it from him?

A. Yeah.

Q. When -- did you confront him about that?

A. When? I don't remember. I am sure.

Q. Do you remember when you got the herpes?

A. Yeah.

Q. Still in high school at the time?

A. Yeah.

Q. Before you got pregnant the first time?

A. I don't remember.

Q. Do you remember if it was -- you don't remember if it was before your first pregnancy?

A. No. Yeah, it was.

Q. Okay. And tell me about how you, how you found out that you had herpes.

A. I was on, I was in Pennsylvania with my parents, and I told my dad about it. And when I came home they -- my dad made me an appointment with my gynecologist.

Q. Did you tell your dad? Did you tell him that you had some symptoms; is that what you told him?

A. No, I told my dad about what was, what,

Page 326

like, what was happening, like about like the sores down there. So my dad was concerned, and when we came back to the States, he made a gynecologist appointment for me, him and my mom.

Q. Did you, did you tell your dad before your mom?

A. I told them at the same time. I was on a vacation with them.

Q. Okay. And so you told -- what did you tell them?

A. Nothing. I told them, like, I didn't know what was going on with my body. I've never experienced anything like that, so I told them, look, I said that there's a sore down there. It doesn't look right, and I don't know what it's from. And my dad made an appointment for me.

Q. Did you tell him you had been having sex with people?

A. Yeah, I told my dad about Preston.

Q. Was that the first time you told him that you had been having sex?

A. No, my dad -- no.

Q. How old were you at that time?

A. No, I don't remember.

Q. Fifteen?

Page 327

A. I don't remember.

Q. Well, that was before you got pregnant right?

A. Yeah. Could have been like when I was 16.

Q. Okay. So 15 or 16?

MR. MERMELSTEIN: Objection to form, argumentative.

BY MR. LUTTIER:

Q. One of those two?

MR. MERMELSTEIN: Objection to form.

BY MR. LUTTIER:

Q. Did you tell your dad you had been sexually active and you got a sore on your vagina?

A. Yeah.

Q. Or your vulva, actually, would be technically correct.

MR. MERMELSTEIN: Objection to form.

BY MR. LUTTIER:

Q. Correct?

A. Yeah.

MR. MERMELSTEIN: Objection to form.

BY MR. LUTTIER:

Q. And was that embarrassing to you?

A. Yeah. Well, I didn't know what it was so, yeah.

Page 328

Q. I mean, it must have been embarrassing for a 16-year-old girl to say to her dad, gee, I've got sores on my vagina, dad.

A. Yeah.

Q. Did it take a lot of courage for you to tell him that?

MR. MERMELSTEIN: Objection to form.

THE WITNESS: Yeah, me and my dad are close.

BY MR. LUTTIER:

Q. Did you -- did he -- had you told him prior to that or before that occasion that you had been sexually active with men?

A. I told him, yeah.

Q. When did you first tell your dad you were being sexually active with men?

A. Well, I think my dad kind of -- they -- I think my dad asked me, and I told him the truth.

Q. This was when?

A. I don't remember.

Q. At 15, at 14, at 12?

A. I don't remember.

Q. When did you first become sexually active?

MR. MERMELSTEIN: Objection to the form. It's been asked and answered so many times

(561) 832-7500    PROSE COURT REPORTING AGENCY, INC.    (561) 832-7506
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

cc1ec48b-651e-487e-8bb1-b2f478ed0edd

Page 329

already.

BY MR. LUTTIER:

Q. Just an age is all I'm looking for.

A. I don't remember. I've already told you.

Q. How long were you sexually active before you told your dad you were sexually active?

A. I don't remember because I don't remember when my dad told me.

Q. You were telling your dad, remember?

A. Yeah, when I asked -- when I told my dad, sorry.

Q. Did you -- you've had a couple of boyfriends since then, right?

A. Yeah.

Q. Did you tell these other boyfriends that you had herpes?

A. Yeah. Well, yeah.

Q. Are you sure?

A. Yeah.

Q. Tell your current boyfriend you had herpes?

A. Yes.

Q. Have you had oral sex with your current boyfriend?

MR. MERMELSTEIN: Objection, Rule 412. Do

Page 330

not answer that question.

BY MR. LUTTIER:

Q. Did you tell the baseball player you're dating down at Lynn that you had herpes?

A. Yeah.

Q. How about Jeffrey Epstein; did you tell him you had herpes?

A. No.

Q. Didn't bother to let him know, did you?

A. Never asked.

Q. Well, did all these other boys that you were out with --

A. I didn't have sex with him.

Q. Did all these other boys that you were out with ask if you had herpes?

MR. MERMELSTEIN: Objection.

THE WITNESS: No, I've never, like gone out with -- no, I mean --

BY MR. LUTTIER:

Q So, if I, if I understand your testimony correct, during the period of time that you were going to Jeffrey Epstein and giving him massages, at the same time you were having sex with Preston and you had three abortions?

A. Yes.

Page 331

Q. All simultaneously?

MR. MERMELSTEIN: Just listen to the --

THE WITNESS: Wait.

MR. MERMELSTEIN: Listen to the question that he -- make sure you listen -- before you answer, make sure you listen to the question and answer it.

Can you read back --

THE WITNESS: Sorry.

MR. MERMELSTEIN: -- the prior question?

(The requested portion of the record was read by the reporter.)

MR. MERMELSTEIN: Well --

THE WITNESS: What is --

BY MR. LUTTIER:

Q. If you need to correct something, go ahead. There's no tricks here.

A. Yeah, can you ask the question one more time?

MR. MERMELSTEIN: We'll go to the first question there and answer. I just wanted to make sure you think about it before you blurt it out.

BY MR. LUTTIER:

Q. Is the answer, correct? If you want to

Page 332

change it, go ahead and change it if it's wrong. I'm not trying to trick you or anything. You had three, while you were going to see Jeffrey Epstein and giving his -- giving him these massages, during that same period of time you had three abortions with Preston as the father, right?

A. No, not a third one.

Q. Two of them were, were while you were --

A. Yeah.

Q. Okay. Now --

MR. MERMELSTEIN: That's why you have to be careful when you're answering the question. Make sure you understand the question, and, and, and think about it before you answer it. Okay?

THE WITNESS: Uh-huh.

BY MR. LUTTIER:

Q. Now, your parents know about this lawsuit, right?

A. Yeah.

Q. Did you tell your parents about the lawsuit before you filed it?

A. Yes.

Q. Does your sister know about the lawsuit?

A. Yes.

7 (Pages 329 to 332)

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

cc1ec48b-651e-487e-8bb1-b2f478ed0edd

Page 333

Q. Did you tell her before you filed it?

A. No.

Q. And why did you tell your sister?

A. Why didn't I?

Q. Why did you?

A. Because it was something I didn't -- well, something that I thought she should know.

Q. Now, you mentioned that in Royal Palm Beach there's a close group of all you girls that were going to see Mr. Epstein; is that right?

MR. MERMELSTEIN: Objection to form.

BY MR. LUTTIER:

Q. Correct? You said all of you were, that you went to school together and you were all friends?

A. I wasn't friends with everyone that went there, no.

Q. Okay. But, but all the girls that went to Epstein that you know, they all know you filed this lawsuit, right?

A. I don't know.

Q. People down at Lynn University know you filed the lawsuit, right?

A. No.

Q. Well, didn't they come to the Dean of

Page 334

Police to interview you?

A. Yeah, they went -- well, then, yeah, the dean knows.

Q. Okay. And, then, weren't you babysitting or taking care of the dean's child or something during the summer?

A. I did, I worked at Pine Tree Camp. She was one of my students.

Q. So, so he knew because the cops came and --

A. I don't know.

Q. -- had to tell him why they were there to see you, right?

A. I don't know what the cops told him, so I don't know what information he knew.

Q. Well, you eventually told him what was going on, didn't you?

A. No.

Q. You never told him?

A. No.

Q. You never told him you were in the lawsuit?

A. Never. I don't -- no.

Q. Who else now have you told that you're in the lawsuit?

Page 335

A. My mom and my dad, my sister, my current boyfriend.

Q. Current boyfriend is who?

A. Ricky.

Q. Okay.

A. My ex-boyfriend Alan, and who else -- and friends, Jane Doe No. 7, Lauren. That's it.

Q. Who is your closet friend?

A. Jane Doe No. 7.

Q. Okay. So she knows?

A. Yeah.

Q. Who's your second-closest friend?

A. My boyfriend.

Q. He knows?

A. Yeah.

Q. Who's your third-closest friend?

A. I don't hang out -- I just have a click. That's it. That's all. I already told you the people that I --

Q. Is there any -- doesn't everybody that's close to you or you're close to know that you filed the lawsuit?

MR. MERMELSTEIN: Objection to form.

THE WITNESS: I don't know.

Page 336

BY MR. LUTTIER:

Q. Well, who is it that you consider to be very close to you that doesn't know you filed the lawsuit?

A. My --

MR. MERMELSTEIN: Objection to form. Go ahead.

THE WITNESS: My boyfriend and my family and my best friend, which is Jane Doe No. 7.

BY MR. LUTTIER:

Q. I thought you said they all knew?

A. What do you mean?

Q. My question was who --

MR. MERMELSTEIN: Be careful.

THE WITNESS: Sorry.

BY MR. LUTTIER:

Q. Who that you're close to does not know that you filed this lawsuit, if anybody?

A. I don't know.

Q. I mean, the word spread out in Royal Palm Beach among the people that live there that these lawsuits were filed and that you were involved, correct?

A. Yeah.

MR. MERMELSTEIN: Objection to form.

8 (Pages 333 to 336)

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

cc1ec48b-651e-487e-8bb1-b2f478ed0edd

Page 337

BY MR. LUTTIER:

Q. If you went back to your old neighborhood, pretty much everybody knows that you are in this lawsuit, correct?

A. Yeah.

Q. Pretty much everybody knows that these other people, Jane Doe No. 7 and these other girls are involved in this lawsuit, correct?

MR. MERMELSTEIN: Objection to form.

THE WITNESS: I don't, I don't know if they know, but if you are the -- I don't know if they know. I don't know who knows, but I'm sure if you go back in Royal Palm, they know who used to hang out. And what was it, whenever the cop made statements, it's like Royal Palm Beach soccer player, well, hmm, like who, who in Royal Palm that hung out that was acquaintances with Haley played soccer? Well, it's kind of commonsense.

So I don't know who knows and who doesn't know, but if I went back to my hometown, people aren't idiots.

BY MR. LUTTIER:

Q. They would --

A. They would put two and two, two and two

Page 338

together.

Q. They know that you filed a lawsuit and you're involved in this?

A. I don't know if they're --

MR. MERMELSTEIN: Objection to form. Calls for speculation. Go ahead.

THE WITNESS: I don't know.

BY MR. LUTTIER:

Q. So, who, who that you care about doesn't know, if anybody, that you're in this lawsuit?

A. People that I care about know that I am.

Q. Okay. Now, you mentioned this current boyfriend, Ricky.

A. Yes.

Q. What's his last name?

A. Bullard.

Q. Bullard. And you are saying he's -- do you know whether or not he's a drug dealer?

A. No.

Q. You don't know or you're saying he's not?

A. He's not.

Q. Okay. And you're sure of that?

A. Yeah.

Q. By the way, when's the last time you were arrested?

Page 339

A. Last weekend. Or, no, not last weekend. I don't know, like two weeks ago, maybe.

Q. You were arrested two weeks ago?

A. Uh-huh.

Q. Who were you arrested by?

A. Jupiter cops.

Q. What for?

A. Domestic violence.

Q. Well, if you were arrested, you must have been the person that committed the act of domestic violence.

MR. MERMELSTEIN: Well, you're assuming she was guilty.

BY MR. LUTTIER:

Q. Someone thought you were --

A. I can't --

MR. MERMELSTEIN: It's a presumption of innocence, right?

THE WITNESS: And I can't talk about it either. All right?

BY MR. LUTTIER:

Q. Who told you you can't talk about it? It's a matter of public record.

A. I don't know. I don't know.

Q. So, who told you you couldn't talk about it?

Page 340

A. Nobody did. I'm just assuming that myself.

Q. So, you were arrested --

MR. MERMELSTEIN: He can ask you questions about it.

THE WITNESS: Oh.

BY MR. LUTTIER:

Q. Tell me, this event happened on what day of the week?

A. On a Friday.

Q. Friday night?

A. Yeah.

Q. And, and can we assume that because the Jupiter police were summoned, it happened someplace in Jupiter?

A. Yeah.

Q. And what time did it happen?

A. Probably like around 1:00.

Q. A.m.?

A. Yeah.

Q. And where did it happen?

A. Ricky's house.

Q. Which is where?

A. In Jupiter.

Q. Okay. I mean, do you have an address?

9 (Pages 337 to 340)

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

cc1ec48b-651e-487e-8bb1-b2f478ed0edd

Page 341

A.   Off Center Street.

Q.   Do you know anything more than Center Street?  It's a big street.

A.   249.

Q.   249 Center Street.  Do you live with him?

A.   No.

Q.   Were you staying there?

A.   Yes.

Q.   Do you stay there with any degree of regularity?

A.   What do you mean, regularity?

Q.   On any kind of regular basis, like, I go up there for the weekends, or --

A.   Yeah.

Q.   Is that where you go on the weekends when you're not down at Lynn University?

A.   Why would I be at Lynn University?

Q.   Well, I don't know if you were still there.  Are you still a student there?

A.   No, I graduated.

Q.   Okay.  When did you graduate?

A.   '09.

Q.   June of '09?

A.   May, yeah.

Q.   May?  What did you get a degree in?

Page 342

A.   Business.

Q.   BA?

A.   What do you mean, BA?

Q.   Business Administration.

A.   Yeah.

Q.   And --

MR. MERMELSTEIN:  A Bachelor of Arts?

BY MR. LUTTIER:

Q.   Wait.  Okay.  Business Admin, all right.  We'll settle for that.  Bachelor's Degree in Business Administration, right?

A.   Uh-huh.

Q.   How did you do?  Did you do well?

A.   Yeah.

Q.   Do you know what your GPA was?

A.   Like a 3.3 or 3.2.

Q.   And do you have plans to go further with your education?

A.   Yes.

Q.   What are your plans?

A.   To get my Master's.

Q.   Master's?

A.   Yes.

Q.   Have you applied?

A.   Yes.

Page 343

Q.   Where?

A.   Lynn.

Q.   Been accepted?

A.   Yes.

Q.   When will you start?

A.   I am not going to go to Lynn -- or I was -- maybe spring.

Q.   Spring.  By the way, you went to Lynn University undergrad on a scholarship?

A.   Yeah.

Q.   Who paid for this?  Who sponsored you?  Who gave you the scholarship?

A.   Lynn University.

Q.   Okay.  Are you going to be scholarshipped for your Master's?

A.   No.  I signed up for my graduate assistance program.

Q.   So, you plan to teach while you're taking your Master's?

A.   No, it's where you work for the system, for the School Board and they pay for your Master's.

Q.   Okay.  And do you have plans after you get your Master's?

A.   Yeah, to work.

Q.   Okay.  And you've got some plan --

Page 344

A.   Yeah.

Q.   -- kind of a general plan of what you want to do in life?

A.   Yeah, yeah, I want to be a school teacher.

Q.   Okay.  What level?

A.   Kindergarten or kindergarten or second grade.

Q.   Okay.  Let's go back to this domestic violence thing.  Had you and your boyfriend been someplace on this Friday night when this happened?

A.   At home.

Q.   And were you anyplace earlier that night?

A.   Yeah.

Q.   Where were you?

A.   Noche.

Q.   Where?

A.   Noche.

Q.   Noche's, is that the name of a bar or something?

A.   Yeah.

Q.   Where?

A.   Gardens, downtown Gardens.

Q.   Had you been anyplace else?

A.   Yeah, we went to Ra Bar for dinner.

Q.   Ra Bar, where is that?

(561) 832-7500   PROSE COURT REPORTING AGENCY, INC.   (561) 832-7506

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

cc1ec48b-651e-487e-8bb1-b2f478ed0edd

Page 345

A.   In Gardens.

Q.   Anyplace else?

A.   No.

Q.   Had you been out looking for anybody that night?

A.   No.

Q.   Had you been down south to West Palm Beach that night?

A.   No.

Q.   Had you been down south to West Palm Beach at any time in the week prior to that?

A.   No.

Q.   Okay.  So tell me what happened.  What was the -- what, what occurred at this incident that occurs at 1:00 at Ricky's house?

A.   It was just, it was over something silly. I don't -- it was -- just got in an argument about being out in the beginning of the night.

Q.   What do you mean?

A.   Nothing.  It was just, like, like, real -- being in a relationship you fight over stupid things, and whenever he was -- I don't know, whenever you have alcohol in your system, you know, it brings up, like, silly little fights become big dramatic.

Page 346

Q.   What was the fight about?

A.   Him -- I don't know, over a bunch of small little silly things about him not eating enough, enough food before we went out to not even wanting to go out in the beginning of the night to him leaving his ID to -- I mean, there's just a bunch of small things that built up into one big argument.

Q.   So, did this argument turn physical?

A.   Yeah.

Q.   What happened?

A.   Nothing.  I was leaving, or he asked me to leave, so I was leaving to go outside of his house. And he took my purse from me and wouldn't let me leave, so he never wanted me to leave, so he -- so then I was like, well, you need to let me leave, so he took my car keys out of my purse.  After he took my car keys out of my purse, he threw my purse out. And I went out and I didn't realize I had his car keys in my hand, so I went and got all my stuff, and I came back and I was, like, look, I think you need to give me my car keys, give me my car keys -- I was like -- I was like give me my car keys.  It was just fighting about me and him leaving.

MR. MERMELSTEIN:  Before you go on, let me

Page 347

know.  You said, I'm sorry, I just realized I should ask you, somebody told you not to talk about what happened?

THE WITNESS:  Yeah.

MR. MERMELSTEIN:  Was it a lawyer?

THE WITNESS:  Yeah.

MR. MERMELSTEIN:  All right.  I -- I'm going to plead the Fifth then.  If she's already gotten advice by a lawyer, I'm going to plead the Fifth.

MR. LUTTIER:  Well, she has to -- she's going to --

THE WITNESS:  I'm going to have to plead the Fifth.  I have a lawyer and I'm not supposed to talk about it.

BY MR. LUTTIER:

Q.   Are you charged with criminal -- a crime?

A.   Yeah, well, the State's picking up -- he's not charging -- press, he's not press -- charging these things, but I'm sure this automatically in domestic violence in the State of Florida, they automatically -- it doesn't get dropped, the State automatically picks it up.

MR. MERMELSTEIN:  Is it civil or is it criminal?

Page 348

THE WITNESS:  Civil, I think.  I don't know.

MR. MERMELSTEIN:  Well, I'm going to -- I'm going to --

BY MR. LUTTIER:

Q.   The State attorney -- has the State attorney advised you whether they're going to charge you or not?

A.   Not -- no, I think -- well, I don't know. They said that he's not charging me.  I have a lawyer.  Am I allowed to talk about it?  I don't know.

MR. MERMELSTEIN:  Well, he's not -- if your lawyer -- if you could talk about it, you should have your lawyer, yeah.

THE WITNESS:  Yeah, I have a lawyer.

BY MR. LUTTIER:

Q.   Who is your lawyer?

A.   Ira DeCarlin (phonetic).

Q.   Okay.  When you say he's not charging me, he didn't go get an injunction against --

A   No.

Q   -- domestic violence against you?

A.   No.

Q.   While we're speaking about injunctions

11 (Pages 345 to 348)

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

cc1ec48b-651e-487e-8bb1-b2f478ed0edd

Page 349

against domestic violence, let me get you something.

A. I mean, what is that? I don't know.

MR. MERMELSTEIN: Let him follow up and ask a question.

MR. LUTTIER: Is this Exhibit 3?

THE COURT REPORTER: Yes.

MR. LUTTIER: Let me just --

(Defendant's Exhibit No. 3 was marked for identification.)

BY MR. LUTTIER:

Q. Let me show you what has been marked as Exhibit 3 which purports to be a Petition for Injunction for a Protection Against Dating Violence. And referring to the first page, it says, I, full name, Jane Doe No. 4, do you see the first page?

A. Yeah.

Q. All right. Is this, is this handwriting on here yours?

A. Yeah.

Q. Let's go to the second page. Is this your handwriting?

A. Yeah.

Q. Third page your handwriting?

A. Yeah.

Q. Fourth page?

Page 350

A. Yeah.

Q. Fifth page?

A. Yeah.

Q. Okay. So did you complete this whole form?

A. Yeah.

Q. And was it true and correct when you completed it?

A. Yeah.

Q. Those were the representations you were making to The Court, right?

A. Yeah.

Q. And then you had a hearing? You went to court?

A. Yeah.

Q. And Preston was there at court, Vinyard?

A. I don't remember.

Q. And you got an order that for a year, that was an injunction against domestic violence against him, correct?

A. Yeah.

Q. So he couldn't come around you for a year; isn't that right?

A. Yeah.

Q. Okay. Let's take a look at Page 2,

Page 351

Section 1. It says down here in section, section Roman Numeral III, No. 1, where it says, describe the nature of your relationship. It says, January 1st, 2002, relationship began. That was you writing to the court that your relationship with Preston Vinyard began January 1st, 2002, correct?

A. Yeah.

Q. And then you wrote, July 15th, 2002, relationship became intimate. That is you were writing to the court, that on July 15th, 2002, your relationship with Preston Vinyard became intimate, right?

