UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-CV-80119-MARRA/JOHNSON

JANE DOE NO. 2,

      Plaintiff,

vs.

JEFFREY EPSTEIN,

      Defendant.

_____/

Related Cases:
08-80232, 08-80380, 08-80381, 08-80994,
08-80993, 08-80811, 08-80893, 09-80469,
09-80591, 09-80656, 09-80802, 09-81092,

_____/

**PLAINTIFF JANE DOE NO. 4'S NOTICE OF WITHDRAWAL
OF MOTION FOR PROTECTIVE ORDER AS TO THE SCOPE OF
INQUIRY AT THE DEPOSITIONS OF JANE DOE NO. 4'S PARENTS**

Plaintiff, Jane Doe No. 4 ("Plaintiff"), by and through undersigned counsel, hereby files

this Notice of Withdrawal of Motion for Protective Order as to the Scope of Inquiry at the

Depositions of Jane Doe No. 4's Parents (DE 420).

Dated: December 7, 2009          Respectfully submitted,


By:   /s/ Adam D. Horowitz
      Stuart S. Mermelstein (FL Bar No. 947245)
      ssm@sexabuseattorney.com
      Adam D. Horowitz (FL Bar No. 376980)
      ahorowitz@sexabuseattorney.com
      MERMELSTEIN & HOROWITZ, P.A.
      *Attorneys for Plaintiffs Jane Doe Nos. 2-8*
      18205 Biscayne Blvd., Suite 2218
      Miami, Florida  33160
      Tel: (305) 931-2200
      Fax: (305) 931-0877

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day to all parties on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Adam D. Horowitz

SERVICE LIST
DOE vs. JEFFREY EPSTEIN
United States District Court, Southern District of Florida

Jack Alan Goldberger, Esq.
jgoldberger@agwpa.com

Robert D. Critton, Esq.
rcritton@bclclaw.com

Bradley James Edwards
brad@pathtojustice.com

Isidro Manuel Garcia
isidrogarcia@bellsouth.net

Jack Patrick Hill
jph@searcylaw.com

Katherine Warthen Ezell
KEzell@podhurst.com

Michael James Pike
MPike@bclclaw.com

Paul G. Cassell
cassellp@law.utah.edu

Richard Horace Willits
lawyerwillits@aol.com

Robert C. Josefsberg
rjosefsberg@podhurst.com