UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-CIV-80119-MARRA/JOHNSON

JANE DOE NO. 2,

    Plaintiff,

vs.

JEFFREY EPSTEIN,

    Defendant.
_____/
Related cases:
08-80232, 08-80380, 08-80381, 08-80994,
08-80993, 08-80811, 08-80893, 09-80469,
09-80591, 09-80656, 09-80802, 09-81092

_____/

## ORDER

**THIS CAUSE** is before the Court on Defendant Epstein's Motion to Quash and Motion for Protective Order and Objections to the Subpoena Served on JP Morgan Chase & Co. Which is Incorrectly Titled and Addressed to Bear Stearns (D.E. #307).

The time period for filing a response in opposition to the subject Motion has long since passed and Plaintiff has elected to not file a response to the Motion. Noting Plaintiff's failure and refusal to file a response to the Motion, it is hereby

**ORDERED AND ADJUDGED** that said Motion, Defendant Epstein's Motion to Quash and Motion for Protective Order and Objections to the Subpoena Served on JP Morgan Chase & Co. Which is Incorrectly Titled and Addressed to Bear Stearns (D.E. #307), is **GRANTED BY DEFAULT** pursuant to and in accordance with S.D. Fla. L.R.

1

7.1.C.  Defendant's objections to the subject subpoena are sustained and no documents need be produced.

**DONE AND ORDERED** this January 27, 2010, in Chambers, at West Palm Beach, Florida.

LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE

CC:  The Honorable Kenneth A. Marra
       All Counsel of Record