**Page 271**

JANE DOE NO. 6,          CASE NO: 08-CV-80994
    Plaintiff,
Vs.
JEFFREY EPSTEIN,
    Defendant.
_____/

JANE DOE NO. 7,          CASE NO: 08-CV-80993
    Plaintiff,
Vs.
JEFFREY EPSTEIN,
    Defendant.
_____/

C.M.A.,                  CASE NO: 08-CV-80811
    Plaintiff,
Vs.
JEFFREY EPSTEIN,
    Defendant.
_____/

JANE DOE,                CASE NO: 08-CV-80893
    Plaintiff,
Vs.
JEFFREY EPSTEIN,
    Defendant.
_____/

**Page 272**

JANE DOE NO. II,         CASE NO: 08-CV-80469
    Plaintiff,
Vs.
JEFFREY EPSTEIN,
    Defendant.
_____/

JANE DOE NO. 101         CASE NO: 08-CV-80591
    Plaintiff,
Vs.
JEFFREY EPSTEIN,
    Defendant.
_____/

JANE DOE NO. 102,        CASE NO: 08-CV-80656
    Plaintiff,
Vs.
JEFFREY EPSTEIN,
    Defendant.
_____/

**Page 273**

```
 1            IN THE CIRCUIT COURT OF THE 15TH
              JUDICIAL CIRCUIT IN AND FOR
 2            PALM BEACH COUNTY, FLORIDA
 3            CASE NO. 502008CA037319XXXXMB AB
 4
      B.B.,
 5
           Plaintiff,
 6
      Vs.
 7
      JEFFREY EPSTEIN.
 8
           Defendant.
 9    _____/
10
11
12            1031 Ives Dairy Road
              Suite 228
13            North Miami, Florida
              August 7, 2009
14            1:15 p.m. to 5:30 p.m.
15
16               C O N T I N U E D
17               V I D E O T A P E D
18               D E P O S I T I O N
19                       of
20               ALFREDO RODRIGUEZ
21
22       taken on behalf of the Plaintiffs pursuant
23       to a Re-Notice of Taking Continued Videotaped
24       Deposition (Duces Tecum)
25                    - - -
```

**Page 274**

```
 1   APPEARANCES:
 2
 3         MERMELSTEIN & HOROWITZ, P.A.
           BY: ADAM HOROWITZ, ESQ.
 4         18205 Biscayne Boulevard
           Suite 2218
 5         Miami, Florida 33160
           Attorney for Jane Doe 2, 3, 4, 5,
 6         6, and 7.
 7
 8         ROTHSTEIN ROSENFELDT ADLER
           BY: BRAD J. EDWARDS, ESQ., and
 9         CARA HOLMES, ESQ.
           Las Olas City Centre
10         Suite 1650
           401 East Las Olas Boulevard
11         Fort Lauderdale, Florida 33301
           Attorney for Jane Doe and E.W.
12         And L.M.
13
14         PODHURST ORSECK
           BY: KATHERINE W. EZELL, ESQ.
15         25 West Flagler Street
           Suite 800
16         Miami, Florida 33130
           Attorney for Jane Doe 101 and 102.
17
18
           LEOPOLD-KUVIN
19         BY: ADAM J. LANGINO, ESQ.
           2925 PGA Boulevard
20         Suite 200
           Palm Beach Gardens, Florida 33410
21         Attorney for B.B.
22
23
24
25
```

EXHIBIT B (to 274)

Kress Court Reporting, Inc. 305-866-7688
7115 Rue Notre Dame, Miami Beach, FL 33141

Page 315

master bedroom?
A. Yes, ma'am.
Q. And how would you do that? If you want to turn the page over for the upstairs you could do that.
A. Okay.
MR. CRITTON: Are you going to mark this as an exhibit?
MS. EZELL: Uh-huh.
MR. CRITTON: Would that be Exhibit 3?
MR. EDWARDS: I think so.
(Exhibit No. 3 was marked for Identification.)
THE WITNESS: This is the master bedroom, master bath, and there were one, two -- the rest of the bedrooms were here and the master bedroom was here. This is master bath one and master bath two.
So the staircase came to the second floor like this and it was between the first and second bedroom. And you could go through here and you enter a foyer with double doors here, double doors here, and you enter the master bedroom.
BY MS. EZELL:

Page 316

Q. All right. How would you get to the master bathroom on that end?
A. You go through these double doors, go around the bed and you gain access to the master bedroom -- master bathroom, sorry.
Q. And then there was another master bathroom on the other side of the room?
A. Yes, ma'am.
Q. Where generally did the massages take place?
A. Right here, ma'am.
Q. And is that in the master bathroom?
A. Master bathroom, yes.
Q. Do you recall what color the tile was in that bathroom?
A. There was carpet.
Q. Was there tile on the walls or marble or --
A. There was a sauna here with marble but outside the sauna everything was carpet, and the walls, they didn't have any tile. Oh yes, I will say four feet off the floor they will have marble.
Q. And do you remember what color marble it was?
A. White.

