UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-CV-80119-MARRA-JOHNSON

JANE DOE NO. 2

        Plaintiff,

v.

JEFFREY EPSTEIN,

        Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, JANE DOE NO. 2 and Defendant, JEFFREY EPSTEIN, (collectively, "Parties"), by and through their undersigned counsel and pursuant to Rule 41(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action with prejudice. Each party shall bear their own attorneys fees and costs. The Parties further stipulate that the Court shall retain jurisdiction to enforce the terms of the Parties' settlement.

Dated this 25TH day of June, 2010

                                                  Respectfully submitted,

| | |
|---|---|
| BURMAN, CRITTON, LUTTIER & COLEMAN, LLP<br>Attorneys for Jeffrey Epstein<br><br>By: _____<br>ROBERT D. CRITTON, JR., ESQ.<br>Florida Bar No. 224162<br>rcrit@bclclaw.com<br>303 Banyan Boulevard | MERMELSTEIN & HOROWITZ, P.A.<br>Attorneys for Jane Doe No. 2<br><br>By: _____<br>ADAM D. HOROWITZ, ESQ.<br>Florida Bar No. 376980<br>ssm@sexabuseattorney.com<br>18205 Biscayne Boulevard |

Page 2

Suite 400  
West Palm Beach, FL 33401  
561/842-2820 Phone  
561/515-3148 Fax

Suite 2218  
Miami, FL 33160  
305-931-2200  
Fax: 305-931-0877

### Certificate of Service

I HEREBY CERTIFY that a true copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the following Service List in the manner specified by CM/ECF on this _25TH_ day of _June_, 2010:

Respectfully submitted,

By: /s/ Robert D. Critton, Jr.  
ROBERT D. CRITTON, JR., ESQ.  
Florida Bar No. 224162  
rcrit@bclclaw.com  
MICHAEL J. PIKE, ESQ.  
Florida Bar No.617296  
mpike@bclclaw.com  
BURMAN,CRITTON,LUTTIER & COLEMAN,LLP  
303 Banyan Boulevard,Suite 400  
West Palm Beach, FL 33401  
561/842-2820 Phone  
561/515-3148 Fax  
(*Counsel for Defendant Jeffrey Epstein*)

Stuart S. Mermelstein, Esq.  
Adam D. Horowitz, Esq.  
Mermelstein & Horowitz, P.A.  
18205 Biscayne Boulevard  
Suite 2218  
Miami, FL 33160  
305-931-2200  
Fax: 305-931-0877  
ssm@sexabuseattorney.com  
ahorowitz@sexabuseattorney.com  
*Counsel for Plaintiff Jane Doe No.2*

Jack Alan Goldberger  
Atterbury Goldberger & Weiss, P.A.  
250 Australian Avenue South  
Suite 1400  
West Palm Beach, FL 33401-5012  
561-659-8300  
Fax: 561-835-8691  
jagesq@bellsouth.net  
*Co-Counsel for Defendant Jeffrey Epstein*