A. Yeah.

Q. That's a specific date, July 15th, 2002.

A. Uh-huh.

Q. Well, what did you mean when you say, relationship became intimate?

A. I don't know. Kissing, I'm going to say. I mean, kissing, holding hands, like, cuddling. I don't know.

Q. Well, what you meant when you wrote this was you were having sexual relations with him --

MR. MERMELSTEIN: Objection to form, argumentative.

THE WITNESS: I don't remember.

Page 352

BY MR. LUTTIER:

Q. Is that true or false?

A. Yeah.

Q. Okay. So as of July 15th, 2002, you had sexual relations with Preston Vinyard, correct?

A. No. I don't remember. No.

Q. Well, why did you write on here intimate?

A. Intimate --

MR. MERMELSTEIN: Objection, asked and answered.

THE WITNESS: Intimate, I mean, intimate can mean anything, like holding hands. When I'm intimate with somebody that means, I mean, anybody. I mean, it's not like, it's not sex. I don't see where it says, oh, I became -- had started having sex with him. At that time I was 15, so intimate meant making out in the movies.

BY MR. LUTTIER:

Q. Now, do you recall previously you testified that about four or five months after you first dated Preston Vinyard you began having sexual relations with him?

A. What? Repeat that.

Q. Do you remember earlier you testified that

12 (Pages 349 to 352)

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

cc1ec48b-651e-487e-8bb1-b2f478ed0edd

Page 353

about four or five months after you began dating Preston Vinyard, you had sexual relations with him?

A. Yeah, about four or five months.

Q. So that would be about the same as this time period here from January to July 2002, wouldn't it?

A. Yeah, but, I mean, intimate, like, to me, when I was that young, intimate, like, meant like going to the movies and making out with your boyfriend in the movie theater. Intimate to me back then wasn't sexual intercourse.

Q. Okay. I just want to make sure we're clear. I want you to tell the ladies and gentlemen of the jury in that camera that when you filled this form out that's been marked as Exhibit 3, and you wrote July 15th, 2002, relationship became intimate, that you didn't mean sexual intercourse. Is that right?

MR. MERMELSTEIN: Objection to form.

BY MR. LUTTIER:

Q. Tell the ladies and the gentlemen of the jury that's not what you meant.

MR. MERMELSTEIN: Objection to the form again. Go ahead.

THE WITNESS: Yeah, that's not what I

Page 354

meant.

BY MR. LUTTIER:

Q. Not what you meant. Now, when we ask your mom what you meant, what's she going to say?

MR. MERMELSTEIN: Objection to form. That's speculative.

THE WITNESS: I don't know.

BY MR. LUTTIER:

Q. Just coincidental that you ended up getting pregnant shortly after this?

MR. MERMELSTEIN: Speculative. Objection.

MR. LUTTIER: Can we agree --

THE WITNESS: Is that a question?

BY MR. LUTTIER:

Q. Can we agree you must have had sexual --

MR. MERMELSTEIN: I think it was.

BY MR. LUTTIER:

Q. -- intercourse with Mr. Vinyard before he got you pregnant?

A. That what?

Q. You must have had sexual intercourse with Mr. Vinyard before he got you pregnant.

MR. MERMELSTEIN: Objection, argumentative.

THE WITNESS: Yeah.

Page 355

BY MR. LUTTIER:

Q. All right. So tell me, if July 15th, 2002, wasn't when you started having sexual relationships with him, or sexual relations, when did you start having a sexual relationship with him?

THE WITNESS: I don't remember.

MR. MERMELSTEIN: Objection, asked and answered.

BY MR. LUTTIER:

Q. When was the first time you gave him oral sex?

A. I don't remember.

Q. When was the first time he stuck his penis in you and ejaculated?

A. I don't remember.

Q. Was it a significant event --

A. Was that even a question?

Q. Yeah.

A. What did you say?

Q. When --

A. Can you repeat that question?

Q. When did he stick his penis in you and ejaculate --

A. I don't remember.

Q. -- in any orifice?

Page 356

A. I don't remember.

MR. MERMELSTEIN: Objection.

BY MR. LUTTIER:

Q. But he did that, right, otherwise you couldn't have got pregnant. Can we agree with that?

MR. MERMELSTEIN: Objection to form.

BY MR. LUTTIER:

Q. Can we agree with that?

A. Yeah.

Q. So, you still want to stand on your answer to the jury that when you said, became intimate, you weren't referring to sexual intercourse?

MR. MERMELSTEIN: Objection to form.

THE WITNESS: Yeah.

BY MR. LUTTIER:

Q. Okay. Now, let's go to Paragraph 6, the next page. Can you read out loud what you told the court occurred on September the 20th of 2004 at 147 Riviera Avenue. First it says, respondent, that means Preston Vinyard, right?

A. Hold on. I'm not following what page you're on.

Q. Paragraph 6, Page 3. This is in your handwriting, right?

A. (No verbal response.)

(561) 832-7500    PROSE COURT REPORTING AGENCY, INC.    (561) 832-7506

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

cc1ec48b-651e-487e-8bb1-b2f478ed0edd

Page 357

Q. Correct?

A. Uh-huh.

Q. All right. It says, respondent; that's Preston Vinyard, right?

A. Uh-huh.

Q. Now, read to the ladies and gentlemen of the jury what you wrote occurred on September 20th, 2004 with Mr. Vinyard.

A. Preston and I were laying in bed. When a guy friend called my cell phone, Preston said that I was a slut, whore, cunt that was cheating on, that I was cheating on him. Preston started checking, checking, I don't even --

Q. Choking?

A. -- yeah, choking me into the mattress, and then when I went into my purse, he threw me against the wall and started yelling at me. Then Preston pushed me out the door. And whenever I asked for the rest of my belongings, he told me to wait.

Whenever he came back, he spilled a beer all over and threw cigarettes it in my face and slammed me into the ground. I got up. I went to my car and he followed me.

Q. And then did you continue it onto the next page?

Page 358

A. We were --

Q. No, onto the next page. Turn onto what's called a continuation. What else did you write?

A. Shut my door and he opened it. He spit in my face and he continued to call me a whore, a slut, and cunt. I shut the door, and he opened it again, and he got in my face, grabbed my arms very hard to make him let go. I bit his arm. I bit his arm and he bit me back on my finger and cut it open. He was, he was biting so hard that he was repeating -- he repeatedly harassed me since last night -- or incodent (sic) or incoherent, or incodent. This morning when I woke up my top, or my top lip was swollen and my neck and jaw were in pain.

Q. He humiliated you on September 20th, 2004, didn't he?

MR. MERMELSTEIN: Objection to form.

THE WITNESS: Humiliated me in front of --

BY MR. LUTTIER:

Q. He humiliated you, didn't he?

MR. MERMELSTEIN: Objection to form again.

THE WITNESS: For what? Is that your --

BY MR. LUTTIER:

Q. Do you know --

A. Is that your opinion?

Page 359

Q. Do you know what humiliation is?

A. Is that your --

Q. Yes.

A. Yeah, I do, but in, in front of who?

Q What --

A Like humiliation is humiliating in front of a crowd of people.

MR. MERMELSTEIN: Don't argue with him. Just, just answer.

BY MR. LUTTIER:

Q. Just humiliate. To yourself, what's humiliate mean to you?

A. Yeah, embarrassing.

Q. Is that all it means?

A. Yeah.

Q. I mean, he treated you worse than an animal, didn't he?

MR. MERMELSTEIN: Objection to form, argumentative.

THE WITNESS: An animal?

BY MR. LUTTIER:

Q. Would you treat a dog like this?

MR. MERMELSTEIN: Objection to form.

THE WITNESS: No.

Page 360

BY MR. LUTTIER:

Q. No human being ought to be treated like this, should they?

A. No.

MR. MERMELSTEIN: Objection to form.

BY MR. LUTTIER:

Q. So, were you humiliated by his --

A. Yeah.

Q. -- conduct toward you? Did it make you feel bad?

A. Of course.

Q. Did it make you feel low?

MR. MERMELSTEIN: Objection to form.

THE WITNESS: Yeah.

BY MR. LUTTIER:

Q. Did it make you feel like you were worthless?

MR. MERMELSTEIN: Objection to form.

THE WITNESS: Yeah.

BY MR. LUTTIER:

Q. Did it make you feel so bad that you went and got a court order that said he couldn't come near you for a year?

A. Yeah.

Q. Jeffrey Epstein never made you feel like

(561) 832-7500   PROSE COURT REPORTING AGENCY, INC.   (561) 832-7506
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

cc1ec48b-651e-487e-8bb1-b2f478ed0edd

Page 361

that, did he?

A. No, but just a lot worse.

Q. He was nice to you, wasn't he?

A. Yeah, really nice.

Q. And by the way, did you -- did you ever touch Mr. Epstein's penis?

A. No.

Q. You had seen a man's penis before you went to Jeffrey Epstein the first time, hadn't you?

A. Yes.

Q. Matter of fact, had you touched a man's penis before you went to Jeffrey Epstein?

A. I don't remember.

Q. Had you placed a man's penis in your mouth before you had gone to see Jeffrey Epstein?

A. I don't remember.

Q. Had you placed a man's penis in your vagina before you went to Jeffrey Epstein?

A. I don't remember.

Q. When you made the videotape of you and Preston having sexual relations, what acts were recorded on the videotape?

A. On the tape?

Q. Yeah. The tape --

A. Sex.

Page 362

Q. -- you made. And you made that tape, right?

A. Yeah.

Q. Was it with your video camera?

A. No.

Q. Whose video camera?

A. My, my parents.

Q. You used your parents' video camera --

A. Yeah.

Q. -- to record you and this fellow, Preston Vinyard, engaged in sexual relations?

A. Yeah.

Q. Where did the actual filming take place?

A. In my, my house.

Q. What house?

A. My room.

Q. The room, the house your parents owned?

A. Yeah.

Q. And how old were you at the time?

A. I don't remember.

Q. Sixteen?

A. I don't remember.

Q. Seventeen?

A. I don't remember.

Q. No more than 17, right?

Page 363

A. I don't remember.

Q. But you remember whether you were older than 17, don't you?

A. No, I don't remember.

Q. Did you make the tape before he got you pregnant?

A. I don't remember.

Q. Did you make the tape before you --

A. I don't remember when I took the tape. I don't remember when, and when, I am -- like you already stated, I have been --

Q. Okay. Did you --

MR. MERMELSTEIN: You're okay. You're doing fine.

BY MR. LUTTIER:

Q. Did you make the tape before you aborted the first baby?

MR. MERMELSTEIN: Objection to form.

THE WITNESS: I don't remember.

BY MR. LUTTIER:

Q. Did you make it before you aborted the second baby?

A. I don't remember.

Q. So, you're in your parents' house. You're using your parents' video machine. And you're

Page 364

recording having sex with Preston Vinyard when you're some age that you don't remember, right?

A. Yes.

Q. But we know it's while you were in high school?

MR. MERMELSTEIN: Objection to form.

BY MR. LUTTIER:

Q. Tell the ladies and gentlemen, look in the camera and tell the ladies and gentlemen of the jury you don't know if you were in high school when you made this tape.

MR. MERMELSTEIN: Objection to form, argumentative.

THE WITNESS: I was in high school when I made this with Preston.

BY MR. LUTTIER:

Q. Okay. All right. Way too young to be doing this kind of stuff, right?

MR. MERMELSTEIN: Objection to form, argumentative.

BY MR. LUTTIER:

Q. Right? Do you agree with me?

A. Yeah.

MR. MERMELSTEIN: Objection.

15 (Pages 361 to 364)

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

cc1ec48b-651e-487e-8bb1-b2f478ed0edd

Page 365

BY MR. LUTTIER:

Q. All right. Now, how did you make the tape physically? Where did you put the camera?

A. On my dresser.

Q. Was it in your bedroom?

A. Yeah.

Q. And you turned the camera on?

A. Yes.

Q. Whose idea was it to make the tape?

A. Preston's.

Q. Think it would be a good idea. You thought that was okay, went along with it?

A. I went on it, yeah. I agreed with him.

Q. So, tell me what specific acts you engaged in with Mr. Vinyard that you then recorded on this video, to your parents' videotape machine in your parents' home?

MR. MERMELSTEIN: You know, I'm going to object to that, again Rule 412, and ask you not to -- It's just going too far.

MR. LUTTIER: Well, this is a videotape that she admitted she showed Mr. Epstein, so --

MR. MERMELSTEIN: Yeah, but you're --

MR. LUTTIER: -- it's clear --

MR. MERMELSTEIN: -- asking her to

Page 366

describe the acts --

MR. LUTTIER: Yeah.

MR. MERMELSTEIN: -- on the videotape?

MR. LUTTIER: It's clear. It's within the gambit. We're coming back. And I mean, I am not going to argue, but I mean you're going to -- we're going to come for fees and costs, because there isn't any question about whether that's a legitimate area of inquiry. So I would respectfully suggest you rethink your position on that.

MR. MERMELSTEIN: You're asking her what was on the videotape in terms of sex acts.

MR. LUTTIER: You bet. You bet. The tape that she showed Jeffrey Epstein. And there is no question about whether that's fair game.

MR. MERMELSTEIN: I'm going to give you a little bit of leeway.

MR. LUTTIER: Okay, fair enough.

THE WITNESS: Of us having sex.

BY MR. LUTTIER:

Q. I want to know the specific acts. Did it reflect oral sex?

A. Sure.

Q. Were you, did it reflect you having

Page 367

Preston Vinyard's penis in your mouth?

A. Yeah.

Q. Were you giving him what we would -- a typical vernacular, that would be giving him a head job, right?

MR. MERMELSTEIN: Come on. I mean, come on. She just --

BY MR. LUTTIER:

Q. -- in the slang?

MR. MERMELSTEIN: There is no need to go to slang. She just told you what they --

BY MR. LUTTIER:

Q. Did it -- did it show him licking your vagina?

A. Yeah.

Q. Did, did he ejaculate in your mouth?

A. I don't remember.

Q. Did it show that on the tape?

A. I don't remember.

Q. Do you recall him ever ejaculating in your mouth?

A. Ever? What does that have to do with the tape?

Q. Ever. Ever.

MR. MERMELSTEIN: Okay. Ever, whether

Page 368

it's on the tape or not?

MR. LUTTIER: Any time.

MR. MERMELSTEIN: Okay. Don't answer that question. Rule 412.

BY MR. LUTTIER:

Q. Did it -- did he insert his penis in your vagina on this tape?

A. Yeah.

Q. And what position were you in at the time?

A. I don't know. I don't remember.

Q. Do you remember being on all -- what they call all fours?

A. Could have been on all fours. Could have been on my back. I don't remember.

Q. And, and other than him inserting his penis in your vagina and in your mouth, did he insert his penis in any other orifice of yours?

A. No.

Q. And did you perform any other sex acts on him other than giving him oral sex on this tape?

A. No.

Q. What -- is there anything else depicted on this tape?

A. No, not that I --

MR. MERMELSTEIN: Objection to form,

16 (Pages 365 to 368)

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

cc1ec48b-651e-487e-8bb1-b2f478ed0edd

Page 369

overbroad.

THE WITNESS: Not that I remember, no.

BY MR. LUTTIER:

Q. And you took this tape after you made it on your parents' video in your parents' house, and you took it over to show it to Jeffrey Epstein, right?

A. Yeah.

Q. Was there anybody else that you showed the tape to?

A. No.

Q. Show it to any of your girlfriends?

A. No.

Q. Was there anybody else present when you showed it --

A. No.

Q. -- to Mr. Epstein?

MR. MERMELSTEIN: You got -- you got to wait until he finishes the question.

BY MR. LUTTIER:

Q. Did you ever show it to your parents?

A. No.

Q. Do they know about?

A. Yeah.

Q. When did you tell your parents that you

Page 370

took their video camera and made this videotape in their house?

MR. MERMELSTEIN: Objection to form.

THE WITNESS: When I told -- I told them about it, they, being respectful parents, they're not going to sit there and question me about every single act that was on the tape.

MR. MERMELSTEIN: No. The question was when, I think.

MR. LUTTIER: Yeah.

MR. MERMELSTEIN: When did you tell your parents?

BY MR. LUTTIER:

Q When did you tell your parents?

A. Oh, they have known about it. I don't -- I don't remember when I told them. I don't -- I don't remember.

Q. Was it before you filed this lawsuit?

A. Yeah, I think so. Yeah.

Q. Was it before the police came to see you?

A. It was before, yeah.

Q. Well, why did you tell them about it?

A. I don't remember. I told them about it.

Q. Was the word out in the community that you'd made this tape?

Page 371

A. No, the word wasn't out. I think my -- I think my dad found it in my bedroom, and my dad asked me about it and asked me if I had ever made any videotapes, and I was honest with him and I told him, yes.

Q. As in, your dad found it and played it and saw it?

A. No, he asked me about a tape that was in my bedroom, and he asked me questions about it, and I told him.

Q. Well, what did he ask you about it?

A. He asked me what was on the tape and why it's not in with all the other tapes in the family room. And I said, and I was honest with him, I told him it was a sexual tape with me and Preston.

Q. And what was his reaction?

A. He was upset.

Q. Now, was it embarrassing to you to have to talk to your dad about the fact that you made a videotape having sex with Preston Vinyard in their house with their videotape machine?

A. Yeah, it was embarrassing.

Q. Okay. And was it Preston's idea or your idea?

A. Preston's idea.

Page 372

Q. Where is that tape today?

A. I don't have it. It's ruined.

Q. Who ruined it?

A. I did.

Q. And when did you ruin it?

A. A while, I don't remember. A while ago.

Q. You didn't ruin it until after you filed this lawsuit, did you?

MR. MERMELSTEIN: Objection to form.

THE WITNESS: No, I did. It was before.

BY MR. LUTTIER:

Q. But how do you know that?

A. Because I don't -- I just -- it was definitely not after. I don't even know, no.

Q. Well, I don't understand. First you're saying you don't know when you did it, now you're saying you did it --

MR. MERMELSTEIN: No, no. no.

THE WITNESS: No, I, I was -- I remember it was before I filed my lawsuit, but I don't remember the exact date that I ruined it, but it was before I was even in this lawsuit.

BY MR. LUTTIER:

Q. Other than the videotape you made of having sex and other sexual acts with

17 (Pages 369 to 372)

(561) 832-7500   PROSE COURT REPORTING AGENCY, INC.   (561) 832-7506
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

cc1ec48b-651e-487e-8bb1-b2f478ed0edd

Page 373

Preston Vinyard, and the photograph of you in your underwear with this other girl when you were in high school, have you been depicted in any other videotapes performing sex acts?

A. No.

Q. Have you been depicted in any other photographs in any state of undress, that is, either topless or completely naked?

A. No.

Q. You said that at some point in time after you went to Mr. Epstein's and you, you voluntarily removed your under pants, correct? Remember that testimony?

A. Yes.

Q. And do you recall at what point whether you were a junior in high school when you were removing your pants and doing complete nude massages to --

A. No, I was, I was -- yeah. Sorry. Ask the question. I completely interrupted you.

Q. Where in high school were you when you were giving complete nude massages to Mr. Epstein?

A. Like October, like, middle of my junior -- junior year.

Q. Okay. You said there came a point in

Page 374

time, something about a vibrator.

A. Yeah.

Q. What happened with the vibrator?

A. He used it on my clit.

Q. What do you mean, he used it on your clit?

A. He turned the vibrator on and would put it by my vagina.

Q. Okay. Did you have your underwear on or off?

A. They were -- they were off.

Q. Okay. And when did this happen?

A. In the middle of my junior year.

Q. Everything happened in the middle of your junior year?

MR. MERMELSTEIN: Objection, argumentative.

THE WITNESS: Yeah, it, like I said, first time I visit, second time I visit. It got where, it got to the point where he would use a vibrator on me, and then he started fingering me, then he started using both on me, and then he would ejaculate. I mean, after I had all my clothes off, I mean it was -- I mean, it was always the same thing. It was --

Page 375

BY MR. LUTTIER:

Q. Did he ask you to use the vibrator on you?

A. Yeah.

Q. And did you say okay?

A. Yeah.

Q. So, you did that voluntarily, too, correct?

A. Yeah.

MR. MERMELSTEIN: Objection.

BY MR. LUTTIER:

Q. Was there ever a point in time that you said no to the use of a vibrator?

A. No.

Q. You, you know what an orgasm is, I assume?

A. Yeah.

Q. Did you ever have an orgasm while you were at Mr. Epstein's?

A. Yeah.

Q. More than once?

A. Yeah.

Q. You enjoyed those?

MR. MERMELSTEIN: Objection, argumentative.

BY MR. LUTTIER:

Q. Did you not?

Page 376

A. Yeah.

Q. You told him you enjoyed them, didn't you?

A. I didn't tell him. It was pretty obvious.

Q. You kept coming back because you enjoyed it, didn't you?

MR. MERMELSTEIN: Objection.

BY MR. LUTTIER:

Q. Plus you were getting paid money.

A. Yeah.

Q. All right. Did you have an orgasm when you were at Mr. Epstein's when he used the vibrator on you?

A. Yeah.

Q. Yeah. And how many occasions did you go back after the first time that he used the vibrator on you?

A. Whenever he would call me up I would go.

Q. Do you know how many times that was?

A. After that, every single time he was in town, two to three times a week.

Q. From June of '05 until October of '05, how many times did you go to Mr. Epstein and he used the vibrator on you?

MR. MERMELSTEIN: Objection. Objection to form.

18 (Pages 373 to 376)

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

cc1ec48b-651e-487e-8bb1-b2f478ed0edd

Page 377

THE WITNESS: From June to when?

BY MR. LUTTIER:

Q. June of '05 to October of '05.

A. I don't -- I don't know.

Q. More than once?

A. Yeah.

MR. MERMELSTEIN: Objection.