Page 317

1  Q. White. By the way, I have some more
2  water, would you like some?
3  A. Thank you, ma'am.
4  Q. I figure if I'm a little dry you may be
5  too.
6     I believe one of the items that you
7  mentioned that sometimes had to be picked up after
8  girls were there giving massages was a back
9  massager.
10 A. Yes, ma'am.
11 Q. Could you describe that for me, please?
12 A. It was a piece about this big.
13 Q. Would you say that's about 18 inches?
14 A. Yes, ma'am. And two prongs with the
15 rubber tips and a cord.
16 Q. Okay.
17 A. Or it could be detached too.
18 Q. Do you have any recollection of what make
19 that was?
20 A. No, ma'am.
21 Q. Were there any other massagers that you
22 recall seeing there regularly?
23 A. Those are the ones I remember. I think
24 they are from Sharper Image, but I don't --
25 Q. Okay. Were there often girls around the

Page 318

1  pool at the house?
2  A. Yes, ma'am.
3  Q. And were these sometimes the same girls
4  that came to give massages?
5  A. Yes, ma'am.
6  Q. Were there girls in addition to those who
7  came to give massages who hung around the pool?
8  A. The girls who were staying at the house.
9  Q. Okay. And so they weren't girls who just
10 regularly came to hangout around the pool?
11 A. No, ma'am.
12    MS. EZELL: Excuse me. Can we go off the
13 record for a minute?
14    (Thereupon, a recess was had.)
15    THE VIDEOGRAPHER: We're back on the
16 record with tape number two.
17 BY MS. EZELL:
18 Q. Mr. Rodriguez, did you receive a subpoena
19 that asked you to bring documents with you to the
20 deposition?
21 A. Yes, ma'am.
22 Q. And did you bring any with you?
23 A. I couldn't find anything at my house.
24 Q. Okay. I believe we talked about a
25 journal that you kept, and you looked for that?

13 (Pages 315 to 318)

Page 319

A. Yes, ma'am.
Q. And you couldn't find it?
A. I give it to Detective Joe.
Q. Recarey?
A. Yes, ma'am.
Q. You mentioned that you called Mr. Jean-Luc Bernell about a recommendation when you were looking for a job.
A. Yes, ma'am.
Q. And did you know him from his visits in the home?
A. Yes, ma'am.
Q. Did you say that his wife's name was Eva?
    MR. CRITTON: Form.
    THE WITNESS: No, ma'am.
BY MS. EZELL:
Q. Do you know what his wife's name was?
A. Eva was a model, a former model from years past who was friend of Mr. Epstein.
Q. Do you know if she was married to Glenn Dubin? Do you know Mr. Dubin?
    MR. CRITTON: Form.
    THE WITNESS: I believe, yeah, I'm not sure, ma'am.
BY MS. EZELL:

Page 320

Q. Is she now a doctor?
A. No, she was a model, her husband could be a doctor but I don't think she is.
Q. Okay. So is Jean-Luc Bernell married; to your knowledge?
A. I don't know, ma'am.
Q. I think I must have gotten confused because we were talking about the picture in the house of the little girl who is lifting up her skirt or her underpants, I'd forgotten what it was.
A. Yes, ma'am.
    MR. CRITTON: Form.
BY MS. EZELL:
Q. And I thought you said that that was Jean-Luc's child.
A. No, ma'am, she is Mrs. Eva.
Q. Eva's child?
A. Yes, ma'am.
Q. And she is Jeffrey Epstein's Goddaughter?
A. Yes, ma'am.
Q. Do you know where she and her mother live?
A. They live in Manhattan.
    MR. CRITTON: Form.

Page 321

BY MS. EZELL:
Q. Did they ever visit Mr. Epstein at the home when you were there?
A. Yes, ma'am.
Q. How old was the little girl at that time?
A. Eight years old.
Q. Did the girl's father come to visit as well?
A. Yes, ma'am.
Q. And do you remember his name?
A. No, ma'am.
Q. Do you remember hearing anything about what he does for a living?
A. No, ma'am.
Q. Can you describe him?
A. Tall, American born, I will say 50 years old.
Q. What color hair did he have?
A. At that time it was black with a few white hairs.
Q. Were there drawings of nude women in the house?
A. No, ma'am.
Q. Were there paintings of nude women in the house?

Page 322

A. Yes, ma'am.
Q. Did any of those appear to be Ms. Maxwell?
A. Yes, ma'am.
Q. You mentioned that Louella who was still working there when you left --
A. Yes, ma'am.
Q. -- was a very religious woman --
A. Yes, ma'am.
Q. -- and would sometimes be upset about seeing pictures of nude girls or having to pick up sex toys, et cetera.
    MR. CRITTON: Form.
    THE WITNESS: Yes, ma'am.
BY MS. EZELL:
Q. And you said that you remembered her crying because there was a picture of the Pope next to a picture of a naked girl.
    MR. CRITTON: Form.
    THE WITNESS: Yes, ma'am.
BY MS. EZELL:
Q. Do you know who that naked girl was?
A. I don't remember, ma'am.
Q. I believe David Copperfield's name came up in the last deposition as someone who would

14 (Pages 319 to 322)