BY MR. LUTTIER:

Q. Did you have orgasms more than one time between June of '05 and October of '05?

A. Yeah.

MR. MERMELSTEIN: Objection to form.

BY MR. LUTTIER:

Q. Now, did there come a time -- sorry.

MR. MERMELSTEIN: Focus. You know, he's asking about specific dates, so make sure you're sure of your answer.

THE WITNESS: I don't know how many times in '05.

BY MR. LUTTIER:

Q. Did there come a time that you say -- huh?

A. I don't know how many times I've been there.

MR. MERMELSTEIN: No, well, he's asking you a very specific date, so make sure you're

Page 378

sure of your answer.

THE WITNESS: From like, '05, summer --

MR. MERMELSTEIN: He's now asking you June --

MR. LUTTIER: All right. Let's not have a speaking objection.

MR. MERMELSTEIN: -- of '05 to October of '05.

MR. LUTTIER: She knows how to answer and that's a speaking objection.

MR. MERMELSTEIN: No, she doesn't.

MR. LUTTIER: Oh, she knows, trust me. She, she is very streetwise and knows exactly what's being asked of her.

BY MR. LUTTIER:

Q. Was there ever a time --

MR. MERMELSTEIN: Objection to that characterization.

BY MR. LUTTIER:

Q. Was there ever a time that you told Mr. Epstein not to use the vibrator on you?

A. No.

Q. Were there times that you asked him to use the vibrator on you?

A. No.

Page 379

Q. Did there come a time that Mr. Epstein gave you a vibrator?

A. Yeah.

Q. Do you remember what kind of vibrator?

A. A Rocket Pocket.

Q. Okay. And what did you do with the Rocket Pocket?

A. I have -- I had the Rocket Pocket in my drawer at school. I don't know.

Q. The drawer at school? What school?

A. I have it with -- I had it with my -- where I lived.

Q. Did you say you had the vibrator at your drawer at school?

A. I had it at home and then I had it where I lived. I, it was mine. So, with all my belongings to my current address that I was staying at, that's where I have it.

Q. When did he first give it to you?

A. I don't remember. I know I had it at my house though when I was in high school.

Q. All right. And where did you keep it at home?

A. In the drawer.

Q. Did your mom and dad know about it?

Page 380

A. No.

Q. Did you tell them about it?

A. No.

Q. Did you use it at home?

A. Yeah.

Q. Okay. You enjoy it?

A. Yeah.

Q. You had orgasms with it?

A. Yeah.

Q. Okay. Did you take it to college with you?

A. Yeah.

Q. Did you use it at college?

A. Yeah.

Q. Did you enjoy it?

A. Yeah.

Q. Have orgasms with it?

A. Yeah.

Q. Still have it today?

A. No.

Q. Do you have a different one now?

A. A different one?

Q. Yeah, a different vibrator.

A. Yeah.

Q. Still use a vibrator today?

(561) 832-7500   PROSE COURT REPORTING AGENCY, INC.   (561) 832-7506

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

cc1ec48b-651e-487e-8bb1-b2f478ed0edd

Page 381

A.   Yeah.

Q.   You think there's anything wrong with using a vibrator?

A.   No.

Q.   Okay.  You went out and bought your own, right?

A.   Yeah.

Q.   Okay.  All right.  Then you said there was a time, came a point in time that he put his finger in your vagina?

A.   Yeah.

Q.   And when was that?

A.   The next time, next visit after he used the vibrator on me.

Q.   How do you know that that was before you were a freshman at Lynn University?

A.   Before I was a freshman?

Q.   Right.

A.   Because it was before I had even gone to prom.  It was like, I still -- I hadn't even, wasn't even a senior yet.

Q.   And did he ask to put his finger in your vagina?

A.   It wasn't quite like after he -- after I was orgasming -- orgasming me from the vibrator, he

Page 382

flipped me around and I was on all fours, and he stuck his finger in my vagina, and he didn't ask questions.  I was already orgasming, so it's not like I told him stop.

Q.   Did you say no?

A.   No.

Q.   Did you stop him?

A.   No.

Q.   Did you come back any time --

A.   He didn't ask me though.

Q.   Did you come back any time after the first time he put his fingers in your vagina?

A.   (No verbal response.)

Q.   Did you ever come back after that?

A.   Yeah.

Q.   Did he put his fingers in your vagina any time after that?

A.   Yeah, pretty much every time after that.

Q.   Did you ever tell him not to?

A.   No.

Q.   You enjoyed it, didn't you?

A.   Yeah.

Q.   It was all part of the orgasm, wasn't it?

MR. MERMELSTEIN:  Objection.

THE WITNESS:  Yeah.

Page 383

BY MR. LUTTIER:

Q.   The reality here, the truth is that you enjoyed going to Mr. Epstein's and having an orgasm and getting paid $200 for giving a massage; isn't that the truth?

MR. MERMELSTEIN:  Objection to form.

THE WITNESS:  Yeah.

BY MR. LUTTIER:

Q.   Okay.  And you weren't traumatized by any of it, were you?

MR. MERMELSTEIN:  Objection to form, calls for a conclusion.

BY MR. LUTTIER:

Q.   What damages have you suffered as a result of going to Mr. Epstein?

A.   Honestly?  Everything, like, emotionally.

MR. MERMELSTEIN:  Take your time.

THE WITNESS:  I mean, how does it make me, emotionally, like, with my parents, disrespect from my parents, family, friends.  It's relationship-wise, like trusting people-wise, I don't know.  I couldn't -- a lot of things, a lot of different things emotionally, like, a lot of things.

Page 384

BY MR. LUTTIER:

Q.   Well, you, you kept going back to Mr. Epstein.  You never said no, I don't want to come, did you?

A.   I thought he was my friend.

MR. MERMELSTEIN:  Objection, argumentative.

BY MR. LUTTIER:

Q.   You never once said to Mr. Epstein, I don't want to come, did you?

A.   No.

Q.   As a matter of fact, you gave Mr. Epstein a little feedback, didn't you?

MR. MERMELSTEIN:  Take your time.

BY MR. LUTTIER:

Q.   You gave him a little feedback, didn't you?

A.   What do you mean by that?

Q.   You told him you liked what he was doing, didn't you?  Didn't you?

A.   I don't know.  I don't remember.

Q.   Do you recall?

MR. LUTTIER:  What are we on, No. 4?

THE COURT REPORTER:  Yeah.

MR. LUTTIER:  Let's mark that as 4.

20 (Pages 381 to 384)

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

cc1ec48b-651e-487e-8bb1-b2f478ed0edd

Page 385

(Defendant's Exhibit No. 4 was marked for identification.)

BY MR. LUTTIER:

Q. Let me show what's been marked as Exhibit No. 4. Is that your handwriting?

A. No. Love always, Jane Doe No. 4. This is, this, for a good time, call --

Q. Yes.

A. -- that's not my, that's not handwriting; that's Lauren's, that's Lauren's handwriting.

Q. Okay. And then below that the hearts and then it's signed Jane Doe No. 4 and Lauren. That's your handwriting, the hearts?

A. Yeah, the heart, the heart --

Q. Right.

A. -- the heart, and then heart, Jane Doe No. 4, Lauren, that's me. But for a good time and then I didn't, like, put my number there. That's for a good time, call 635-3454, that's Lauren's handwriting. And then that's her heart and Lauren.

Q. Whose number is 635 --

A. That was my number.

Q. Okay. So you were present when this note was created?

A. Yeah, we both were there.

Page 386

Q. This is Lauren Murphy?

A. Yeah.

Q. Okay. And so you both created this note and left it for Mr. Epstein?

A. She wrote it there, and then I signed it, yeah.

Q. You knew what you were doing, right?

MR. MERMELSTEIN: Objection, form, argumentative.

THE WITNESS: No. I wasn't the one that wrote it.

BY MR. LUTTIER:

Q. You knew what you were doing when you signed it with hearts and put your name and left it there, didn't you?

MR. MERMELSTEIN: Objection to form.

THE WITNESS: Yeah.

BY MR. LUTTIER:

Q. Nobody made you do that, did they?

A. No.

Q. You were telling him you wanted him to call, you were having a good time, you wanted to come back, weren't you?

MR. MERMELSTEIN: Objection to form.

THE WITNESS: Well, he was a very, like,

Page 387

sexual, like he was always joking around like sex talk, like, I said, for example, he would -- had me, like, go up to, like, joking around like sexual, like, telling me how to give head to a guy, or like always joking around sexually.

So with Lauren -- he was that way with a lot of different girls, always joking around sexually with girls.

So whenever -- I didn't write this, I didn't tell Lauren to write this. This was Lauren's intentions, and I was just joking around and signed it. I didn't -- my intentions weren't to write this, for a good time, call Jane Doe No. 4. This is Lauren's intentions, not mine.

BY MR. LUTTIER:

Q. Wait a minute. Wait a minute. Let's back up. You saw the words and you read the words when it was handed to you to sign, didn't you?

A. Oh, she didn't tell me, sign it, I joking --

Q. Oh, you did that voluntarily?

A. Yeah.

Q. So, she handed you this piece of paper,

Page 388

that is, Lauren?

A. No, it was -- she wrote it. There was a notepad --

Q. Okay.

A. -- on, on the table. She wrote it, and picking up -- I just picked up the pen after she wrote something, joking around, because everybody, like jokes around with Jeffrey Epstein, like, sexually like that, picked it up and signed my name.

Q. Okay. Let's go through it. When did this happen, by the way?

A. I don't remember.

Q. You were already at Lynn University at this time, or before that?

A. I don't remember.

Q. So your testimony is that Lauren wrote on a pad at Jeffrey Epstein's house, for a good time call, and put your number, right?

A. Yeah.

Q. And did you put her number too?

A. No.

Q. Is that 324-7996 her number?

A. It might have been her old number. I don't remember.

Q. Okay. So she wrote all of that, right,

21 (Pages 385 to 388)

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

cc1ec48b-651e-487e-8bb1-b2f478ed0edd

Page 389

first?

THE WITNESS: Can I have a tissue? Oh, never mind. I have it right here.

BY MR. LUTTIER:

Q. Did she write all of the words that appear in this notepad before you put anything on it?

A. Did she write anything before -- wait. Ask me the question again.

Q. Did she write all the words that appear in this notepad before you put anything on it?

A. No, she wrote, for a good time call.

Q. So when, when you originally got this note, when you were standing there, this is down in the kitchen of his house?

A. Yeah, I think so. I don't remember where we were.

Q. Both of you were there for some reason?

A. Yeah.

Q. Had you both been there giving Mr. Epstein a massage?

A. Yeah. She had gone there.

Q. But you were both there at the same time?

A. Yeah.

Q. Were you there -- were you both giving him a massage at the same time?

Page 390

A. No.

Q. By the way, do you know what a three-way is?

A. Yeah.

Q. Did you ever engage in a three-way?

A. A three-way phone call?

Q. No. Three-way sexual experience.

A. Yeah.

Q. That is, like, have you ever engaged in those?

A. No.

Q. Have you ever had a sexual encounter with another woman?

A. No.

Q. Okay. Now, when you were at Mr. Epstein's, you and Lauren are there. She writes this pad out. She writes this note on this pad, right?

A. Yeah.

Q. And then after she writes on it, you take a pen and you draw these two hearts and you sign your name?

A. Yeah.

Q. Nobody made you do that, right?

A. No.

Page 391

Q. You did it voluntarily.

A. Yeah.

Q. Thought it was funny?

A. Yeah.

Q. And you left it there for Mr. Epstein.

A. Yeah.

Q. Telling him, call me for a good time.

MR. MERMELSTEIN: Objection, form.

BY MR. LUTTIER:

Q. Right?

A. Yeah.

Q. And that's what you wanted him to do, was to keep calling and have you come over, wasn't it?

MR. MERMELSTEIN: Objection to form.

BY MR. LUTTIER:

Q. Isn't that right? That's the truth, isn't it?

A. That I wanted him to keep calling me?

Q. Yeah, and you wanted to keep going there; isn't that the truth?

A. I knew he was going to keep calling me. He told me I was his favorite in Florida, so it wasn't something that I, ever crossed my mind.

Q. And you wanted him to keep calling you and you wanted to keep going; isn't that the truth?

Page 392

MR. MERMELSTEIN: Objection, objection to form, asked and answered.

BY MR. LUTTIER:

Q. Isn't that the truth, ma'am?

MR. MERMELSTEIN: Objection.

THE WITNESS: That -- yes.

BY MR. LUTTIER:

Q. And the only reason you quit going to Jeffrey Epstein after you were already a freshman at Lynn University was because you found out the police were investigating him and they showed up at Lynn University and interviewed you; isn't that true?

MR. MERMELSTEIN: Objection to form.

THE WITNESS: No. I got in touch with. Wait. Ask the question again.

BY MR. LUTTIER:

Q. The only reason you quit going to Jeffrey Epstein was because the police showed up at Lynn University and interviewed you.

A. No, because I was still, Jeffrey was still renting me a car. After I knew the police were going to everybody and interviewing questions, like he had rented me.

(Brief telephone interruption.)

THE WITNESS: I was still talking to him

22 (Pages 389 to 392)

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

cc1ec48b-651e-487e-8bb1-b2f478ed0edd

Case 9:08-cv-80119-KAM   Document 430-3   Entered on FLSD Docket 12/01/2009   Page 23 of 47

Page 393

after he was interviewing cops. I still talked to him after I got interviewed by the cops. I talked to him about -- I talked to his lawyers.

BY MR. LUTTIER:

Q. Well, why didn't you go back and give him more massages after you got interviewed by the --

A. Because he, like, he wasn't even -- he didn't stay at his Palm Beach house. He like -- I don't even know where he was at.

Q. You would have gone if he had asked you to come back and give him a massage, wouldn't you?

MR. MERMELSTEIN: Objection to form. Calls for speculation.

BY MR. LUTTIER:

Q. Would you have gone back?

A. I don't know. Probably more than likely. I don't know.

Q You would have --

A I thought he was my friend.

Q He never did anything to you, right?

MR. MERMELSTEIN: Objection to form.

BY MR. LUTTIER:

Q. He didn't do anything compared to what Preston Vinyard did to you, got you pregnant three times, aborted three kids --

Page 394

MR. MERMELSTEIN: Objection to form --

MR. LUTTIER: -- treated you like dirt --

MR. MERMELSTEIN: -- argumentative.

BY MR. LUTTIER:

Q. Right? He never did anything like that to you, did he?

MR. MERMELSTEIN: Objection.

BY MR. LUTTIER:

Q. And what you want in this lawsuit is money, right?

A. No.

Q. That's why you sued him was for money.

A. No.

Q. And you were offered money to settle the suit, but you don't want that. You want more money; isn't that right?

A. No.

MR. MERMELSTEIN: Objection.

BY MR. LUTTIER:

Q. Well, if you don't want money, what are you suing for?

A. For him to get punished.

Q. That's the only thing you can get in this case is money, right? Your lawyers have explained that to you, haven't they?

Page 395

MR. MERMELSTEIN: Objection to form. Don't talk about what your lawyers have explained to you.

BY MR. LUTTIER:

Q. That's the only thing you can get. Are you under the impression that you can get some kind of relief here other than money?

MR. MERMELSTEIN: Objection to form.

THE WITNESS: No. It's not for me. It's so that he can get punished for things that he's done to me and several other girls.

MR. LUTTIER: Let me show you the next exhibit. What number is this?

THE COURT REPORTER: Five.

MR. LUTTIER: Okay.

(Defendant's Exhibit No. 5 was marked for identification.)

BY MR. LUTTIER:

Q. Let me show you what's been marked as Exhibit 5. It's entitled Psychological/Social History. Do you recognize that document?

A. Yeah.

Q. Is that your handwriting on it?

A. Yeah.

Q. Is this a document that you completed?

Page 396

A. Yeah.

Q. And did you complete it on December 2nd of 2008?

A. Yeah.

Q. And do you remember why you completed this document?

A. Yeah.

Q. Why?

A. Because I was, had an appointment with Dr. Kliman.

Q. Okay. Were all of the answers that you gave on this document true and correct?

MR. MERMELSTEIN: Look at them carefully.

(Ms. Doe and Mr. Mermelstein were conducting a discussion off the record.)

THE COURT REPORTER: Is this off the record?

MR. MERMELSTEIN: Well, we're kind of on the record right now. So, have you read all these?

THE WITNESS: No. I mean there's a few that I have questions about, you know. There's a few that I have questions about that I am kind of like, I am looking at this now and I am like --

23 (Pages 393 to 396)

(561) 832-7500   PROSE COURT REPORTING AGENCY, INC.   (561) 832-7506

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

cc1ec48b-651e-487e-8bb1-b2f478ed0edd

Page 397

MR. MERMELSTEIN: Anything you need to clarify. I think was -- what was the question?

BY MR. LUTTIER:

Q. My question was are all of the answers that you gave on this document true and correct?

MR. MERMELSTEIN: So, now that's just Page 1. The whole thing.

BY MR. LUTTIER:

Q. Well, I should -- let me rephrase that. Were all the answers that you gave on this document true and correct as of December 2nd, 2008, or whatever date you completed this document?

A. On this one?

Q. Yeah.

MR. MERMELSTEIN: Okay. Go through each page and look at that and refresh your mind.

BY MR. LUTTIER:

Q. In all due respect, the answer is yes or no. You can't really consult with your lawyer about it.

MR. MERMELSTEIN: If you're confused by something then, then you have to qualify your answer.

THE WITNESS: Okay.

MR. MERMELSTEIN: But, okay.

Page 398

THE WITNESS: Is everything -- well, there's one thing --

MR. MERMELSTEIN: The question is, is everything true and correct, that's, that's written here, each page.

THE WITNESS: Well, I am going -- I already know the answer to that question. I have only gotten to the second page.

MR. MERMELSTEIN: Do you want to give your answer and then you can go or --

THE WITNESS: Yeah, well, it says, did you ever get in trouble while in school? Well, yeah, when I was in high school I got a DUI, but I had circled no. But yeah, when I was in high school I got in trouble.

BY MR. LUTTIER:

Q. Well, was this paper given to you by Dr. Kliman to complete?

A. Yeah.

Q. Did he tell you to give honest --

A Yeah.

Q -- and truthful answers?

A. Yeah.

Q. Well, why didn't you give him honest and truthful answers?

Page 399

MR. MERMELSTEIN: Objection, form.

THE WITNESS: Because if you, if you read up above, it says how far did you go in school.

MR. LUTTIER: Right.

THE WITNESS: I said attended college, but did no graduate college. So I am guessing, like, whenever I looked at this it said did you ever get in trouble while in school, I think while I was in college. I think my mind frame was set to college, not in high school. And that's why I'm looking at this now and I'm thinking, well, I know in high school I got into trouble. So, I know that's not true.

MR. LUTTIER: Well, did you --

THE WITNESS: And, like, whenever I look at something, after reading 17, it says, like, I am thinking, I was just thinking while I was in college. I don't know.

BY MR. LUTTIER:

Q Did Dr. Kliman ask you after you completed this, didn't he ask you whether you had any questions about it?

A. I don't remember.

Q. Did you tell him you had questions and didn't understand any of these?

Page 400

A. No, I don't remember.

Q. Did you tell him any of the answers weren't right?

A. No, I don't remember.

Q. So, how is somebody supposed to know whether you're telling the truth or lying?

MR. MERMELSTEIN: Objection to form, argumentative.

BY MR. LUTTIER:

Q. How do, how does one know on what occasions you're telling the truth and when you're lying about something?

MR. MERMELSTEIN: Objection to form, argumentative.

BY MR. LUTTIER:

Q How does somebody know?

MR. MERMELSTEIN: Objection.

THE WITNESS: They should know.

BY MR. LUTTIER:

Q. Well, first of all, you talked to the police under oath, and you're telling us you lied to the Palm Beach Police, right?

MR. MERMELSTEIN: Objection, asked and answered.

24 (Pages 397 to 400)

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

cc1ec48b-651e-487e-8bb1-b2f478ed0edd

Page 401

BY MR. LUTTIER:

Q. Is that right? That's what you're telling us.

MR. MERMELSTEIN: Asked and answered.

THE WITNESS: Yeah.

BY MR. LUTTIER:

Q. So, we don't really know, even when you're under oath, whether you're telling the truth or you're lying, do we?

A. No.

MR. MERMELSTEIN: Objection.

BY MR. LUTTIER:

Q. Okay. All right. So what other answers are, do you say are incorrect on here, notwithstanding the fact, that you gave to Dr. Kliman after he told you to answer truthfully?

MR. MERMELSTEIN: I'm going to object to the form of that question.

THE WITNESS: It says have you had any major changes in income during the last two years.

BY MR. LUTTIER:

Q. What number is that?

A. Thirty.

Q. Okay.

Page 402

A. I said no, but during the summers I worked at, like, I worked at Pine Tree Camp, so I made a little bit of money, but I put no because if you read the question, it says no, increasing significantly or decrease significantly. I only had a summer job.

Q. Okay. Well, in 39 you reflect that you had a summer job, right?

A. I'm sorry. I didn't read that far.

THE WITNESS: Can I ask a question? Yes, or no?

MR. MERMELSTEIN: Huh?

THE WITNESS: Can I ask you a question?

MR. MERMELSTEIN: You really can't.

THE WITNESS: Okay.

MR. MERMELSTEIN: Again remember to keep in mind what the question was that he originally asked about.

THE WITNESS: Uh-huh. How would you --

BY MR. LUTTIER:

Q. What number?

A. Fifty-five, how would you describe your illegal drug usage. I said I never used drugs.

Q. That wasn't true, was it?

A. No.

Page 403

Q. You lied to Dr. Kliman, right?

A. Yes.

Q. What should the answer have been?

A. I didn't --

MR. MERMELSTEIN: Objection, that's been asked and answered.

BY MR. LUTTIER:

Q. What should the answer have been of those choices?

A. Well, out of all those choices, it would be two.

Q. Once or twice a year? And you didn't want Dr. Kliman to know that, did you?

A. No.

Q. You knew when you answered that question you were giving him a false answer, didn't you?

A. It was --

MR. MERMELSTEIN: Objection.

BY MR. LUTTIER:

Q. You knew that when you answered the question you were giving a false answer, didn't you?

MR. MERMELSTEIN: Objection to form.

THE WITNESS: Yeah.

MR. LUTTIER: Okay.

MR. CRITTON: You know, you could all go

Page 404

off the record.

MR. MERMELSTEIN: I suppose.

MR. CRITTON: We're just burning up tape there. Just go ahead and finish looking.

MR. MERMELSTEIN: Are you ready?

THE WITNESS: No.

MR. LUTTIER: Did you have a question?

MR. MERMELSTEIN: Well --

THE WITNESS: If he's going to leave, can I use the bathroom?

MR. LUTTIER: Well, no, I am not going to leave. Okay. Go ahead.

MR. MERMELSTEIN: Yeah, because it's kind of a question pending, so let's, let's just finish this and then you can go to the bathroom.

THE WITNESS: No. 81, which of the following have you experienced in the last two years.

BY MR. LUTTIER:

Q. And, and what did you answer?

A. Eleven, none.

Q. And what should the answer have been?

A. Nine.

Q. Pregnancy?

25 (Pages 401 to 404)

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

cc1ec48b-651e-487e-8bb1-b2f478ed0edd

Page 405

A.   Yeah.

Q.   And you knew when this question was asked that you had been pregnant in the last two years, didn't you?

A.   Yeah.

Q.   So you knew you were giving Dr. Kliman a false answer.

A.   Yeah.

Q.   You didn't want him to know you were pregnant, did you?

A.   I didn't want anybody to know.

Q.   You didn't want him to know, because you were going to have to tell him you aborted three children, weren't you?

MR. MERMELSTEIN:  Objection, argumentative.

BY MR. LUTTIER:

Q   And you didn't want to have to do that; isn't that right?

A   Yeah.

MR. MERMELSTEIN:  Objection.

MR. CRITTON:  Just so you know, you're not getting it because she's got the paper in front of her face.

MR. LUTTIER:  Yeah, you have that.

Page 406

BY MR. LUTTIER:

Q.   You didn't want to tell Dr. Kliman that you had been pregnant, because you would have had to tell him you aborted three kids, right?

A.   Yeah.

Q.   And you didn't want to have to tell him that, right?

MR. MERMELSTEIN:  Objection to form.

THE WITNESS:  Yeah.

BY MR. LUTTIER:

Q.   Because it was embarrassing to you?

A.   Yeah.

Q.   Because it upset you?

A.   Yeah.

Q.   Because you feel bad about it?

A.   Yeah.

Q.   Because it's contrary to everything you were ever taught in your life, isn't it?

MR. MERMELSTEIN:  Think about the question before you answer.  Objection to form.

THE WITNESS:  Yeah.

BY MR. LUTTIER:

Q.   It's contrary to everything your parents ever taught you, wasn't it?

A.   Yeah.

Page 407

Q.   Contrary to your religious beliefs, wasn't it?

A.   (No verbal response.)

MR. MERMELSTEIN:  Objection to form.

BY MR. LUTTIER:

Q.   Is there any principle that you had in your life that having three abortions was consistent with?

MR. MERMELSTEIN:  Objection to form.

THE WITNESS:  No.  At the same time, I would never want to, doing that instead of raising three kids with a boyfriend that is abusive, in and out of jail, drug addict.  I think it's more hurtful to bring a child in this life whenever you can't give them anything.  So, at that time, I thought I was making a good decision.

BY MR. LUTTIER:

Q.   So, if you were that concerned about it, then after the first abortion you certainly would have insured that you didn't get pregnant twice again by the same person.

THE WITNESS:  I was taking birth control.

MR. MERMELSTEIN:  Objection.

Page 408

BY MR. LUTTIER:

Q.   By the way, when you went and found out you were pregnant, did they show you the sonogram that they took?

A.   No.  I didn't -- when, the first time I got pregnant, I didn't even know.  I found out, because I thought I had a cyst or I was playing soccer and I had, and my egg on MRI that said I had a cyst on my ovarian from playing soccer, or a cyst.  So when I went, I went to go get rid of my cyst, and that's when I found out.

Q.   Did they ever show you the sonogram of the fetus?

A.   No.

Q.   Have you now told me all the questions you answered false?

A.   What was --

Q.   Have you now told me each of the questions that appear in this exhibit that you answered false, falsely?

A.   Yeah.

Q.   Well let's look at Question 52.  Question 52 says which of the following have you used.  And it refers to 12 different drugs.  What did you answer?

26 (Pages 405 to 408)

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

cc1ec48b-651e-487e-8bb1-b2f478ed0edd

Page 409

A. I stated that one. I already said that.

Q. And what should the answer -- you, you wrote none, right?

A. Right.

Q. Or you circled it. And what should it have been?

A. Cocaine.

Q. That would be two. What else?

A. Marijuana.

Q. Nine. What else?

MR. MERMELSTEIN: You've got the paper in front of your face again. You might want to try to hold it down just a bit.

BY MR. LUTTIER:

Q. Two and nine and what else?

A. What is barbit -- what is --

Q. Barbiturates.

A. Yeah, what are those?

Q. So if you didn't know, you would ask Dr. Kliman what that meant?

MR. MERMELSTEIN: Objection to form. Go ahead and try.

BY MR. LUTTIER:

Q. At least two of these drugs you'd used, you knew you'd used, and you just, you just gave a

Page 410

false answer to Dr. Kliman, right?

A. Yeah, I already told you that I --

Q. Okay. Let's take --

A. -- already told you that.

Q. Let's take 53. The question was, have you ever, have you ever felt there was a time you drank too much alcohol. You answered, yes, on one occasion.

A. Yeah.

Q. That wasn't truthful, was it?

A. Actually, I drank alcohol on more than one occasion. It didn't ask me if I ever thought I did.

Q. It says, have you ever felt there was a time you drank too much alcohol, and you had four choices. One of the choices was, yes, on several occasions, one was yes on more than several occasions. But you answered, yes, on one occasion. That's a false answer, wasn't it?

A. No.

Q. There was more than one time in your life, prior to the time you answered this that you felt you drank too much, wasn't there?

A. Apparently not at that time, no.

Q. You'd been drunk a bunch of times before you answered this, weren't you?

Page 411

MR. MERMELSTEIN: Objection to form.

THE WITNESS: Have you ever drank too much alcohol? No, I -- yeah, I drank, but never got to the point where I was, like, wasted.

BY MR. LUTTIER:

Q. You got completely drunk on more than one occasion before this?

A. Yeah. I mean --

MR. MERMELSTEIN: Objection to form.

BY MR. LUTTIER:

Q. Just so we're clear, you didn't think that meant that, that there was a time when you drank too much alcohol, those occasions when you got completely drunk?

A. I drank more -- yeah, I drank before, but I guess, I am sorry, yeah.

Q. Okay. And then over on No. 57, it says -- or 87, I'm sure, what is the primary problem bothering you. You answered other. So none of the first 13 items applied, but there was some other that you answered, but you didn't say what the other was, right?

A. Yeah.

Q. Okay. That was a truthful answer, right?

A. Yeah.

Page 412

Q. And then 88 says, how long ago did you begin to be troubled by this problem, and you had circled, does not apply, and then you crossed that out. And you just didn't answer that question, right?

A. I didn't answer it.

Q. And then 89, rank the degree to which this problem has affected your life. You initially had circled a little, and then you changed it to does not apply, correct, meaning that whatever problem it was wasn't a problem that affected your life, correct?

MR. MERMELSTEIN: Objection, form.

THE WITNESS: No.

BY MR. LUTTIER:

Q. Why do you say it doesn't apply then?

MR. MERMELSTEIN: Same objection.

THE WITNESS: I don't know.

BY MR. LUTTIER:

Q. What did you mean by that when it said rate the degree to which this problem has affected your life, and you answered, does not apply. What did you mean?

A. I don't know why I didn't answer it. I don't know why I didn't answer that question.

27 (Pages 409 to 412)

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

cc1ec48b-651e-487e-8bb1-b2f478ed0edd

Page 413

Q. Well, you answered it. You answered with a specific answer, does not apply. So, what were you telling Dr. Kliman?

A. It means that I don't want to answer that question.

MR. MERMELSTEIN: Objection to form.

BY MR. LUTTIER:

Q. Mean what?

A. That I don't want to answer that question.

Q. Well, it doesn't say I don't want to answer. It says it doesn't apply.

MR. MERMELSTEIN: Objection.

THE WITNESS: That's what I, that's what --

MR. MERMELSTEIN: Objection.

THE WITNESS: Meaning I don't want to answer that question.

BY MR. LUTTIER:

Q. Well, let's look at the next one, No. 90. How often do you experience this problem? Again you answered, does not apply, correct?

A. Yeah.

Q. Again you're saying it has no application to your life; isn't that right?

MR. MERMELSTEIN: Objection to form.

Page 414

THE WITNESS: No.

BY MR. LUTTIER:

Q. Then the next one says what other kinds of problems are bothering you, and there's 14 specific items listed. You didn't answer any of those, and you answered No. 15 does not apply.

A. Yeah.

Q. Indicating that none of those things applied as a problem that was bothering you.

MR. MERMELSTEIN: Objection.

THE WITNESS: Because I don't want to answer that question.

BY MR. LUTTIER:

Q. Okay, now --

A. It doesn't mean that they don't apply.

Q. -- with respect to Jane Doe No. 7, how many abortions has she had?

A. I don't know.

Q. How many abortions has Jane Doe No. 3 had?

A. I don't know.

Q. You have no knowledge about them?

A. No.

Q. Okay. And what drugs do you know from your own personal knowledge that Jane Doe No. 7 has used?

Page 415

A. I don't know.

Q. None? You don't know of any drugs that Jane Doe No. 7 has used?

A. Maybe -- I don't know.

Q. Well, let's make sure we're clear here. Are you telling me under oath that you don't know of any drugs that Jane Doe No. 7 has used?

A. No, I don't know.

Q. Never seen her use any drugs? She's never told you she used any drugs? You're sure?

A. Not like, hey, what kind of drugs do you do. It's not like we're drug addicts. It's not like --

Q. My question is under oath whether you're aware, either from drugs you've seen her use or what she's told you drugs she's used?

A. I have seen her drink.

Q. Okay.

A. Maybe smoke pot, maybe. Other than that --

MR. MERMELSTEIN: Do you remember?

BY MR. LUTTIER:

Q. Well, what do you mean, maybe?

THE WITNESS: No, I don't remember.

MR. MERMELSTEIN: Okay.

Page 416

BY MR. LUTTIER:

Q. Your testimony under oath is you've never seen Jane Doe No. 7 smoke pot?

MR. MERMELSTEIN: No, no.

THE WITNESS: No, I didn't say I've never seen her. I just don't remember.

BY MR. LUTTIER:

Q. You may have seen her smoke pot?

A. When I was in high school, I hung out with her at high school parties. I don't remember. I mean, everybody -- I don't know. I don't remember.

Q. My question is very simple. You may have seen her smoke pot?

A. Yeah.

Q. What other drugs do you know that Jane Doe No. 7 has used?

A. I don't know.

Q. Don't have any idea?

A. No.

Q. How about Jane Doe No. 3, what other drugs, what drugs have you, do you know that Jane Doe No. 3 has used?

A. Drinking and smoke pot.

Q. Any others?

A. No.

28 (Pages 413 to 416)

(561) 832-7500   PROSE COURT REPORTING AGENCY, INC.   (561) 832-7506

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

cc1ec48b-651e-487e-8bb1-b2f478ed0edd

Page 417

Q. Are you sure?

A. Yeah.

Q. Okay. And with respect to Jane Doe No. 3, how many abortions has she had?

A. I don't know.

Q. And what sexually transmitted diseases does Jane Doe No. 3 have?

A. I don't know.

Q. You filled out a health insurance or a health questionnaire at Lynn University saying that a friend of yours had MRSA. Do you know what MRSA is?

A. Yeah, it's where you get like in the hospital after having, like, surgery.

Q. And who are you referring to when you said you had a friend that had MRSA?

A. Alan.

Q. Alan, the boy you were dating at the time?

A. At his, yeah, or -- yeah.

Q. How about any of your girlfriends that went to Jeffrey Epstein's, were you referring to any of them as having MRSA?

A. No.

Q. Do you know about any of the girls that went to Jeffrey Epstein having MRSA?

Page 418

A. No.

Q. Do you know whether or not Jane Doe No. 3 has told -- or has Jane Doe No. 3 ever told you that she has any sexually transmitted diseases?

A. No.

Q. Have you suffered any economic loss; that is, have you lost any money as a result of going to see Jeffrey Epstein? And, obviously, you got paid for what you went, but have you lost any money as a result of going to see Jeffrey Epstein?

A. No.

Q. Okay. Do you know what a pimp is?

A. Yeah.

Q. A pimp is someone that gets paid money to prostitute somebody or to, to facilitate the service of a prostitute. Is that what you understand a pimp is?

A. Yeah.

Q. Would you agree with me that you were, in essence, acting as a pimp; that is, you got paid money for taking Lauren Murphy to Jeff Epstein?

MR. MERMELSTEIN: Objection, argumentative.

THE WITNESS: Yeah.

Page 419

BY MR. LUTTIER:

Q. And were you a prostitute at one time?

A. No.

MR. MERMELSTEIN: Objection, form.

BY MR. LUTTIER:

Q. Did you ever consider yourself to have been a prostitute?

A. No.

Q. Okay. You mentioned that, you were talking about Mr. Epstein, and one other event that you said was, you said, I think to use your language, he licked your clit.

A. Yeah.

Q. When did that occur?

A. It happened one time.

Q. Was it after June of '05?

A. Senior year. I was in my senior year.

Q. Of high school?

A. Yeah.

Q. How do you know it was in your senior year in high school?

A. Because after that moment, I said I never, never again.

Q. Never what again?

A. Like he is not, like, licking my clit.

Page 420

Q. Did he ask you --

A. He kept begging me.

Q. Did he ask you to lick your clit?

A. Yeah, he kept begging me.

Q And did you --

A Finally, I gave in.

Q. Did you say, no?

A. No.

Q. Had you said --

A. Yes, I said no. And finally I said, yes.

Q. Had you said no on prior occasions?

A. No.

Q. He never asked you to lick your clit prior to the time that, that he did it the first time?

A. No.

Q. Okay. So the first time he asked to lick your clit, you said okay?

A. No, I said no. And then he kept begging me and asking me to lick it that day. And finally after saying no, like, three or four times, I said, okay.

Q. Okay. So every time you said no, he didn't do it, right? When you said no, he didn't lick your clit?

A. Yeah.

(561) 832-7500   PROSE COURT REPORTING AGENCY, INC.   (561) 832-7506

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

cc1ec48b-651e-487e-8bb1-b2f478ed0edd

Page 421

Q. And then when you said yes, then you say he licked your clit?

A. Yeah.

Q. And for how long did this go on?

A. A couple of seconds.

Q. A couple of seconds. Now, you had had your clit licked before that event, had you not?

A. Yeah.

Q. Preston Vinyard had done it, right?

A. Yeah.

Q. Other boys had done it, right?

A. No.

MR. MERMELSTEIN: Objection.

BY MR. LUTTIER:

Q. And, and then, while he was licking your clit, did you tell him you wanted him to stop?

A. Yeah.

Q. And did he stop?

A. Yeah.

Q. Okay. And when you say he licked your clit, did he penetrate your vagina or just lick your clitoris?

A. No, he licked my clit.

Q. Okay. And, and how were you positioned at the time that this happened?

Page 422

A. I was standing. There was a massage table to the right of me and there was a couch to the left of me, and I had my right leg lifted up on the massage table, and he was on his knees.

Q. So, you had positioned yourself for this?

A. Yeah, I was -- yeah, I guess. I didn't position it for me to go like that. He kept begging me and begging me.

Q Well, you --

A Yeah, well, then, yes, I did.

Q. You had to put your leg up on the massage table, right?

A. Yeah.

Q. And open up your vagina, right, your legs --

MR. MERMELSTEIN: Objection.

BY MR. LUTTIER:

Q -- so he could lick your clit, right?

MR. MERMELSTEIN: Objection.

BY MR. LUTTIER:

Q. That took you some time to do, right?

A. Yeah.

Q. So you did all that voluntarily, right?

A. Yeah.

Q. You could have said, no, and that would

Page 423

have been the end of it, right?

A. Yeah.

Q. You -- at any time while you were going to see Jeffrey Epstein, you could have just said, no, I'm not going back anymore, couldn't you?

A. Yeah.

Q. Nobody coerced you to do it. You were going voluntarily, correct?

A. Yeah.

Q. Okay. Did you tell, by the way, before you let Mr. Epstein lick your clit, did you tell him you had herpes?

A. No.

Q. Why not?

A. I didn't think he was going to. After I, after he was doing it, I was like, no, off me.

Q. Did you, you told Dr. Kliman that you were uncomfortable with, what you referred to as, your body. I think the words used was "down there"; do you remember that?

A. Yeah.

Q. Are you talking about your vagina or your crotch area?

A. Yeah.

Q. Okay. And you said you'd been

Page 424

uncomfortable with it for some period of time.

A. Yeah.

Q. And you said that it didn't -- you, something about you looked at other girls and you thought yours looked different or something like that?

A. Yeah.

Q. What is it you're referring to?

A. The way that my vagina is shaped compared to other girls.

Q. And what is it that's different about your vagina that's --

A. My lips are a lot larger than other girls' lips are. They come out more, and that's why Jeffrey Epstein said that I was his favorite girl in Royal Palm.

Q. Okay. And, and that's been true your whole life?

A. Uncomfortable? Yeah.

Q. Didn't prevent you from having sex with other men, right?

A. You mean with Preston?

Q. With anybody else. Your lawyer hadn't let you answered about the other people you've had sex with.

30 (Pages 421 to 424)

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

cc1ec48b-651e-487e-8bb1-b2f478ed0edd

Page 425

A.   Maybe that's -- maybe that's why I've been with him for on and off with him for five or six years. So yeah, I was uncomfortable with other guys.

Q.   Your current boyfriend, you had sex with him, right?

A.   After being with somebody that's abused me for like seven year, five years, do you think I'm comfortable -- do you think I would go back to being with him if I was comfortable with my body?

MR. MERMELSTEIN:  Take it easy.  Answer the question.

BY MR. LUTTIER:

Q.   By the way, even after you went and got an injunction against domestic violence because of all the horrible things that Preston Vinyard did, you then wrote a letter to the court telling him you wanted him to lift the injunction, didn't you?

A.   Because he kept breaking it, breaking it and going back to jail, and I didn't want to see somebody have to go through that.

Q.   You had protection against him.  Then you went and told the judge, release it, right?

A.   Yeah.

Q.   This was a guy that had been in jail

Page 426

before?

A.   Yeah.

Q.   Guy that had gotten you pregnant three times before?

MR. MERMELSTEIN:  Objection.

THE WITNESS:  Before?  No.  It wasn't three times.

BY MR. LUTTIER:

Q.   So, after you got an injunction against domestic violence, you hooked up with Preston Vinyard again and got pregnant with him again, and had another abortion with him; is that right?

MR. MERMELSTEIN:  Objection, form.

BY MR. LUTTIER:

Q.   Is that right?

A.   Yeah.

Q.   I mean, wouldn't -- have you discussed that with this psychiatrist that you said you had gone to in July of '09, Roberto (phonetic) or Ruepto?

A.   Rick Ruepto?

Q.   Yeah.  Have you talked to him a little bit about that?

A.   I haven't got a chance to.

Q.   Well, how many times have you been to him?

Page 427

A.   Well, yeah, I mean, I don't remember.  We talked about several different things.  So I am sure, yeah.

Q.   How many times have you been to him?

A.   How many times have I been?

Q.   Yeah, how many times have you been to him?

A.   To Rick Ruepto?

Q.   Yeah.

A.   Yeah.  I don't know, but I have been going there since August, maybe once or twice a week I've been going to see him.  I don't know, maybe 30 times.

Q.   Have you, has everything that you told him been the truth?

A.   Yes.

Q.   I'm going to tell you, we're going to get his records.

A.   Yeah.

Q.   All right.  And have you told him the whole truth?

A.   Yeah.

MR. MERMELSTEIN:  Objection.

BY MR. LUTTIER:

Q.   Told him about your abortions, right?

A.   Yeah.

Page 428

Q.   Told him about Preston?

MR. MERMELSTEIN:  Objection.

BY MR. LUTTIER:

Q.   Did you tell him Preston was violent towards you?  Did you tell him that?

A.   Yeah.

Q.   Did you tell him everything that you've told me in this deposition?

MR. MERMELSTEIN:  Objection, form, overbroad.

THE WITNESS:  Not every single -- he knows a broad, broad information about certain things.

BY MR. LUTTIER:

Q.   Okay.  Who's paying his bill?

A.   I am.

Q.   Okay.  And where is his office?

A.   In Fort Pierce.

Q.   Fort Pierce.  How would you get to Fort Pierce to get this fellow Ruepto?  How did you get to him?  Who referred you to him?

A.   I have somebody that I -- my boyfriend's mother.

Q.   Who is that?

A.   Ricky -- or my ex -- yeah, Ricky.

31 (Pages 425 to 428)

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

cc1ec48b-651e-487e-8bb1-b2f478ed0edd

Page 429

Q.  By the way, this guy that you had the domestic violence with that you got arrested for --

A.  That was my ex-boyfriend.

Q.  -- are you still living with him?

A.  No, I live in Port St. Lucie.

Q.  Did you go hunting recently for Haley Robson?

A.  Hunting for Haley?

Q   Yeah.

A   No.

Q.  Did you go try to find her at her place of employment?

A.  No.

Q.  Do you know why anybody would say you were at her place of employment looking for her?

A.  No.

Q.  Do you -- do you know where she works?

A.  Yeah.

Q.  You know where she works, don't you? Where does she work?

A.  Ra Bar.

Q.  Ra Bar located where?

A.  In Gardens.

Q.  Okay.  And that's where you went Friday night and the domestic violence thing, isn't it?

Page 430

A.  I didn't go there looking for her.  We had to go there because my boyfriend didn't have his ID, so we couldn't get into the Yard House and we needed something to eat, and we were in that area so we went there --

Q.  Did you tell anybody --

A.  -- to eat because you have to have an ID to get into Yard House --

Q   Did you tell --

A   -- even if you want to eat food at that current time that we went there.

Q.  Did you tell anybody when you were at the Ra Bar that you were working for Haley Robson?

A.  No, I didn't even bring up Haley's name.

Q.  Do you know why a message would have been left if you were looking for her?

A.  No, because I never even brought up her name.

Q.  Okay.  Now, you say -- what's this Ricky Hernandez, or whatever this boyfriend's name is, what's his mother's name?

A.  Robby.

Q.  Bobby (sic) what?

A.  Robby.

Q.  Robby.  Robby what?

Page 431

A.  I don't know her last name.  She has been remarried.

Q.  Well, where do you find this lady?

A.  She lives in Port St. Lucie.  I don't know.

Q.  How, how is it, how is it you got ahold of her?

A.  I didn't get ahold of her.  She didn't tell me.  She gave Ricky the, the name, and I got the name through Ricky.

Q.  Well, did you call her and ask her about the guy?

A.  No.  She gave information to her son, which her son then gave the information to me.

Q.  Have you ever talked to her on the phone?

A.  Have I talked to her on the phone?  Yeah.

Q.  Do you know her phone number?

A.  No.

Q.  Have you got it in your cellphone?

A.  No.

Q.  Now, why is it that -- how did this lady, you never talked to her, how did she even know you were looking for a psychiatrist?

A.  It was somebody that she knew, knows from her church, and her -- she -- her son is seeing him,

Page 432

a psychiatrist, too.

Q.  The guy that you had the domestic violence --

A.  She got it for her son.  Yeah, she got it for her son.

Q.  So, what really happened was Ricky was going to this --

A.  Uh-huh.

Q.  -- psychiatrist, and that's really where you got the name was from Ricky, not from his mother --

A.  Yeah.

Q.  -- isn't that right?

A.  Yeah.  Well, his mother is the one that referred him, and so I got the name from his mother, not from Ricky.

Q.  The person that you, first told you about it was Ricky, wasn't it?

A.  Yeah.

Q.  Not his mother.  Ricky told you who he was going to?

A.  No, like, yeah.

Q.  Yeah, right?

A.  Yeah, Ricky.  Ricky and his mother.

Q.  So, so Ricky then told you that he was

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

cc1ec48b-651e-487e-8bb1-b2f478ed0edd

Page 433

going to this doctor --

A. Me and him started going at the same time, so it wasn't something that he had been going to for years. Me and him started going to see him at the same time. So, it's somebody that his mother referred both of us to because she knows about my situations as well with Mr. Epstein.

MR. MERMELSTEIN: Wait for a question.

BY MR. LUTTIER:

Q. So, you told Ricky's mom about this situation, too. She's another person that knows about this situation.

A. No, she doesn't know about the situation; she knows that I've been in a sex, sexual, like, been sexually abused.

Q. I thought you told me you told her about it?

A. I didn't tell her about it. She knows, she knows that I've experienced, I've had a bad past and experience. That's what Ricky has told him mom.

Q. Well, she's know about Jeffrey Epstein, didn't you say?

A. No.

Q. Didn't you just say she did?

A. No.

Page 434

Q. Okay. So what really happened was you and Ricky went to this Dr. Ruepto because of problems that you two had; isn't that right?

A. No.

Q. And the two of you went to see him together?

A. No.

Q. You didn't do that?

A. No.

Q. You never discussed any problems --

A. I've gone there with him, but we've never gone there to discuss problems, never problems with, about me and him.

Q. Okay. Well, why was he going?

A. About his parents, like his past with his parents.

Q. What about his past?

A. Parents are divorced.

Q. Okay. So, and he just said, you want to ride along with me one time; I'm going to this doctor?

A. He asked me to go with him, and I said yes.

Q. When you said, go with him, what do you mean, go in and see the doctor with him, or just

Page 435

ride in the car to the office?

A. No, just ride in the -- go ride to the office with him.

Q. And did you ever have an appointment with this doctor with Ricky?

A. I have gone in there with him, yeah.

Q. Okay. So, now, let's not play semantics here.

A. No, appointments for me and him? No. I've gone there in with him and listened to his -- him talk to the psychiatrist, but not about me and him.

Q. You walked in a doctor's office with a doctor there and Ricky there and listened to what was going on. You were part of that conference, right?

A. Yeah.

Q. Have you done that more than once?

A. Yeah.

Q. How many times have you done that?

A. Maybe three times.

Q. When was the last time?

A. I don't remember.

Q. And how many times have you gone to this doctor alone as just you?

Page 436

A. Several times.

Q. How many?

A. I don't know.

Q. And how many times have you gone and Ricky's been in the meeting with you and the doctor?

A. Like I have, maybe -- I don't know.

Q. More than once?

A. Yeah. I don't know.

Q. You don't know if it's more than once?

A. Yeah, probably more -- yeah, more than once, but I don't know how many. Like, what do you mean, more than once?

Q. Well, what does more than once mean?

A. Yeah, like more than once, yeah.

Q. Okay. And how much --

A. But how many times, I don't know.

Q. And how often do you go for these sessions?

A. Like once or twice a week.

Q. And where in Fort Pierce is this office?

A. Off of A1A.

Q. Do you have an address?

A. No, I just know exactly where it's at from driving there.

Q. Okay. Well, I want to make sure I have

(561) 832-7500   PROSE COURT REPORTING AGENCY, INC.   (561) 832-7506

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

cc1ec48b-651e-487e-8bb1-b2f478ed0edd

Page 437

this. It's R-u-e-b-t-o (sic).

A. Yeah, best of my knowledge.

Q. Is he a psychiatrist or psychologist or neither?

A. No, he's, he's a psychiatrist.

Q. Is he -- can he prescribe medication?

A. I think so, yeah.

Q. Has he prescribed any medication for you?

A. No.

Q. Has he prescribed any medication for Ricky?

A. No.

Q. Are you on any medication at the present time?

A. No.

Q. And how much does he charge you for each of these visits?

A. Like $50 a visit.

Q. Okay. 45 minute session?

A. An hour.

Q. An hour session. Have you ever seen Jeffrey Epstein's penis?

A. Yes.

Q. Had you seen a man's penis before you saw Jeffrey Epstein's penis?

Page 438

A. I don't remember.

Q. You don't remember?

A. You've already asked me this question, and I don't remember whenever I saw Preston's, so I don't remember. Yeah, I think so.

Q. Okay.

MR. MERMELSTEIN: Make sure of, sure your answer. Don't just answer for the sake of answering.

THE WITNESS: For him, yeah, I don't remember.

BY MR. LUTTIER:

Q. Did -- was there ever anything that you said that you saw Mr. Epstein at some point masturbate. I think your terms were jerking off, to be exact. Do you recall that testimony?

A. Yeah.

Q. And when did that first occur?

A. After I started getting naked after, like, my fifth or sixth visit. After I had already, like, whenever I started taking clothings off.

Q. Did he ask you if he could do that?

A. No.

Q. Did you tell him not to do that?

A. No.

Page 439

Q. Was anyone else ever present for your sessions between you and Mr. Epstein?

A. No.

Q. Did you ever tell Mr. Epstein you didn't want him to masturbate?

A. No.

Q. Did Mr. Epstein ever penetrate any orifice of your body with a vibrator?

A. No.

Q. He just put it on the top of your clit?

A. Yeah.

Q. Did Mr. Epstein ever penetrate your anus with any object?

A. No.

Q. Did he ever penetrate your anus with any organ of his body?

A. No.

Q. Did you ever tell Mr. Epstein on any of these sessions that you had with him that you enjoyed it?

A. Not that I remember.

Q. Did you ever use any words to that effect with him --

A. Not that I remember.

Q. -- saying that that was great or I enjoyed

Page 440

it.

MR. MERMELSTEIN: Objection to form.

THE WITNESS: I don't remember.

BY MR. LUTTIER:

Q. Did you ever tell anyone that you wished your boyfriend was more like Mr. Epstein, in particularly that you would like it if your boyfriend was rougher like Mr. Epstein in having sex?

MR. MERMELSTEIN: Objection to form.

THE WITNESS: No, I don't remember.

BY MR. LUTTIER:

Q. Do you recall telling Dr. Kliman that?

A. No, I don't remember saying that.

Q. If, if you told him that, it was true, wasn't it?

MR. MERMELSTEIN: Objection to form, speculation.

THE WITNESS: I don't remember saying that, so like, I don't know.

BY MR. LUTTIER:

Q. Do you remember telling Kliman that you --

A. No, I don't remember saying that to Dr. Kliman.

Q. You and Lauren Murphy were talking about

34 (Pages 437 to 440)

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

cc1ec48b-651e-487e-8bb1-b2f478ed0edd

Page 441

it, and you and the other girls and you kid that you wished your boyfriends were more like, more like Mr. Epstein.

A.   I don't remember talking to him about it, no. I'm sorry.

Q.   But you did talk to your girlfriends about your -- communicatively you-all talked about your sexual experiences with Mr. Epstein?

A.   Girlfriends? Yeah, we did.

Q.   Yeah. The other girls that were going to see him.

A.   Yeah.

Q.   And you-all knew what each other were doing, right?

A.   Yeah.

Q.   You knew who was letting them finger them, to use your words?

A.   No, not -- not exactly.

Q.   Who was doing what?

A.   No, we just knew -- I mean, pretty much, if you got $200, you weren't doing things. If you got $300, you're doing more than just giving him a massage and leaving. So if you say, how much money did you get, and then that referred to, oh, you must have done something --

Page 442

Q.   And you knew --

A.   -- and just referring, because you knew what you've done, so not saying, oh, this is, this is me giving you details, Jane Doe No. 7, of what I've done, no. It was, you know, oh, how much money did you get, oh, okay. So then it was kind of like in the back of your mind you're -- you know.

MR. LUTTIER: Well, I'm going to have to stop now because I've got another appointment that I have to get to, so this would be a good place to stop as any.

THE VIDEOGRAPHER: Going off the record. It is 6:04. It's the end of Tape 3 of 3.

MR. LUTTIER: We're just adjourning the depo.

MR. MERMELSTEIN: We understand that.

MR. LUTTIER: Okay.

MR. MERMELSTEIN: And I understand that you had a discussion before regarding the seven-hour time limit with Mr. Horowitz here.

MR. LUTTIER: Well, no, we didn't have any discussions at all before about it.

MR. CRITTON: He raised the seven-hour time limit, and I told him if he looked at the consolidation order, the consolidation order

Page 443

did not limit, visa vis it was removed.

MR. MERMELSTEIN: I don't think so. Well, the seven-hour time limit is by rule within the Federal Rules.

MR. LUTTIER: Yeah, but there's an order that's been entered since then.

MR. MERMELSTEIN: Yes, it gives you a one-day deposition. And a one-day deposition in the Federal -- in the Federal Rules is seven hours, so our position is you have seven hours.

MR. LUTTIER: I understand.

MR. CRITTON: I'm telling you that Judge Marra, in the consolidation order, is very specific with regard to the seven-hour rule with regard to this case.

MR. MERMELSTEIN: You turn into a pumpkin at seven hours. If you want, if you want more, you're going to have to go back to the judge.

MR. CRITTON: So the judge has entered an order; you're saying you're not going to obey that order?

MR. MERMELSTEIN: I am saying the judge had -- show me an order where he says you get more than seven hours. The consolidation order you refer to, I have it right here in my hand,

Page 444

it says you get one day. That to me is seven hours. The Federal Rules provide seven hours. I think it's clear.

MR. CRITTON: Let me read it. Let me read it.

MR. LUTTIER: I think the only reference to specific hours is when he said that.

MR. MERMELSTEIN: Yeah, let me read it. Let me read it. As to each of the ten above styled cases, the Defendant is limited to a single deposition of each Plaintiff.

MR. LUTTIER: Single deposition, it doesn't say that. At any rate, everybody knows what the other person's interpretation is.

MR. MERMELSTEIN: Right. Well, yeah. I mean, but to say that there's a clear order here which gives you the right to take a longer deposition, that's not the case.

MR. CRITTON: This is an order, and just so it's clear, this is Docket Entry 86. There was a subsequent order that he entered.

MR. LUTTIER: Okay.

MR. CRITTON: Or a prior order.

MR. MERMELSTEIN: If that's the case, provide it to me. I mean, you refer to the

(561) 832-7500   PROSE COURT REPORTING AGENCY, INC.   (561) 832-7506

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

cc1ec48b-651e-487e-8bb1-b2f478ed0edd

Page 445

consolidation of --

MR. CRITTON:  I'm not going to provide you that, but I'll refer to you -- I'll send you the document.

MR. MERMELSTEIN:  We're supposed to cooperate.  I mean, if I'm missing something, then --

MR. CRITTON:  No, no, listen to me, Stuart.

MR. MERMELSTEIN:  -- let me know.

MR. CRITTON:  Listen to me, Stuart.

MR. MERMELSTEIN:  What?

MR. CRITTON:  I said what I will do is I'll reference the docket number so you can look it up because it will be in your file.

MR. MERMELSTEIN:  That, that's fine.

MR. LUTTIER:  Give me a chance.  It's like your witness.  If you listen to the question, you're going to get an answer.  Okay?

MR. MERMELSTEIN:  All right.

MR. CRITTON:  You guys are gone.  We're going to stay here until I know.  I am assuming I am going to give you three minutes to escape from the building.

MR. MERMELSTEIN:  Five minutes.

Page 446

MR. CRITTON:  Yeah, yeah.

THE COURT REPORTER:  Are you ordering this?

MR. CRITTON:  Yes.

(Witness excused.)

(Deposition was adjourned.)

Page 447

CERTIFICATE OF OATH

THE STATE OF FLORIDA

COUNTY OF PALM BEACH

I, the undersigned authority, certify that JANE DOE NO. 4 personally appeared before me and was duly sworn on the 27th day of October, 2009.

Dated this 6th day of November, 2009.

_____

Cynthia Hopkins, RPR, FPR
Notary Public - State of Florida
My Commission Expires:  February 25, 2011
My Commission No.:  DD 643788

Page 448

CERTIFICATE

THE STATE OF FLORIDA

COUNTY OF PALM BEACH

I, Cynthia Hopkins, Registered Professional Reporter, Florida Professional Reporter and Notary Public in and for the State of Florida at large, do hereby certify that I was authorized to and did report said deposition in stenotype; and that the foregoing pages are a true and correct transcription of my shorthand notes of said deposition.

I further certify that said deposition was taken at the time and place hereinabove set forth and that the taking of said deposition was commenced and completed as hereinabove set out.

I further certify that I am not attorney or counsel of any of the parties, nor am I a relative or employee of any attorney or counsel of party connected with the action, nor am I financially interested in the action.

The foregoing certification of this transcript does not apply to any reproduction of the same by any means unless under the direct control and/or direction of the certifying reporter.

Dated this 6th day of November, 2009.

_____

Cynthia Hopkins, RPR, FPR

36 (Pages 445 to 448)

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

cc1ec48b-651e-487e-8bb1-b2f478ed0edd

Page 449

DATE:    November 6th, 2009

TO:    JANE DOE NO. 4
c/o Adam D. Horowitz, Esquire
MERMELSTEIN & HOROWITZ, P.A.
18205 Biscayne Boulevard
Suite 2218
Miami, Florida 33160

IN RE:   Jane Doe No. 2 vs. Epstein

CASE NO.:   08-CIV-80119-MARRA/JOHNSON

Please take notice that on Tuesday, the 27th of October, 2009, you gave your deposition in the above-referred matter. At that time, you did not waive signature. It is now necessary that you sign your deposition.

As previously agreed to, the transcript will be furnished to you through your counsel. Please read the following instructions carefully:

At the end of the transcript you will find an errata sheet. As you read your deposition, any changes or corrections that you wish to make should be noted on the errata sheet, citing page and line number of said change. DO NOT write on the transcript itself. Once you have read the transcript and noted any changes, be sure to sign and date the errata sheet and return those pages to me.

If you do not read and sign the deposition within a reasonable time, the original, which has already been forwarded to the ordering attorney, may be filed with the Clerk of the Court. If you wish to waive your signature, sign your name in the blank at the bottom of this letter and return it to us.

Very truly yours,

_____
Cynthia Hopkins, RPR, FPR

I do hereby waive my signature.

_____
JANE DOE NO. 4

Page 450

C E R T I F I C A T E

- - -

THE STATE OF FLORIDA

COUNTY OF PALM BEACH

I hereby certify that I have read the foregoing deposition by me given, and that the statements contained herein are true and correct to the best of my knowledge and belief, with the exception of any corrections or notations made on the errata sheet, if one was executed.

Dated this _____ day of _____, 2009.

_____
JANE DOE NO. 4

Page 451

E R R A T A   S H E E T

IN RE: JANE DOE NO. 2 VS. EPSTEIN

CR:    Cynthia Hopkins

DEPOSITION OF: JANE DOE NO. 4

TAKEN: October 27, 2009.

DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE

PAGE #  LINE #   CHANGE          REASON

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Please forward the original signed errata sheet to this office so that copies may be distributed to all parties.

Under penalty of perjury, I declare that I have read my deposition and that it is true and correct subject to any changes in form or substance entered here.

DATE: _____

SIGNATURE OF
DEPONENT:_____

37 (Pages 449 to 451)

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

cc1ec48b-651e-487e-8bb1-b2f478ed0edd

Page 1

**A**

Abbott 309:24
aborted 313:18 363:16
  363:21 393:25
  405:13 406:4
abortion 311:8,22
  312:19,23 317:11
  318:7 319:5 407:20
  426:12
abortions 319:7 330:24
  332:5 407:7 414:17
  414:19 417:4 427:24
above-referred 449:8
abused 425:7 433:15
abusive 407:13
accepted 343:3
acquaintances 337:18
act 339:10 370:7
acting 418:20
action 448:13,13
active 327:13 328:13
  328:16,23 329:5,6
acts 361:21 365:14
  366:1,13,22 368:19
  372:25 373:4
actual 321:10 362:13
Acyclovir 323:10
Adam 309:8 449:2
addict 407:13
addicts 415:12
addition 319:7
address 340:25 379:17
  436:22
adjourned 446:6
adjourning 442:14
ADLER 309:3
Admin 342:9
Administration 342:4
  342:11
admitted 365:22
advice 347:9
advised 348:7
age 312:18 329:3 364:2
ago 339:2,3 372:6
  412:1
agree 312:18 314:3
  354:12,15 356:5,8
  364:22 418:19
agreed 365:13 449:10
ahead 331:17 332:1
  336:7 338:6 353:24
  404:4,12 409:22
ahold 431:6,8
Ahorowitz@sexabus...
  309:11
Alan 335:6 417:17,18
alcohol 345:23 410:7
  410:11,14 411:3,13
allowed 348:11

and/or 316:17 448:15
animal 359:17,20
answer 314:25 315:7
  316:11,20 317:2,8
  320:7,19,22 324:3
  330:1 331:6,7,21,25
  332:14 356:10 359:9
  368:3 377:17 378:1,9
  397:18,23 398:7,10
  401:16 403:3,8,16,21
  404:21,23 405:7
  406:20 408:25 409:2
  410:1,18 411:24
  412:4,6,24,25 413:2
  413:4,9,11,17 414:5
  414:12 425:11 438:8
  438:8 445:19
answered 314:10
  328:25 352:10 355:8
  392:2 400:24 401:4
  403:6,15,20 408:16
  408:19 410:7,17,21
  410:25 411:19,21
  412:22 413:1,1,21
  414:6 424:24
answering 332:12
  438:9
answers 310:15 396:11
  397:4,10 398:22,25
  400:2 401:13
anus 439:12,15
anybody 312:6 313:6
  318:9 336:18 338:10
  345:4 352:14 369:9
  369:14 405:11
  424:23 429:14 430:6
  430:12
anymore 423:5
anyplace 344:12,23
  345:2
Apparently 410:23
appear 389:5,9 408:19
APPEARANCES
  309:1
appeared 447:6
application 413:23
applied 342:24 411:20
  414:9
applies 314:24
apply 412:3,10,16,22
  413:2,11,21 414:6,15
  448:15
appointment 325:20
  326:4,16 396:9 435:4
  442:9
appointments 435:9
area 366:9 423:23
  430:4
argue 359:8 366:6

argument 345:17 346:7
  346:8
argumentative 324:15
  324:19 327:7 351:24
  354:24 359:19
  364:13,20 374:16
  375:23 384:7 386:9
  394:3 400:8,14
  405:16 418:23
arm 358:8,8
arms 358:7
arrested 338:25 339:3
  339:5,9 340:3 429:2
Arts 342:7
asked 314:6,10 320:20
  324:2 328:18,25
  329:10 330:10
  346:11 352:9 355:7
  357:18 371:3,3,8,9
  371:12 378:14,23
  392:2 393:10 400:23
  401:4 402:18 403:6
  405:2 420:13,16
  434:22 438:3
asking 322:20 365:25
  366:12 377:16,24
  378:3 420:19
assistance 343:17
associate 316:13
assume 313:14 340:13
  375:14
assuming 339:12 340:1
  445:22
attended 399:5
attorney 348:6,7
  448:11,12 449:17
August 317:14,22
  427:10
Australian 308:17
authority 447:5
authorized 448:6
automatically 347:20
  347:22,23
Avenue 308:17 309:15
  312:2 356:19
avoiding 319:15
aware 415:15
A.m 340:19
A1A 436:21

**B**

B 310:10
BA 342:2,3
baby 312:10 313:21,22
  363:17,22
babysitting 334:4
Bachelor 342:7
Bachelor's 342:10
back 311:4 326:3 331:8

337:2,13,21 344:8
  346:20 353:10
  357:20 358:9 366:5
  368:14 376:4,15
  382:9,11,14 384:2
  386:23 387:18 393:5
  393:11,15 423:5
  425:9,20 442:7
  443:18
bad 360:10,21 406:15
  433:19
Banyan 309:20
bar 344:18,24,25
  429:21,22 430:13
barbit 409:16
Barbiturates 409:17
baseball 330:3
basis 341:12
bathroom 404:10,16
Beach 308:18 309:21
  321:22 333:9 336:21
  337:16 345:7,10
  393:8 400:22 447:3
  448:3 450:4
Beck 319:25 320:12
  321:2
bed 357:9
bedroom 365:5 371:2,9
beer 357:20
began 351:4,6 352:22
  353:1
begging 420:2,4,18
  422:7,8
beginning 311:3
  345:18 346:5
begun 314:3
behalf 309:2,7,13,18
belief 450:8
beliefs 407:1
belongings 357:19
  379:16
best 315:21 336:9
  437:2 450:7
bet 366:14,14
big 341:3 345:24 346:7
bill 428:15
birth 313:15,19,20,23
  319:2 407:23
Biscayne 309:9 449:3
bit 358:8,8,9 366:18
  402:3 409:13 426:22
biting 358:10
blank 449:18
blurt 320:22 331:22
Board 343:21
Bobby 430:23
body 326:12 423:19
  425:10 439:8,16
bother 330:9

bothering 411:19 414:4
  414:9
bottom 449:18
bought 381:5
Boulevard 309:4,9,20
  321:23 449:3
boy 417:18
boyfriend 329:20,24
  335:2,3,13 336:8
  338:13 344:9 353:10
  407:12 425:5 430:2
  440:6,8
boyfriends 329:13,15
  441:2
boyfriend's 428:22
  430:20
boys 330:11,14 421:11
breaking 425:19,19
Brief 392:24
bring 407:14 430:14
brings 345:24
broad 428:12,12
brought 430:17
building 445:24
built 346:7
Bullard 338:16,17
bunch 346:2,6 410:24
BURMAN 309:20
burning 404:3
Business 342:1,4,9,11

**C**

C 448:1,1 450:1,1
call 319:8 358:5 368:12
  376:17 385:7,19
  386:22 387:15
  388:18 389:11 390:6
  391:7 431:11
called 311:24 357:10
  358:3
calling 391:13,18,21,24
calls 338:6 383:11
  393:13
camera 353:14 362:4,6
  362:8 364:9 365:3,7
  370:1
Camp 334:7 402:2
car 346:16,17,19,21,22
  346:22 357:23
  392:21 435:1
care 334:5 338:9,11
careful 332:12 336:14
carefully 396:13
  449:11
case 308:2 320:15
  394:24 443:15
  444:18,24 449:6
cases 308:9 444:10
cell 357:10

cellphone 431:19
Center 341:1,2,5
certain 320:6 428:12
certainly 407:20
CERTIFICATE 447:1
certification 448:14
certify 447:5 448:6,9
448:11 450:5
certifying 448:16
chance 426:24 445:17
change 332:1,1 449:13
451:5
changed 412:9
changes 401:20 449:12
449:14 451:5,20
characterization
378:18
charge 348:7 437:16
charged 347:17
charging 347:19,19
348:10,20
cheating 357:11,12
checking 357:12,13
child 313:18 318:13
334:5 407:14
children 405:14
choices 403:9,10
410:15,15
choking 357:14,15
church 431:25
cigarettes 357:21
circled 398:14 409:5
412:3,9
citing 449:13
civil 347:24 348:1
clarify 397:2
clear 353:13 365:24
366:4 411:11 415:5
444:3,16,20
Clerk 449:17
click 335:17
Clinic 311:25
clit 374:4,5 419:12,25
420:3,13,17,24 421:2
421:7,16,21,23
422:18 423:11
439:10
clitoris 421:22
close 328:9 333:9
335:21,21 336:3,17
closest 321:16
closet 335:8
clothes 374:23
clothings 438:21
Cocaine 409:7
coerced 423:7
coincidental 354:9
COLEMAN 309:20
college 317:12,20

380:10,13 399:5,6,9
399:10,18
come 333:25 350:22
360:22 366:7 367:6,6
377:14,21 379:1
382:9,11,14 384:4,10
386:23 391:13
393:11 424:14
comfortable 425:9,10
coming 366:5 376:4
commenced 448:10
Commission 447:15,15
committed 339:10
commonsense 337:19
communicatively 441:7
community 370:24
compared 393:23
424:9
complete 350:4 373:17
373:22 396:2 398:18
completed 350:8
395:25 396:5 397:12
399:20 448:10
completely 373:8,20
411:6,14
concerned 326:2
407:19
conclusion 383:12
conduct 360:9
conducting 396:15
conference 309:24
435:15
confront 325:5
confused 397:21
Congress 312:2
connected 448:13
consider 336:2 419:6
consistent 407:7
consolidation 442:25
442:25 443:13,24
445:1
consult 397:19
contained 450:7
continuation 358:3
continue 357:24
continued 310:6 311:2
358:5
contrary 406:17,23
407:1
control 313:15,19,20
313:23 319:2 407:23
448:15
cooperate 445:6
cop 337:15
copies 451:17
cops 334:9,14 339:6
393:1,2
correct 324:22 327:16
327:19 330:21

331:16,25 333:13
336:23 337:4,8 350:7
350:20 351:6 352:5
357:1 373:12 375:7
396:12 397:5,11
398:4 412:10,12
413:21 423:8 448:7
450:7 451:19
corrections 449:12
450:9
correctly 320:23
cost 312:14
costs 366:7
couch 422:2
counsel 448:12,12
449:10
COUNTY 447:3 448:3
450:4
couple 329:12 421:5,6
courage 328:5
course 360:11
court 308:1,22 349:6
350:11,14,16 351:5
351:10 356:18
360:22 384:24
395:14 396:16
425:17 446:2 449:17
CR 451:2
created 385:24 386:3
crime 347:17
criminal 347:17,25
CRITTON 309:19,20
403:25 404:3 405:22
442:23 443:12,19
444:4,19,23 445:2,8
445:11,13,21 446:1,4
CROSS 310:4
crossed 391:23 412:3
crotch 423:23
crowd 359:7
cuddling 351:19
cunt 357:11 358:6
current 329:20,23
335:1,3 338:12
379:17 425:5 430:11
cut 358:9
Cynthia 308:21 447:14
448:5,21 449:22
451:2
cyst 408:7,9,9,10
C.M.A 309:13
c/o 449:2

---
**D**
---
D 309:8,19 310:2 449:2
dad 318:13,20 325:19
325:20,22,25 326:2,5
326:16,19,22 327:12
328:2,3,8,15,17,18

329:6,8,9,10 335:1
371:2,2,6,19 379:25
daddy 312:10 313:10
damages 383:14
date 351:14 372:21
377:25 397:12 449:1
449:15 451:22
dated 352:22 447:9
448:17 450:12
dates 377:16
dating 314:17 330:4
349:13 353:1 417:18
day 340:8 420:19 444:1
447:7,9 448:17
450:12
DD 447:15
dealer 338:18
dean 333:25 334:3
dean's 334:5
DeCarlin 348:19
December 396:2
397:11
decision 407:17
declare 451:19
decrease 402:5
Defendant 308:8
309:18 444:10
Defendant's 310:14,15
310:16,17,18 349:8
385:1 395:16
definitely 372:14
degree 341:9,25 342:10
412:7,21
depicted 368:22 373:3
373:6
depo 442:15
DEPONENT 451:24
deposition 308:12
428:8 443:8,8 444:11
444:12,18 446:6
448:7,8,9,10 449:8,9
449:12,16 450:6
451:3,19
describe 351:2 366:1
402:22
DESCRIPTION
310:13
details 442:4
diagnosed 323:17
different 380:21,22,23
383:23 387:8 408:24
424:5,11 427:2
dinner 344:24
direct 310:4 311:2
448:15
direction 448:16
dirt 394:2
discuss 434:12
discussed 426:17

434:10
discussion 396:15
442:19
discussions 442:22
disease 323:17,23
324:3,9
diseases 417:6 418:4
disrespect 383:19
distributed 451:17
DISTRICT 308:1,1
divorced 434:18
docket 444:20 445:14
doctor 319:23,24 320:1
322:24 323:2 433:1
434:21,25 435:5,14
435:25 436:5
doctors 324:8,13,17
doctor's 435:13
document 395:21,25
396:6,12 397:5,10,12
445:4
Doe 308:4,12 310:5
335:7,9 336:9 337:7
349:15 385:6,12,16
387:15 396:14
414:16,19,24 415:3,7
416:3,15,20,22 417:3
417:7 418:2,3 442:4
447:6 449:2,5,25
450:19 451:2,3
dog 359:22
doing 363:14 364:18
373:17 384:19 386:7
386:13 407:11
423:16 441:14,19,21
441:22
domestic 339:8,10
344:8 347:21 348:23
349:1 350:19 425:15
426:10 429:2,25
432:2
door 357:18 358:4,6
dormant 323:17,20,20
323:22
downtown 344:22
Dr 396:10 398:18
399:20 401:16 403:1
403:13 405:6 406:2
409:20 410:1 413:3
423:17 434:2 440:13
440:24
dramatic 345:25
drank 410:6,11,14,22
411:2,3,12,15,15
draw 390:21
drawer 379:9,10,14,24
dresser 365:4
drink 415:17
Drinking 416:23

driving 436:24
dropped 347:22
drug 338:18 402:23
  407:13 415:12
drugs 402:23 408:24
  409:24 414:23 415:2
  415:7,9,10,11,15,16
  416:15,21,21
drunk 410:24 411:6,14
due 397:18
DUI 398:13
duly 447:7

**E**

E 310:2,10 448:1,1
  450:1,1 451:1,1,1
earlier 344:12 352:25
East 309:4
easy 425:11
eat 430:4,7,10
eating 346:3
economic 418:6
education 342:18
effect 439:22
egg 408:8
either 316:13,25
  339:20 373:7 415:15
ejaculate 355:23
  367:16 374:22
ejaculated 355:14
ejaculating 367:20
Eleven 404:22
embarrassing 327:23
  328:1 359:13 371:18
  371:22 406:11
emotionally 383:16,19
  383:23
employee 448:12
employment 429:12,15
encounter 390:12
ended 354:9
engage 390:5
engaged 362:11 365:14
  390:9
enjoy 380:6,15
enjoyed 375:21 376:2,4
  382:21 383:3 439:20
  439:25
ENTER 451:5
entered 443:6,19
  444:21 451:20
entitled 395:20
Entry 444:20
Epstein 308:7 309:18
  309:24 316:18 317:6
  330:6,22 332:3
  333:10,19 360:25
  361:9,12,15,18
  365:22 366:15 369:6

369:17 373:22
376:22 378:21 379:1
383:15 384:3,9,12
386:4 388:8 389:19
391:5 392:9,18
417:25 418:8,10,21
419:10 423:4,11
424:15 433:7,21
438:14 439:2,4,7,12
439:18 440:6,8 441:3
441:8 449:5 451:2
Epstein's 361:6 373:11
  375:17 376:11 383:3
  388:17 390:16
  417:21 437:22,25
errata 449:12,13,15
  450:9 451:17
escape 445:23
Esquire 309:3,8,8,14
  309:19,19 449:2
essence 418:20
event 340:8 355:16
  419:10 421:7
eventually 334:16
everybody 335:20
  337:3,6 388:7 392:22
  416:11 444:13
Evidence 309:25
ex 310:14,15,16,17,18
  428:25
exact 372:21 438:16
exactly 378:13 436:23
  441:18
EXAMINATION
  311:2
example 387:2
exception 450:8
excused 446:5
executed 450:10
exhibit 310:13 349:5,8
  349:12 353:15 385:1
  385:4 395:13,16,20
  408:19
experience 390:7
  413:20 433:20
experienced 326:13
  404:18 433:19
experiences 441:8
Expires 447:15
explained 313:15
  394:24 395:3
ex-boyfriend 335:6
  429:3
E-mail 309:11
E.W 309:2

**F**

F 448:1 450:1
face 357:21 358:5,7

405:24 409:12
facilitate 418:15
fact 322:23 361:11
  371:19 384:12
  401:15
fair 366:16,19
false 352:2 403:16,21
  405:7 408:16,19
  410:1,18
falsely 408:20
family 336:8 371:13
  383:20
far 365:20 399:3 402:9
father 332:6
favorite 391:22 424:15
February 447:15
Federal 443:4,9,9
  444:2
feedback 384:13,16
feel 360:10,12,16,21,25
  406:15
fees 366:7
fellow 316:22 362:10
  428:20
felt 410:6,13,21
fetus 408:13
Fifteen 326:25
fifth 347:8,10,14 350:2
  438:20
Fifty-five 402:22
fight 345:21 346:1
fighting 346:23
fights 345:24
file 445:15
filed 332:22 333:1,19
  333:23 335:21 336:3
  336:18,22 338:2
  370:18 372:7,20
  449:17
fill 321:7,8,12
filled 321:24 353:14
  417:9
filming 362:13
finally 420:6,10,19
financially 448:13
find 429:11 431:3
  449:11
fine 363:14 445:16
finger 358:9 381:9,22
  382:2 441:16
fingering 374:20
fingers 382:12,16
finish 313:25,25 404:4
  404:15
finishes 369:19
first 311:7 312:16
  313:22 314:12
  325:11,14 326:20
  328:15,23 331:20

349:14,15 352:22
355:10,13 356:19
361:9 363:17 372:15
374:17 376:15
379:19 382:11 389:1
400:20 407:20 408:5
411:20 420:14,16
432:17 438:18
five 322:5 352:21 353:1
  353:3 395:14 425:2,8
  445:25
flipped 382:1
Florida 308:1,18,22
  309:5,10,16,21
  347:21 391:22 447:2
  447:14 448:2,5,6
  449:4 450:3
Focus 377:15
follow 349:3
followed 357:23
following 356:21
  404:18 408:23
  449:11
food 346:4 430:10
foregoing 448:7,14
  450:5
form 312:20 324:14
  327:6,10,17,21 328:7
  328:24 333:11
  335:23 336:6,25
  337:9 338:5 350:5
  351:23 353:15,19,23
  354:5 356:6,13
  358:17,21 359:18,23
  360:5,13,18 363:18
  364:6,12,19 368:25
  370:3 372:9 376:25
  377:12 383:6,11
  386:8,16,24 391:8,14
  392:2,13 393:12,21
  394:1 395:1,8 399:1
  400:7,13 401:18
  403:22 406:8,20
  407:4,9 409:21 411:1
  411:9 412:13 413:6
  413:25 419:4 426:13
  428:9 440:2,10,17
  451:20
Fort 309:5 428:18,19
  428:19 436:20
forth 448:9
forward 451:17
forwarded 449:17
found 325:17 371:2,6
  392:10 408:2,6,11
four 319:13,17 352:21
  353:1,3 410:14
  420:20
fours 368:12,13 382:1

Fourth 349:25
FPR 308:21 447:14
  448:21 449:22
frame 399:9
freshman 317:15
  381:16,17 392:9
Friday 340:10,11
  344:10 429:24
friend 335:8,12,16
  336:9 357:10 384:5
  393:19 417:11,16
friends 315:21 316:4,6
  333:15,16 335:7
  383:20
front 358:18 359:4,6
  405:23 409:12
full 349:14
funny 391:3
furnished 449:10
further 342:17 448:9
  448:11

**G**

gambit 366:5
game 366:16
Gardens 344:22,22
  345:1 429:23
gee 328:2
general 344:2
Genital 322:13
gentlemen 353:13,21
  357:6 364:8,9
getting 313:19 319:8
  354:10 376:8 383:4
  405:23 438:19
girl 328:2 373:2 424:15
girlfriends 369:12
  417:20 441:6,9
girls 333:9,18 337:7
  387:8,9 395:11
  417:24 424:4,10,13
  441:1,10
give 320:19 346:21,21
  346:22 366:17
  379:19 387:5 393:5
  393:11 398:9,20,24
  407:15 445:17,23
given 322:17 398:17
  450:6
gives 443:7 444:17
giving 330:22 332:4,4
  367:3,4 368:20
  373:22 383:4 389:19
  389:24 403:16,21
  405:6 441:22 442:4
go 312:6,19 313:6
  318:9 331:16,20
  332:1 336:6 337:13
  338:6 341:12,15

342:17 343:6 344:8
346:5,12,25 348:21
349:20 353:24
356:16 358:8 367:10
376:14,17,22 387:3
388:10 393:5 397:15
398:10 399:3 403:25
404:4,12,15 408:10
409:21 421:4 422:7
425:9,21 429:6,11
430:1,2 434:22,24,25
435:2 436:17 443:18
going 314:23 326:12
330:22 332:3 333:10
334:17 343:6,14
347:8,9,12,13 348:3
348:4,7 351:18 353:9
354:4 365:18,20
366:6,6,7,17 370:6
383:3,15 384:2
391:19,21,25 392:8
392:17,22 398:6
401:17 404:9,11
405:13 418:7,10
423:3,5,8,15 425:20
427:9,11,16,16 432:7
432:21 433:1,2,3,4
434:14,20 435:15
441:10 442:8,12
443:18,20 445:2,19
445:22,23
good 365:11 385:7,17
385:19 386:22
387:14 388:17
389:11 391:7 407:17
442:10
gotten 321:1 322:19
323:8 347:9 398:8
426:3
GPA 342:15
grabbed 358:7
grade 344:7
graduate 341:21
343:16 399:6
graduated 341:20
great 439:25
ground 357:22
group 333:9
guess 411:16 422:6
guessing 399:6
guilty 339:13
guy 315:2,3 318:25
357:10 387:5 425:25
426:3 429:1 431:12
432:2
guys 425:4 445:21
gynecologist 325:21
326:3

**H**

H 309:14 310:10 451:1
Haley 337:18 429:7,8
430:13
Haley's 430:14
hand 346:19 443:25
handed 387:20,25
hands 351:19 352:12
handwriting 349:17,21
349:23 356:24 385:5
385:9,10,13,20
395:23
Handwritten 310:17
hang 335:17 337:14
happen 340:17,21
374:11 388:11
happened 340:8,14
344:10 345:13
346:10 347:3 374:3
374:13 419:15
421:25 432:6 434:1
happening 326:1
harassed 358:11
hard 358:7,10
head 367:4 387:5
health 417:9,10
hearing 350:13
heart 385:14,14,16,16
385:20
hearts 385:11,13
386:14 390:21
hereinabove 448:9,10
Hernandez 430:20
herpes 322:13,14,16,21
323:2 324:24 325:7
325:17 329:16,21
330:4,7,15 423:12
hey 415:11
high 311:20 312:24
316:14 325:9 364:4
364:10,14 373:2,16
373:21 379:21
398:13,15 399:10,12
416:9,10 419:18,21
History 310:18 395:21
hmm 337:16
hold 356:21 409:13
holding 351:19 352:12
home 325:20 344:11
365:17 379:15,23
380:4
hometown 337:21
honest 371:4,14 398:20
398:24
Honestly 383:16
hooked 426:10
Hopkins 308:21 447:14
448:5,21 449:22
451:2

HORACE 309:14
Horowitz 309:8,9
442:20 449:2,3
horrible 425:16
hospital 417:14
hour 437:20,21
hours 443:10,10,17,24
444:2,2,7
house 340:22 345:15
346:12 362:14,15,17
363:24 369:5 370:2
371:21 379:21
388:17 389:14 393:8
430:3,8
huh 377:21 402:12
human 360:2
humiliate 359:11,12
humiliated 358:15,18
358:20 360:7
humiliating 359:6
humiliation 359:1,6
hung 337:17 416:9
hunting 429:6,8
hurtful 407:14

**I**

ID 346:6 430:2,7
idea 365:9,11 371:23
371:24,25 416:18
identification 349:9
385:2 395:17
idiots 337:22
III 308:6,6 351:2
illegal 402:23
impression 395:6
incident 345:14
incodent 358:12,12
incoherent 358:12
income 401:20
Incorporated 309:25
incorrect 401:14
increasing 402:4
Indicating 414:8
individuals 316:14
information 324:1
334:15 428:12
431:13,14
initially 412:8
injunction 310:16
348:21 349:13
350:19 425:15,18
426:9
injunctions 348:25
innocence 339:18
inquiry 366:9
insert 368:6,17
inserting 368:15
instructions 449:11
insurance 417:9

insured 407:21
intentions 387:12,14
387:16
intercourse 314:20
316:24 317:4 353:11
353:17 354:18,21
356:12
interested 448:13
interpretation 444:14
Interrogatories 310:15
interrupted 373:20
interruption 392:24
interview 334:1
interviewed 392:12,19
393:2,6
interviewing 392:22
393:1
intimate 351:9,11,17
352:7,8,11,11,13,17
353:7,8,10,16 356:11
investigating 392:11
involved 336:22 337:8
338:3
Ira 348:19
items 411:20 414:5

**J**

J 309:3
jail 407:13 425:20,25
Jane 308:4,12 309:7
310:5 335:7,9 336:9
337:7 349:15 385:6
385:12,16 387:15
414:16,19,24 415:3,7
416:3,15,20,21 417:3
417:7 418:2,3 442:4
447:6 449:2,5,25
450:19 451:2,3
January 351:3,6 353:5
jaw 358:14
Jeff 309:24 418:21
Jeffrey 308:7 309:18
309:24 317:6 330:6
330:22 332:3 360:25
361:9,12,15,18
366:15 369:6 388:8
388:17 392:9,17,20
417:21,25 418:8,10
423:4 424:15 433:21
437:22,25
jerking 438:15
job 367:5 402:6,8
Joe 316:23
Joey 316:22
John 315:20 316:3
jokes 388:8
joking 387:1,3,5,8,12
387:22 388:7
JR 309:19

judge 425:23 443:12,18
443:19,22
July 351:8,10,14 352:4
353:5,16 355:2
426:19
June 317:14,24 341:23
376:21 377:1,3,10
378:4 419:16
junior 311:18,20
317:12 373:16,23,24
374:12,14
Jupiter 339:6 340:14
340:15,24
jury 353:14,22 356:11
357:7 364:9

**K**

keep 313:19 379:22
391:13,18,19,21,24
391:25 402:16
kept 376:4 384:2 420:2
420:4,18 422:7
425:19
keys 346:16,17,19,21
346:22,23
kid 441:1
kids 393:25 406:4
407:12
kind 328:17 337:19
341:12 344:2 364:18
379:4 395:6 396:18
396:24 404:13
415:11 442:6
kindergarten 344:6,6
kinds 414:3
kissing 351:18,19
kitchen 389:14
Kliman 396:10 398:18
399:20 401:16 403:1
403:13 405:6 406:2
409:20 410:1 413:3
423:17 440:13,22,24
knees 422:4
knew 315:13 316:7
318:23 334:9,15
336:11 386:7,13
391:21 392:21
403:15,20 405:2,6
409:25 431:24
441:13,16,20 442:1,2
know 312:14 314:17,19
315:2,17,20,23 316:2
316:22 320:16,17,21
321:1,19 322:2
324:12 326:11,15
327:24 330:9 332:18
332:24 333:7,19,19
333:21,22 334:11,14
334:15 335:21,24

336:3,17,19 337:10
337:11,11,12,12,13
337:20,21 338:2,4,7
338:10,11,18,20
339:2,24,24 341:2,18
342:15 345:22,23
346:2 347:1 348:2,9
348:12 349:2 351:18
351:20 354:7 358:24
359:1 364:4,10
365:18 366:22
368:10 369:23
372:12,14,16 375:14
376:18 377:4,15,18
377:22 379:9,20,25
381:15 383:22
384:21 390:2 393:9
393:16,17 396:22
398:7 399:12,13,18
400:5,10,16,18 401:7
403:13,25 405:9,11
405:12,22 408:6
409:19 412:18,24,25
414:18,20,23 415:1,2
415:4,6,8 416:11,15
416:17,21 417:5,8,11
417:24 418:2,12
419:20 427:9,11
429:14,17,19 430:15
431:1,5,17,22 433:13
433:21 436:3,6,8,9
436:11,16,23 440:20
442:5,7 445:10,22
knowledge 414:21,24
437:2 450:8
known 370:15
knows 334:3 335:10,14
337:3,6,12,20 378:9
378:12,13 428:11
431:24 433:6,11,14
433:18,19 444:13

**L**

ladies 353:13,21 357:6
364:8,9
lady 431:3,21
Lake 309:16
language 419:12
large 448:6
larger 424:13
Las 309:4
Lauderdale 309:5
Lauren 318:10,11
335:7 385:12,17,20
386:1 387:7,11 388:1
388:16 390:16
418:21 440:25
Lauren's 385:10,10,19
387:12,15

lawsuit 332:18,22,24
333:20,23 334:22,25
335:22 336:4,18
337:4,8 338:2,10
370:18 372:8,20,22
394:9
lawsuits 336:22
lawyer 347:5,9,14
348:11,14,15,16,18
397:19 424:23
lawyers 393:3 394:24
395:2
laying 357:9
leave 346:12,14,14,15
404:9,12
leaving 321:18 346:6
346:11,12,24 441:23
leeway 366:18
left 386:4,14 391:5
422:2 430:16
leg 422:3,11
legitimate 366:9
legs 422:15
lesions 322:24 323:22
letter 425:17 449:18
letting 313:24 441:16
let's 311:14 317:13
319:4 344:8 349:20
350:25 356:16 378:5
384:25 387:18
388:10 404:14,14
408:22 410:3,5
413:19 415:5 435:7
level 344:5
lick 420:3,13,16,19,24
421:21 422:18
423:11
licked 419:12 421:2,7
421:20,23
licking 367:13 419:25
421:15
lied 400:21 403:1
life 313:15 344:3
406:18 407:7,15
410:20 412:8,11,22
413:24 424:18
lift 425:18
lifted 422:3
liked 384:19
limit 442:20,24 443:1,3
limited 444:10
line 449:13 451:5
lip 358:13
lips 424:13,14
listed 414:5
listen 331:2,4,5,6 445:8
445:11,18
listened 435:10,14
little 345:24 346:3

366:18 384:13,16
402:3 412:9 426:22
live 336:21 341:5 429:5
lived 379:12,16
lives 431:4
living 429:4
LLP 309:20
located 429:22
long 329:5 412:1 421:4
longer 444:17
look 326:14,15 346:20
350:25 364:8 396:13
397:16 399:15
408:22 413:19
445:15
looked 399:7 424:4,5
442:24
looking 329:3 345:4
396:24 399:11 404:4
429:15 430:1,16
431:23
loss 418:6
lost 418:7,9
lot 328:5 361:2 383:22
383:23,24 387:8
424:13
loud 356:17
Love 385:6
low 360:12
Lucie 429:5 431:4
LUTTIER 309:19,20
310:7 311:6 312:22
314:1,7,11 315:1,9
315:12 316:1,12,21
317:3,9 320:8,24
324:16,21 327:8,11
327:18,22 328:10
329:2 330:2,19
331:15,24 332:17
333:12 336:1,10,16
337:1,23 338:8
339:14,21 340:7
342:8 347:11,16
348:5,17 349:5,7,10
352:1,19 353:20
354:2,8,12,14,17
355:1,9 356:3,7,15
358:19,23 359:10,21
360:1,6,15,20 363:15
363:20 364:7,16,21
365:1,21,24 366:2,4
366:14,19,21 367:8
367:12 368:2,5 369:3
369:20 370:10,13
372:11,23 375:1,10
375:24 376:7 377:2,8
377:13,20 378:5,9,12
378:15,19 383:1,8,13
384:1,8,15,23,25

385:3 386:12,18
387:17 389:4 391:9
391:15 392:3,7,16
393:4,14,22 394:2,4
394:8,19 395:4,12,15
395:18 397:3,8,17
398:16 399:4,14,19
400:9,15,19 401:1,6
401:12,22 402:20
403:7,19,24 404:7,11
404:20 405:17,25
406:1,10,22 407:5,18
408:1 409:14,23
411:5,10 412:15,19
413:7,18 414:2,13
415:22 416:1,7 419:1
419:5 421:14 422:17
422:20 425:13 426:8
426:14 427:23 428:3
428:14 433:9 438:12
440:4,12,21 442:8,14
442:17,21 443:5,11
444:6,12,22 445:17
lying 324:13,17 400:6
400:12 401:9
Lynn 321:21 330:4
333:22 341:16,17
343:2,6,8,13 381:16
388:13 392:10,11,18
417:10
L.M 309:2

**M**

machine 363:25 365:16
371:21
major 401:20
making 350:11 352:17
353:9 407:17
man's 361:8,11,14,17
437:24
Marijuana 409:9
mark 309:19 384:25
marked 349:8,11
353:15 385:1,4
395:16,19
Marra 443:13
massage 383:4 389:20
389:25 393:11 422:1
422:4,11 441:23
massages 330:22 332:4
373:18,22 393:6
Master's 342:21,22
343:15,19,21,23
masturbate 438:15
439:5
matter 322:23 339:23
361:11 384:12 449:8
mattress 357:15
ma'am 392:4

mean 321:9 323:20,24
328:1 330:18 336:12
336:20 340:25
341:11 342:3 345:19
346:6 349:2 351:16
351:19 352:11,12,13
352:14 353:7,17
359:12,16 366:5,6
367:6 374:5,22,23,23
383:18 384:18
396:21 411:8 412:20
412:23 413:8 414:15
415:23 416:11
424:22 426:17 427:1
434:25 436:12,13
441:20 444:16,25
445:6
meaning 412:10 413:16
means 352:13 356:20
359:14 413:4 448:15
meant 351:21 352:17
353:8,22 354:1,3,4
409:20 411:12
medication 437:6,8,10
437:13
medicine 322:18,19
meeting 436:5
men 328:13,16 424:21
mentioned 333:8
338:12 419:9
Mermelstein 309:8,9
312:20 313:24 314:6
314:10,23 315:7,11
315:22 316:10,19
317:1,7 320:6,18
324:14,19 327:6,10
327:17,21 328:7,24
329:25 330:16 331:2
331:4,10,13,20
332:11 333:11
335:23 336:6,14,25
337:9 338:5 339:12
339:17 340:4 342:7
346:25 347:5,7,24
348:3,13 349:3
351:23 352:9 353:19
353:23 354:5,11,16
354:23 355:7 356:2,6
356:13 358:17,21
359:8,18,23 360:5,13
360:18 363:13,18
364:6,12,19,24
365:18,23,25 366:3
366:12,17 367:6,10
367:25 368:3,25
369:18 370:3,8,11
372:9,18 374:15
375:9,22 376:6,24
377:7,12,15,24 378:3

378:7,11,17 382:24
383:6,11,17 384:6,14
386:8,16,24 391:8,14
392:1,5,13 393:12,21
394:1,3,7,18 395:1,8
396:13,14,18 397:1,6
397:15,21,25 398:3,9
399:1 400:7,13,17,23
401:4,11,17 402:12
402:14,16 403:5,18
403:22 404:2,5,8,13
405:15,21 406:8,19
407:4,9,24 409:11,21
411:1,9 412:13,17
413:6,12,15,25
414:10 415:21,25
416:4 418:22 419:4
421:13 422:16,19
425:11 426:5,13
427:22 428:2,9 433:8
438:7 440:2,10,17
442:16,18 443:2,7,16
443:22 444:8,15,24
445:5,10,12,16,20,25
449:3
message 430:15
Miami 309:10 449:4
MICHAEL 309:3
Michelle 319:25 320:12
321:2
middle 315:15,15,16,18
373:23 374:12,13
mind 389:3 391:23
397:16 399:9 402:17
442:7
mine 379:16 387:16
minute 320:20 387:18
387:18 437:19
minutes 445:23,25
missing 445:6
Mister 315:3
mom 326:4,6 335:1
354:4 379:25 433:10
433:20
moment 419:22
money 376:8 394:10,12
394:14,15,20,24
395:7 402:3 418:7,9
418:14,21 441:23
442:5
months 352:21 353:1,3
Morales 315:3,4,14
316:3,16,23,25 317:5
morning 319:9,20
322:6 358:13
mother 428:23 432:11
432:14,15,20,24
433:5
mother's 430:21

mouth 361:14 367:1,16
367:21 368:16
movie 353:10
movies 352:18 353:9
MRI 408:8
MRSA 417:11,11,16
417:22,25
Murphy 318:12 386:1
418:21 440:25

**N**

N 310:2
naked 373:8 438:19
name 312:4 313:4
315:3,3 316:22
338:15 344:18
349:15 386:14 388:9
390:22 430:14,18,20
430:21 431:1,9,10
432:10,15 449:18
named 315:2
nature 351:3
near 321:21 360:23
necessary 449:9
neck 358:14
need 320:19 331:16
346:15,21 367:10
397:1
needed 430:3
neighborhood 337:2
neither 437:4
never 322:18,19 323:8
326:12 330:10,17
334:19,21,23 346:14
360:25 384:3,9 389:3
393:20 394:5 402:23
407:11 411:3 415:9,9
416:2,5 419:22,23,24
420:13 430:17
431:22 434:10,11,12
nice 361:3,4
night 340:11 344:10,12
345:5,8,18 346:5
358:11 429:25
nine 404:24 409:10,15
Noche 344:15,17
Noche's 344:18
North 309:15
Notary 308:22 447:14
448:5
notations 450:9
note 310:17 385:23
386:3 389:13 390:17
noted 449:13,14
notepad 388:3 389:6
389:10
notes 448:8
notice 449:7
notwithstanding

401:15
November 447:9
448:17 449:1
nude 373:17,22
number 311:4 385:18
385:21,22 388:18,20
388:22,23 395:13
401:23 402:21
431:17 445:14
449:13
Numeral 351:2

**O**

oath 400:21 401:8
415:6,14 416:2 447:1
obey 443:20
object 314:23 365:19
401:17 439:13
objection 312:20 314:6
314:24 315:11
316:11,19 317:1,7
324:14,15,19 327:6
327:10,17,21 328:7
328:24 329:25
330:16 333:11
335:23 336:6,25
337:9 338:5 351:23
352:9 353:19,23
354:5,11,23 355:7
356:2,6,13 358:17,21
359:18,23 360:5,13
360:18 363:18 364:6
364:12,19,24 368:25
370:3 372:9 374:15
375:9,22 376:6,24,24
377:7,12 378:6,10,17
382:24 383:6,11
384:6 386:8,16,24
391:8,14 392:1,1,5
392:13 393:12,21
394:1,7,18 395:1,8
399:1 400:7,13,17,23
401:11 403:5,18,22
405:15,21 406:8,20
407:4,9,24 409:21
411:1,9 412:13,17
413:6,12,15,25
414:10 418:22 419:4
421:13 422:16,19
426:5,13 427:22
428:2,9 440:2,10,17
obvious 376:3
obviously 313:21 418:8
occasion 328:12 410:8
410:12,17 411:7
occasions 319:14
376:14 400:11
410:16,17 411:13
420:11

occur 419:14 438:18
occurred 345:14
356:18 357:7
occurs 345:15
October 308:14 373:23
376:21 377:3,10
378:7 447:7 449:8
451:3
offered 394:14
offering 320:16
office 428:17 435:1,3
435:13 436:20
451:17
oh 340:6 352:15 370:15
378:12 387:21,23
389:2 441:24 442:3,5
442:6
okay 316:5,24 318:1,6
319:4,11 320:14,23
321:12 324:12
325:16 326:9 327:5
332:10,15 333:18
334:4 335:5,10
338:12,22 340:25
341:21 342:9 343:14
343:22,25 344:5,8
345:13 348:20 350:4
350:25 352:4 353:12
356:16 363:12,13
364:17 365:12
366:19 367:25 368:3
371:23 373:25 374:8
374:11 375:4 379:6
380:6,10 381:5,8
383:9 385:11,23
386:3 388:4,10,25
390:15 395:15
396:11 397:15,24,25
401:13,25 402:7,15
403:24 404:12 410:3
411:17,24 414:14,23
415:18,25 417:3
418:12 419:9 420:16
420:17,21,22 421:20
421:24 423:10,25
424:17 428:15,17
429:24 430:19 434:1
434:14,19 435:7
436:15,25 437:19
438:6 442:6,17
444:22 445:19
Olas 309:4
old 315:10,13 326:23
337:2 362:19 388:23
older 363:2
once 316:14 320:4
321:18 375:19 377:5
384:9 403:12 427:10
435:18 436:7,9,11,12

436:13,14,19 449:14
one-day 443:8,8
open 358:9 422:14
opened 358:4,6
opinion 358:25
oral 314:22 315:6
316:9,16 329:23
355:10 366:23
368:20
order 350:18 360:22
442:25,25 443:5,13
443:20,21,23,24
444:16,19,21,23
ordering 446:2 449:17
organ 439:16
orgasm 375:14,16
376:10 382:23 383:3
orgasming 381:25,25
382:3
orgasms 377:9 380:8
380:17
orifice 355:25 368:17
439:7
original 449:16 451:17
originally 389:12
402:18
ought 360:2
outbreak 323:6 324:11
outbreaks 322:18
outside 346:12
ovarian 408:9
overbroad 369:1
428:10
owned 362:17

**P**

pad 388:17 390:17,17
page 310:13 349:14,15
349:20,23,25 350:2
350:25 356:17,21,23
357:25 358:2 397:6
397:16 398:5,8
449:13 451:5
pages 448:7 449:15
paid 312:12 313:12
318:18 343:11 376:8
383:4 418:8,14,20
pain 358:14
pal 316:5
Palm 308:18 309:21
321:19,21,22 333:8
336:20 337:13,16,17
345:7,10 393:8
400:22 424:16 447:3
448:3 450:4
pals 316:5
pants 373:12,17
paper 387:25 398:17
405:23 409:11

Paragraph 356:16,23
Parenthood 320:11
 321:1
parents 325:19 332:18
 332:21 362:7,8,17
 363:24,25 365:16,17
 369:5,5,21,25 370:5
 370:12,14 383:19,20
 406:23 434:15,16,18
part 382:23 435:15
particularly 440:7
parties 416:10 448:12
 451:18
party 448:12
pause 320:20
pay 343:21
paying 428:15
pen 388:6 390:21
penalty 451:19
pending 404:14
penetrate 421:21 439:7
 439:12,15
penis 355:13,22 361:6
 361:8,12,14,17 367:1
 368:6,16,17 437:22
 437:24,25
Pennsylvania 325:18
people 326:18 333:22
 335:19 336:21 337:7
 337:21 338:11 359:7
 424:24
people-wise 383:21
perform 368:19
performing 373:4
period 318:1 330:21
 332:5 353:5 424:1
perjury 451:19
person 324:25 339:10
 407:22 432:17
 433:11
personal 414:24
personally 447:6
person's 444:14
Petition 310:16 349:12
phone 309:5,11,16,22
 357:10 390:6 431:15
 431:16,17
phonetic 315:20 348:19
 426:19
photograph 373:1
photographs 373:7
physical 346:8
physically 365:3
picked 388:6,9
picking 347:18 388:6
picks 347:23
piece 387:25
Pierce 428:18,19,20
 436:20

pill 319:9 322:6
pimp 418:12,14,16,20
Pine 334:7 402:2
place 311:23 313:3
 318:8 362:13 429:11
 429:15 442:11 448:9
placed 361:14,17
Plaintiff 308:5 309:2
 444:11
plan 343:18,25 344:2
Planned 320:11,11
 321:1
plans 342:17,20 343:22
play 435:7
played 337:18 371:6
player 330:3 337:16
playing 408:7,9
plead 347:8,10,13
Please 449:7,10 451:17
Plus 376:8
Pocket 379:5,7,8
point 313:14 373:10,15
 373:25 374:19
 375:11 381:9 411:4
 438:14
police 334:1 340:14
 370:20 392:10,18,21
 400:21,22
Port 429:5 431:4
portion 331:11
position 366:11 368:9
 422:7 443:10
positioned 421:24
 422:5
possible 320:25
pot 415:19 416:3,8,13
 416:23
pregnancies 319:15
pregnancy 325:14
 404:25
pregnant 312:16
 313:19,22 314:2,12
 314:16 318:25
 325:11 327:2 354:10
 354:19,22 356:5
 363:6 393:24 405:3
 405:10 406:3 407:21
 408:3,6 426:3,11
Pres 311:24,24
prescribe 437:6
prescribed 437:8,10
prescriptions 319:8,12
 319:18
present 309:24 369:14
 385:23 437:13 439:1
Presidential 311:25
press 347:19,19
Preston 312:9,11,13
 313:9,11,13 314:4,15

314:21,22 318:14,16
 318:19 325:2 326:19
 330:23 332:6 350:16
 351:5,11 352:5,22
 353:2 356:20 357:4,9
 357:10,12,17 361:21
 362:11 364:1,15
 367:1 371:15,20
 373:1 393:24 421:9
 424:22 425:16
 426:10 428:1,4
Preston's 365:10
 371:23,25 438:4
presumption 339:17
pretty 337:3,6 376:3
 382:18 441:20
prevent 424:20
previously 352:20
 449:10
primary 411:18
principle 407:6
prior 314:20 328:12
 331:10 345:11
 410:21 420:11,13
 444:23
probably 319:13
 340:18 393:16
 436:10
problem 411:18 412:2
 412:8,10,11,21
 413:20 414:9
problems 414:4 434:2
 434:10,12,12
Professional 448:5,5
program 343:17
prom 381:20
Proposal 310:14
Prose 308:22
prostitute 418:15,16
 419:2,7
protection 349:13
 425:22
provide 444:2,25 445:2
psychiatrist 426:18
 431:23 432:1,9
 435:11 437:3,5
Psychological/Social
 310:18 395:20
psychologist 437:3
public 308:22 339:23
 447:14 448:6
pumpkin 443:16
punished 394:22
 395:10
purports 349:12
purse 346:13,16,17,17
 357:16
pushed 357:18
put 337:25 365:3 374:6

381:9,22 382:12,16
 385:18 386:14
 388:18,20 389:6,10
 402:3 422:11 439:10
P.A 309:9,14 449:3
p.m 308:14

_____ Q _____
qualify 397:22
question 314:25 315:8
 315:22 316:11,20
 317:2,8 320:20
 322:21 330:1 331:4,6
 331:10,18,21 332:12
 332:13 336:13 349:4
 354:13 355:17,21
 366:8,16 368:4
 369:19 370:6,8
 373:20 389:8 392:15
 397:2,4 398:3,7
 401:18 402:4,10,13
 402:17 403:15,21
 404:7,14 405:2
 406:19 408:22,22
 410:5 412:4,25 413:5
 413:9,17 414:12
 415:14 416:12
 425:12 433:8 438:3
 445:18
questionnaire 417:10
questions 340:4 371:9
 382:3 392:22 396:22
 396:23 399:22,24
 408:15,18
quit 392:8,17
quite 381:24

_____ R _____
R 448:1 450:1 451:1,1
Ra 344:24,25 429:21
 429:22 430:13
raised 442:23
raising 407:12
rank 412:7
rate 412:21 444:13
reaction 371:16
read 331:8,12 356:17
 357:6 387:19 396:19
 399:2 402:4,9 444:4
 444:4,8,9 449:10,12
 449:14,16 450:5
 451:19
reading 323:25 399:16
ready 404:5
real 312:4 313:4
 345:20
reality 383:2
realize 346:18
realized 347:1

really 361:4 397:19
 401:7 402:14 432:6,9
 434:1
reason 389:17 392:8,17
 451:5
reasonable 449:16
recall 319:17 320:23
 321:5 352:20 367:20
 373:15 384:22
 438:16 440:13
recognize 395:21
record 311:4 331:11
 339:23 362:10
 396:15,17,19 404:1
 442:12
recorded 361:22
 365:15
recording 364:1
records 427:17
RECROSS 310:4
REDIRECT 310:4
refer 443:25 444:25
 445:3
reference 444:6 445:14
referred 423:18 428:21
 432:15 433:6 441:24
referring 349:14
 356:12 417:15,21
 424:8 442:2
refers 408:24
reflect 366:23,25 402:7
refresh 397:16
regard 443:14,15
regarding 442:19
register 312:4
registered 313:4 448:5
regular 341:12
regularity 341:10,11
Related 308:9
relations 314:4 351:22
 352:5,23 353:2 355:4
 361:21 362:11
relationship 316:2
 345:21 351:3,4,5,9
 351:11,17 353:16
 355:5
relationships 355:4
relationship-wise
 383:21
relative 448:12
release 425:23
relief 395:7
religious 407:1
remarried 431:2
remember 311:12,19
 311:23 314:17,18
 318:2,4,5 320:13
 322:2 323:24,25
 325:6,7,12,13,14

spread 336:20
spring 343:7,8
St 429:5 431:4
stand 356:10
standing 389:13 422:1
start 343:5 355:5
started 317:13,14
352:16 355:3 357:12
357:17 374:20,21
433:2,4 438:19,21
state 308:22 347:21,22
348:6,6 373:7 447:2
447:14 448:2,6 450:3
stated 363:11 409:1
statements 337:15
450:6
States 308:1 326:3
State's 347:18
stay 341:9 393:8
445:22
staying 341:7 379:17
stenotype 448:7
stick 355:22
stop 382:4,7 421:16,18
442:9,11
store 321:18
street 341:1,3,3,5
streetwise 378:13
Stuart 309:8 445:9,11
stuck 355:13 382:2
student 341:19
students 334:8
stuff 323:25 346:20
364:18
stupid 345:21
styled 444:10
subject 451:20
subsequent 444:21
substance 451:20
successful 319:15
sued 394:12
suffered 383:14 418:6
suggest 366:10
suing 394:21
suit 394:15
Suite 308:17 309:4,10
309:15,21 449:4
summer 334:6 378:2
402:6,8
summers 402:1
summoned 340:14
suppose 404:2
supposed 347:15 400:5
445:5
sure 320:18,18,21,23
325:3,6 329:18 331:5
331:6,22 332:13
337:13 338:22
347:20 353:12

366:24 377:16,17,25
378:1 411:18 415:5
415:10 417:1 427:3
436:25 438:7,7
449:14
surgery 417:14
swollen 358:14
sworn 447:7
symptoms 325:23
system 343:20 345:23

—————— T ——————
T 309:19 310:10 448:1
448:1 450:1,1 451:1
451:1
table 388:5 422:1,4,12
take 320:9 323:13
328:5 350:25 362:13
380:10 383:17
384:14 390:20 410:3
410:5 425:11 444:17
449:7
taken 448:9 451:3
talk 339:19,22,25 347:2
347:15 348:11,14
371:19 387:2 395:2
435:11 441:6
talked 393:1,3,3 400:20
426:22 427:2 431:15
431:16,22 441:7
talking 392:25 419:10
423:22 440:25 441:4
tape 311:4 361:23,24
362:1 363:5,8,9,16
364:11 365:2,9
366:14 367:18,23
368:1,7,20,23 369:4
369:10 370:7,25
371:8,12,15 372:1
404:3 442:13
tapes 371:13
taught 406:18,24
teach 343:18
teacher 344:4
technically 327:16
telephone 309:17
392:24
tell 318:20 325:16,22
325:22 326:5,10,17
327:12 328:6,15
329:15,20 330:3,6
332:21 333:1,3
334:12 340:8 345:13
353:13,21 355:2
364:8,9 365:14
369:25 370:11,14,22
376:3 380:2 382:19
387:11,21 398:20
399:24 400:2 405:13

406:2,4,6 421:16
423:10,11 427:16
428:4,5,7 430:6,9,12
431:9 433:18 438:24
439:4,18 440:5
telling 324:8 329:9
386:21 387:4 391:7
400:6,11,21 401:2,8
413:3 415:6 425:17
440:13,22 443:12
ten 444:9
terms 366:13 438:15
tested 323:9
testified 352:21,25
testimony 330:20
373:13 388:16 416:2
438:16
theater 353:10
thing 344:9 374:24
394:23 395:5 397:7
398:2 429:25
things 345:22 346:3,7
347:20 383:22,23,24
395:10 414:8 425:16
427:2 428:13 441:21
think 311:12,13 312:1
312:15 320:10,10,16
328:17,18 331:22
332:14 346:21 348:1
348:9 354:16 365:11
370:9,19 371:1,2
381:2 389:15 397:2
399:8,9 406:19
407:14 411:11
419:11 423:15,19
425:8,9 437:7 438:5
438:15 443:2 444:3,6
thinking 399:12,17,17
third 317:10 318:24
332:7 349:23
third-closest 335:16
Thirty 401:24
thought 333:7 336:11
339:15 365:12 384:5
391:3 393:19 407:16
408:7 410:12 424:5
433:16
three 330:24 332:3,5
376:20 393:24,25
405:13 406:4 407:7
407:12 420:20 426:3
426:7 435:21 445:23
three-way 390:2,5,6,7
threw 346:17 357:16
357:21
time 312:16 314:12
316:25 318:24 320:1
320:9 323:10 325:9
325:11 326:7,20,23

330:21,23 331:19
332:5 338:24 340:17
345:11 352:16 353:5
355:10,13 361:9
362:19 368:2,9
373:10 374:1,18,18
375:11 376:15,19
377:9,14,21 378:16
378:20 379:1 381:9,9
381:13 382:9,11,12
382:17,18 383:17
384:14 385:7,17,19
386:22 387:15
388:14,17 389:11,22
389:25 391:7 407:10
407:16 408:5 410:6
410:14,20,21,23
411:12 417:18 419:2
419:15 420:14,14,16
420:22 421:25
422:21 423:3 424:1
430:11 433:2,5
434:20 435:22
437:14 442:20,24
443:3 448:9 449:8,16
times 319:11,13 328:25
376:18,20,22 377:18
377:22 378:23
393:25 410:24
420:20 426:4,7,25
427:4,5,6,12 435:20
435:21,24 436:1,4,16
tissue 389:2
today 372:1 380:19,25
told 323:2,7,16,19,25
325:19,23,25 326:7,9
326:11,13,19,20
328:11,14,18 329:4,6
329:8,10 334:14,16
334:19,21,24 335:18
339:22,25 347:2
356:17 357:19
367:11 370:4,4,16,23
371:4,10,14 376:2
378:20 382:4 384:19
391:22 401:16
408:15,18 410:2,4
415:10,16 418:3,3
423:17 425:23
427:13,19,24 428:1,8
432:17,20,25 433:10
433:16,16,20 440:15
442:24
top 358:13,13 439:10
topless 373:8
total 320:11
touch 361:6 392:14
touched 361:11
town 376:20

transcript 448:14
449:10,11,14,14
451:5
transcription 448:7
transmitted 324:3,9
417:6 418:4
traumatic 312:19
traumatized 383:9
treat 359:22
treated 359:16 360:2
394:2
Tree 334:7 402:2
trick 332:2
tricks 331:17
trouble 398:12,15
399:8,13
troubled 412:2
true 350:7 352:2
392:12 396:12 397:5
397:11 398:4 399:13
402:24 424:17
440:15 448:7 450:7
451:19
truly 449:19
trust 378:12
trusting 383:21
truth 328:18 383:2,5
391:16,20,25 392:4
400:6,11 401:8
427:14,20
truthful 398:22,25
410:10 411:24
truthfully 401:16
try 409:13,22 429:11
trying 332:2
Tuesday 308:14 449:7
turn 346:8 358:2
443:16
turned 365:7 374:6
twice 403:12 407:21
427:10 436:19
two 321:4 327:9 332:8
337:25,25,25,25
339:2,3 376:20
390:21 401:20
403:11 404:18 405:3
409:8,15,24 434:3,5
types 314:21
typical 367:4

—————— U ——————
Uh-huh 332:16 339:4
342:12 351:15 357:2
357:5 402:19 432:8
uncomfortable 423:18
424:1,19 425:3
undergrad 343:9
undersigned 447:5
understand 330:20

332:13 372:15 399:25 418:16 442:16,18 443:11
**underwear** 373:2 374:8
**undress** 373:7
**UNITED** 308:1
**University** 321:21 333:22 341:16,17 343:9,13 381:16 388:13 392:10,12,19 417:10
**upset** 371:17 406:13
**usage** 402:23
**use** 313:19 374:19 375:2,12 378:21,23 380:4,13,25 404:10 415:9,15 419:11 439:22 441:17

---

**V**

**vacation** 326:8
**vagina** 322:24 327:13 328:3 361:18 367:14 368:7,16 374:7 381:10,23 382:2,12 382:16 421:21 422:14 423:22 424:9 424:12
**Valtrex** 322:7,8 323:12 323:14
**verbal** 317:16 356:25 382:13 407:3
**vernacular** 367:4
**vibrator** 374:1,3,6,20 375:2,12 376:11,15 376:23 378:21,24 379:2,4,13 380:23,25 381:3,14,25 439:8
**video** 309:24 362:4,6,8 363:25 365:16 369:5 370:1
**Videographer** 309:24 311:3 442:12
**videotape** 361:20,22 365:16,21 366:3,13 370:1 371:20,21 372:24
**VIDEOTAPED** 308:12
**videotapes** 371:4 373:4
**VIDEO-CONFERE...** 308:12
**Vilanto** 315:20 316:3 316:17,25 317:5
**Vinyard** 350:16 351:6 351:11 352:5,22 353:2 354:18,22 356:20 357:4,8 362:11 364:1 365:15 371:20 373:1 393:24

421:9 425:16 426:11
**Vinyard's** 367:1
**violence** 339:8,11 344:9 347:21 348:23 349:1,13 350:19 425:15 426:10 429:2 429:25 432:3
**violent** 428:4
**vis** 443:1
**visa** 443:1
**visit** 374:18,18 381:13 437:18 438:20
**visits** 437:17
**Visual** 309:25
**VOLUME** 308:6
**voluntarily** 373:11 375:6 387:23 391:1 422:23 423:8
**vs** 308:6 449:5 451:2
**vulva** 327:15
**V-a-l-t-r-a-x** 322:10

---

**W**

**wait** 331:3 342:9 357:19 369:19 387:18,18 389:7 392:15 433:8
**waive** 449:9,18,23
**Walgreen's** 321:11,15 321:24 322:1,3
**walked** 435:13
**wall** 357:17
**want** 322:20 331:25 344:2,4 353:12,13 356:10 366:22 384:3 384:10 394:9,15,15 394:20 398:9 403:12 405:9,11,12,18 406:2 406:6 407:11 409:12 413:4,9,10,16 414:11 425:20 430:10 434:19 436:25 439:5 443:17,17
**wanted** 331:21 346:14 386:21,22 391:12,18 391:19,24,25 421:16 425:18
**wanting** 346:4
**wasn't** 313:23 333:16 353:11 355:3 361:3 371:1 381:20,24 382:23 386:10 391:13,23 393:7 402:24 406:24 407:1 410:10,18,22 412:11 426:6 432:18 433:3 440:16
**wasted** 411:4
**way** 338:24 343:8

361:5 364:17 387:7 388:11 390:2 408:2 423:10 424:9 425:14 429:1
**week** 340:9 345:11 376:20 427:10 436:19
**weekend** 339:1,1
**weekends** 341:13,15
**weeks** 339:2,3
**went** 316:17 317:5 320:12 321:22 322:23 333:14,16,18 334:2 337:2,21 343:8 344:24 346:4,18,19 350:13 357:16,22 360:21 361:8,12,18 365:12,13 373:11 381:5 408:2,10,10 417:21,25 418:9 425:14,23 429:24 430:5,11 434:2,5
**weren't** 334:4 356:12 383:9 386:23 387:14 400:3 405:14 410:25 441:21
**West** 308:18 309:21 345:7,10
**We'll** 331:20 342:10
**we're** 311:4 348:25 353:12 366:5,7 396:18 404:3 411:11 415:5,12 427:16 442:14 445:5,21
**we've** 434:11
**WHEELER** 309:3
**when's** 338:24
**whore** 357:11 358:5
**WILLITS** 309:14,14
**wish** 449:12,17
**wished** 440:5 441:2
**witness** 310:4 312:21 315:24 328:8 330:17 331:3,9,14 332:16 335:24 336:8,15 337:10 338:7 339:19 340:6 347:4,6,13 348:1,16 351:25 352:11 353:25 354:7 354:13,25 355:6 356:14 358:18,22 359:20,24 360:14,19 363:19 364:14 366:20 369:2 370:4 372:10,19 374:17 377:1,18 378:2 382:25 383:7,18 386:10,17,25 389:2 392:6,14,25 395:9

396:21 397:24 398:1 398:6,11 399:2,5,15 400:18 401:5,19 402:10,13,15,19 403:23 404:6,9,17 406:9,21 407:10,23 411:2 412:14,18 413:13,16 414:1,11 415:24 416:5 418:24 426:6 428:11 438:10 440:3,11,19 445:18 446:5
**woke** 358:13
**woman** 390:13
**Women's** 311:25
**word** 336:20 370:24 371:1
**words** 387:19,19 389:5 389:9 423:19 439:22 441:17
**work** 343:20,24 429:20
**worked** 334:7 402:1,2
**working** 430:13
**works** 429:17,19
**worse** 359:16 361:2
**Worth** 309:16
**worthless** 360:17
**wouldn't** 346:13 353:5 393:11 426:17
**write** 352:7 358:3 387:10,11,14 389:5,7 389:9 449:13 451:5
**writes** 390:16,17,20
**writing** 351:4,10
**written** 398:5
**wrong** 332:1 381:2
**wrote** 351:8,21 353:16 357:7 386:5,11 388:2 388:5,7,16,25 389:11 409:3 425:17

---

**X**

**X** 310:2,10

---

**Y**

**Yard** 430:3,8
**yeah** 311:21 312:1,3,5 312:7,17,21 313:17 313:20 315:17,19,21 315:24 316:8,15 317:25 318:17,21 319:1,3,6,10,16 320:2,4,9,10,10 321:3,6,14 322:9,11 322:19 323:1,4,4,7 323:18 324:5,7,12,18 324:23 325:4,8,10,15 326:19 327:4,14,20 327:24,25 328:4,8,14

329:10,14,17,17,19 330:5 331:18 332:9 332:20 334:2,2 335:11,15 336:24 337:5 338:23 340:12 340:16,20 341:14,24 342:5,14 343:10,24 344:1,4,4,13,20,24 346:9 347:4,6,18 348:15,16 349:16,19 349:22,24 350:1,3,6 350:9,12,15,21,24 351:7,13 352:3 353:3 353:7,25 354:25 355:18 356:9,14 357:15 359:4,13,15 360:8,14,19,24 361:4 361:24 362:3,9,12,18 364:23 365:6,13,23 366:2 367:2,15 368:8 369:8,24 370:10,19 370:19,21 371:22 373:19 374:2,17 375:3,5,8,15,18,20 376:1,9,13,14 377:6 377:11 379:3 380:5,7 380:9,12,14,16,18,23 380:24 381:1,7,11 382:15,18,22,25 383:7 384:24 385:14 385:25 386:2,6,17 387:24 388:19 389:15,18,21,23 390:4,8,19,23 391:2 391:4,6,11,19 395:22 395:24 396:1,4,7 397:14 398:11,13,14 398:19,21,23 401:5 403:23 404:13 405:1 405:5,8,20,25 406:5 406:9,12,14,16,21,25 408:21 409:18 410:2 410:9 411:3,8,15,16 411:23,25 413:22 414:7 416:14 417:2 417:13,19,19 418:13 418:18,24 419:13,19 420:4,25 421:3,8,10 421:17,19 422:6,6,10 422:13,22,24 423:2,6 423:9,21,24 424:2,7 424:19 425:3,24 426:2,16,22 427:1,3 427:6,8,9,18,21,25 428:6,25 429:9,18 431:16 432:4,12,14 432:19,22,23,24 435:6,17,19 436:8,10 436:10,14,14 437:2,7

438:5,10,17 439:11
441:9,10,12,15 443:5
444:8,15 446:1,1
**year** 311:10,19,20
312:24 317:12,15,18
317:20 350:18,22
360:23 373:24
374:12,14 403:12
419:17,17,20 425:8
**years** 401:21 404:19
405:3 425:3,8 433:4
**yelling** 357:17
**young** 353:8 364:17
**you-all** 441:7,13

**$**

**$200** 383:4 441:21
**$300** 312:15 441:22
**$50** 437:18

**0**

**05** 317:14,14 376:21,21
377:3,3,10,10,19
378:2,7,8 419:16
**06** 317:15,22 318:3,4
318:15
**07** 317:23,24 318:3
**08-CIV-80119-MAR...**
449:6
**08-CV-80119-MAR...**
308:2
**08-08380** 308:9
**08-80232** 308:9
**08-80381** 308:9
**08-80811** 308:10
**08-80893** 308:10
**08-80993** 308:10
**08-80994** 308:9
**09** 341:22,23 426:19
**09-80469** 308:10
**09-80591** 308:10
**09-80656** 308:10
**09-80802** 308:10
**09-81092** 308:10

**1**

**1** 309:7 310:14 351:1,2
397:7
**1st** 351:4,6
**1:00** 340:18 345:15
**10th** 309:15
**11:11** 308:14
**115** 308:17
**12** 328:21 408:24
**13** 411:20
**14** 328:21 414:4
**147** 356:18
**15** 314:5 327:5 328:21
352:17 414:6

**15th** 351:8,10,14 352:4
353:16 355:2
**16** 311:13 312:18
313:22 314:2 327:4,5
**16-year-old** 328:2
**1650** 309:4
**17** 311:16 312:25
362:25 363:3 399:16
**18205** 309:9 449:3

**2**

**2** 308:4 310:15 350:25
449:5 451:2
**2nd** 396:2 397:11
**20th** 356:18 357:7
358:15
**2002** 351:4,6,8,10,14
352:4 353:5,16 355:3
**2003** 322:5
**2004** 356:18 357:8
358:15
**2008** 396:3 397:11
**2009** 308:14 447:7,9
448:17 449:1,8
450:13 451:3
**2011** 447:15
**2218** 309:10 449:4
**2290** 309:15
**232** 310:15
**249** 341:4,5
**25** 447:15
**250** 308:17
**27** 308:14 451:3
**27th** 447:7 449:7

**3**

**3** 310:16 311:4 349:5,8
349:12 353:15
356:23 414:19
416:20,22 417:3,7
418:2,3 442:13,13
**3.2** 342:16
**3.3** 342:16
**30** 427:11
**303** 309:20
**305.931.2200** 309:11
**311** 310:7
**324-7996** 388:22
**33160** 309:10 449:4
**33301** 309:5
**33401** 308:18 309:21
**33461** 309:16
**348** 310:16
**384** 310:17
**39** 402:7
**394** 310:18

**4**

**4** 308:12 310:5,17

349:15 384:23,25
385:1,5,6,12,17
387:15 447:6 449:2
449:25 450:19 451:3
**4:19** 311:5
**400** 309:21
**401** 309:4
**404** 309:15
**412** 314:24 316:10,19
317:1,7 329:25
365:19 368:4
**45** 437:19

**5**

**5** 310:18 395:16,20
**52** 408:22,23
**53** 410:5
**561.582.7600** 309:16
**561.842.2820** 309:22
**57** 411:17

**6**

**6** 356:16,23
**6th** 447:9 448:17 449:1
**6:04** 442:13
**6:05** 308:14
**635** 385:21
**635-3454** 385:19
**643788** 447:15

**7**

**7** 335:7,9 336:9 337:7
414:16,24 415:3,7
416:3,16 442:4
**72** 310:14

**8**

**8** 309:7
**81** 404:17
**86** 444:20
**87** 411:18
**88** 412:1
**89** 412:7

**9**

**90** 413:19
**954.522.3456** 309:5